IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GO PRO CONSTRUCTION, LLC,

    Plaintiff,

v.

VALSTS NEKUSTAMIE IPASUMI,

    Defendant.

Civil Action No. 1:22-cv-01643-RCL

## SCHEDULING ORDER

In light of the joint report submitted by the parties, it is **ORDERED** that:

1. The parties will provide initial disclosures pursuant to Fed. R. Civ. P. 26(a) on or before October 30, 2022.

2. The parties will complete fact discovery on or before April 30, 2023.

3. The parties' expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made no later than April 3, 2023.

4. Any rebuttal experts shall be disclosed by no later than May 1, 2023.

5. The parties will complete expert discovery on or before August 31, 2023.

6. The parties shall file a joint status report discussing the progress of discovery and the prospects for settlement by no later than September 14, 2023.

It is **SO ORDERED**.


Date: _____, 2022

                                                  Hon. Royce C. Lamberth
                                                  United States District Judge