# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GO PRO CONSTRUCTION, LLC,

                Plaintiff/Counter-Defendant,

    v.

VALSTS NEKUSTAMIE IPASUMI,

                Defendant/Counter-Plaintiff.

Civil Action No. 1:22-cv-01643-RCL

## NOTICE OF RULE 30(b)(6) DEPOSITION

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant/Counter-Plaintiff Valsts Nekustamie Ipasumi ("VNI") hereby gives notice of the deposition of Plaintiff/Counter-Defendant **Go Pro Construction, LLC** ("Go Pro") through its designated representative(s), upon oral examination, before an officer authorized to administer oaths, by stenographic or audiovisual means, commencing at **Baker Donelson Bearman Caldwell & Berkowitz, P.C., 901 K Street NW #900, Washington, DC 20001**, or at such other location to which the parties agree, on **June 26, 2023 at 10:00 a.m.**, and continuing from day to day thereafter until completed. VNI requests that Go Pro designate one or more officers, directors, managing agents, or other persons who consent to testify on Go Pro's behalf on the deposition topics identified below. VNI hereby requests that Plaintiff/Counter-Defendant Go Pro identify the person who will testify on the topics identified below at least five (5) days before the deposition.

### Deposition Topics

1.      The Complaint filed by Go Pro Construction, LLC on or about June 8, 2022.

2.      Go Pro's Initial Disclosures.

3.      Go Pro's Answers to Defendant/Counter-Plaintiff's First Set of Interrogatories.

1

4.     Go Pro's Response to Defendant/Counter-Plaintiff's First Set of Document Requests.

5.     The documents provided by Go Pro in response to Defendant/Counter-Plaintiff's First Set of Document Requests.

6.     VNI's Letter of Invitation to Tender dated April 1, 2021 and discussions between or among Go Pro and VNI and/or Go Pro and any other bidders or any other people or entities.

7.     The bid proposal submitted by Go Pro in response to VNI's Letter of Invitation to Tender dated April 1, 2021.

8.     The negotiation and execution of the Contract between Go Pro and VNI dated July 29, 2021.

9.     Go Pro's communications with VNI relating to the scope of work of the Project.

10.     Go Pro's communications with VNI relating to any disputes over the scope of work as stated in the Contract dated July 29, 2021.

11.     The identity of each subcontractor or supplier who performed work or supplied materials to Go Pro for the Project as well as the scope, pricing, and payment for such work or materials.

12.     Go Pro's communications with Optimum Construction LLC relating to the Contract and/or the Project.

13.     Go Pro's communications with AC&C Construction relating to the Letter of Invitation to Bid, the bid process, the Contract and/or the Project.

14.     Go Pro's decision to cease work on the Project, including the date on which work was ceased and whether notice was provided to VNI.

15.     Go Pro's job costs, overhead, revenues, and profits relating to the work it completed under the Contract from July 29, 2021, through the present.

16.     Go Pro's budget(s), estimate(s), and line item pricing for each scope of work for the Project.

17.     Go Pro's overhead and profit estimated or applied to the Project.

18.     Go Pro's financial statements for 2021 and 2022.

19.     All internal cost estimates, take offs, bid work sheets, bid summaries, bid papers and pricing documents prepared by or for Go Pro concerning the Project.

20.     Go Pro's invoicing for the Project and payments received.

21.     The calculation of damages claimed by Go Pro in its Complaint.

22.     Itemization of all work that Go Pro contends it completed under the Contract.

23.     Go Pro's removal and disposition of the handrail / baluster system for the Project, including any alleged approvals for the disposal of the handrail / baluster system for the Project,

24.     Go Pro's construction of the first floor flooring and materials used by Go Pro in the construction of the first floor flooring.

25.     Go Pro's communications with any non-party to this litigation concerning VNI, the Contract, the Project, and/or this litigation.

26.     The facts and circumstances concerning, evidencing, supporting, or forming the Affirmative Defenses in Go Pro's Answer to VNI's Counterclaim in this case.

27.     The facts supporting any contentions by Go Pro that the scope of work for the Project did not include all items provided in the Contract Documents.

28.     Go Pro's relationships with AC&C Construction and Optimum Construction, including any sales, marketing, shared operations, shared information, shared personnel, and/or financial ties.

29.     The terms of any agreements between Go Pro and third parties concerning the Project.

30.     Go Pro's purported termination of the Contract, and VNI's termination for convenience.

31.     The process by which, and efforts used by, Go Pro to search for and produce documents responsive to VNI's requests for production of documents, including: (a) the identities of the custodians of the records that were produced; (b) a list of electronic devices that were searched; (c) a description of the search terms and protocols that were used to search electronic files, and (d) the names of the persons who conducted the searches.

32.     Go Pro's email system, including the type of email system used, how emails were and are stored, the companies utilizing the email system, the domains used, and the email deletion policy.

DATED:  June 15, 2023                         Respectfully submitted,

                                              */s/ Michael S. Schollaert*
                                              Michael S. Schollaert (Bar ID: MD0054)
                                              Zachary S. Gilreath (Bar ID: MDMD0137)
                                              BAKER, DONELSON, BEARMAN, CALDWELL
                                              & BERKOWITZ, P.C.
                                              100 Light Street, 19th Floor
                                              Baltimore, MD 21202
                                              T: (410) 862-1135
                                              E: mschollaert@bakerdonelson.com /
                                              zgilreath@bakerdonelson.com

                                              *Counsel for Valsts Nekustamie Ipasumi*

4

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 15th day of June 2023, a copy of Defendant/Counter-Plaintiff's Notice of Rule 30(b)(6) Deposition was served on all counsel via first-class mail and e-mail.

*/s/ Zachary S. Gilreath*
Zachary S. Gilreath (Bar ID: MDMD0137)