# Exhibit B

**From:** Rod R. Barnes
**To:** Gilreath, Zachary
**Subject:** RE: Go Pro Construction, LLC v. Valsts Nekustamie Ipasumi / Case No. 1:22-cv-01643-RCL
**Date:** Friday, June 23, 2023 3:56:29 PM
**Attachments:** image001.png

Zach,

Mt client's designee will not be available for deposition on Monday. The designee will be Sameh Elrahimy, but he is out of town most of next week. That is why I have not been able to reach him. I am still trying to confirm the appearance of Optimum on Tuesday. I suspect that they are together.

I will get dates in the next couple of weeks for their depositions. I understand that Mr. Raouf Elrahimy recently suffered a heart attack and will not be able to sit for a deposition for some time. Please let me know the status of service on Ms. Winters.

Thank you,

**From:** Gilreath, Zachary <zgilreath@bakerdonelson.com>
**Sent:** Friday, June 16, 2023 9:15 AM
**To:** Rod R. Barnes <rbarnes@rsrm.com>
**Subject:** Re: Go Pro Construction, LLC v. Valsts Nekustamie Ipasumi / Case No. 1:22-cv-01643-RCL

Rod -

Can you please provide the most recent known contact information for Ms. Winters and Raoff Elrahimy? Thank you.

**From:** Rod R. Barnes <rbarnes@rsrm.com>
**Sent:** Friday, June 16, 2023 9:10:53 AM
**To:** Gilreath, Zachary <zgilreath@bakerdonelson.com>
**Cc:** Schollaert, Michael <mschollaert@bakerdonelson.com>; Rosewag, Suzi <srosewag@bakerdonelson.com>
**Subject:** RE: Go Pro Construction, LLC v. Valsts Nekustamie Ipasumi / Case No. 1:22-cv-01643-RCL

Ms. Winters no longer works for Go Pro and I am not authorized to accept service on her behalf.

I am not authorized to accept service on behalf of Mr. Raouff Elrahimy.

Go Pro has confirmed availability on the date noted. I am waitning to hear from Optimum.

Thank you,

Rod

**From:** Gilreath, Zachary <zgilreath@bakerdonelson.com>

**Sent:** Thursday, June 15, 2023 4:06 PM
**To:** Rod R. Barnes <rbarnes@rsrm.com>
**Cc:** Schollaert, Michael <mschollaert@bakerdonelson.com>; Rosewag, Suzi
<srosewag@bakerdonelson.com>
**Subject:** Go Pro Construction, LLC v. Valsts Nekustamie Ipasumi / Case No. 1:22-cv-01643-RCL

Mr. Barnes —

Enclosed please find Valsts Nekustamie Ipasumi's Rule 26(a)(2) Expert Disclosure submitted in
accordance with the Court's March 24, 2023 scheduling order.

Additionally, I have attached deposition notices for the following individuals, as well as any necessary
subpoenas:
1. Go Pro Construction, corporate designee (June 26, 2023 at 10am)
2. Optimum Construction, corporate designee (June 27, 2023 at 10am)
3. Priscilla Winters (June 29, 2023 at 9am)
4. Raoff Elrahimy (June 29, 2023 at 1pm)

Please confirm that you are authorized to accept service on behalf of the above.

As you will see, due to this matter pending before the United States District Court for the District of
Columbia, the depositions have been noted for in-person appearance at my firm's DC office, located
at 900 K Street NW #900, Washington, DC 20001.  We are, however, amenable to conducting the
depositions virtually.  Further, we can also relocate the depositions to our Baltimore office (100 Light
Street, 19th Floor, Baltimore, MD 21202) if more convenient for all parties.  Hard copies of the
attached, as well as checks representing the witness fee/mileage for any in-person appearance, are
being mailed to your office.

Please let me know if you would like to discuss.

Sincerely,

**Zachary S. Gilreath\***
Associate

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
100 Light Street
19th Floor
Baltimore, MD 21202
Direct:  410-862-1119
Cell:  443-269-2103
Email:  zgilreath@bakerdonelson.com
www.bakerdonelson.com

\*Licensed in Maryland and Washington, D.C.

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in
Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, North Carolina, South Carolina, Tennessee, Texas,
Virginia and
Washington, D.C.



Please consider the environment before printing this e-mail.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.