**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GO PRO CONSTRUCTION, LLC,

                    Plaintiff/Counter-Defendant,

    v.

VALSTS NEKUSTAMIE IPASUMI,

                    Defendant/Counter-Plaintiff.

Civil Action No. 1:22-cv-01643-RCL

## <u>ORDER</u>

Upon consideration of Defendant/Counter-Plaintiff Valsts Nekustamie Ipasumi's Motion to Compel, Plaintiff/Counter-Defendant Go Pro Construction, LLC's Opposition thereon, VNI's Reply hereto, and for good cause shown, it is this _____ day of _____, 2023, hereby

ORDERED that VNI's Motion to Compel is GRANTED; and

ORDERED that Plaintiff shall produce a full and complete response to Interrogatory Nos. 19, 21 and 22 within _____ days of this Order; and

ORDERED that Plaintiff shall produce a full and complete response to Document Request Nos. 18, 23, 24, 25, 26, 27, 29, and 30, as well as any responsive documents, within _____ days of this Order; and

ORDERED that a hearing be scheduled for _____ , 2023 at _____ for the purposes of determining the award of costs and expenses, including attorney's fees, associated with the filing of VNI's Motion to Compel and Reply hereto.

_____
Hon. Royce C. Lamberth
United States District Judge

Cc:    Roderick Barnes, Esquire