IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBA

| | |
|---|---|
| **GO PRO CONSTRUCTION, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**VALSTS NEKUSTAMIE IPASUMI**<br><br>Defendant. | Case No. 1:22-cv-01643-RCL |

## JOINT STATUS REPORT

Plaintiff, Go Pro Construction, LLC and Defendant, Valsts Nekustamie Ipasumi, by their undersigned attorneys, hereby submit their joint status report addressing discovery pursuant to the Modified Scheduling Order issued on March 24, 2023 (Doc. 18) in this case. The parties have collaborated in drafting this Report and it is being filed jointly.

**Discovery:** Subject to the Court's Order on the Motion to Compel, the parties have completed paper discovery in this case. On August 21, 2023, this Court granted in part a Motion to Compel filed by the Valsts Nekustamie Ipasumi ("VNI") VNI. Go Pro Construction, LLC ("Go Pro") Go Pro is reviewing its files to determine what if any documents respond to the specified Requests as directed by the Court. Go Pro expects to complete its review on or before September 22, 2023, and will submit its Supplemental Answers to Interrogatories, additional documents, if any, and the requested Certification at that time.

Go Pro's corporate designee was deposed by VNI. Go Pro has requested the depositions of VNI's designee and a former employee/fact witness, and the designated expert witness.[1] VNI's counsel does not control the former employee, but it is believed that he resides in Latvia. VNI has also requested the depositions of fact witness Raouf El Rahimy who may also serve, in part, as Go Pro's corporate designee due to repeated references to his knowledge as an agent or employee of Go Pro and Go Pro's deposed representative was unable to provide the information requested in the deposition notice. In addition, or alternatively, VNI will need to conclude the deposition of Go Pro's corporate designee after Go Pro complies with the Court's Order. Unfortunately, Mr. El Rahimy suffered a heart attack in June 2023 and has not been cleared by his physician to participate in a deposition. He is expected to undergo two medical procedures in the next few weeks and will likely be available thereafter. VNI has also requested to take the deposition of the corporate designee of Optimum Construction, Inc. Optimum is currently in Bankruptcy and its deposition has been delayed. The parties have agreed that the VNI's requested depositions shall be conducted before the Go Pro's requested depositions. It is expected that the depositions can be completed by October 31, 2023.

---

[1] VNI has reserved the right to object to the deposition of its expert witness, Neil Sinclair.

There is no additional discovery anticipated by the parties.

**Settlement:**  The counsel for the parties have discussed extrajudicial resolutions to this matter. It is too soon to determine the likelihood of an agreement being reached, and the outstanding discovery will be helpful in this process.

**Trial Date**:  The Parties jointly request that the Court schedule a hearing or conference call to set a trial date, deadlines for exchange of witness lists and exhibits, and other related matters.

>Respectfully submitted,
>
>*/s/ Roderick R. Barnes*
>
>Roderick R. Barnes (Bar No. 24795)
>Rollins, Smalkin, Richards & Mackie, L.L.C.
>300 E. Lombard Street, Suite 900
>Baltimore, MD 21202
>Ph: (410) 727-2443
>rbarnes@rsrm.com
>*Counsel for Plaintiff, Go Pro Construction, L.L.C.*
>
>*/s/ Zachary S. Gilreath*
>
>Zachary S. Gilreath (MDMD0137)
>Baker Donelson Bearman Caldwell & Berkowitz, PC
>100 Light Stret, 19th Floor
>Baltimore, MD 21202
>(410) 862-1135
>zgilreath@bakerdonelson.com
>*Counsel for Valsts Nekustamie Ipasumi*