## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GO PRO CONSTRUCTION, LLC,  <br><br>  Plaintiff/Counter-Defendant,  <br><br> v. <br><br> VALSTS NEKUSTAMIE IPASUMI, <br><br> Defendant/Counter-Plaintiff. | Civil Action No. 1:22-cv-01643-RCL |

## ORDER

Upon consideration of Defendant/Counter-Plaintiff Valsts Nekustamie Ipasumi's Motion for Sanctions, any response thereto, and for good cause shown, it is this \_\_\_\_ day of _____, 2023, hereby

ORDERED that VNI's Motion for Sanctions is GRANTED; and

ORDERED that Plaintiff Go Pro Construction, LLC's affirmative claims against Defendant/Counter-Plaintiff Valsts Nekustamie Ipasumi are hereby DISMISSED WITH PREJUDICE; and

ORDERED that Plaintiff is hereby prohibited from opposing VNI's claims against it relating to Go Pro's job costs and from introducing any evidence as it relates to costs incurred by Go Pro on the Project; and

ORDERED that a hearing be scheduled for _____ , 2023 at _____ for the purposes of determining the award of costs and expenses, including attorney's fees, associated with the filing of the foregoing Motion to Sanctions and the Motion to Compel dated June 19, 2023.

_____
Hon. Royce C. Lamberth
United States District Judge