UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GO PRO CONSTRUCTION, LLC,

    *Plaintiff,*

v.

VALSTS NEKUSTAMIE IPASUMI,

    *Defendant.*

Case No. 1:22-cv-1643-RCL

## ORDER

Having held a hearing on the Court's Order to Show Cause (ECF No. 27), the Court now **ORDERS** that Go Pro shall certify that it is in compliance with the Court's August 21 Order (ECF No. 23) by January 9, 2024; and it is further

**ORDERED** that a hearing is set for January 31, 2024 at 10:00 AM in Courtroom 15 (in person); and it is further

**ORDERED** that before January 31, 2024, Valsts Nekustamie Ipasumi shall complete its deposition of the person who conducted the additional search for documents ordered in the Court's August 21 Order.

**IT IS SO ORDERED.**

Date: 12/15/23

Royce C. Lamberth
United States District Judge

1