IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GO PRO CONSTRUCTION, LLC,<br><br>        Plaintiff/Counter-Defendant,<br><br>v.<br><br>VALSTS NEKUSTAMIE IPASUMI,<br><br>        Defendant/Counter-Plaintiff. | Civil Action No. 1:22-cv-01643-RCL |

## ORDER

Upon consideration of the Motion for Sanctions filed by Defendant/Counter-Plaintiff Valsts Nekustamie Ipasumi ("VNI"), the Response to Order to Show Cause filed by Go Pro Construction, LLC ("Go Pro"), the Reply to Order to Show Cause filed by VNI, the oral arguments of counsel and findings of the Court on January 31, 2024, and the Petition for Attorney's Fees, Statement of Costs & Proposed Sanctions filed by VNI, it is hereby

**ORDERED** that VNI's Motion for Sanctions is **GRANTED**;

**ORDERED** that, pursuant to Fed. R. Civ. P. 37(b)(2)(C), Go Pro Construction, LLC pay to Valsts Nekustamie Ipasumi the total of $35,153.27, reflecting VNI's reasonable expenses, including attorneys' fees, associated with its Motion to Compel, Motion for Sanctions, the deposition of Go Pro's corporate designee on July 6, 2023, and the deposition of Go Pro's custodian of records on January 29, 2024, within _____ days of this Order;

**ORDERED** that Go Pro Construction, LLC's affirmative claims against Valsts Nekustamie Ipasumi are hereby dismissed with prejudice; and it is further

**ORDERED** that default judgment be entered against Go Pro Construction, LLC as to all claims brought by Valsts Nekustamie Ipasumi. A separate evidentiary hearing will be scheduled in the normal course for a determination on damages.

2

**SO ORDERED** this _____ day of _____, 2024.

_____
The Honorable Royce C. Lamberth
U.S. District Court Judge
United States District Court for the District of Columbia

Electronic copies to all counsel of record