Exhibit B-1

**Go Pro Construction, LLC**

**v.**

**Valsts Nekustamie Ipasumi**

**Case No. 1:22-cv-01643-RCL**

**EXHIBIT 1**

**AFFIDAVIT OF ATTORNEYS' FEES AND VERIFIED STATEMENT**

| Invoice No. | Invoice Date | Relevant Hours | Rate | Applicable Amount | Fees | Total: |
|---|---|---|---|---|---|---|
| 9138340 | 07/25/23 | 20.4 | $496.61 | $10,130.84 | $0.00 | $10,130.84 |
| 9148175 | 08/18/23 | 13.3 | $496.61 | $6,604.91 | $0.00 | $6,604.91 |
| 9163556 | 09/18/23 | -- | -- | -- | $1,978.25 | $1,978.25 |
| 9173444 | 10/30/23 | 1.9 | $496.61 | $943.56 | $0.00 | $943.56 |
| 9185514 | 11/30/23 | 0.2 | $496.61 | $99.32 | $0.00 | $99.32 |
| 9193136 | 12/14/23 | 3.1 | $496.61 | $1,539.49 | $0.00 | $1,539.49 |
| 9206807 | 01/18/24 | 5.5 | $496.61 | $2,731.36 | $0.00 | $2,731.36 |
| 2961148 | 02/02/24 | 15.4 | $496.61 | $7,647.79 | $0.00 | $7,647.79 |
| 642889 | 2/8/2024 | -- | -- | -- | $725.50 | $725.50 |

**APPLICABLE LEGAL FEES THROUGH 2/8/2024:**                     **$32,401.03**

# BAKER
# DONELSON
### BEARMAN, CALDWELL
### & BERKOWITZ, PC

**TAX NO.** 

1600 WEST END AVENUE, SUITE 2000
NASHVILLE, TENNESSEE 37203
PHONE: 615.726.5600
MAILING ADDRESS:
P.O. BOX 331884
NASHVILLE, TENNESSEE 37203
www.BakerDonelson.com

AS Valsts Nekustamie Ipašumi

July 25, 2023
Invoice No. 9138340
Client.Matter: 2961148.000001
Attorney: Chris Caputo
Email: ccaputo@bakerdonelson.com
Phone: 615.726.5709

Client: AS Valsts Nekustamie Ipašumi
Matter: Latvian Embassy Construction Dispute

AS Valsts Nekustamie īpašumi                                      July 25, 2023
Latvian Embassy Construction Dispute                    Invoice No.  9138340
Client.Matter: 2961148.000001                                         Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ███ | ██ | ████████████████████ | ██ |
| ███ | ██ | ██████████ | ██ |
| ███ | ██ | ██████████ | ██ |
| ███ | ██ | ████████████████████ | ██ |
| ███ | ██ | ████████████████████ | ██ |
| ███ | ██ | ████████ | ██ |
| ███ | ██ | ████████████████ | ██ |
| ███ | ██ | ████████████ | ██ |
| ███ | ██ | ██████████████ | ██ |
| ███ | ██ | ██████████████ | ██ |
| ███ | ██ | █████████ | ██ |
| ███ | ██ | ██████████ | ██ |
| ███ | ██ | ████████████████ | ██ |
| ███ | ██ | ████████████████████ | ██ |
| ███ | ██ | ████████████████████ | ██ |
| ███ | ██ | ███████████████ | ██ |
| ███ | ██ | █████████ | ██ |
| ███ | ██ | ██████████████████ | ██ |
| ███ | ██ | ██████████████████ | ██ |
| ███ | ██ | ██████████████ | ██ |

