# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GO PRO CONSTRUCTION, LLC,<br><br>        Plaintiff/Counter-Defendant,<br><br>v.<br><br>VALSTS NEKUSTAMIE IPASUMI,<br><br>        Defendant/Counter-Plaintiff. | Civil Action No. 1:22-cv-01643-RCL |

## AFFIDAVIT OF ATTORNEYS' FEES AND VERIFIED STATEMENT

I, Linda Strause, state that I am over the age of 18 years, have personal knowledge of the facts set forth herein, and am competent to testify to those facts, as follows:

1. I am an attorney with more than 17 years of legal experience practicing in Latvia. I am currently a Partner at the law firm of TGS Baltic in Riga, Latvia.[1]

2. Ivars Grunte is an attorney with more than 43 years of legal experience practicing in Latvia. He is also a Partner at the law firm of TGS Baltic in Riga, Latvia.

3. Mr. Grunte and I serve as counsel for Defendant/Counter-Plaintiff Valsts Nekustamie Ipasumi ("VNI"). As VNI is a state-owned company based in Latvia and operates in a strictly regulated environment, the services of TGS Baltic are necessary to both explain the legal specifics and decision-making process in this matter and to address any potential language barriers when communicating with VNI's counsel in the United States.

4. I make this Verified Statement pursuant to the Court's January 31, 2024 Order and in support of VNI's Petition for Attorneys' Fees and Statement of Costs.

5. Attached hereto as Exhibit 1 is a summary of the TGS Baltic attorneys' fees

---

[1] TGS Baltic is a full-service business law firm in Estonia, Latvia and Lithuania, employing 150+ lawyers across the Baltics.

incurred by VNI through February 1, 2024. Exhibit 1 also includes the back-up documentation, including invoices, in support of the fees. The back-up documentation contains detailed descriptions of the work performed, broken down by hours or fractions thereof on each task. TGS Baltic timekeepers' hourly rate information is also included.

6. At the rates billed and the time described in Exhibit 1, the attorneys' fees and costs claimed by VNI through February 1, 2024 is 2555€. In my experience, I believe that amount to be a fair and reasonable amount of attorneys' fees for the tasks described herein and set forth in Exhibit 1.

7. The rates set forth in Exhibit 1 reflect TGS Baltic's customary fees and are consistent with attorneys performing similar legal services in the field of construction law, including matters that are being litigated in foreign jurisdictions like the United States. The fees charged in this matter were fixed, not contingent.

8. Based on my experience, the customary fee prevailing in Latvia for legal services similar to those rendered in this matter ranges from 100€ per hour to 250€ per hour.

9. In further support of its Petition, it should be noted that the amount of attorneys' fees requested in Exhibit 1 was driven by Plaintiff/Counter-Defendant Go Pro Construction, LLC's multiple failures to abide by its discovery obligations under the Federal Rules of Civil Procedure, the Local Rules of this Court, and the August 21st Order, the November 9th Order, and the December 15th Order.

10. Specifically, Plaintiff/Counter-Defendant's conduct led to the filing of VNI's June 20, 2023 Motion to Compel and related pleadings; VNI's October 3, 2023 Motion for Sanctions, related pleadings, and oral argument; the July 6, 2023 deposition of Go Pro's corporate designee, Sameh Elrahimy; and the January 29, 2024 deposition of Mr. Elrahimy.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  February 9, 2024

_____
Linda Strause
Partner / Attorney at Law
TGS BALTIC
Elizabetes 63-11, LV-1050
Riga, Latvia
P: +371 6788 9999
E: linda.strause@tgsbaltic.com