# Exhibit C-1

**Go Pro Construction, LLC**
**v.**
**Valsts Nekustamie Ipasumi**
**Case No. 1:22-cv-01643-RCL**
**EXHIBIT 1**
**AFFIDAVIT OF ATTORNEYS' FEES AND VERIFIED STATEMENT**

| Invoice No. | Invoice Date | Relevant Hours | Rate | Applicable Amount | Fees | Total: |
|---|---|---|---|---|---|---|
| TGSLV31524 | 08/21/23 | 2.3 | 140.00 € | 315.00 € | 0.00 € | 315.00 € |
| TGSLV31657 | 09/15/23 | 5 | 140.00 € | 700.00 € | 0.00 € | 700.00 € |
| TGSLV31866 | 11/01/23 | 3.6 | 140.00 € | 504.00 € | 0.00 € | 504.00 € |
| TGSLV32139 | 12/18/23 | 1.5 | 140.00 € | 210.00 € | 0.00 € | 210.00 € |
| TGSLV32196 | 12/28/23 | 1.5 | 140.00 € | 210.00 € | 0.00 € | 210.00 € |
| TGSLV40218 | 02/09/24 | 4.4 | 140.00 € | 616.00 € | 0.00 € | 616.00 € |

**APPLICABLE LEGAL FEES THROUGH 2/9/2024:**       **2,555.00 €**



**INVOICE**

Valsts akciju sabiedrība "Valsts nekustamie īpašumi"
Talejas iela 1
LV-1026 Rīga

| Date | Invoice Number |
|---|---|
| 21.08.2023 | TGSLV31524 |
| **Matter Number** | **Invoicing Contact** |
| LV220589 | |
| **Payment Term** | |
| 10 days | |
| **Share** | |
| 100.00 % | |
| **Your VAT number** | **Your Reference** |
| LV40003294758 | ▓▓▓▓▓▓▓▓▓▓ |

**Matter: Dispute resolution related to the implementation of the project "Renovation of the building 2304 Massachusetts Avenue, NW, Washington, DC 20008, USA, in accordance with the requirements of the Ministry of Foreign Affairs"**



**Please use the reference number when paying the invoice.**

| Invoice Number | Reference Number | Due Date | Payable | |
|---|---|---|---|---|
| TGSLV31524 | 6103 15240 | 31.08.2023 | ▓▓▓ | EUR |

TGS Baltic zvērinātu advokātu birojs SIA
Elizabetes 63-11, LV-1050 Rīga
+37167889999
latvia@tgsbaltic.com
www.tgsbaltic.com





# INVOICE

## Specification of transactions and expenses
01.07.2023 - 31.07.2023

Invoice Number  TGSLV31524
Matter  LV220589
Matter: Dispute resolution related to the implementation of the project "Renovation of the building 2304 Massachusetts Avenue, NW, Washington, DC 20008, USA, in accordance with the requirements of the Ministry of Foreign Affairs"

| Transactions | | Created by | Price | Hours | Net |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 31.07.2023 | Preparation of a machine translation of the reply in support of Motion to Compel. | Linda Štrause | 140.00 | 0.25 | 35.00 |
| | Review of the documents provided by the US law firm, preparation of a summary for the client. | Ivars Grunte | 140.00 | 2.00 | 280.00 |
| ▮ | | | | ▮ | ▮ |
| | | | ▮ | ▮ | ▮ |
| ▮ | | | ▮ | ▮ | ▮ |



TGS Baltic zvērinātu advokātu birojs SIA
Elizabetes 63-11, LV-1050 Rīga
+37167889999
latvia@tgsbaltic.com
www.tgsbaltic.com



INVOICE

Valsts akciju sabiedrība "Valsts nekustamie īpašumi"
Talejas iela 1
LV-1026 Rīga

| Date | Invoice Number |
|---|---|
| 15.09.2023 | TGSLV31657 |
| Matter Number | Invoicing Contact |
| LV220589 | |
| Payment Term | |
| 10  days | |
| Share | |
| 100.00 % | |
| Your VAT number | Your Reference |
| LV40003294758 | |

**Matter:** Dispute resolution related to the implementation of the project "Renovation of the building 2304 Massachusetts Avenue, NW, Washington, DC 20008, USA, in accordance with the requirements of the Ministry of Foreign Affairs"



Please use the reference number when paying the invoice.

| Invoice Number | Reference Number | Due Date | Payable | |
|---|---|---|---|---|
| TGSLV31657 | 6103 16579 | 25.09.2023 | | EUR |



TGS Baltic zvērinātu advokātu birojs SIA
Elizabetes 63-11, LV-1050 Rīga
+37167889999
latvia@tgsbaltic.com
www.tgsbaltic.com