---

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

AS Valsts Nekustamo īpašumi
July 25, 2023
Latvian Embassy Construction Dispute
Invoice No. 9138340
Client.Matter: 2961148.000001
Page 3

| DATE | TKPR | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ██ | █ | █████████ | █ |
| ██ | █ | ████████████ | █ |
| ██ | █ | ██████████ | █ |
| ██ | █ | ████████████ | █ |
| ██ | █ | ██████████ | █ |
| ██ | █ | ███████████ | █ |
| ██ | █ | ██████ | █ |
| ██ | █ | ████████████ | █ |
| ██ | █ | ████████ | █ |
| ██ | █ | █████████ | █ |
| ██ | █ | █████████████ | █ |
| ██ | █ | █████████████ | █ |
| 06/15/23 | ZSG | Plan/prepare for deposition of Go Pro corporate designee | 3.20 |
| 06/16/23 | ZSG | Draft motion to compel against Go Pro for failure to provide job cost documents | 1.90 |
| ██ | █ | █████████████ | █ |
| ██ | █ | ███████████ | █ |
| ██ | █ | █████████ | █ |
| ██ | █ | █████████ | █ |
| ██ | █ | ██████████ | █ |
| 06/19/23 | MAS | Review and edit Motion to Compel; e-mail to Mr. Gilreath re: same | 1.00 |
| ██ | █ | ███████████ | █ |

---

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

| DATE | TKPR | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ██████ | ███ | ████████████████████████████ | ████ |
| 06/20/23 | ZSG | Plan/prepare for deposition of Go Pro corporate designee | 4.20 |
| ██████ | ███ | ███████████████████ | ████ |
| 06/20/23 | MAS | Review letter from Mr. Barnes; finalize Motion to Compel | 0.20 |
| ██████ | ███ | ██████████████████████████ | ████ |
| ██████ | ███ | ███████████████████████ | ████ |
| ██████ | ███ | ████████████████████ | ████ |
| ██████ | ███ | ██████████████████████████ | ████ |
| ██████ | ███ | █████████████████████████████ | ████ |
| ██████ | ███ | ████████████████████████ | ████ |
| ██████ | ███ | ████████████████████████████ | ████ |
| ██████ | ███ | ████████████████████████ | ████ |
| 06/22/23 | ZSG | Plan/prepare for depositions of Go Pro and Optimum | 2.30 |
| ██████ | ███ | ██████████████████ | ████ |
| 06/23/23 | ZSG | Plan/prepare for depositions of Go Pro and Optimum | 1.80 |
| 06/23/23 | ZSG | Review and prepare exhibits for depositions of Go Pro and Optimum | 2.10 |
| ██████ | ███ | ██████████████████████ | ████ |
| ██████ | ███ | ████████████████████████ | ████ |
| ██████ | ███ | ████████████ | ████ |
| ██████ | ███ | ███████████████████████ | ████ |
| ██████ | ███ | ████████████████████ | ████ |

AS Valsts Nekustamo Īpašumi
Latvian Embassy Construction Dispute
Client.Matter: 2961148.000001

July 25, 2023
Invoice No.  9138340
Page 5

| DATE | TKPR | DESCRIPTION | HOURS |
|------|------|-------------|-------|



| 06/28/23 | ZSG | Draft amended notice of deposition noting Go Pro deposition for July 6th | 0.20 |
| 06/28/23 | ZSG | Plan/prepare for depositions of Go Pro (July 6th @ 10am) | 1.40 |

AS Valsts Nekustamie īpašumi                                          July 25, 2023
Latvian Embassy Construction Dispute                        Invoice No.  9138340
Client.Matter: 2961148.000001                                            Page 6

| DATE | TKPR | DESCRIPTION | HOURS |
|------|------|-------------|-------|



| 06/29/23 | ZSG | Additional preparation for deposition of Go Pro corporate designee following deposition of Priscilla Winters | 1.10 |

### ITEMIZED DISBURSEMENTS

| DESCRIPTION | DATE | AMOUNT |
|-------------|------|--------|



---

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

**TAX NO.** ███████

1600 WEST END AVENUE, SUITE 2000
NASHVILLE, TENNESSEE 37203
PHONE: 615.726.5600
MAILING ADDRESS:
P.O. BOX 331884
NASHVILLE, TENNESSEE 37203
www.BakerDonelson.com