# INVOICE

## Specification of transactions and expenses
01.08.2023 - 31.08.2023

Invoice Number  TGSLV31657
Matter  LV220589
Disptue resolution related to the implementation of the project "Renovation of the building 2304 Massachusetts Avenue, NW, Washington, DC 20008, USA, in accordance with the requirements of the Ministry of Foreign Affairs"

| Date | Transactions | Created by | Hours | Net | Price |
|---|---|---|---|---|---|
| 22.08.2023 | Review of documents provided by US law firm, correspondence with client. | Ivars Grunte | 140.00 | 1.50 | 210.00 |
| | Review and summery of of the documentation submitted by the US law firm (order re Motion to Compel). | Linda Štrause | 140.00 | 2.50 | 350.00 |
| | Communication (e-mails, phone calls) with US attorneys and VNI. | Ivars Grunte | 140.00 | 1.00 | 140.00 |



TGS Baltic zvērinātu advokātu birojs SIA
Elizabetes 63-11, LV-1050 Rīga
+37167889999
latvia@tgsbaltic.com
www.tgsbaltic.com



# INVOICE

Valsts akciju sabiedrība "Valsts nekustamie īpašumi"
Talejas iela 1
LV-1026 Rīga

| Date | Invoice Number |
|---|---|
| 01.11.2023 | TGSLV31866 |
| **Matter Number** | **Invoicing Contact** |
| LV220589 | |
| **Payment Term** | |
| 10 days | |
| **Share** | |
| 100.00 % | |
| **Your VAT number** | **Your Reference** |
| LV40003294758 | ███ |

**Matter:** Disptue resolution related to the implementation of the project "Renovation of the building 2304 Massachusetts Avenue, NW, Washington, DC 20008, USA, in accordance with the requirements of the Ministry of Foreign Affairs"



**Please use the reference number when paying the invoice.**

| Invoice Number | Reference Number | Due Date | Payable | |
|---|---|---|---|---|
| TGSLV31866 | 6103 18661 | 11.11.2023 | 0.00 | EUR |



TGS Baltic zvērinātu advokātu birojs SIA
Elizabetes 63-11, LV-1050 Rīga
+37167889999
latvia@tgsbaltic.com
www.tgsbaltic.com





**INVOICE**

## Specification of transactions and expenses
01.09.2023 - 30.09.2023

Invoice Number  TGSLV31866
Matter  LV220589
Dispute resolution related to the implementation of the project "Renovation of the building 2304 Massachusetts Avenue, NW, Washington, DC 20008, USA, in accordance with the requirements of the Ministry of Foreign Affairs"

| Transactions | | Created by | Price | Hours | Net |
|---|---|---|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| 26.09.2023 | Review and discussion of the draft Motion for Sanctions. | Ivars Grunte | 140.00 | 1.10 | 154.00 |
| 27.09.2023 | Examination of the draft prepared by the US law firm, related communication. Preparation of the Latvian translation. | Linda Štrause | 140.00 | 2.50 | 350.00 |

TGS Baltic zvērinātu advokātu birojs SIA
Elizabetes 63-11, LV-1050 Rīga
+37167889999
latvia@tgsbaltic.com
www.tgsbaltic.com



**INVOICE**

Valsts akciju sabiedrība "Valsts nekustamie īpašumi"
Talejas iela 1
LV-1026 Rīga

| Date | Invoice Number |
|---|---|
| 18.12.2023 | TGSLV32139 |
| **Matter Number** | **Invoicing Contact** |
| LV220589 | |
| **Payment Term** | |
| 30 days | |
| **Share** | |
| 100.00 % | |
| **Your VAT number** | **Your Reference** |
| LV40003294758 | ■■■■■■■■■■ |

**Matter: Dispute resolution related with the implementation of the project "Renovation of the building 2304 Massachusetts Avenue, NW, Washington, DC 20008, USA, in accordance with the requirements of the Ministry of Foreign Affairs"**



Please use the reference number when paying the invoice.

| Invoice Number | Reference Number | Due Date | Payable | |
|---|---|---|---|---|
| TGSLV32139 | 6103 21399 | 17.01.2024 | ■■■ | EUR |

TGS Baltic zvērinātu advokātu birojs SIA
Elizabetes 63-11, LV-1050 Rīga
+37167889999
latvia@tgsbaltic.com
www.tgsbaltic.com





# INVOICE

## Specification of transactions and expenses
02.10.2023 - 30.11.2023

Invoice Number   TGSLV32139
Matter   LV220589
Dispute resolution related to the implementation of the project "Renovation of the building 2304 Massachusetts Avenue, NW, Washington, DC 20008, USA, in accordance with the requirements of the Ministry of Foreign Affairs"

| Transactions | | Created by | Price | Hours | Net |
|---|---|---|---|---|---|
| 02.10.2023 | Communication with the US law firm. | Ivars Grunte | 140.00 | 0.50 | 70.00 |
| 06.11.2023 | Contacting US law firm about the status of the application to the US court (filed 03.10.2023) and the actual status of the proceedings. | Ivars Grunte | 140.00 | 1.00 | 140.00 |