███████

AS Valsts Nekustamie Ipašumi

████████

August 18, 2023
Invoice No. 9148175
Client.Matter: 2961148.000001
Attorney: Chris Caputo
Email: ccaputo@bakerdonelson.com
Phone: 615.726.5709

Client: AS Valsts Nekustamie Ipašumi
Matter: Latvian Embassy Construction Dispute



AS Valsts Nekustamie pasumi                                                 August 18, 2023
Latvian Embassy Construction Dispute                               Invoice No.  9148175
Client.Matter: 2961148.000001                                                     Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ██████ | ████ | ██████████████████████████ | ███ |
| ██████ | ████ | ██████████████████████████ | ███ |
| ██████ | ████ | ██████████████████████████ | ███ |
| 07/05/23 | ZSG | Preparation for deposition of Go Pro corporate designee, marking exhibits, coordinating necessary documents for testimony | 2.60 |
| ██████ | ████ | ████████████████████ | ███ |
| ██████ | ████ | ████████████████████████ | ███ |
| ██████ | ████ | ████████████████████████ | ███ |
| ██████ | ████ | ████████████████████ | ███ |
| ██████ | ████ | ████████████████████████ | ███ |
| ██████ | ████ | ██████████████████████████ | ███ |
| 07/06/23 | ZSG | Final preparation for deposition of Go Pro corporate designee (7/6/23 @ 10am) | 1.30 |
| 07/06/23 | ZSG | Attend deposition of Go Pro corporate designee (Sameh Elrahimy) | 5.50 |
| 07/06/23 | ZSG | Review Go Pro response to motion to compel | 0.30 |
| 07/07/23 | ZSG | Draft reply in support of motion to compel | 2.10 |
| ██████ | ████ | ████████████████ | ███ |
| ██████ | ████ | ████████████████ | ███ |
| ██████ | ████ | ██████████████████████ | ███ |
| ██████ | ████ | ██████████████████████ | ███ |
| ██████ | ████ | ████████████████████████ | ███ |
| ██████ | ████ | ████████████████████ | ███ |



| DATE | TKPR | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ██ | ██ | ██████████████████ | ██ |
| ██ | ██ | █████████████ | ██ |
| ██ | ██ | ████████████████████████ | ██ |
| 07/10/23 | MAS | Review and edit Reply in Support of Motion to Compel | 0.40 |
| 07/11/23 | ZSG | Revise reply to motion to compel based on review of Go Pro deposition transcript | 0.40 |
| ██ | ██ | ████████████████ | ██ |
| 07/13/23 | ZSG | Revise reply in support of motion to compel and prepare exhibits, proposed order for filing | 0.30 |
| 07/13/23 | MAS | Review and edit Reply to Opposition to Motion to Compel | 0.40 |
| ██ | ██ | ████████████████ | ██ |
| ██ | ██ | ██████████████████████ | ██ |
| ██ | ██ | ████████████ | ██ |
| ██ | ██ | ████████████████████████ | ██ |
| ██ | ██ | ██████████████████████ | ██ |
| ██ | ██ | ████████████████ | ██ |



## ITEMIZED DISBURSEMENTS

| DESCRIPTION | DATE | AMOUNT |
|-------------|------|--------|
| ██████████████████ | ██ | ██ |
| ██████████████████ | ██ | ██ |
| ████████████████ | ██ | ██ |

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

# BAKER
# DONELSON
### BEARMAN, CALDWELL
### & BERKOWITZ, PC

**TAX NO.** ████████

1600 WEST END AVENUE, SUITE 2000
NASHVILLE, TENNESSEE 37203
PHONE:  615.726.5600
MAILING ADDRESS:
P.O. BOX 331884
NASHVILLE, TENNESSEE 37203
www.BakerDonelson.com

████████
AS Valsts Nekustamie Ipašumi

September 18, 2023
Invoice No. 9163556
Client.Matter: 2961148.000001
Attorney: Chris Caputo
Email: ccaputo@bakerdonelson.com
Phone: 615.726.5709