TGS Baltic zvērinātu advokātu birojs SIA
Elizabetes 63-11, LV-1050 Rīga
+37167889999
latvia@tgsbaltic.com
www.tgsbaltic.com



INVOICE

Valsts akciju sabiedrība "Valsts nekustamie īpašumi"
Talejas iela 1
LV-1026 Rīga

| Date | Invoice Number |
|---|---|
| 28.12.2023 | TGSLV32196 |
| Matter Number | Invoicing Contact |
| LV220589 | |
| Payment Term | |
| 30 days | |
| Share | |
| 100.00 % | |
| Your VAT number | Your Reference |
| LV40003294758 | |

**Matter:** Dispute resolution related to the implementation of the project "Renovation of the building 2304 Massachusetts Avenue, NW, Washington, DC 20008, USA, in accordance with the requirements of the Ministry of Foreign Affairs"



**Please use the reference number when paying the invoice.**

| Invoice Number | Reference Number | Due Date | Payable | |
|---|---|---|---|---|
| TGSLV32196 | 6103 21962 | 27.01.2024 | | EUR |

TGS Baltic zvērinātu advokātu birojs SIA
Elizabetes 63-11, LV-1050 Rīga
+37167889999
latvia@tgsbaltic.com
www.tgsbaltic.com





**INVOICE**

**Specification of transactions and expenses**
12.12.2023 - 27.12.2023

Invoice Number  TGSLV32196
Matter          LV220589
                Dispute resolution related to the implementation of the project "Renovation of the building 2304 Massachusetts Avenue, NW, Washington, DC 20008, USA, in accordance with the requirements of the Ministry of Foreign Affairs"

| Transactions | | Created by | Price | Hours | Net |
|---|---|---|---|---|---|
| 15.12.2023 | Review of the order sent by US law firm, related correspondence with US law firm on the client. | Ivars Grunte | 140.00 | 1.00 | 140.00 |
| 18.12.2023 | Review of the order, drafting an email to the client updating the status of the case, incl. hearing on VNI's Motion for Sanctions. | Linda Štrause | 140.00 | 0.50 | 70.00 |

TGS Baltic zvērinātu advokātu birojs SIA
Elizabetes 63-11, LV-1050 Rīga
+37167889999
latvia@tgsbaltic.com
www.tgsbaltic.com



**INVOICE**

Valsts akciju sabiedrība "Valsts nekustamie īpašumi"
Talejas iela 1
LV-1026 Rīga

| Date | Invoice Number |
|---|---|
| 09.02.2024 | TGSLV40218 |
| Matter Number | Invoicing Contact |
| LV220589 | |
| Payment Term | |
| 30 days | |
| Share | |
| 100.00 % | |
| Your VAT number | Your Reference |
| LV40003294758 | |

**Matter:** Dispute resolution related to the implementation of the project "Renovation of the building 2304 Massachusetts Avenue, NW, Washington, DC 20008, USA, in accordance with the requirements of the Ministry of Foreign Affairs"

Please use the reference number when paying the invoice.

| Invoice Number | Reference Number | Due Date | Payable | |
|---|---|---|---|---|
| TGSLV40218 | 6104 02182 | 10.03.2024 | | EUR |

TGS Baltic zvērinātu advokātu birojs SIA
Elizabetes 63-11, LV-1050 Rīga
+37167889999
latvia@tgsbaltic.com
www.tgsbaltic.com





2 (2)

**INVOICE**

## Specification of transactions and expenses
01.01.2024 - 09.02.2024

Invoice Number  TGSLV40218
Matter  LV220589
Dispute resolution related to the implementation of the project "Renovation of the building 2304 Massachusetts Avenue, NW, Washington, DC 20008, USA, in accordance with the requirements of the Ministry of Foreign Affairs"

| Transactions | | Created by | Price | Hours | Net |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 01.02.2024 | E-mail communication with the US law firm, analysis of case information sent by the US Office. | Linda Štrause | 140.00 | 0.50 | 70.00 |
| 02.02.2024 | Review of the Memorandum Order, correspondence with US attorneys and the client. | Ivars Grunte | 140.00 | 1.40 | 196.00 |
| 06.02.2024 | Correspondence with client, US attorneys, review of VNI's Petition for Attorneys' Fees, Statement of Costs and Proposed Sanctions, translation and explanation to the client. | Ivars Grunte | 140.00 | 2.50 | 350.00 |

TGS Baltic zvērinātu advokātu birojs SIA
Elizabetes 63-11, LV-1050 Rīga
+37167889999
latvia@tgsbaltic.com
www.tgsbaltic.com