Client: AS Valsts Nekustamie Ipašumi
Matter: Latvian Embassy Construction Dispute



AS Valsts Nekustamie pasumi.
Case 1:22-cv-01643-RCL   Document 34-4   Filed 02/09/24   Page 13 of 27
Latvian Embassy Construction Dispute
Client.Matter: 2961148.000001

September 18, 2023
Invoice No.  9163556
Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ██ | █ | ██████████████████████ | █ |
| ██ | █ | ████████████████████ | █ |
| ██ | █ | ██████████████████████ | █ |
| ██ | █ | ████████████ | █ |
| ██ | █ | █████████████████████ | █ |
| ██ | █ | ██████████████████████ | █ |
| ██ | █ | ██████████████████████ | █ |
| ██ | █ | ████████████████████ | █ |
| ██ | █ | ███████████ | █ |
| ██ | █ | ███████ | █ |
| ██ | █ | ████████████████████ | █ |
| ██ | █ | █████████████████████ | █ |
| ██ | █ | ████████████████ | █ |
| ██ | █ | █████████████████████ | █ |
| ██ | █ | ████████████████████ | █ |

**ITEMIZED DISBURSEMENTS**

| DESCRIPTION | DATE | AMOUNT |
|-------------|------|--------|
| ██████████████████████ | ██ | ██ |
| ██████████████████ | ██ | ██ |
| Deposition Transcripts Planet Depos LLC; 595188; 07/18/2023; Deposition Transcript of Sameh Elrahimy | 07/18/23 | 1,978.25 |



**BAKER**
**DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

**TAX NO.** █████████

1600 WEST END AVENUE, SUITE 2000
NASHVILLE, TENNESSEE 37203
PHONE:  615.726.5600
MAILING ADDRESS:
P.O. BOX 331884
NASHVILLE, TENNESSEE 37203
www.BakerDonelson.com

---

█████████
AS Valsts Nekustamie Ipašumi
██████████████
██████████

October 30, 2023
Invoice No. 9173444
Client.Matter: 2961148.000001
Attorney: Chris Caputo
Email: ccaputo@bakerdonelson.com
Phone: 615.726.5709

Client: AS Valsts Nekustamie Ipašumi
Matter: Latvian Embassy Construction Dispute



AS Valsts Nekustamie Īpašumi
Latvian Embassy Construction Dispute
Client.Matter: 2961148.000001

October 30, 2023
Invoice No.  9173444
Page 2

**ITEMIZED FEES**



| DATE | TKPR | DESCRIPTION | HOURS |
|------|------|-------------|-------|

| DATE | TKPR | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/25/23 | ZSG | Draft motion for sanctions following Go Pro failure to abide by court order on motion to compel | 1.10 |
| 09/26/23 | MAS | Conference with Mr. Gilreath re: Motion for Sanctions; work on issues re: same | 0.40 |
| 09/27/23 | MAS | Work on Motion for Sanctions; e-mails re: same | 0.20 |
| ███████ | ████ | ████████████████████████████████████████████ | ████ |
| 09/27/23 | ZSG | Revise motion for sanctions for Go Pro's failure to abide by Court order | 0.20 |
| ███████ | ████ | ████████████████████████████████████████████ | ████ |

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

**TAX NO.** ██████████

1600 WEST END AVENUE, SUITE 2000
NASHVILLE, TENNESSEE 37203
PHONE:  615.726.5600
MAILING ADDRESS:
P.O. BOX 331884
NASHVILLE, TENNESSEE 37203
www.BakerDonelson.com

███████
AS Valsts Nekustamie Ipašumi



November 30, 2023
Invoice No. 9185514
Client.Matter: 2961148.000001
Attorney: Chris Caputo
Email: ccaputo@bakerdonelson.com
Phone: 615.726.5709

Client: AS Valsts Nekustamie Ipašumi
Matter: Latvian Embassy Construction Dispute

AS Valsts Nekustamie pasumi                                                    November 30, 2023
Latvian Embassy Construction Dispute                                          Invoice No.  9185514
Client.Matter: 2961148.000001                                                           Page 2

**ITEMIZED FEES**



| DATE | TKPR | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ███ | █ | ████████████████████████████ | █ |
| ███ | █ | ████████████████████████████ | █ |
| 10/03/23 | ZSG | Revise motion for sanctions; draft proposed order and submit for filing | 0.20 |



BEARMAN, CALDWELL
& BERKOWITZ, PC

**TAX NO.** ███████

1600 WEST END AVENUE, SUITE 2000
NASHVILLE, TENNESSEE 37203
PHONE:  615.726.5600
MAILING ADDRESS:
P.O. BOX 331884
NASHVILLE, TENNESSEE 37203
www.BakerDonelson.com

████████
AS Valsts Nekustamie Ipašumi



December 14, 2023
Invoice No. 9193136
Client.Matter: 2961148.000001
Attorney: Chris Caputo
Email: ccaputo@bakerdonelson.com
Phone: 615.726.5709

Client: AS Valsts Nekustamie Ipašumi
Matter: Latvian Embassy Construction Dispute

AS Valsts Nekustamie pašumi                                                December 14, 2023
Latvian Embassy Construction Dispute                          Invoice No.  9193136
Client.Matter: 2961148.000001                                              Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ██████ | ███ | ████████████████████████████ | ██ |
| ██████ | ███ | ███████████████████████████████████ | ██ |
| ██████ | ███ | ██████████████████ | ██ |
| ██████ | ███ | ██████████████████████████████████████ | ██ |
| ██████ | ███ | ███████████████████████████████ | ██ |
| ██████ | ███ | ██████████████████████████████████████ | ██ |
| ██████ | ███ | ██████████████████ | ██ |
| 11/09/23 | ZSG | Prepare letter to Go Pro regarding insufficiency of supplemental production of documents | 0.70 |
| ██████ | ███ | ████████████████████████████ | ██ |
| ██████ | ███ | ██████████████████████ | ██ |
| ██████ | ███ | ██████████████████████████████████ | ██ |
| ██████ | ███ | ██████████████████████████████████████ | ██ |
| ██████ | ███ | █████████████████████████ | ██ |
| ██████ | ███ | █████████████████████████████ | ██ |
| ██████ | ███ | ████████████████████████████████ | ██ |
| ██████ | ███ | ██████████████████████ | ██ |
| ██████ | ███ | ██████████████████████████████ | ██ |
| ██████ | ███ | ████████████████████████████████ | ██ |
| ██████ | ███ | ██████████████ | ██ |
| ██████ | ███ | ████████████████ | ██ |

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

AS Valsts Nekustamie pašumi    Case 1:22-cv-01643-RCL   Document 34-4   Filed 02/09/24   Page 21 of 27  December 14, 2023
Latvian Embassy Construction Dispute                                                     Invoice No.  9193136
Client.Matter: 2961148.000001                                                        Page 3



| DATE | TKPR | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 11/16/23 | ZSG | Draft reply to Go Pro response to show cause order | 1.90 |
| ██ | ██ | ██████████████████ | ██ |
| ██ | ██ | ██████████████████ | ██ |
| ██ | ██ | ██████████████████ | ██ |
| ██ | ██ | ██████████████████ | ██ |
| 11/17/23 | MAS | Review and edit Reply to Go Pro's Response to Order to Show Cause | 0.50 |
| ██ | ██ | ██████████████ | ██ |
| ██ | ██ | ██████████████████ | ██ |
| ██ | ██ | ██████████████████ | ██ |
| ██ | ██ | ██████████████ | ██ |

**ITEMIZED DISBURSEMENTS**

| DESCRIPTION | DATE | AMOUNT |
|-------------|------|--------|
| ████████████████ | ██ | ██ |
| ████████████████ | ██ | ██ |

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

**TAX NO.** ▮▮▮▮▮▮

1600 WEST END AVENUE, SUITE 2000
NASHVILLE, TENNESSEE 37203
PHONE:  615.726.5600
<u>MAILING ADDRESS:</u>
P.O. BOX 331884
NASHVILLE, TENNESSEE 37203
www.BakerDonelson.com


AS Valsts Nekustamie Ipašumi

January 18, 2024
Invoice No. 9206807
Client.Matter: 2961148.000001
Attorney: Chris Caputo
Email: ccaputo@bakerdonelson.com
Phone: 615.726.5709

Client: AS Valsts Nekustamie Ipašumi
Matter: Latvian Embassy Construction Dispute

Current Professional Services Rendered



AS Valsts Nekustamie pašumi

Latvian Embassy Construction Dispute

Client.Matter: 2961148.000001

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ██████ | ███ | ████████████████████████████████ | ███ |
| ██████ | ███ | ████████████████████████████████████ | ███ |
| ██████ | ███ | █████████████████████████████ | ███ |
| ██████ | ███ | ███████████████████████ | ███ |
| 12/13/23 | ZSG | Prepare outline for sanctions hearing | 1.30 |
| 12/13/23 | MAS | Review Go Pro's Second Response to Court's Order dated November 9, 2023; e-mail to Mr. Gilreath re: same and hearing on Motion for Sanctions | 0.30 |
| ██████ | ███ | ████████████████████████████████ | ███ |
| ██████ | ███ | ██████████████████████████████ | ███ |
| 12/14/23 | ZSG | Additional preparation for hearing on motion for sanctions | 1.20 |
| 12/15/23 | MAS | Conference with Mr. Gilreath re: Motion for Sanctions hearing; e-mails from/to Mr. Gilreath re: same; telephone call with Mr. Gilreath; review Court Order; e-mail to ████████ | 0.50 |
| 12/15/23 | ZSG | Travel to and from court for hearing on motion to compel | 1.20 |
| 12/15/23 | ZSG | Attend hearing on motion for sanctions | 1.00 |
| ██████ | ███ | ██████████████████████ | ███ |
| ██████ | ███ | ████████████████████████████████ | ███ |
| ██████ | ███ | ████████████████████████████ | ███ |
| ██████ | ███ | ████████████████████████████ | ███ |
| ██████ | ███ | █████████████████████ | ███ |

TOTAL CURRENT FEES ██████

CURRENT AMOUNT DUE ██████



# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

**TAX NO.** ██████

1600 WEST END AVENUE, SUITE 2000
NASHVILLE, TENNESSEE 37203
PHONE:  615.726.5600
MAILING ADDRESS:
P.O. BOX 331884
NASHVILLE, TENNESSEE 37203
www.BakerDonelson.com

███████

AS Valsts Nekustamie Ipašumi

████████
██████

February 2, 2024
Invoice No. 9210214
Client.Matter: 2961148.000001
Attorney: Chris Caputo
Email: ccaputo@bakerdonelson.com
Phone: 615.726.5709

Client: AS Valsts Nekustamie Ipašumi
Matter: Latvian Embassy Construction Dispute



AS Valsts Nekustamie Ipasumi
Latvian Embassy Construction Dispute
Client.Matter: 2961148.000001

February 2, 2024
Invoice No.  9210214
Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ████ | ██ | █████████████████████ | ██ |
| ████ | ██ | ████████████████████████████ | ██ |
| ████ | ██ | █████████████████████████████████ | ██ |
| ████ | ██ | ██████████████████████████████████ | ██ |
| 01/29/24 | ZSG | Plan and prepare for deposition of Go Pro custodian of records | 2.50 |
| 01/29/24 | ZSG | Take deposition of Go Pro custodian of records in response to August 21, 2023 court order (re: supplemental documents from Go Pro) | 2.20 |
| 01/29/24 | MAS | Conference with Mr. Gilreath re: deposition of Go Pro's corporate designee and strategize for hearing and completion of discovery | 0.50 |
| ████ | ██ | ████████████████████████████ | ██ |
| ████ | ██ | ██████████████████████████████ | ██ |
| ████ | ██ | ██████████████████████████████ | ██ |
| ████ | ██ | ██████████████████████ | ██ |
| 01/30/24 | ZSG | Prepare outline for 1/31/24 hearing on motion for sanctions, pending discovery disputes | 0.50 |
| ████ | ██ | ██████████████████████████ | ██ |
| 01/30/24 | MAS | Conference with Mr. Gilreath re: strategy for Motion for Sanctions hearing and completion of discovery | 0.30 |
| 01/30/24 | ZSG | Final preparation and review of filings for motions hearing on 1/31/24 | 0.80 |
| 01/31/24 | ZSG | Travel to US District Court (Washington, DC) for motions hearing | 0.80 |
| 01/31/24 | ZSG | Travel from US District Court (Washington, DC) to office following motions hearing | 1.20 |
| 01/31/24 | ZSG | Attending hearing on VNI motion for sanctions | 1.00 |
| 01/31/24 | MAS | Conference with Mr. Gilreath re: Motion for Sanctions hearing and relief awarded | 0.20 |

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

AS Valsts Nekustamie pasumi
Latvian Embassy Construction Dispute
Client.Matter: 2961148.000001

Case 1:22-cv-01643-RCL    Document 34-4    Filed 02/09/24    Page 26 of 27    February 2, 2024

Invoice No.  9210214

Page 3

| DATE | TKPR | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 01/31/24 | MAS | Work on attorney's fees petition | 0.20 |
| ██████ | ███ | ████████████████████████████████████ | ███ |
| ██████ | ███ | ████████████████████████████████████ | ███ |
| ██████ | ███ | ████████████████████████████████████ | ███ |
| ██████ | ███ | ████████████████████████████████████ | ███ |
| 01/31/24 | ZSG | Draft Statement of Costs and Proposed Sanctions as ordered by the court on 1/31/2024 | 2.50 |
| ██████ | ███ | ████████████████████████████████████ | ███ |
| 02/01/24 | MAS | Review and edit Affidavit in Support of Attorney's Fees, Statement of Costs & Proposed Sanctions, and proposed Order; review attorneys' fees and invoices; conference with Mr. Gilreath and work on issues re: same | 1.40 |
| 02/01/24 | ZSG | Revise Statement of Costs and Proposed Sanctions and proposed order; draft affidavit on attorney's fees and verified statement | 0.90 |
| ██████ | ███ | ████████████████████████████████████ | ███ |
| ██████ | ███ | ████████████████████████████████████ | ███ |
| 02/01/24 | ZSG | Revise Statement of Costs and Proposed Sanctions and proposed order in response to Court's 1/31/24 order. | 0.40 |

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 642889 | 2/8/2024 | 523435 |
| **Job Date** | **Case No.** | |
| 1/29/2024 | 1:22-cv-01643-RCL | |
| **Client and Case Name** | | |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC (Baltimore) - Go Pro Construction, LLC -v- Ipasumi | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Zachary S. Gilreath, Esquire
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC (Baltimore)
100 Light Street
Suite 1900
Baltimore, MD 21202

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Sameh Elrahimy | 118.00 | Pages | 501.50 |
| LEF File | 1.00 | Files | 175.00 |
| Processing Fee | 1.00 | | 49.00 |

**TOTAL DUE  >>>**                                    **$725.50**
AFTER 3/9/2024  PAY                            $761.78

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Zachary S. Gilreath, Esquire
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC (Baltimore)
100 Light Street
Suite 1900
Baltimore, MD 21202

Invoice No.   : 642889
Invoice Date  : 2/8/2024
**Total Due**    : **$725.50**
AFTER 3/9/2024  PAY  $761.78

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.      : 523435
BU ID        : *01-DMV
Case No.     : 1:22-cv-01643-RCL
Case Name    : Go Pro Construction, LLC -v- Ipasumi