

# Transcript of Sameh Elrahimy, Corporate Designee

**Date:** July 6, 2023
**Case:** Go Pro Construction, LLC -v- Ipasumi

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

## Page 1

```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
                 Civil Action No. 1:22-cv-01643-RCL

GO PRO CONSTRUCTION, LLC,              )

      Plaintiff/Counter-Defendant,     )

   v.                                  )

VALSTS NEKUSTAMIE IPASUMI,             )

      Defendant/Counter-Plaintiff.     )

_____)


          Deposition of GO PRO CONSTRUCTION, LLC,

            by and through SAMEH ELRAHIMY

                 Baltimore, Maryland

                Thursday, July 6, 2023

                     9:57 a.m.








Job No.:  498513

Pages: 1 - 178

Transcribed by:  Jerome E. Harris
```

## Page 2

```
        Deposition of GO PRO CONSTRUCTION, LLC, by and

through SAMEH ELRAHIMY, held at the offices of:


        ROLLINS, SMALKIN, RICHARDS & MACKIE, L.L.C.

        300 East Lombard Street

        Suite 900

        Baltimore, Maryland 21202

        (410) 727-2443





        Pursuant to agreement, before Bri Slack,

Notary Public in and for the State of Maryland.
```

## Page 3

```
                    A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF/COUNTER-DEFENDANT:

      RODERICK R. BARNES, ESQUIRE

      ROLLINS, SMALKIN, RICHARDS & MACKIE, L.L.C.

      300 East Lombard Street

      Suite 900

      Baltimore, Maryland 21202

      (410) 727-2443



ON BEHALF OF THE DEFENDANT/COUNTER-PLAINTIFF:

      ZACHARY S. GILREATH, ESQUIRE

      BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ PC

      100 Light Street

      Suite 1900

      Baltimore, Maryland 21202

      (410) 685-1120



ALSO PRESENT:

      Matty Megee, law student
```

## Page 4

C O N T E N T S

| Examination of SAMEH ELRAHIMY | | PAGE |
| --- | --- | --- |
| By Mr. Gilreath | | 5 |

EXHIBITS (Retained.)

GO PRO'S

| Exhibit 1 | Notice of Deposition | 8 |
| --- | --- | --- |
| Exhibit 2 | Work Progress Report #3 | 19 |
| Exhibit 3 | Letter of Invitation to Tender | 39 |
| Exhibit 4 | Proposal Bid | 41 |
| Exhibit 5 | Complaint | 48 |
| Exhibit 6 | Email | 50 |
| Exhibit 7 | Contract Latvian Project | 52 |
| Exhibit 8 | Plaintiff's Production | 55 |
| Exhibit 9 | Email Thread | 62 |
| Exhibit 10 | Response Request for Production | 66 |
| Exhibit 11 | Work Schedule | 74 |
| Exhibit 12 | Work Progress Report #1 | 83 |
| Exhibit 13 | Corrected Invoice | 87 |
| Exhibit 14 | Work Progress Report #2 | 89 |
| Exhibit 15 | Work Progress Report #4 | 97 |

(Continued on next page.)

| 1 | Exhibit 16 | Invoice #2 | 101 |
| 2 | Exhibit 17 | Email November 2nd, 2021 | 105 |
| 3 | Exhibit 18 | Handrail Drawing Document | 108 |
| 4 | Exhibit 19 | 504 Architect Drawing | 110 |
| 5 | Exhibit 20 | Letter December 13th, 2021 | 115 |
| 6 | Exhibit 21 | Email to Marcis | 121 |
| 7 | Exhibit 22 | Emails Priscilla and Marcis | 123 |
| 8 | Exhibit 23 | Termination of Contract Letter | 131 |
| 9 | Exhibit 24 | Email May 25th, 2022 | 134 |
| 10 | Exhibit 25 | List of Materials | 152 |
| 11 | Exhibit 26 | Quotation | 154 |
| 12 | Exhibit 27 | Value of Work Completed | 156 |
| 13 | Exhibit 28 | Answer to Counterclaim | 157 |
| 14 | Exhibit 29 | Answers to Interrogatories | 158 |
| 15 | Exhibit 30 | Expert Report | 174 |

---

**PROCEEDINGS**

Whereupon,

SAMEH ELRAHIMY,

being first duly sworn or affirmed to testify to the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR THE DEFENDANT/ COUNTER-PLAINTIFF:

BY MR. GILREATH:

Q   Good morning. My name is Zach Gilreath, I am from the law firm of Baker, Donelson. I have Matty Megee, summer assist to my office, sitting here in on the deposition. I'm counsel representing the Defendant/Counter-Plaintiff in this suit, Valsts Nekustamie Ipasumi. I may refer to him as VNI throughout the deposition.

Before we start, can you please state your name for the record.

**A   Sameh Elrahimy.**

Q   And Mr. Elrahimy, have you ever been deposed before?

**A   Yes.**

---

Q   And under what circumstances were you deposed?

**A   As a witness in another case.**

Q   What was the subject matter of that case?

**A   Construction.**

Q   Construction. And when you say witness, you were not a party to the lawsuit?

**A   No.**

Q   Before we get started, I just want to go over some ground rules. I'm sure that they were touched on in previous deposition. But we're here today, I can see you, you can see me. For the purposes of the transcript that's going to be put together, everything that is going to be said needs to be said verbally. So try to avoid head nods, yes or no, try to articulate your answers.

Try to allow me to finish my question before you start answering. Try not speak over me. I'll try to do the same for you, let you complete your answer before I move on to my next question.

If at any point in time you don't understand a question that I have asked, please let me know; I'll try my best to rephrase it. But if you do answer a

---

question, it will be assumed that you understood the question.

Does that make sense?

**A   Yes.**

Q   Okay. At any point in time today you want to take a break, it's fine, just let me know, we can take a break. Bathroom, to get food, whatever. The only thing I'd ask if there's question pending, that you answer the question before we take any break. Okay?

I'm going to start with what has been premarked as Go Pro number 1. This is a copy of the Amended Notice of Rule 30(b)(6) Deposition.

(Go Pro Exhibit 1, Amended Notice, was marked for identification, and is retained by counsel.)

Q   Have you reviewed this document before your deposition today?

**A   Yes.**

Q   And you understand that you are here today to provide testimony on behalf of Go Pro Construction, LLC?

**A   Yes.**

Q   In addition to reviewing the Deposition Notice, did you review any other documentation in preparation

9

1 for your deposition?
2   A  Yes.
3   Q  What did you review?
4   A  The Contract.
5   Q  The Contract.  Any additional documentation?
6   A  Not that I recall.
7   Q  Did you have any conversations with anyone in
8 preparation for your deposition today?
9       And when I say that, any conversations with Mr.
10 Barnes, you can say you had a conversation with him, but
11 I do not want to know the substance of that
12 conversation.
13   A  Today, no.
14   Q  Just prior to your deposition in preparation
15 for today?
16   A  Yes, with Mr. Barnes.
17   Q  Did you have any conversations with anyone else
18 at Go Pro?
19   A  No.
20   Q  Did you have any conversations with Raouf
21 Elrahimy?
22   A  Yes.

10

1   Q  In preparation for your deposition?
2   A  No.
3   Q  Did you have any conversations with Omar
4 Elrahimy?
5   A  Yes.
6   Q  Did you have any conversations with anyone else
7 at Optimum Construction?
8   A  No.
9   Q  Is there anything you wish you could have done
10 more to prepare for your deposition today?
11   A  Yeah, I'm not sure how to answer that question.
12   Q  Let me circle back and finish.
13       And you do understand that your testimony is
14 under oath and may be used at trial in this matter?
15   A  Yes.
16   Q  Just some general background information.  Can
17 you please provide your residential address?
18   A  19309 Golden Meadow Drive, Germantown, Maryland
19 20876.
20   Q  What is your date of birth?
21   A  And September 25th, 1986.
22   Q  And what your current place of employment?

11

1   A  Sorry?
2   Q  What is your current place of employment?
3   A  It's Gaithersburg, Maryland.
4   Q  And you're employed by Go Pro --
5   A  Yes.
6   Q  -- Construction.  What is your position with Go
7 Pro?
8   A  I'm the owner.
9   Q  Has Go Pro ever been a plaintiff or a defendant
10 in a lawsuit prior to this matter?
11   A  Defendant, like being sued or suing --
12   Q  Correct.
13   A  -- suing someone?
14   Q  Either or.
15   A  Yes.
16   Q  And in what capacity?
17   A  What do you mean?
18   Q  So you said yes to you've been a plaintiff or a
19 defendant.  Were you a plaintiff in a previous lawsuit
20 other than this matter?
21   A  Yes.
22   Q  And what was the subject of that lawsuit?

12

1   A  I don't recall that right now.
2   Q  Okay.  Has Go Pro ever been a defendant in a
3 lawsuit other than this -- in this matter?
4   A  Yes.
5   Q  Do you recall the subject matter of that case?
6   A  Not off the top of my head, no.
7   Q  Do you recall when these matters took place?
8   A  I'd say roughly six, seven years ago.
9   Q  And were they construction-related lawsuits?
10   A  Yes.
11   Q  Did they have to do with payment issues?
12   A  No.
13   Q  Did they have to do with performance issues?
14   A  I don't recall.
15   Q  And you previously stated that you've been
16 deposed previously as a witness; is that correct?
17   A  Yes.
18   Q  Were you deposed in either of the previous
19 lawsuits involving Go Pro?
20   A  No.
21   Q  In the matter in which you were deposed as a
22 witness, did you -- do you recall who you test -- what

13

1 the case involved other than just general construction,
2 do you recall the name of the parties?
3 **A Can you repeat the question.**
4 Q In that matter that you were deposed as a
5 witness, can you recall the parties involved in that
6 lawsuit?
7 **A Not off the top of my head.**
8 Q Do you recall when that case took place?
9 **A About a year ago.**
10 Q And do you recall what jurisdiction it was at;
11 what court?
12 **A The deposition was in Rockville, Maryland.**
13 Q Do you know if the case was in D.C. or in
14 Maryland state court?
15 **A I don't recall that.**
16 Q Is there any reason your memory would be
17 impaired today, albeit medications or alcohol in the
18 past 24 hours?
19 **A No.**
20 Q You previously stated you are the owner of Go
21 Pro Construction, LLC; is that correct?
22 **A Yes.**

14

1 Q When was Go Pro Construction, LLC formed?
2 **A I don't remember the date off the top of my**
3 **head.**
4 Q Okay. Do you have an estimated timeline of how
5 long Go Pro has been in existence?
6 **A Seven to eight years.**
7 Q Seven to eight years. Okay.
8 What is the nature of Go Pro's business?
9 **A Construction.**
10 Q When you say, Construction, is that in the role
11 of contractor or subcontractor or it varies?
12 **A General contractor.**
13 Q And in what states or districts does Go Pro do
14 business?
15 **A Maryland, Virginia, Washington, D.C.**
16 Q And is Go Pro licensed as a general contractor
17 in all three of those --
18 **A Yes.**
19 Q -- districts?
20 As owner of Go Pro, can you walk me through
21 your day-to-day activities and your duties as owner?
22 **A Can you be more specific?**

15

1 Q As the owner, do you oversee staffing
2 decisions?
3 **A Yes.**
4 Q Do you oversee accounting or bookkeeping?
5 **A Yes.**
6 Q Do you oversee contract negotiation?
7 **A Yes.**
8 Q Do you oversee contract execution?
9 **A Yes.**
10 Q Does your -- in your role as owner, do you
11 oversee project management responsibilities when it
12 comes to construction-related activities?
13 **A Yes.**
14 Q How many employees does Go Pro have currently?
15 **A Between 20 and 30.**
16 Q And is that similar to the number of employees
17 Go Pro had at the time of the Latvian Embassy project?
18 **A Probably, yes.**
19 Q And of those 20 to 30 employees that Go Pro
20 has, how many is salaried versus hourly employees?
21 **A I don't have that information off the top of my**
22 **head.**

16

1 Q Are there some employees that are hourly?
2 **A Yes.**
3 Q What type of employees are particularly hourly?
4 **A Office.**
5 Q Office. And then, salaried positions would
6 include?
7 **A Also office.**
8 Q Okay. Does Go Pro employ any laborers to
9 complete construction-related activities on projects?
10 **A Yes.**
11 Q And how many would you estimate Go Pro employs?
12 **A In the 20 to 30 counted includes both office**
13 **and combination of the two.**
14 Q Well, would you say you have 10 laborers and 20
15 office staff, 20 laborers, 10 office staff?
16 **A 20 laborer, 10 office.**
17 Q And are the laborers hourly --
18 **A Five office -- five office, maybe 25 laborers.**
19 **Somewhere around there.**
20 Q Of the laborers, are they hourly, salaried, or
21 does it vary?
22 **A It varies.**

17

1    Q  Do the laborers maintain -- do laborers
2  maintain time in any way?
3    **A  Sorry?**
4    Q  Do the laborers when working on a
5  construction-related activity, such as the Latvian
6  Embassy project, do they monitor -- maintain their time
7  in any way?  Do they keep timecards to let you know when
8  they were onsite when they were working on a certain
9  project?
10    **A  Yes.**
11    Q  And how is that time maintained?
12    **A  Through according to the office.**
13    Q  When you say, According to the office, is there
14  an online site that you use, a service?
15    **A  It would depend on the crew we're using on**
16  **site.**
17    Q  For the Latvian project, how was time
18  maintained?
19    **A  I don't recall.**
20    Q  Does Go Pro, prior to the Latvian Embassy
21  project, have other experience with embassy, embassy
22  construction projects?

18

1    **A  Yes.**
2    Q  What previous experience does Go Pro have?
3    **A  Can you be more specific.**
4    Q  What other countries' embassies has Go Pro
5  worked said for prior to the Latvian?
6    **A  Many countries.**
7    Q  Can you name them?
8    **A  Spain.**
9    Q  Is Spain the only one you can recall right now?
10    **A  Yes.**
11    Q  What is Go Pro's relationship with Optimum
12  Construction?
13    **A  So the owner of Optimum is my brother.**
14    Q  And you're testifying on behalf of Go Pro, so
15  if you don't know this answer, let me know.  But do you
16  know the nature of Optimum Construction's business.
17    **A  I don't.**
18    Q  It's my understanding that Optimum served as a
19  project management service as it relates to the Latvian
20  Embassy project;  is that correct?
21    **A  Is -- can you repeat that question.**
22    Q  In some of the documentation that's been

19

1  produced in this case, Optimum Construction was
2  identified as being retained by Go Pro to serve as a
3  project management company; is that correct?
4    **A  Can you show me that document?**
5    Q  Absolutely.
6    (Pause.)
7    Q  Let me step back further in the documents.
8      Do you know an individual by the name of
9  Jason Kirk?
10    **A  Yes.**
11    Q  Is Jason Kirk employed by Optimum?
12    **A  I'm not sure.**
13    Q  Was Jason Kirk employed by Optimum at the time
14  of the Latvian Embassy project?
15    **A  I believe so, yes.**
16    Q  Has Jason Kirk ever been employed by Go Pro?
17    **A  No.**
18    Q  I'm going to show you -- I'm going to show you
19  what has been marked as Go Pro number 2.  This is a copy
20  of the Work Progress Report Number 3.
21      (Go Pro Exhibit 2, Work Progress Report Number
22  3, was marked for identification, and is retained by

20

1  counsel.)
2      Do you recognize this document?
3    **A  Yes.**
4    Q  Turning your attention to number 14 on the
5  second page, it states, As per the Embassy's request for
6  construction meeting via video conference, please be
7  advised that your project manager, Mr. Jason Kirk, and
8  the site supervisor, Mr. John Grindes, will --
9    **A  Brian.**
10    Q  -- be attending -- Brian Grindes, will be
11  attending the biweekly video meeting.
12      You stated that Jason Kirk is not an employee
13  of Go Pro, correct?
14    **A  Correct.**
15    Q  He's being identified as quote, unquote, Our
16  project manager, Mr. Jason Kirk.
17    **A  Okay.**
18    Q  So if he wasn't an employee of Go Pro, was he
19  -- how was he, Our project manager on the site?  Was he
20  retained as a subcontractor to Optimum?
21    **A  No, he works for Optimum.**
22    Q  Okay.  And to -- and part of his services were

21

1   serving as a project manager for the Latvian Embassy --
2       A   Sure.
3       Q   -- project?
4       A   Yes.
5       Q   In -- did Go Pro enter a contract with Optimum
6   Construction as it related to the Latvian Embassy
7   project?
8       A   No.
9       Q   Was there ever an exchange of payment between
10  Go Pro and Optimum related to --
11      A   I don't recall.
12      Q   Did Optimum Construction provide laborers for
13  the Latvian Embassy project?
14      A   I don't recall.
15      Q   Do you recall if there were any laborers on the
16  project that were not employees of Go Pro?
17      A   I don't recall.
18      Q   So Go Pro never paid Optimum for any services
19  provided as it relates to the Latvian --
20      A   No, I said I don't recall.  I didn't say we
21  didn't.
22      Q   How does Go Pro typically make payments to

22

1   subcontractors on construction-related projects?
2       A   It varies.  It depends.
3       Q   Do you sometimes write checks?
4       A   Sure.
5       Q   Sometimes wire transfers?
6       A   Sure.
7       Q   Does Go Pro maintain a bank account to issue
8   payments to subcontractors?
9       A   Can you elaborate on that question.  I'm not
10  sure.
11      Q   When Go Pro writes a check, that check
12  typically draws from a checking account, savings
13  another, or another type of account maintained with a
14  banking institution, correct?
15      A   Of course.
16      Q   Go Pro had a bank account in its name for
17  purposes of making payments to subcontractors in the
18  past?
19      A   Specific bank account?
20      Q   A bank account?
21      A   We have a bank account.  Go Pro does have a
22  bank account.

23

1       Q   Has it changed over the last seven to eight
2   years of Go Pro doing business?
3       A   I don't recall.
4       Q   Do you have access to the banking records that
5   would indicate whether or not a payment was issued to
6   Optimum Construction?
7       A   Do I have access to my bank account?  If I --
8       Q   Yeah.
9       A   -- if I review, I can -- if I review the
10  record, I can find out.
11      Q   In reviewing the discovery requests in this
12  case, did you ever review your banking records to
13  determine whether or not any payments were issued to
14  Optimum Construction as it relates to --
15      A   I did not.
16      Q   What is Go Pro's relationship with Raouf
17  Elrahimy?
18      A   He's my father.
19      Q   Last week, we conducted a deposition of
20  Priscilla Winters, and during the course of her
21  deposition, she stated that Mr. Raouf Elrahimy assisted
22  in a consultant role as it related to preparing the bid

24

1   for the Latvian Embassy project.  Is that correct?
2           MR. BARNES: Is it correct that she stated that?
3       Q   Is it correct that Mr. Raouf Elrahimy assisted
4   Go Pro as a consultant in preparing --
5       A   Is that based on what Priscilla said or are you
6   asking me -- I'm not sure if I understand.
7       Q   Testifying on behalf of Go Pro, did Mr. Raouf
8   Elrahimy assist Go Pro in preparing the proposal for the
9   Latvian Embassy project?
10      A   Yes.
11      Q   And how did he assist in preparing the
12  proposal?
13      A   I don't recall.
14      Q   Did he review the bid documents that were
15  provided by the Embassy?
16      A   Yes.
17      Q   Did he prepare any cost estimations as it
18  related to the project?
19      A   I'm -- actually, I'm not sure.  I can't speak
20  for him.
21      Q   Have you had any conversations with your father
22  regarding what he did or did not do in assisting with

25

1  preparing the bid proposal?
2      A  A specific question, no.
3      Q  How many times in the seven eight years that
4  Go Pro has been in business has Go Pro prepared bid
5  proposals for construction-related projects?
6      A  I don't recall.
7      Q  Do you have an estimated number of times?
8      A  How -- last what?  Seven years you said?
9      Q  In the existence of Go Pro.
10     A  How many contracts we have done?
11     Q  That specifically bid proposals.  So receiving
12  a letter of invitation to bid and bidding on that
13  project?
14     A  In the last seven years?
15     Q  Correct.
16     A  I don't know.  More 300.
17     Q  More than 300?
18         And when preparing a bid proposal, can you walk
19  me through that process, what it entails?
20     A  Can you be more specific.  I --
21     Q  Do you review the bid documents provided with
22  the letter of invitation to ver bid?

26

1      A  Depends on the project.  If we have estimators
2  and --
3      Q  How does Go Pro determine ultimately the cost
4  attributed to the bid proposal?
5      A  Every job is different.
6      Q  Do you make a determination how much it will
7  cost you versus how much you want to be paid?
8      A  Can you -- I don't understand the question.
9      Q  Let's say you want to bid on a project, and
10  your bid proposal says we'll do the work for $1.5
11  million.  Just a hypothetical.  Am I correct in assuming
12  that Go Pro does has not calculated that their cost to
13  complete the work will also be $1.5 million?  I'm
14  assuming that there's profit and overhead included in
15  the determination of the bid proposal amount?
16     A  In all honesty, I'm not sure I understand your
17  question.
18     Q  When entering into an agreement for a
19  construction-related project, does Go Pro try to make a
20  profit on their jobs?
21     A  Of course, yes.
22     Q  How do you go about trying to ensure that you

27

1  make a profit?
2      A  There would be the means and method of
3  estimating the project.
4      Q  Did you complete any estimating activities as
5  it relates to the Latvian Embassy project?
6      A  Yes.
7      Q  What estimating activities?
8      A  I don't recall.
9      Q  Did you prepare any sort of cost valuation
10  reports?
11     A  Can you be more specific.  Before, after,
12  during?
13     Q  Before.  In preparing the bid proposal, dd you
14  calculate this is the number of man hours we'll need,
15  this is the cost of equipment, materials, things to that
16  nature to --
17     A  I don't recall.
18     Q  If you were to put together a cost estimation
19  documentation, would that be maintained through an Excel
20  sheet, online database, how would Go Pro typically --
21     A  Some documents are Word documents.  So it
22  depends on the project.  Every project is a specific and

28

1  unique.
2      Q  Did Go Pro undergo any sort of review or
3  inspection of their records to determine whether or not
4  any such documentation existed as it relates to the
5  Latvian Embassy project?
6      A  I don't recall.
7      Q  How does Go Pro typically pay its employees?
8      A  Can you be more specific.
9      Q  Does Go Pro pay its employees through direct
10  deposit?
11     A  No.
12     Q  Does Go Pro pay its employees through checks?
13     A  Yes.
14     Q  Were these checks drawn from the same bank
15  account that we previously discussed relating to
16  payments made to subcontractors?
17     A  Not necessarily.
18     Q  So it's possible Go Pro maintains two separate
19  bank accounts; one for payroll and one for paying
20  subcontractors?
21     A  Yes.
22     Q  How about purchasing equipment and materials

---

29

1  for a project, how does purchases typically take place?
2  Is it drawn on a bank account, credit card?
3      A  It depends.
4      Q  Does Go Pro document purchases made for
5  equipment or materials on projects?
6      A  Document?  Can you elaborate.
7      Q  Do you keep receipt -- do you keep receipts?
8      A  Yes.
9      Q  And how are those receipts maintained?  Where
10 do you keep the receipts after purchase?
11     A  It's specific to each project.
12     Q  For the Latvian Embassy project, how were
13 receipts maintained?
14     A  I don't recall.
15     Q  Has Go Pro inspected its records to try to
16 identify any receipts for purchases, equipment, or
17 materials for the Latvian Embassy project?
18     A  I don't recall.
19     Q  Who at Go Pro underwent the inspection for
20 documents in this case?
21     A  I don't recall.
22     Q  Does Go Pro Construction have any sort of

---

30

1  retention policy relating to documents for construction
2  projects?
3      A  Can you elaborate on that question.
4      Q  Some companies have retention policies that say
5  they will not dispose of documents for three years,
6  let's say.  Does Go Pro have any similar policy relating
7  to the maintaining documents?
8      A  I'm not sure of that question.
9      Q  You are the owner of Go Pro, correct?
10     A  Correct.
11     Q  Do you have some decisionmaking powers in
12 determining whether or not a retention policy exists?
13     A  You said that some companies have a retention
14 policy, and I said I'm not aware of that policy.
15     Q  Are you aware that Go Pro has one?
16     A  No.
17     Q  Go Pro does not have one?
18     A  It -- the answer to that question is no.
19     Q  Does Go Pro prepare financial statements
20 annually?
21     A  No.
22     Q  In the seven to eight years that you estimated

---

31

1  Go Pro has been in existence, has Go Pro ever prepared a
2  said a financial statement?
3      A  I don't recall.
4      Q  Are you aware of whether or not Go Pro has ever
5  been audited or reviewed by any --
6      A  Not that I recall.
7      Q  -- tax authority.
8          Does Go Pro have an accountant?
9      A  Yes.
10     Q  Who is your accountant?
11     A  Name or business name or --
12     Q  Both.
13     A  It's Fadi, F-A-D-I, Salah.  And his company is
14 -- I don't recall the name of his company.
15     Q  And where is he located?
16     A  I'm not sure.
17     Q  How long has he served as Go Pro's accountant?
18     A  I don't recall right now.
19     Q  Was he the accountant for Go Pro at the time of
20 the Latvian Embassy project?
21     A  I don't recall.
22     Q  Do you have any estimated timeline for how long

---

32

1  he has served as your accountant?
2      A  If I were to take a guess, it would be three to
3  four years.
4      Q  In serving as your accountant, have you ever
5  provided him with any financial information to assist in
6  his accounting services?
7      A  Yes.
8      Q  And what documentation have you provided him?
9      A  Can you be more specific.
10     Q  You stated you provide him certain financial
11 information.  I'm asking what you provide him?
12     A  Bank account.
13     Q  Just bank account information?
14     A  Yes.
15     Q  Does that include bank statements?
16     A  Yes.
17     Q  And how often do you provide him with these
18 bank statements?
19     A  He has access to the bank account.
20     Q  Are you aware of whether or not he's prepared
21 any financial statements on behalf of Go Pro?
22     A  I'm not.

---

**33**

1  Q  What banks does Go Pro currently maintain
2  accounts with?
3    **A  Capital One.**
4  Q  That's the only bank?
5    **A  Yes.**
6  Q  What type of account do you maintain with
7  Capital One?
8    **A  Checking.**
9  Q  So just one checking account?
10   **A  We said two.**
11 Q  Two?
12   **A  Yeah.  The active ones, yes.**
13 Q  And how long has Go Pro banked with Capital
14 One?
15   **A  Six to seven years.**
16 Q  We discussed briefly your father, Raouf.  Is he
17 the owner of AC&C?
18   **A  Yes.**
19 Q  And does AC&C provide services similar to Go
20 Pro?
21   **A  I can't speak for his behalf.**
22 Q  Are you aware that AC&C bidded on the Latvian

**34**

1  Embassy project?
2    **A  I don't recall that.**
3  Q  Mr. Elrahimy, can you walk me through your
4  educational background.
5    **A  Can you be more specific.**
6  Q  Did you graduate from high school?
7    **A  No.**
8  Q  Did you go to high school?
9    **A  Yes.**
10 Q  Where did you go to high school?
11   **A  Seneca Valley High School.**
12 Q  Where is that located?
13   **A  Germantown, Maryland.**
14 Q  Did you attend any sort of secondary education
15 after high school?
16   **A  Yes.**
17 Q  Where did you go?
18   **A  Montgomery College.**
19 Q  Did you graduate?
20   **A  Yes.**
21 Q  Is that a two-year degree or four-year degree?
22   **A  Four-year.**

**35**

1  Q  Do you have a major?
2    **A  Yes; construction management.**
3  Q  And after Montgomery College, did you attend
4  any other educational --
5    **A  No.**
6  Q  -- facility.
7    **A  I take that back.  As far as school education,**
8  **no, but work training education, yes.**
9  Q  Yes.  So you can --
10     THE WITNESS: Can I have some water, please.
11     MR. BARNES: Um-hum.
12     THE WITNESS: Thank you.
13 Q  After you graduated from Montgomery College,
14 did you enter the work force?
15   **A  Yes.**
16 Q  Where have you been working?
17   **A  Home Depot.**
18 Q  Home Depot.  How long were you at Home Depot?
19   **A  Roughly six to nine months.**
20 Q  And what was your role at Home Depot during
21 those six to nine months?
22   **A  Flooring department.**

**36**

1  Q  And after Home Depot?
2    **A  I started my own company.**
3  Q  What company was it?
4    **A  Go Green Construction.**
5  Q  Go Green?
6    **A  Yes.**
7  Q  And what was the nature of Go Green
8  Construction's business?
9    **A  General contractor.**
10 Q  Similar to Go Pro?
11   **A  Yes.**
12 Q  Do you recall what year Go Pro -- or Go Green
13 Construction was established?
14   **A  I don't.**
15 Q  And how long did Go Green Construction exist?
16   **A  Say roughly three years.**
17 Q  Was Go Green Construction an LLC?
18   **A  Yes.**
19 Q  And Go Green Construction ultimately closed?
20   **A  Yes.**
21 Q  What was the reason for its closure?
22   **A  We just had a name change.**

---

37

1    Q   So Go Green Construction changed to Go Pro?

2    A   Yes. New company.

3    Q   Was Go Green Construction ever named as a party

4    in a lawsuit?

5    A   I don't recall.

6    Q   In addition to your construction management

7    degree from Montgomery College, have you received any

8    other licensures or certification related to

9    construction management?

10   A   I'm certified lead removal. And the licensing,

11   yeah. Maryland, Virginia and D.C. does require study.

12   Q   So you're individually licensed in all three of

13   those jurisdictions?

14   A   Both, yes.

15   Q   And are you required to renew those licenses?

16   A   Yes.

17   Q   How often are you required to renew those

18   licenses?

19   A   Think depends on the -- state.

20   Q   Have your licenses in any those three

21   jurisdictions ever lapsed for any reason?

22   A   No. In D.C., yes, we did have a lapse once,

---

38

1    but it was immediately reinstated, and the lapse was

2    under my name, not the company name. So the company did

3    not have a lapse.

4    Q   Do you recall when that lapse occurred?

5    A   I don't.

6    Q   Was --

7    A   We were still active. We could still do work.

8    Just not recall the --

9    Q   Did that lapse occur during the Latvian Embassy

10   project?

11   A   No.

12   Q   In addition to your licenses and

13   certifications, do you ever participate in any sort of

14   training relating to construction-management services?

15   A   Not that I recall.

16   Q   Have you ever been retained as an expert

17   witness in a lawsuit?

18   A   Not that I recall.

19   Q   In a review of Go Pro's Answers to

20   Interrogatories, you were identified as a potential

21   hybrid fact/expert witness who may offer opinions as to

22   certain issues in this case. Have you generated any

---

39

1    opinions as it relates to the underlying issues in this

2    lawsuit?

3    A   Can you be more specific.

4    Q   Do you have any opinions as it relates to the

5    Scope of Work for the Contract?

6    A   I don't understand that question.

7    Q   Have you reviewed the expert report prepared by

8    Neil Sinclair on behalf of VNI in this case?

9    A   I don't recall.

10   Q   Did there come a time that Go Pro received a

11   Letter of Invitation to Bid from VNI as it relates to

12   the Latvian Embassy project?

13   A   Yes.

14   Q   All right. Handing you what's been marked as

15   Go Pro number 3, titled Letter of Invitation to Tender.

16       (Go Pro Exhibit 3, Letter of Invitation to

17   Tender, was marked for identification, and is retained

18   by counsel.)

19   Q   Do you recognize this document?

20   A   Yes.

21   Q   And is this the copy of the Letter of

22   Invitation to Bid that you received related to the

---

40

1    Latvian Embassy project?

2    A   I would have to confirm, because we received it

3    by email, and I don't have the email in front of me, so

4    this is a paper copy. I'd have to match to confirm that

5    they are the same.

6    Q   Do you have any reason to doubt the

7    authenticity of the document?

8    A   Just briefly looking at it, no.

9    Q   I also want to note for the record that it is

10   labeled Plaintiff's Document Production, so this is a

11   document that was produced by Go Pro in discovery.

12       In addition to this Letter of Invitation to

13   Bid, did you also receive bid documents including

14   drawings and specs relating to the Latvian Embassy

15   project?

16   A   Yes.

17   Q   And did there come a time that Go Pro decided

18   they were going to submit a bid proposal related to this

19   Letter of Invitation to Tender?

20   A   Yes.

21   Q   Prior to preparing the bid proposal, do you

22   recall if you had any conversations with Raouf Elrahimy

---

41

1 relating to the invitation to bid?

2     **A I don't recall.**

3     Q Handing you what's been marked Go Pro number 4,

4 it's titled as Proposal Bid.

5     (Go Pro Exhibit 4, Proposal Bid, was marked for

6 identification, and is retained by counsel.)

7     Q Do you recognize this document?

8     **A Yes.**

9     Q And is this a copy of the Bid Proposal that was

10 submitted by Go Pro in response to VNI's Letter of

11 Invitation to Tender?

12     **A Yes.**

13     Q Do you recall who drafted this document?

14     **A I don't.**

15     Q Did you participate in preparing the terms

16 listed in this Proposal Bid?

17     **A I don't recall.**

18     Q Do you recall who may have been involved?

19     **A I don't.**

20     Q Could it have included you?

21     **A Sorry?**

22     Q Could you have participated in preparing the

42

1 terms of this Bid Proposal?

2     **A Could you rephrase your question.**

3     Q There are terms provided in this Bid Proposal.

4 Those terms --

5     **A Can you tell me which terms you are referring**

6 **to.**

7     Q The entirety of the terms, every word in this

8 document, listed on Go Pro Construction letterhead.

9     **A I don't recall.**

10     Q Looking specifically at the Project Scope, do

11 you recall who prepared the Project Scope -- the Project

12 Scope language in the Proposal Bid?

13     **A I don't recall.**

14     Q In comparing Exhibit 4 with Exhibit 3, am I

15 correct in concluding that the Project Scope language is

16 the exact same as been listed in the Letter of

17 Invitation to Tender?

18     **A Yeah, if you want me to answer that**

19 **word-for-word, I would have to read both.**

20     Q Take your time and review both and let me know

21 if there have been any changes.

22     **A It appears to be the same, yes.**

43

1     Q Turning to page 2 of Exhibit 4, the Bid

2 Proposal. Under the subsection titled Payment Terms, it

3 provides six stages of payment -- well, it says, No down

4 payment, and then, five stages of payment. Is that

5 correct?

6     **A Yes.**

7     Q Do you recall who prepared the Payment Terms?

8     **A I don't.**

9     Q Could you have prepared the Payment Terms?

10     **A Yes.**

11     Q Under the Payment Terms, it says, More down

12 payment, and then, 30 percent demo stage. And then, the

13 third one is, 35 percent for any interior structure

14 repair work starts. Same for the fourth and fifth, it

15 includes the words, Start, starts. Why is there not a

16 start next to the 30 percent demo stage?

17     **A I'm not sure.**

18     Q Is that because payment was due at the

19 completion of the demo stage?

20     **A I'm not sure, but I would assume so because**

21 **there's no down payment.**

22     Q Can you restate that for me?

44

1     You wouldn't think that the payment would be

2 due at the conclusion of the demo stage because no down

3 payment was due?

4     **A I'm not sure.**

5     Q Would you agree that if 30 percent of payment

6 was due and demolition started and that wouldn't in

7 effect be a down payment?

8     **A Can you rephrase that question.**

9     Q The first stage in this project, according to

10 these Payment Terms and the schedule work that I'll get

11 to shortly, indicates that demolition was the first

12 aspect of the job to be completed; is that correct?

13     **A Yes.**

14     Q If payment was due before the first stage of

15 the project, that would in effect be a down payment;

16 would you agree?

17     **A So there is no down payment.**

18     Q Correct. So am I correct in assuming because

19 no down payment is due, and the word, start, is not

20 included on the demo stage, then 30 percent of payment

21 is due at the completion of the demo stage?

22     **A This is your assumption. I cannot speak for**

45

1  your assumption.
2      Q  I'm asking -- this is Go Pro's document.
3      A  Yes.
4      Q  What did Go Pro mean by the Payment Terms?
5      A  So demo stage, as I said, I don't recall
6  preparing this, but the demo stage doesn't have the
7  word, Start, next to it. So this would mean that once
8  the demo was completed, we would receive a payment.
9      Q  Okay. And then, turning to the Price, it says,
10  Total price from all work including labor and materials
11  from the original Scope of Work for the base bid,
12  $1,150,000. Do you see that?
13      A  Yes.
14      Q  Do you recall how Go Pro reached that amount
15  for this Bid Proposal?
16      A  I don't.
17      Q  And you do not remember whether or not that
18  involved any sort of internal cost estimation prepared
19  by Go Pro?
20      A  I don't.
21      Q  Have there been instances where Go Pro has not
22  conducted any cost evaluation or estimation in preparing

46

1  a bid proposal?
2      A  Can you be more specific with your question.
3      Q  Are there times where Go Pro simply comes up
4  with a number out of thin air without doing any sort of
5  review or calculation in preparing a bid proposal?
6      A  No.
7      Q  So there's always some sort of assessment or
8  evaluation taken into consideration in preparing the bid
9  proposal?
10      A  Yes.
11      Q  You have not reviewed or located any documents
12  as it relates to the Latvian Embassy Bid Proposal?
13      A  I believe my answer was I don't recall.
14      Q  But you have not looked for any documentation
15  as to any sort of cost assessment or cost valuation in
16  preparing the Bid Proposal?
17      A  I don't recall.
18      Q  It's my understanding in reviewing complaint
19  filed by Go Pro that there was a dispute over the Scope
20  of Work under the Contract for the Latvian Embassy
21  project, correct?
22      A  Is that correct that this is your

47

1  understanding?
2      Q  That what Go Pro contends in its complaint?
3      A  Can you repeat that question.
4      Q  Does Go Pro contend that there was a dispute
5  over the Scope of Work related to the Latvian --
6      A  What does contend mean?
7      Q  Allege, assert, argue. Is it your position
8  there was a dispute?
9      A  Regarding the Scope of Work?
10      Q  Correct.
11      A  I'm not sure I understand the question. Can
12  you repeat.
13      Q  Was VNI's position that the Scope of Work under
14  the Contract was broader and included more work than Go
15  Pro believed it included?
16      A  I cannot speak for VNI's position. I don't
17  know.
18      Q  Did you ever have any conversations with VNI as
19  it relates to the Scope of Work?
20      A  Can you be specific. Who is VNI?
21      Q  The company that hired Go Pro to complete the
22  construction.

48

1      A  But to be specific to that person that I spoke
2  to or --
3      Q  Individuals at VNI would have included Rihards
4  Nikiforovs or Marcis -- Marcis Grivins.
5      A  The only person I met on site is Marcus.
6      Q  Okay.
7      A  Yes.
8      Q  Separate and apart from meetings in-person,
9  were there any communications ever regarding the Scope
10  of Work that took place via email?
11      A  I don't recall.
12      Q  Showing you what's been marked Go Pro number 5.
13  It's a copy of the Complaint that was filed by Go Pro
14  Construction in the United States District Court for the
15  District of Columbia on June 8th, 2022.
16          (Go Pro Exhibit 5, Complaint, was marked for
17  identification, and is retained by counsel.)
18      Q  Do you recognize this document?
19      A  Yes.
20      Q  I want to turn your attention to paragraph
21  number 14. It's on the third page -- fourth page. It
22  states, Go Pro pointed out to VNI that the agreement

49

1 provided for a more limited Scope of Work than
2 originally solicited, and that the original scope could
3 not be performed for the Contract sum for $1,150,000.
4    Do you see that?
5  **A  Yes.**
6    Q  Does that refresh your memory of whether or not
7 there was a dispute between VNI and Go Pro as it relates
8 to the Scope of Work in the underlying contract?
9  **A  Yes.**
10    Q  Do you recall the specifics of that dispute?
11  **A  I don't.**
12    Q  Do you recall what work VNI contends should
13 have been included in the Contract that Go Pro says was
14 not included?
15  **A  I don't.**
16    Q  You previously stated that in addition to the
17 Letter of Invitation to Bid, you also reviewed the bid
18 documents that were produced by VNI including drawings
19 and specs, correct?
20  **A  I don't recall me saying I reviewed it.  I**
21 **recall saying I received it.**
22    Q  Do you recall if you reviewed it?

50

1  **A  I don't.**
2    Q  Do you recall if someone else at Go Pro
3 reviewed it?
4  **A  I don't recall.**
5    Q  Do you recall whether there were any drawings
6 and specs included that Go Pro contends they were not
7 responsible to complete under the Contract with VNI?
8  **A  Can you repeat -- rephrase that question.**
9    Q  The drawings and specs included certain things
10 to be completed at -- at the Latvian Embassy property --
11  **A  Yes.**
12    Q  -- correct?
13    Were there certain drawings and specs for work
14 that Go Pro contends they were not required to do --
15  **A  I don't recall.**
16    Q  -- under the Contract.
17    Handing you what's been marked Go Pro number 6.
18 This purports to be an email from Priscilla Winters to
19 Rihards Nikiforovs, Cindy Conley, with Sameh Elrahimy
20 and Paul Duenas cc'd, on Tuesday, June 8th, 2021.
21    (Go Pro Exhibit 6, Email, was marked for
22 identification, and is retained by counsel.)

51

1    Q  Turning your attention to the second page.
2 Actually, you can turn back to the first page, on this
3 page.
4    On Tuesday, June 8, 2021 at 4:21, Rihards
5 Nikiforovs emailed saying, Hello, Priscilla.  I had
6 disturbing information from Embassy.  They informed me
7 that you haven't looked through our project information
8 drawings.  Is that true?
9    In response, on June 8th, 10:57 a.m., looking
10 at the second paragraph, Priscilla Winters states, All
11 the items in the Scope of Work that was cited in the
12 Invitation to Bid will be done according to the plans
13 and specs provided by the Embassy.
14    Do you recall receiving this email?
15  **A  I don't.**
16    Q  Is it Go Pro's position that they were to
17 complete all the items in the Scope of Work that was
18 cited in the Invitation to Bid according to the plans
19 and specs?
20  **A  Could you elaborate on that question.**
21    Q  Looking on that first sentence on paragraph 2
22 of Priscilla's email --

52

1  **A  Yes.**
2    Q  -- it says, All the items on the Scope of Work
3 that was cited in the Invitation to Bid will be done
4 according on the plans and specs.
5    Is it Go Pro's position that it was going to
6 complete all the items in the Scope of Work that was
7 cited in the Letter of Invitation to Bid?
8  **A  So this is what Priscilla says in the email.**
9    Q  Correct,
10  **A  Yes.**
11    Q  Is that Go Pro's position of what was to be
12 completed?
13  **A  Yes.**
14    Q  Handing you what's been marked Go Pro number 7.
15    (Go Pro Exhibit 7, Contract, was marked for
16 identification, and is retained by counsel.)
17    Q  Do you recognize this document?
18  **A  Yes.**
19    Q  And is this a copy of the complaint -- or the
20 Contract executed between Go Pro Construction and VNI as
21 it relates to the Latvian Embassy project?
22  **A  Yes.**

53

1  Q  I want to focus on Article 1 on the first page.
2  It says, The Contract Documents.  Do you see that
3  portion of the Contract?
4  **A  Yes.**
5  Q  It says, A contractor shall complete the work
6  described in the Contract documents for the project.
7  Contract documents consist of this agreement containing
8  13 pages signed by the owner and the contractor, Letter
9  of Invitation to Tender dated April 1st, 2021, the
10 contractor Bid Proposal dated May 18th, 2021, and the
11 drawings and specifications prepared by the Embassy
12 (attached to the Invitation to Tender Letter).
13     You see that?
14 **A  Yes.**
15 Q  Based on the reading of Article 1 of this
16 Contract, was Go Pro responsible for completing all of
17 the work included in the contractor -- or in the
18 drawings and specifications prepared by the Embassy?
19 **A  Can you rephrase that question again.**
20 Q  It says, The contractor shall complete the work
21 described in the Contract documents.  Correct?
22 **A  Yes.**

54

1  Q  And then, it says, The Contract documents
2  consist of, and looking specifically at number 4, The
3  drawings and specifications prepared by the Embassy.
4      So based on my reading of this Contract, am I
5  correct in concluding that Go Pro was responsible for
6  completing all of the work for all of the drawings and
7  specs provided by the Embassy in that Invitation to Bid?
8  **A  No.**
9  Q  Then, what's Go Pro's contention as it relates
10 to the --
11 **A  Can you elaborate question.**
12 Q  Are there specific drawings and specifications
13 that Go Pro is not responsible for completing?
14 **A  I don't know how to answer that question.**
15 Q  For example, in the bid documents, it included
16 certain work related to a security system.  Do you
17 recall security system drawings and specs being included
18 in the bid documents?
19 **A  I don't recall.**
20 Q  Do you recall roof replacement drawings and
21 specs being included in the bid documents?
22 **A  I would have to review, I don't recall.**

55

1  Q  Handing you what's been marked Go Pro number 8,
2  also Bates numbered Plaintiff's Document Production 180.
3      (Go Pro Exhibit 8, Plaintiff's Document
4  Production 180, was marked for identification, and is
5  retained by counsel.)
6  Q  Do you recognize this document?
7  **A  Yes.**
8  Q  Do you recall who prepared this document?
9  **A  I don't.**
10 Q  You don't?
11 **A  No.**
12 Q  Could you have prepared it?
13 **A  It's possible.**
14 Q  Turning your attention to paragraph number 2.
15 **A  On that document?**
16 Q  Yes.  Can you review that paragraph, and then,
17 I'll ask you questions.
18 **A  Yes.**
19 Q  Turning specifically to sentence number 2.  It
20 says, The additional work in the drawings that is not
21 stated in the Scope of Work in the Contract is not
22 included in the work to be performed that is clear in

56

1  Article 3, Item 3.5.1 Scope of Work notation.
2      You see that?
3  **A  Yes.**
4  Q  Can you explain how the additional work in the
5  drawings not stated is not included when the Contract
6  states that the work -- that, The contractor shall
7  complete the work in the Contract documents including
8  the drawings and specifications?
9  **A  Yes.  It's under Scope of Work Limitation on**
10 **351.**
11 Q  But do you recognize that there is a different
12 scope provided in Article 1?
13     MR. BARNES: Objection.
14     THE WITNESS: I have to answer that one?
15     MR. BARNES: You can answer that, yeah.
16 **A  So can you repeat that question again.**
17 Q  Do you believe that the Scope of Work provided
18 in Article 1 is the same as Scope of Work provided in
19 Article 3 of the Contract?
20     If you want to take time to review it, please
21 go ahead.
22     MR. BARNES: Counsel, I'm confused because

57

1  Article 1 isn't the scope; it's Contract documents.  And
2  so you're kind of conflating the two.
3      MR. GILREATH: I want to be careful about
4  stating that in front of --
5      MR. BARNES: Okay.
6      MR. GILREATH: -- the witness because my
7  contention would be it says, The contractor shall
8  complete the work described in the Contract documents.
9      So it may be titled, The contract documents,
10 but this sentence implies this isn't a part of the Scope
11 of Work.
12     MR. BARNES: I --
13     MR. GILREATH: As used is Contract
14 interpretation.
15     MR. BARNES: I disagree.  I mean --
16     MR. GILREATH: And that's fine.  I think that's
17 a question for the Court.  I'm asking him --
18     MR. BARNES: Okay.
19     MR. GILREATH: -- does he agree --
20     MR. BARNES: Okay.
21     MR. GILREATH: -- does he believe --
22     MR. BARNES: But when you're using words the way

58

1  you're using them, which mislead, understanding that
2  this witness' English is his second language, it can be
3  confusing.  And so if you're referring to Article 1 as a
4  scope when it's specifically not a scope, it's going to
5  confuse him.
6      MR. GILREATH: I disagree that it's not specific
7  -- it's specifically not a scope.  I think it could be
8  interpretive as part of -- it says, The contractor shall
9  complete the work --
10     MR. BARNES: The word --
11     MR. GILREATH: -- described in --
12     MR. BARNES: -- scope, doesn't appear anywhere
13 within Article 1.
14     MR. GILREATH: The word, shall --
15     MR. BARNES: It appears --
16     MR. GILREATH: -- complete is included in the
17 language.
18     MR. BARNES: Yeah, but for example, if you were
19 a subcontractor, and he was supplying only windows, and
20 he agreed to do the windows in accordance with the plans
21 and specifications, that doesn't mean he has to do all
22 the work on the plans and specifications.  And so you're

59

1  suggesting that there is a specific scope, but because
2  the Contract documents include the plans and drawings,
3  that he's going to have to then do all the works on the
4  plans and drawings even if it's more than the scope.
5  And you've just gone through with him a letter that he
6  recognized that he said, Our scope wasn't all the work
7  on the plans and, so --
8      MR. GILREATH: I'm asking him.
9      MR. BARNES: -- in the face of the clear
10 language of this, and the documents you already looked
11 at, I think you're trying to confuse him, and it's been
12 successful.
13     MR. GILREATH: I'm not trying to confuse him.
14 I'm simply trying to get his -- Go Pro's position,
15 because he's here to testify on behalf of Go Pro, about
16 why it says the work, the contractor shall complete the
17 work described in the Contract documents.  The contract
18 documents consist of the drawings and specifications.
19 He -- this document, and he just testified that there
20 was additional work in the drawings that is not stated
21 in the Scope of Work in the Contract, it is not included
22 in the work to be performed.  I'm not saying that these

60

1  documents are included in the Scope of Work.  I'm saying
2  this was supposed to be a part of the underlying work
3  that was contracted to be completed.
4      This is what -- it says, Shall complete the
5  work described in these documents.  The documents
6  include this.  There's no disclaimer that states, Except
7  for these drawings.  That's the point I'm trying to
8  make, and if he doesn't know --
9      MR. BARNES: Well --
10     MR. GILREATH: -- if he -- I mean, he's already
11 testified that he doesn't know who prepared the
12 Contract.  If he can't testify as to the discrepancy in
13 between the two --
14   A  I didn't say that --
15     MR. GILREATH: -- but and if you disagree to the
16 discrepancy, that's fine, but I think that's a position,
17 that's a question for the Court to --
18     MR. BARNES: Okay.  I mean --
19     MR. GILREATH: -- ultimately consider.
20     MR. BARNES: -- I think if that's the way you're
21 going to interpret this, then okay.  I mean, I --
22 respectfully don't agree, but I'm just going to object

61

1 and instruct whatever information you want from the
2 witness, fine.
3      MR. GILREATH: That's fine.
4   Q   Here.  I'll give a little more clarity.  It's
5 AC&C
6      MR. BARNES: I mean, do you agree on a
7 fundamental basis that this company was not obligated
8 under the Contract to perform all the work --
9      MR. GILREATH: No, I completely disagree.
10     MR. BARNES: -- depicted on the plans and
11 drawings?
12     MR. GILREATH: Completely disagree.
13     MR. BARNES: Okay.
14     MR. GILREATH:I think I -- I think that's one of
15 the underlying issues here.
16     MR. BARNES: Okay.  Okay.
17     MR. GILREATH: Because --
18   Q   I'm going to show you -- and you stated that
19 Raouf was involved in some capacity with the Bid
20 Proposal in this case, correct?
21   A   Yes.
22   Q   I'm going to hand you what's been marked Go

62

1 Pro --
2    A   I would like to clear something for the record.
3 You said that I said I don't know who prepared the
4 Contract, and when I said I don't recall.  There's a
5 difference because this has been a few years.
6    Q   I appreciate that.  Thank you.
7      Showing you what's been premarked as Go Pro
8 number 9.
9      (Go Pro Exhibit 9, Email thread, was marked for
10 identification, and is retained by counsel.)
11   Q   I understand that you may not have reviewed
12 this document previously, but this seems to be a email
13 communications between raouf1811@aol.com and
14 rihardsnikiforovs@vni.  Is raouf1811@aol.com Raouf
15 Elrahimy?
16   A   Yes.
17   Q   I want to turn to page 3 of this email thread.
18 It purports to be an email from Raouf to Rihards
19 Nikiforovs.  I want to turn specifically to point number
20 2 and point number 3.  Please take your time to review
21 and let me know when you've reviewed it, I have a few
22 questions.

63

1    A   Yes, I have.
2    Q   You read it?
3      So am I correct in Raouf states that if ask if
4 VNI intends to have the plans included in page 106 to
5 188 which were the drawings in the bid documents
6 included in this project, correct?
7    A   I don't know.  I cannot speak for Raouf.
8    Q   Looking at page 2, Rihards' response.  It
9 states, We will need all project -- number 3.  We will
10 need all project done, therefore, we aren't planning to
11 exclude something.
12     You see that?
13   A   Yes.
14   Q   This is an email between Raouf Elrahimy and
15 Rihards, correct, based on your understanding of the
16 document and understand --
17   A   It appears to be correct.
18   Q   And you stated that Raouf was involved in the
19 Bid Proposal?
20   A   Yes.
21   Q   Did Raouf ever communicate to you that VNI had
22 told him it intended to have all project done --

64

1    A   I don't know.
2    Q   -- and not have anything excluded?
3    A   I don't recall.
4    Q   All right.  Turning your attention back to the
5 Contract, Exhibit 7.  Let me go through additional terms
6 under this agreement.  Is it Go Pro's position that --
7    A   Which page are you on?
8    Q   Page 2, Article 3, Section 3.4.
9    A   Article 3, Section 3.4.  Yes.
10   Q   Is it Go Pro's contention that the Scope of
11 Work for the Contract only included these 11 line items
12 stated in Section 3.4?
13   A   Yes.
14   Q   I want turn to Section 10 or Article 10 of the
15 Contract.  It's page 7.  Going specifically to Section
16 10.1 at the very bottom.
17     I says, The Owner, without invalidating the
18 Contract, may order changes in the work within the
19 general scope of the Contract consisting of additions,
20 deletions or other revisions, and the Contract sum and
21 Contract time shall be adjusted accordingly in writing.
22     You see that?

65

1    A  Yes.

2    Q  And then, it says, If the Owner and Contractor
3  cannot agree to a change in the Contract sum, the Owner
4  shall pay the Contractor its actual costs plus
5  reasonable overhead and profits.

6    You see that?

7    A  Yes.

8    Q  Any discussion over the dispute over the Scope
9  of Work for this agreement.  Was there ever any
10 discussion with VNI regarding any change orders in the
11 Scope of Work?

12   A  I don't recall.

13   Q  Do you recall whether or not Go Pro ever
14 prepared any change orders related to the Scope of Work?

15   A  I don't recall.

16   Q  In other construction projects that Go Pro has
17 been involved in, has Go Pro prepared change orders?

18   A  Yes.

19   Q  Has Go Pro typically maintained documentation
20 related to those change orders?

21   A  Yes.

22   Q  Have you reviewed Go Pro's documents to

66

1  identify whether or not any change orders exist as it
2  relates to the Latvian Embassy project?

3    A  I haven't.

4    Q  Can you walk me through Go Pro's process for
5  identifying documents in response to the request for
6  documents?

7    A  Can you be more specific.

8    Q  During the litigation in this case, Go Pro was
9  served with Request for Production of Documents.  I'm
10 handing you what's been marked Go Pro number 10.

11   (Go Pro Exhibit 10, Response to Request for
12 Production of Documents, was marked for identification,
13 and is retained by counsel.)

14   Q  Go Pro number 10 is titled Response to Request
15 for Production of Documents.  These were responses
16 provided by Go Pro Construction in response to VNI's
17 Request for Production of Documents.  Have you reviewed
18 this document previously?

19   A  Yes.

20   Q  I want to turn your attention to Request number
21 10 on page 3.  Request number 10 states, All change
22 proposals, request for equitable adjustment and/or claim

67

1  submitted by you to the Defendant, and all change laws
2  maintained by you in connection with the project and
3  concern or related to the work performed by you.

4    Do you recall Go Pro reviewing its documents to
5  identify whether any such documents exist?

6    A  I don't.

7    Q  Turning your attention to Request number 18 on
8  page 5.  It says, All internal costs estimates take-offs
9  bid worksheets, bid summaries, bid papers and pricing
10 documents provide -- prepared by or for you concerning
11 the project.

12   Did Go Pro review its records to in an attempt
13 to identify any internal costs estimates take-offs, bid
14 worksheets, bid papers and pricing documents?

15   A  Go Pro or me?

16   Q  Go Pro.

17   A  I don't recall.

18   Q  You do understand that you're here to testify
19 on behalf of Go Pro today, correct?

20   A  Yes.

21   Q  During the course of this litigation, Go Pro
22 has produced an estimated 240 pages of responsive

68

1  documents.  Did you participate in gathering those
2  documents for production?

3    A  I don't recall

4    Q  Do you recall sending your attorney documents
5  relating to this project?

6    A  Yes.

7    Q  Do you recall, do you know if anyone else at Go
8  Pro was involved in providing documents to Mr. Barnes?

9    A  I don't recall.

10   Q  Turning your attention to Request number 24.
11 It says you --

12   A  Which page are you referring to?

13   Q  Go to page 10.  Your yearly audited financial
14 statement for 2021 and 2022, including all appendices,
15 exhibits, notes and accountant's letters.

16   Would your accountant have access to any
17 financial statements for 2021 or 2022?

18   A  I don't know.

19   Q  Did Go Pro file taxes in 2021?

20   A  Yes.

21   Q  Did Go Pro file taxes in 2022?

22   A  We have an extension.

69

1    Q   Did Go Pro file taxes in 2020?
2    A   Yes.
3    Q   And were those both federal and state?
4    A   Yes.
5    Q   Turning your attention to Request number 27.
6  All other documents that consist, refer, relate or
7  pertain to the methodology or calculation of rates,
8  charges, job costs, material costs, overhead, and profit
9  for the project.
10       Did you inspect -- did Go Pro inspect its
11 records to identify any such responsive documents to
12 Request number 27?
13   A   I don't recall.
14   Q   I want to turn your attention back to the
15 Contract marked as Exhibit 7.  Did Go Pro -- did the
16 parties ultimately terminate the agreement in 2022?
17   A   I don't recall.
18   Q   So you don't recall who terminated the
19 Contract?
20   A   I don't.
21   Q   Can you review Section 16.1 on page 11 of the
22 Contract in Article 16.

70

1    A   You said Article 16.  Is it 16.1 or .2?
2    Q   I'm going to start with 16.1?
3    A   Okay.
4    Q   Can you review Article 16.1 titled, Termination
5  by the Contractor.
6    A   I'm done reviewing.
7    Q   Do you recall who prepared Section 16.1 of the
8  Contract?
9    A   I don't.
10   Q   Did Go Pro prepare this Contract?
11   A   Yes.
12   Q   Is there an individual at Go Pro that typically
13 prepares the Contract?
14   A   I don't recall.
15   Q   If there was a construction project to begin
16 tomorrow, and you were executing a contract, or you were
17 preparing a con -- Go Pro was preparing a contract with
18 a property owner, who a Go Pro would prepare the
19 Contract?
20   A   Cindy.
21   Q   Cindy.
22   A   Cindy Conley.

71

1    Q   What other individuals at Go Pro would
2  participate in preparing that contract?
3    A   Me.
4    Q   And how would you participate?
5    A   Can you elaborate on that question.
6    Q   What information do you provide Cindy, what
7  determinate decisions do you make, do you participate --
8    A   The proposal.
9    Q   The proposal?
10       And the proposal, that would include scope of
11 work?
12   A   Yes.
13   Q   That would include payment schedule?
14   A   Yes.
15   Q   That would include work schedule?
16   A   Not necessarily.
17   Q   Who typically prepares the work schedule?
18   A   It varies.  Every project is different.
19   Q   Do you recall who prepared the work schedule in
20 the Latvian Embassy?
21   A   I don't.
22   Q   Go Pro's Petition, its Answers to

72

1  Interrogatories, and its Complaint is that it terminated
2  the Contract for breach of Contract under Section 16.1.
3  Is that your understanding?
4    A   Can you repeat that question again.
5    Q   In reviewing Go Pro's Complaint, and in Go
6  Pro's Answers to Interrogatories in this case, Go Pro
7  contends that it terminated the Contract under Section
8  16.1 of the Contract?
9    A   I don't recall.
10   Q   So testifying on behalf of Go Pro, you have no
11 recollection of how the Contract ultimately was
12 terminated?
13   A   Can you repeat that question or rephrase it.
14   Q   You're here today as corporate designee for Go
15 Pro to testify -- testify on behalf of Go Pro?
16   A   Yes.
17   Q   Am I correct that you just testified that you
18 don't recall who terminated the Contract?
19   A   Correct.
20   Q   And you don't recall the reason for the
21 termination?
22   A   Correct.

73

1    Q   Turning to the last page, page 13 of the
2  Contract.  This is your electric signature under
3  Contractor, correct?
4    A   Yes.
5        When you say electric, assuming you mean like
6  --
7    Q   eSigning.
8    A   -- eSigning or something --
9    Q   -- yeah, Adobe or something like that.
10   A   Yes.
11   Q   Turning back to Article 3, page 2 of the
12  Contract.  We discussed this previously.
13   A   Which article?  Which page?
14   Q   Page 2, Article 3.
15   A   Yes.
16   Q   You said you do not recall who prepared the
17  Payment Schedule in Section 3.2?
18   A   Correct.
19   Q   But it is possible you may have prepared it?
20   A   It's possible.
21   Q   I'm going to compare Payment Schedule with what
22  has been marked as proposal --

74

1        I'm handing you what's been marked as Go Pro
2  number 11, a document produced in Go Pro's document
3  production.
4        (Go Pro Exhibit 11, Work Schedule, was marked
5   for identification, and is retained by counsel.)
6    Q   Do you recognize this document?
7    A   I don't.
8    Q   Do you know whether or not this document
9  purports to be the Work Schedule for the Latvian Embassy
10  project?
11   A   It appears so.
12   Q   Do you know whether or not this document was
13  prepared by Go Pro?
14   A   I don't recall.
15   Q   In typical construction matters, is Go Pro the
16  one responsible for preparing the work schedule?
17   A   No.
18   Q   In reviewing the Work Schedule, and looking
19  specifically at item number 2, Demolition and Stocking,
20  and then, there's a shaded box that's Demolition and
21  Stocking also for Mobilization.  Do you see that?
22   A   Yes.

75

1    Q   And above the shaded box, it states, Prior to
2  start date, correct?
3    A   Yes.
4    Q   And underneath, it says, Pre-construction
5  period?
6    A   Yes.
7    Q   Does this Work Schedule indicate that
8  demolition was to occur prior to the framing material
9  delivery and the framing listed in line item 3 and 4?
10   A   I'm not sure.
11   Q   We previously discussed looking at the Contract
12  again, Subsection 3.2, Exhibit 7, page 2.  The fact that
13  there's no term, starts, next to demolition stage, that
14  demolition stage was to be completed prior to the
15  framing and interior structure repair work starting,
16  correct?
17   A   I'm not sure.
18   Q   Is it Go Pro's contention that it completed the
19  demolition work as required under the Contract?
20   A   What do you mean?
21   Q   The Payment Schedule says, 30 percent for
22  demolition stage.

76

1        Demolition --
2    A   Yes.
3    Q   -- stage, I'm assuming, correct me if I'm
4  wrong, included demolition work.
5    A   Yes.
6    Q   Did Go Pro complete the demolition work as
7  required under the Contract?
8        MR. BARNES: Objection.  You may answer if you
9  understand.
10   A   I'm not able to answer.
11   Q   Do you recall if laborers were involved in the
12  Latvian Embassy project?
13   A   I don't.
14   Q   Do you recall the name of any individuals?
15   A   I don't.
16   Q   Do you -- were Go Pro employed laborers
17  involved in the Latvian Embassy project?
18   A   Can you elaborate on that question.
19   Q   Were there individuals that were hired by Go
20  Pro, paid by Go, Pro that provided labor for the
21  construction project?
22   A   I don't recall.

77

1    Q   Aside from participating in the Bid Proposal
2 process, was Raouf Elrahimy involved in any other
3 capacity for the Latvian Embassy project?
4    A   Can you elaborate on that first part of that
5 question.
6    Q   So you --
7    A   You said aside from?
8    Q   The Bid Proposal process, you stated that Raouf
9 was involved in reviewing the bid documents and
10 assisting in preparing Bid Proposal, correct?
11    A   You're asking if I said that?
12    Q   Yes.
13    A   In which phase of the meeting?
14    Q   In between receiving the Letter of Invitation
15 to Bid and ultimately submitting the bid proposal .
16    A   Was Raouf involved?
17    Q   Yes.
18    A   Yes.
19    Q   Aside from that involvement, was he involved in
20 other aspects of the Latvian Embassy project?  And I can
21 be specific if you'd like me.
22    A   Yes.

78

1    Q   Was he involved in overseeing any of the actual
2 construction work at the project site?
3    A   Yes.
4    Q   Was he involved in communications with VNI's
5 representatives during the construction process?
6    A   I'm not sure.
7    Q   Was he involved in conversations with laborers
8 at the project site?
9    A   I'm not sure.
10    Q   Did he participate in purchasing materials or
11 equipment being used at the project site?
12    A   I'm not sure.
13    Q   Was Raouf paid at all for his time --
14    A   I'm not sure.
15    Q   -- involving the project?
16        Was Raouf paid by Go Pro?
17    A   I'm not sure.  I don't recall.
18    Q   Has Raouf been involved in other projects
19 involving Go Pro Construction?
20    A   I don't recall.
21    Q   Do you recall ever paying Raouf Elrahimy for
22 any services provided to Go Pro?

79

1    A   I don't.
2    Q   Was your brother involved in
3 construction-related activities at the project site?
4    A   Which brother?
5    Q   Omar Elrahimy.
6    A   I'm not sure.
7    Q   Do you know whether or not he participated in
8 the purchasing of any equipment or materials for the
9 Latvian Embassy project?
10    A   No.
11        No, it's true, I'm not sure.
12    Q   It's my understanding that work for this
13 project began in August of 2021; is that correct?
14    A   I don't recall.
15    Q   Mr. Elrahimy, you understand that you were
16 served with a copy of the Notice of Deposition today --
17 and by you, I'm directing that to Go Pro Construction --
18 to identify individuals able to testify as to certain
19 topics, correct?
20    A   Could you rephrase that question.
21    Q   I've provided Exhibit number 1.  It should be
22 in front of you at the bottom of the stack.

80

1        It was the very first document I gave you so
2 it's probably at the bottom of the pile?
3    A   That's fine.  I'm getting organized so I have a
4 large pile.
5        I'm looking at it.
6    Q   And you say you previously reviewed this
7 document?
8    A   Yes.
9    Q   In reviewing this document, were there any
10 items that you identified as not having knowledge or
11 information about it?
12    A   Can you be more specific.
13    Q   This document includes 32 topics to be
14 discussed during the deposition today.  Did you review
15 each of the 32 items listed?
16    A   Yes.
17    Q   You understand that this document was served on
18 Go Pro to identify individuals who could testify as to
19 these 32 topics, correct?
20    A   Yes.
21    Q   Are there any of the 32 items in which you do
22 not have information or knowledge to testify regarding

81

1  on behalf of Go Pro?

2  **A  I don't understand the question.**

3  Q  For example, item number 22.  You see item

4  number 22?

5  **A  Yes.**

6  Q  Itemization of all work that Go Pro contends it

7  completed under the Contract.

8  **A  Yes.**

9  Q  Do you know what work Go Pro completed under

10 the Contract?

11 **A  Not off the top of my head.**

12 Q  Item number 15, job -- Go Pro's job costs,

13 overhead, revenues and profits relating to the work

14 completed under the Contract from July 29, 2021 to the

15 present.  Do you have information or knowledge related

16 to Go Pro's job costs, overhead, revenues and profits

17 relating to --

18 **A  Not off the top of my head.**

19 Q  Have you reviewed any documents regarding any

20 of this information?

21 **A  No.**

22 Q  Item number 30, Go Pro's purported termination

82

1  of the Contract and VNI's termination for convenience.

2  **A  Yes.**

3  Q  And you previously stated you did not know who

4  terminated the Contract?

5  **A  I said I don't recall.**

6  Q  You said you don't recall?

7  **A  Yes, I don't recall.**

8  Q  And how does that vary from I don't know?

9  **A  I don't know means I have no idea.  I don't**

10 **recall is that I need to review documents to be able to**

11 **recall.**

12      MR. GILREATH: Can we take ten minutes.

13      (A brief recess was taken.)

14      THE COURT REPORTER: We're back on.

15 BY MR. GILREATH:

16 Q  Before we took a break, Mr. Elrahimy, you

17 stated -- I showed you documents where we'll be able to

18 have a little bit more substantive conversation about

19 the history of the Latvian Embassy project.

20 **A  Yes.**

21 Q  So I'm going to show you what's been marked as

22 Exhibit 12.  It's going to be the Work Progress Report

83

1  number 1.

2      (Go Pro Exhibit 12, Work Progress Report number

3  1, was marked for identification, and is retained by

4  counsel.)

5  **A  Okay.**

6  Q  Do you recognize this document?

7  **A  Yes.**

8  Q  Did you review this document before your

9  deposition today?

10 **A  I didn't.**

11 Q  Did you review this document at all during the

12 course of this litigation?

13 **A  Yes.**

14 Q  Okay.  Am I correct in assuming Go Pro prepared

15 this document?

16 **A  Yes.**

17 Q  And does this Work Progress Report number 1

18 purport to provide what Go Pro has done up to August

19 27th, 2021 as it relates to the Latvian Embassy project?

20 **A  Yes, that's what it says.**

21 Q  And do you know who provided the information

22 that is in this report?

84

1  **A  As far as who sent the email or who provided**

2  **the -- who put it together or who provided the email**

3  **or --**

4  Q  So I know you weren't present for Ms. Winters'

5  deposition, but she stated that she drafted the Work

6  Progress Report, that --

7  **A  Sure.**

8  Q  -- the information within the Progress Report

9  was information given to her by other members of the Go

10 Pro team, but she did not recall which individuals gave

11 her that information.

12 **A  Sure.**

13 Q  Do you know which individuals provided this

14 information or --

15 **A  She probably did it with my father.**

16 Q  Okay.  Looking at line item 3, it says

17 Mobilization of demolition work --

18 **A  On the same Exhibit 12?**

19 Q  Yes.  Number 3, it says, Mobilization of

20 demolition work started on Thursday, August 26th, 2021

21 at 10 a.m.

22      You see that?

85

1    A  Yes.
2    Q  And flipping back to the Work Schedule that was
3  previously produced as an exhibit.  I think it might be
4  document, Exhibit number 11.
5    A  Yes.
6    Q  Does that fall in line with the Work Schedule
7  that mobilization demolition were to occur beginning of
8  the project?
9    A  As far as the date or is that -- is the
10  schedule was created on August 24, 2020, and this
11  progress report was August 27, 2021.  Is the answer to
12  the question or --
13    Q  So my question is do the -- does the Work
14  Schedule Progress Report number 1 fall in line with each
15  other in the sense that demolition and Stocking
16  mobilization had to occur first in time as opposed to
17  other aspects of the project in the Work Schedule?
18    MR. BARNES: Objection.  Based on what the
19  Progress Report says.  Obviously, it says there was some
20  work done out of sequence.
21    MR. GILREATH: Correct.
22    Q  But demolition took place at the beginning of

86

1  the project?
2    A  Yeah, demolition occurred --
3    Q  I understand it says, Roof repair would take
4  precedence over some --
5    A  Yeah.
6    Q  -- necessary issues --
7    A  Sure.
8    Q  -- but demolition was taking place at the
9  beginning?
10    A  Yes.
11    Q  Okay.  And then, item 8, it says, Demolition
12  work --
13    A  On the 12, Exhibit 12?
14    Q  On Exhibit 12.
15    A  Okay.
16    Q  Number 8 says, Demolition work in progress is
17  scheduled to be mostly completed by Thursday, September
18  2nd, 2021.
19    A  Yes.
20    Q  Correct?
21    A  Yes.
22    That was number 1.

87

1    Handing you what's been marked Go Pro number
2  13.  It is titled, Corrective -- Corrected Invoice,
3  dated August 27, 2021.
4    (Go Pro Exhibit 13, Corrected Invoice, was
5  marked for identification, and is retained by counsel.)
6    Q  Do you recognize this document?
7    A  Yes.
8    Q  And does this purport to be invoice for payment
9  for the 30 demo stage --
10    A  That --
11    Q  -- portion of the project?
12    A  The -- the 30 percent?  Yeah, 30 percent demo
13  stage.  Yes.
14    Q  Was this invoice issued because the demo stage
15  had or was going to be completed in the near future?
16    A  So this was issued based on the demo stage, so
17  we were in the demolition stage, and we issued the
18  invoice.  And it is not pertaining to demo complete or
19  start.  It's demo stage.  That's why we issued the
20  invoice.  The stage of the demolition.
21    Q  So you issued the invoice at the beginning of
22  demolition stage?

88

1    A  I don't recall exactly.  So this was on July
2  29th, and per the report -- yeah, so it could have been,
3  you know, during or before or after demolition.  I'd
4  have to investigate further but --
5    Q  Turning back to the Contract.
6    A  Yes.  Which exhibit that was?
7    Q  Payment Schedule.  I believe it is Exhibit 7.
8    A  Yes.
9    Q  Payment Schedule on page 2.
10    A  Yes.
11    Q  The 30 percent demolition stage does not
12  include the word, start, so it's included in the
13  following payments, correct?
14    A  What do you mean?
15    Q  So it says, 30 percent demolition stage.
16    A  Yeah, it doesn't say start but it doesn't say
17  begin.  It's during that stage.
18    Q  So --
19    A  So could be mobilization and demolition.
20    Q  So it's Go Pro's contention that it could
21  provide the invoice at any point in time during the
22  demolition stage?

89

1    A  I'd say demolition stage is during the
2    demolition or at the beginning of the demolition while
3    it's, you know, during mobilization and demolition.
4        Q  Did you receive payment from VNI for invoice
5    number 1?
6    A  Yes, I believe so, yes.  Possibly 2.
7        Q  Do you recall when you received payment from
8    VNI for invoice number 1?
9    A  Like an exact date?
10       Q  It could be an estimated date if you don't have
11   an exact date.
12   A  I could be wrong, but I believe it was within a
13   months of sending the invoice.
14       Q  So sometime in September 2021 sounds -- sounds
15   --
16   A  Yeah, sounds right.
17       Q  Handing you what's been marked Go Pro number
18   14, titled Work Product Report number 2, dated September
19   17, 2021.
20       (Go Pro Exhibit 14, Work Product Report number
21   2, was marked for identification, and is retained by
22   counsel.)

90

1        Q  Similar questions to Work Product Report number
2    1.  Do you recognize this document?
3    A  Yes.
4        Q  Is this a progress report prepared by Go Pro as
5    it relates to work that had been completed between
6    Progress Report number 1 and September 17, 2021?
7    A  Yes.
8        Q  Priscilla Winters previously testified that she
9    typed this Progress Report.  Do you know who provided
10   the information included in the Progress Report?
11   A  Probably my father.
12       Q  Anyone else?
13   A  I'm not sure.  Maybe Omar Elrahimy, my brother.
14       Q  And he is the owner of Optimum Construction?
15   A  Correct, yes.
16       Q  Line item 1 on Exhibit 13 --
17   A  Yes.
18       Q  -- states, Demolition work completed as per
19   plans?
20   A  Yes.
21       Q  Does this purport to indicate that demolition
22   work had been completed as of September 17th, 2021?

91

1    A  Yes.
2        Q  And you say, The payment for the demolition
3    stage was provided in September of 2021, correct?
4    A  I don't have --
5        Q  Estimated timeline?
6    A  -- the exact date, but yes, somewhere around.
7    I could be wrong.  I'd have to check the exact time
8    duration, but --
9        Q  Showing you what's previously marked -- it was
10   previously marked as Exhibit 2, but it was Work Progress
11   Report number 3.
12   A  Okay.  Yes.
13       Q  And I'm also going to be referencing in these
14   questions the Work Schedule --
15   A  Yes.
16       Q  -- again.  So Exhibit 2 is titled Work Progress
17   Report number 3, dated October 1st, 2021.  Was this
18   prepared by Go Pro Construction?
19   A  Yes.
20       Q  Does this pertain to progress on the Latvian
21   Embassy project --
22   A  Yes.

92

1        Q  -- between the completion of Progress Report
2    number 2 and October 1st, 2021?
3    A  Yes.
4        Q  Turning to number 2.  It says, The actual start
5    date of the project is September 29th, 2021.  And it
6    says (first payment claimed) for the duration of 240
7    working days from start date to the complete date --
8    completion date is Friday, September 16 th, 2022.
9        Do you see that?
10   A  Yes.
11       Q  Do you recall who provided that information?
12   A  As far as who send the email or who prepared
13   this, put this together?
14       Q  Who would have provided Priscilla the
15   information?
16   A  My father, most likely.
17       Q  And comparing what is stated in number 2 with
18   the Work Schedule --
19   A  Yes.
20       Q  -- does it fall in line that -- and I'll be
21   referencing Work Progress Report number 2 where it's
22   stated that demolition work completed as per plans, and

93

1  now it says the actual start date of the project is
2  September 29th, first payment is cleared.
3       Does that fall in line with the Work Schedule
4  that demolition and stocking is completed prior to start
5  date, and then, start date and framing begins after
6  that?
7     A  Could you rephrase that question.
8     Q  So in Progress Report number 2 --
9     A  Okay.
10    Q  -- the very first sentence says, Demolition
11 work completed as per plans.
12       I'm looking at number 2.
13    A  Okay.
14    Q  We're still on number 3.  So this is number 3.
15 I'm looking at Work Progress Report number 2.  The very
16 first sentence.  Number 1 on Work Progress Report number
17 2.
18    A  In Exhibit 4?
19    Q  Yeah.  In Exhibit 14, yes.
20    A  Exhibit, and then --
21    Q  Number 1 says, Demolition work completed as per
22 plans.

94

1     A  Yes.
2     Q  And that was as of September 17th, 2021.
3     A  Yes.
4     Q  And then, on October 1st, 2021, Work Progress
5  Report number 3.  It says, The actual start date of the
6  project is September 29th.
7     A  Yes.
8     Q  Which is at least 12 days after the demo --
9  demolition work had been completed as stated in Work
10 Progress Report number 2?
11    A  Yes.
12    Q  Now, turning to the Work Schedule.  It says,
13 Prior to stat date -- and the box is filled in next to,
14 Mobilization and demolition and stocking, correct?
15    A  Yes.
16    Q  Work Progress Report number 2 says, As of
17 September 17th, demolition has been completed.
18       Number 2, Exhibit 14.
19    A  Yes.
20    Q  And then, it says, Start date September 29th on
21 Exhibit number 2.  Work Progress Report number 3.
22       The other Progress Report.

95

1     A  This one here?
2     Q  Yeah.
3     A  Yes.
4     Q  So --
5     A  How was that the -- number 2?
6     Q  It was line number 2, The actual start date of
7  project is September 29th.
8     A  Yes.
9     Q  It says, Demolition completed, start date
10 assigned.  Correct?
11    A  It appears so, yes.
12    Q  And in between demolition work being completed
13 and the start date beginning, payment was received for
14 Invoice Number 1 from VNI?
15    A  Yeah, I don't have the date of the received
16 payment, but --
17    Q  Progress Report number 3, as prepared by Go
18 Pro, seems to indicate that at least by October 1st,
19 2021, first payment had cleared --
20    A  Yes.
21    Q  -- from VNI --
22    A  So that in August it was received, yes.  Yep.

96

1     Q  So despite in Work Progress Report number 2
2  prepared on September 17th where it says, Demolition
3  work completed as per plans, Work Progress Report number
4  3 two weeks later on October 1st, number 6 states,
5  Exterior demolition will be performed with the repairs.
6       You see number 6?
7     A  On Exhibit 2?
8     Q  Yes.
9     A  Yes.
10    Q  Can you explain why Progress Report number 2
11 indicates that demolition work was completed, but
12 Progress Report 3 indicates that there's remaining
13 demolition work to be completed?
14    A  So there is — are gonna always be demolition
15 going on in any construction project, especially with
16 the exterior, you would have to demo and repair at the
17 exact same time so you don't allow water to penetrate
18 the building.  If you're gonna repair the roof, you're
19 not gonna demo the roof and wait a months to get the
20 materials, and then, do the repairs.  So it has to be
21 done immediately at the same time.  Demo and repair.  So
22 assuming that that's what referring to.

97

1    Q  I guess my question is why was that not stated
2  in Progress number 2 when it states demolition work was
3  completed?
4    A  I would say it's for the same reason, because
5  demolition is gonna be ongoing throughout the
6  construction project.  So there is the first the
7  essential demolition which we go in and demo all the
8  work that's needed, but for example, if you're gonna
9  replace a structural beam, you cannot go in and demo
10  that structural beam, and then, just leave the place
11  not, you know, structurally safe.  You have to install
12  the new beam first, then take out the old beam.  So the
13  demolition in this case would be done after the repair
14  work has been done.
15    Q  Turning your attention to -- handing you what's
16  been marked Go Pro number 15, titled Work Progress
17  Report number 4, dated November 20th, 2021.
18      (Go Pro Exhibit 15, Work Progress Report number
19  4, was marked for identification, and is retained by
20  counsel.)
21    A  Yes.
22    Q  Do you recognize this document?

98

1    A  Yes.
2    Q  Was this document prepared by Go Pro?
3    A  Yes.
4    Q  This document includes information as to work
5  completed by Go Pro between October 1st, 2021, the date
6  of the Work Progress number 3, and November 20th, 2021?
7    A  Yes.
8    Q  Priscilla Winters previously testified that she
9  typed up this Work Progress Report, but information was
10  given to her by others.  Do you know who provided her
11  the information stated in Work Progress Report number 4?
12    A  I'm not sure, but it would most likely be
13  between my father and Omar, my brother.
14    Q  Turning to number 6, the second sentence.  It
15  says, Contractor will dispose of all items remaining in
16  order to complete demolition of the basement.
17      Do you know what demolition work was necessary
18  in the basement?
19    A  Yes, I believe the walls, drywalls, ceilings
20  maybe flooring.  To the best of my recollection right
21  now.
22    Q  And do you know why the demolition work in the

99

1  basement was not completed prior to November 20th, 2021?
2    A  Where does -- let me see.  Is that on the
3  Progress Report that it wasn't completed?
4    Q  It says, In order -- contractor will dispose of
5  items remaining in order to complete demolition in the
6  basement.
7    A  Oh, so there -- to the best of my recollection,
8  I believe they had some personal items there that needed
9  said to be removed.  And some of the stuff there, they
10  also wanted to keep.  Like you know, old cabinets,
11  toilet, thing like that, they wanted to actually keep
12  and reuse.  So I want to say it was Marcus that asked us
13  to not get rid of anything until he, you know, fixed
14  them up, and which he did.  He -- and we have emails, I
15  don't have them with me, where he ended up clearing some
16  of the things that were supposed to be demoed and --
17  quote, unquote, Demoed, and hauled it away, and then, we
18  were able to finish our demolition after that.
19    Q  So is it Go Pro's contention that all the
20  demolition work that had not been completed in the
21  basement as of November 20, 2021 has since been
22  completed by Go Pro?

100

1    A  I believe so, yes.
2    Q  And then, number 8 says, Joist sistering and
3  framing work is ongoing, expected to be completed on
4  November 30th, 2021.
5      See that?
6    A  Yes.
7    Q  Do you know who provided that information?
8    A  It would most likely be my father along with
9  Omar, maybe.  I wasn't involved in the preparation of
10  the Daily Work Progress Report.
11    Q  And then, number 9 says, Framing and subfloor
12  will cover up -- cover joist from top, floor would
13  exposed from underneath for inspections until frame is
14  completed.
15      You see that?
16    A  Yes.
17    Q  Would that information have been provided by
18  your father and your brother?
19    A  Most likely, yes.
20    Q  Do you recall if the framing was completed by
21  Go Pro?
22    A  Yes.

---

101

1      Q   All of it?

2      **A   Yes. I'd say substantially all of it. There's**

3   **always framing that may need to be completed as the work**

4   **progresses, but --**

5      Q   So it says, Floors will be exposed from

6   underneath for inspections until framing is complete.

7           Go Pro's contention is most of the framing was

8   complete. Were the floors --

9      **A   Is that number 8 or 9?**

10     Q   Yeah.

11     **A   9.**

12     Q   Number 9.

13     **A   Okay.**

14     Q   It says, Floor will be exposed from underneath

15  for inspections until frame is complete.

16     **A   For inspection until frame -- yes.**

17     Q   Are the -- at the time Go Pro left the project,

18  were the floors still exposed from underneath?

19     **A   Yes. Because like it's the drywalls,**

20     Q   Showing you what's been marked Go Pro number

21  16. It is Invoice number 2, and it's dated November

22  23rd, 2021.

---

102

1           (Go Pro Exhibit 16, Invoice number 2, was

2   marked for identification, and is retained by counsel.)

3      Q   Do you recognize this document?

4      **A   Yes.**

5      Q   Was this the second invoice issued by Go Pro

6   for the 35 percent framing and interior structural

7   repair that starts?

8      **A   Yes.**

9      Q   Is it Go Pro's contention that it completed all

10  the framing and interior structural repair work as

11  required under the Contract?

12     **A   Yes.**

13     Q   All of it?

14     **A   Start -- so repeat that question again because**

15  **this one says it starts, the work starts. Are you**

16  **saying is it complete?**

17     Q   Correct.

18     **A   But this invoice is for framing and structural**

19  **repair work starts.**

20     Q   I understand that.

21     **A   Yes. And the question is is the framing**

22  **complete?**

---

103

1      Q   Did you complete the framing and interior

2   structure repair work?

3      **A   Yeah, I think I just answered that we**

4   **substantially completed. Maybe there were some areas**

5   **not hundred percent complete, and that's that framing**

6   **will be done. So for example, during the drywall phase,**

7   **the drywall crew will continue some of the framing, so**

8   **when they have two drywall sheets meet together, some of**

9   **the framing might be necessary there so they will add it**

10  **so --**

11     Q   During the course of construction process, does

12  Go Pro monitor costs associated with the project?

13     **A   Yes.**

14     Q   Do you know how much Go Pro spent in completing

15  the demolition stage --

16     **A   I --**

17     Q   -- for the project?

18     **A   -- don't know this information off the top of**

19  **my head. I would need to look at records.**

20     Q   Okay.

21     **A   Accounting records. I don't know this**

22  **information.**

---

104

1      Q   But Go Pro does maintain some sort of

2   accounting record for costs attributed --

3      **A   Sometimes it's -- it's done during once the**

4   **project is completed. Not necessarily during the**

5   **project. So sometime it would -- because this is a**

6   **small project, so it would be done at the end. If it's,**

7   **you know, much, much bigger project, we would need to,**

8   **you know, do progress or finances during a project, we**

9   **may be able to do that.**

10     Q   Do you know if Go Pro prepared any sort of cost

11  reports related to costs incurred during either the demo

12  stage or the framing stage?

13     **A   If you have a document, I can maybe refresh my**

14  **memory to look at if you're referring to a specific**

15  **document.**

16     Q   The reason I asked this, I've not received any

17  sort of job cost reports from Go Pro in their document

18  production, so I'm asking if they exist.

19     **A   Okay.**

20     Q   And if they do, I -- I would like them.

21     **A   No, I don't -- I don't think I have -- we have**

22  **we have something prepared like that for this**

---

105

1  project.
2     Q  You stated sometimes for small projects you do
3  it at the conclusion of the project?
4     A  Yeah.
5     Q  Nothing was prepared following termination of
6  the Contract in this matter?
7     A  I'd have to review my -- my records on that.
8        MR. BARNES: My understanding is the company has
9  no costs records like that.
10    Q  Handing you what's been marked as Go Pro number
11 17.
12       (Go Pro Exhibit 17, Email November 2nd, 2021,
13 was marked for identification, and is retained by
14 counsel.)
15    Q  Do you recognize this document?
16       And I'll note that Sameh Elrahimy is cc'd on
17 this November 2nd, 2021 email.
18    A  Yeah, I recognize this document.
19    Q  Do you know Laura Gurriser?
20    A  Yeah.  She used to work with Optimum
21 Construction.
22    Q  And what was her title if you know?

106

1     A  I would say admin, administration.
2     Q  So based on my understanding of this email, it
3  indicates that access to the Latvian Embassy project on
4  Buildertrend was provided not only to the individuals of
5  VNI but also to Mr. Raouf and Go Pro Construction; is
6  that correct?
7     A  Yes.
8     Q  It also states, We have uploaded the submittals
9  and RFIs that we needed -- we need approved and answered
10 as soon as possible.  You may find this information in
11 the desk certificate folders titled Submittals or RFIs.
12       Do you see that?
13    A  Yes.
14    Q  Do you still have access to this Buildertrend
15 file?
16    A  I'm not sure.
17    Q  Have you looked to see if you still have access
18 to this Buildertrend file?
19    A  Personally, no, but I know Priscilla did have
20 access to this, but I didn't personally.
21    Q  Has anyone sought any of the documentation in
22 the Buildertrend file --

107

1     A  That would be Mr. Raouf, my father, Elrahimy..
2     Q  Let me complete my question.
3     A  Sorry.
4     Q  Have you looked for to see if you have access
5  to the Buildertrend documentation during the course of
6  this litigation?
7        MR. BARNES: When he says you, he doesn't mean
8  you personally.  He means the company.
9     A  Yes.  The company, yes.
10    Q  So has Go Pro sought out the documents in the
11 Buildertrend file for this litigation for purposes of
12 discovery producing documents in response, did you look
13 for these documents?
14    A  Yes.
15    Q  Did you find any submittals or RFIs?
16    A  I don't recall.
17    Q  Do you recall what RFIs were submitted for
18 approval?
19    A  I don't know.
20       MR. BARNES: Do your people still have access to
21 Buildertrend?
22       MR. GILREATH: No.  They got locked out of it

108

1  immediately.
2        THE COURT REPORTER: Sir, what are you saying?
3  Builder --
4        THE WITNESS: Builder --
5        MR. GILREATH: Buildertrend.  It's one word.
6        THE COURT REPORTER: Can you spell it.
7        MR. BARNES: It's a software.
8        MR. GILREATH: B-U-I-L-D-E-R-T-R-E-N-D.
9        THE COURT REPORTER: Thank you?
10    Q  So you don't know what -- what RFIs were
11 submitted by Optimum as it relates to the Latvian
12 Embassy project?
13    A  I'm trying to remember.
14       There might have been RFI regarding the
15 elevators, and that's honestly the best to the best of
16 my recollection.
17    Q  In reviewing the bid documents produced by VNI
18 with the Letter of Invitation to Bid, did Go Pro review
19 the bid documents in their entirety?
20    A  Yes.
21    Q  I am going to show you --
22       (Go Pro Exhibit 18, Handrail Drawing Document,

109

1  was marked for identification, and is retained by
2  counsel.)
3      Q   I show what's been marked as Go Pro number 18.
4  Do you recognize this document?
5      A   Yes.
6      Q   What does this document purport to state?
7      A   This is an RFI for the handrail.
8      Q   Specifically what?
9      A   To replace in kind or -- or place handrail or
10  replace in kind.
11     Q   And is that because there was a dispute between
12  VNI and Go Pro relating to whether to replace or reuse
13  the handrails?
14     A   The dispute arised later, not during the -- the
15  actual like us doing the work. It's arised when we
16  started dispute.
17     Q   So would that have been on or around November
18  11 -- or November 12, 2021?
19     A   Yes.
20     Q   And based on this, it's your position that the
21  drawings indicate that the handrails could either be
22  repaired or replaced in kind, correct?

110

1      A   Correct, yes.
2      Q   You stated that you reviewed the drawings in
3  their entirety?
4      A   Yes.
5      Q   I'm showing you what's been marked as Go Pro
6  number 19.
7          (Go Pro Exhibit 19, 504 architect drawing, was
8  marked for identification, and is retained by counsel.)
9      Q   This is a 504 architect drawing for the
10  project?
11     A   Yes.
12     Q   Do you see where it's pointing to the railing
13  elements and it says, Reuse existing railing elements?
14     A   Yes.
15     Q   It does not include terminology as it does in
16  other aspects of this drawing in where it says you can
17  replace, it says reuse?
18     A   Yeah, this one doesn't, but there is another
19  copy that -- that shows to replace in kind, so this was
20  changed.
21     Q   This was changed?
22     A   Yeah. If you look in the -- I know it's a very

111

1  small, I don't have it with me. But there is another
2  copy that it would say, Replace in kind. Okay. If you
3  look at the one. Yeah, I mean, at the document attached
4  to the letter that we sent. I know it's very little,
5  but it does say, Replace in kind. And it's very hard to
6  see, but it's -- it's on there.
7      Q   And I'll note, do you see where that is from
8  Sheet 8302?
9      A   Yes.
10     Q   Which differs from Sheet 8504 on Exhibit 19,
11  correct?
12     A   Yes.
13     Q   So --
14     A   But also, on the -- there's another copy, I
15  believe also 504, that says, Replace in kind.
16     Q   So you received two different versions of the
17  drawings --
18     A   Yeah.
19     Q   -- at some point?
20     A   Yeah.
21     Q   When did you receive the second set of
22  drawings?

112

1      A   I honestly don't recall that, but I believe the
2  first initial one that came was on the one that he sent
3  had the replace in kind.
4      Q   So the first set said, Replace in kind?
5      A   Yes.
6      Q   The second set said, Reuse?
7      A   Correct, yes.
8      Q   So the --
9      A   So the replace in kind was removed. And I'm
10  assuming it would be removed by the architect who has
11  access to the drawings, because that's the CAD file, but
12  the word, replace in kind, was taken out.
13     Q   And was -- were those words taken out before or
14  after the handrails were removed?
15     A   I wouldn't know when they took out, but as far
16  as our understanding was to remove or replace in kind
17  when we saw the plans, so it's also to us like if we
18  were to save the handrails, it would save us money to
19  just reuse it instead of replacing in kind.
20     Q   Did you -- did Go Pro ever submit an RFI to
21  address the discrepancy between the drawings listed in
22  your November 12, 2021 letter --

113

1      A   No, I don't think --
2      Q   -- and the updated drawings --
3          MR. BARNES: Let him finish.
4      Q   -- not including the term, replace in kind?
5      A   I don't think we've noticed that before that
6   there is three different -- three different copies.  My
7   understanding was it was always replace in -- replace in
8   kind.
9      Q   But you said Go Pro did review all the bid
10  documents in their entirety, correct?
11     A   Correct, yes.
12     Q   Were all aspects of the handrails that were
13  removed ultimately replaced?
14     A   No, we had not started that.
15     Q   So they were removed but they were not
16  replaced?
17     A   Correct.
18     Q   Were there any other progress reports prepared
19  after Progress Report number 4 dated November 20th,
20  2021?
21     A   I'm not sure, but if you have something I can
22  look at to review.

114

1      Q   That is the last progress report that I see,
2   so --
3      A   I don't recall if we have any, no.
4      Q   Did Go Pro cease work on the project shortly
5   after Progress Report number 4?
6      A   Shortly after, so this you mean -- when was
7   Progress Report number 4?
8      Q   November 20, 2021.
9      A   I don't recall exactly when we stopped work,
10  but it was for sure after not receiving payment.  So
11  that was invoiced, so this was sent on -- on November
12  23rd, we probably gave him time to make payment, they
13  didn't make it.
14         So what was the date again, sir?
15     Q   November 20th, 2021 was the last Progress
16  Report number 4.  My question is --
17     A   November 20th, and we sent him the invoice.
18  No, so I wouldn't -- I wouldn't think we ceased work at
19  that time because we were still working.
20     Q   In between the submittal of Progress Report
21  number 4 --
22     A   Yeah.

115

1      Q   -- and when Go Pro ceased work, what work did
2   Go Pro complete?
3      A   I'm not sure, but I would, you know, assume
4   that it continued with the framing.  Or yeah, I'm not
5   sure.
6          That maybe some of -- of -- yeah, that's --
7   that's it.
8      Q   I see.  Yes.  I'm handing you what's been
9   marked Go Pro number 20.  It purports to be a letter,
10  dated December 13th, 2021.
11         (Go Pro Exhibit 20, Letter December 13th, 2021,
12  was marked for identification, and is retained by
13  counsel.)
14     Q   Do you recognize this document?
15     A   Yes.
16     Q   I want to turn your attention -- who drafted
17  this, if you know?
18     A   I would assume it's my father with Priscilla.
19     Q   So throughout this project, your father was
20  intimately involved --
21     A   Yes.
22     Q   -- in all aspects of the project?

116

1      A   Yes.
2      Q   At any point during your father's involvement
3   with the project, did he ever indicate to you that he
4   had email correspondence in regards on behalf of AC&C
5   during the bid process?
6      A   I don't recall that.
7      Q   I want to turn your attention to --
8      A   Do you have a specific document I can look at?
9      Q   I'll get -- I'll come back to it.
10     A   Sure.
11     Q   Exhibit 8 I had previously produced.
12     A   8?
13     Q   Yeah, Exhibit 8.  If would, compare Exhibit 8
14  with Exhibit 20.
15     A   Yes.
16     Q   Is this the same information?
17         And I understand the last paragraph is
18  different, but everything above the last paragraph on
19  Exhibit 20, is that the same information that's provided
20  in Exhibit 8?
21     A   On the last -- say that again.  Which one?
22     Q   Everything in Exhibit 8 is included in Exhibit

117

1  20 with the exception of the last paragraph; is that
2  correct?
3      **A   Yes, it appears to be so.**
4      Q   And Exhibit 20 is dated December 13th, 2021?
5      **A   Yes.**
6      Q   I want to turn your attention to that last
7  paragraph on the second page of Exhibit 20.  It says,
8  During the past three months starting December 10th,
9  2021, we've tried to come to a resolution to no avail.
10      It seems to indicate to me, correct me if I'm
11  wrong, that since during the past three months, starting
12  December 10th, that would seem to mean that that
13  paragraph was drafted in February of 2022.
14      **A   Sorry, say that again.**
15      Q   This letter is dated December 13th, 2021.
16      **A   Yes.**
17      Q   The last paragraph says, During the past three
18  months, starting December 10th, 2021.  So my question is
19  did this December 13th, 2021 document get revised to
20  include this last paragraph three months later?
21      **A   I'm not sure I understand.  Like is it you're**
22  **saying that this got revised, Exhibit 8 got revised to**

118

1  **Exhibit 20 or —**
2      Q   I'm saying Exhibit 20 is --
3      **A   Yes.**
4      Q   -- dated December 13, 2021.
5      **A   Yes.**
6      Q   So that purports that this was prepared on
7  December 13th, correct, or at least sent on December
8  13th --
9      **A   Yes.**
10      Q   -- would you agree?
11      **A   Yes.**
12      Q   But in the last paragraph of the document, it
13  says, During the past three months, starting December
14  10th.
15      **A   Okay.**
16      Q   Would you agree that implies that three months
17  has past since December 10th, 2021 as of the writing of
18  that paragraph?
19      Focus on the last paragraph.
20      **A   Why would it be past during the past three**
21  **months?  Why would -- why would the document be in three**
22  **months prior?**

119

1      Q   That's my question.  I'm confused.
2      MR. BARNES: Maybe it's three days because it's
3  three days, dated three days after the fact.  Maybe it's
4  a typo.
5      I think he said he doesn't understand.
6      **A   Like I generally don't understand.**
7      Q   So you don't have an explanation for --
8      **A   No, like explain to me more.  I want to, you**
9  **know, give you the answer but I -- during the past three**
10  **months --**
11      MR. BARNES: I think he's already said that he
12  didn't draft this, right?
13      MR. GILREATH: Correct.
14      MR. BARNES: Okay.
15      Q   But testifying on behalf of Go Pro, I'm just
16  trying to see if you have an explanation.
17      MR. BARNES: Okay.
18      **A   I'm just confused.  I'm not able to answer**
19  **that.**
20      Q   So if I say during the past four months,
21  starting four months ago, that would be today, right?
22  It's saying during the past three months starting

120

1  December 10th.  To me, and I think to most people in
2  this room, indicates that this was written three months
3  after December 10th, 2021.  Now, it may be a typo --
4      **A   I got you.  I understand —**
5      Q   -- and say three days starting December 10th,
6  which would make sense for the dates -- the date of the
7  documentation.  But if this was drafted in February,
8  three months after December 10th, I'm asking why
9  December 13th document got revised three months later to
10  include a new paragraph?
11      **A   I'm not sure, but I'm gonna make an assumption.**
12  **And my father did probably help with this document, and**
13  **English is not his first language.  So I would say that**
14  **what he meant is that during the last three months, we**
15  **tried to come to resolution, but as of December 10th —**
16  **as of December 10th, there is no resolution.**
17      Q   Okay.
18      **A   But I'm not sure.  I — you know, I didn't type**
19  **it.**
20      Q   Maybe we'll discuss it with your father.
21      Looking at the last sentence, it says, At this
22  point, not sure if we should even offer a price for our

121

1  change order and it's best to return the property to
2  their possession.
3  **A  Yes.**
4  Q  Was this at or around the time that Go Pro
5  ceased work on the project?
6  **A  I don't recall when we ceased work on the -- on**
7  **the project, but this document here is not indicating**
8  **that we have ceased work.**
9  Q  But by saying, And it is best to return the
10 property within their possession, by returning the
11 property, that would be a stop work, correct?
12 **A  If we returned the property, yes.**
13 Q  Showing you what's been marked as Go Pro number
14 21.
15 (Go Pro Exhibit 21, Email to Marcis, was marked
16 for identification, and is retained by counsel.)
17 Q  So this purports to be an email throughout
18 between Priscilla Winters and Marcis Grivins, and it
19 looks like you were cc'd on some of the correspondence
20 for gpc@goproconstruction.uscc --
21 Who maintains the gpc@goproconstruction.us
22 account?

122

1  **A  The Sameh?**
2  Q  The gpc@goproconstruction.us, is that yours?
3  **A  Sameh@ -- yeah, that one I'm into.**
4  Q  Looking at page 13, it's an email from
5  Priscilla Winters, dated Tuesday, January 11th, 2022.
6  It says, Dear Marcis, in response to your proposal to
7  have the project continue, Go Pro agrees to the
8  following: 1, Go Pro is willing to restart the work
9  immediately after the second payment is cleared.  Work
10 will continue per plans, specs and the documents.
11 Am I correct in assuming that this means that
12 Go Pro had ceased work on the project as of January
13 11th, 2022?
14 **A  Yes.  Is that the date of this document,**
15 **January 17th.**
16 **So I would say to the best of my knowledge and**
17 **looking at this would be January 17th.  What date did**
18 **you say?**
19 Q  The email from Priscilla Winters on page 13 --
20 **A  January 11.**
21 Q  -- says January 11th, so --
22 **A  So it would be January 11.**

123

1  Q  We had previously discussed change orders.
2  **A  Yes.**
3  Q  You said you did not recall if this change
4  order had ever been prepared by Go Pro as it relates to
5  the Latvian Embassy project?
6  **A  Correct.**
7  Q  Showing you what's been marked as Go Pro number
8  22.
9  (Go Pro Exhibit 22, Emails Priscilla and
10 Marcis, was marked for identification, and is retained
11 by counsel.)
12 Q  This is another email thread between Priscilla
13 Winters and Marcis Grivins, with yourself and Omar cc'd.
14 Turning your attention to the first page, Thursday
15 February 10th, 2022.
16 MR. BARNES: Counsel, could I just have
17 clarification?  Is this the first seven pages of what we
18 just marked as Exhibit number 21?
19 MR. GILREATH: It may be.  Because there --
20 MR. BARNES: I think 21 starts on page 8 and
21 this one ends on page 7, so this is a continuous thread?
22 MR. GILREATH: It's not a -- I do not believe

124

1  it's a continuous thread.  I think the way it was
2  produced via discovery, it may have accidentally gotten
3  Bates numbered, but I don't think it was a part of the
4  same thread.
5  MR. BARNES: These were emailed, not Bates
6  numbers.  Not the Bates number.  In other words --
7  MR. GILREATH: There may be --
8  MR. BARNES: In other words, Exhibit number 21
9  starts on page 8 of the email, say --
10 MR. GILREATH: Correct.
11 MR. BARNES: -- page 8.  So was this the first
12 7, this is --
13 MR. GILREATH: It may be.
14 MR. BARNES: -- continuous now --
15 MR. GILREATH: Yeah.  Possibly.  They're Bates
16 numbered, and this is the order in which we reviewed
17 them.  I think the reason they were separated is if you
18 look at the top, the way that were forwarded to me.  You
19 see at the top where it's got broken down from on both,
20 that's why they were separated because I think they were
21 two documents that may have been combined, and then, the
22 page number Bates at the bottom --

---

125

1      MR. BARNES: This is not to -- this is -- well,
2  I don't know.  I mean, it looks like it's the same.
3      MR. GILREATH: It's possible.  I -- my client
4  would be able to testify as to whether it's the same
5  email thread.
6      MR. BARNES: Okay.
7      MR. GILREATH: Just --
8      Q  Looking at the email, dated February 10th, 2018
9  from Marcis Grivins to Priscilla -- Priscilla Winters
10 with you cc'd, the bottom of that page.  It says, Please
11 prepare a change order for all work depicted in the
12 Contract documents that in your view is beyond our
13 contractual scope of work.  To be clear, by making the
14 request, we do not agree to pay the change order we
15 propose.  We simply need to know the value so that we
16 can evaluate our options.
17     The followup email on February 23rd --
18     MR. BARNES: Where are you reading?
19     THE WITNESS: He was reading this.
20     MR. BARNES: Oh, okay.
21     MR. GILREATH: Yes.  Mine is a little smaller.
22     THE WITNESS: That's --

---

126

1      MR. BARNES: And you said it was the bottom of
2  the page, in fact, from the top of the second page.
3      A  Yeah.
4      MR. GILREATH: My copy is a little bit smaller.
5      MR. BARNES: That's okay.
6      Q  But do you see where it says, Please prepare
7  change order --
8      A  Yes.
9      Q  -- for all work to be completed?
10     A  Yes.
11     Q  And then, on the first page, the follow-up
12 email from Marcis Grivins to Priscilla Winters.  It
13 says, Hello, Priscilla.  Have you prepared a previously
14 requested information about the change order?  When do
15 you plan tom submit this information?
16     A  Yes.
17     Q  Did Go Pro ever respond to this email regarding
18 the change order?
19     A  I don't recall, but if you have a specific
20 document, I can look at it.
21     Q  I have not received anything.  The reason I ask
22 is because VNI is requesting a change order to evaluate

---

127

1  their options, they followed up on their request for a
2  change --
3      A  Oh, I see.
4      Q  -- order, and I'm asking if Go Pro ever
5  submitted a change order?
6      A  I don't believe so.
7      Q  Turning back to the Contract.  It was labeled
8  as Exhibit 7.  Turning to page 7 of the Contract,
9  Article 10.  Do you see Section 10.1, we discussed this
10 earlier, where it says, The Owner, without invalidating
11 the Contract, may order changes in the work within the
12 general scope of the Contract consisting of additions,
13 deletions or other revisions, and the Contract sum and
14 Contract time shall be adjusted accordingly in writing?
15     A  Yes.
16     Q  It says, If the owner and the contractor cannot
17 agree to a change in the Contract sum, the owner shall
18 pay the contractor its actual costs plus reasonable
19 overhead and profit?
20     A  Yes.
21     Q  To the best of your knowledge on behalf of Go
22 Pro, Go Pro, despite VNI requesting a change order

---

128

1  regarding additional work to be done under the Scope of
2  Work, never prepared a change order?
3      A  Yeah, I don't recall us sending them a change
4  order, but also Marcis, in the same email, he says that,
5  I'm not going to agree to a change order.  So why would
6  we send a change order if he's not going to agree to it?
7  Makes no sense.  But yeah, I don't recall us sending a
8  change order.
9      Preparing a change order, it's possible that we
10 prepared something that we didn't send it, but if we're
11 in a dispute and he says, Send us document but we're not
12 gonna approve it, makes -- to me makes no sense to send
13 him document that he's not gonna to approve.
14     Q  Is that your interpretation of what Marcis said
15 on February 10th?
16     A  Yes, sir.
17     Q  It's at the very top of that page that you're
18 on right now.
19     A  He says, Please -- please prepare a change
20 order for all the work depicted in the Contract
21 documents in your view.  Beyond your -- it's beyond your
22 -- to be clear, by making this request, we do not agree

---

**129**

1 to pay the change order you proposed.

2     Yeah.

3     Q  So you don't think that means they're not

4 saying guaranteeing we're going to agree to it; you're

5 saying they're guaranteeing that they won't agree to it?

6     A  Yeah, he saying, We don't agree to pay the

7 change order that you're proposed, so whatever change

8 order we're proposing, he's saying he's not going to

9 agree to it.

10     So he said, We simply need to know value so

11 that we can evaluate our options.

12     Q  Do you have -- did you ever have any

13 conversations with anyone at VNI following receipt of

14 that email regarding clarity as to the change order?

15     A  I'm not sure, but if you have a specific

16 document or email that I can look at --

17     Q  Because --

18     A  -- I can --

19     Q  How I interpret that email -- um --

20     MR. BARNES: Objection.

21     MR. GILREATH: That's fine.

22     Q  How I interpret that email is he's saying,

**130**

1 We're not guaranteeing that we're going to accept it but

2 we'd like to see it first.

3     Now, I understand we have a difference of

4 opinion, but --

5     A  The way I look at it is, Hey, give me documents

6 to show to my lawyer.

7     I do need a small bathroom break really quick.

8     Q  That's all right. We can take five minutes.

9     (A brief recess was taken.)

10     THE COURT REPORTER: We're back on the record.

11 BY MR. GILREATH:

12     Q  So there ultimately came a time where the

13 Contract between the parties was terminated, correct?

14     A  Yes.

15     Q  Do you recall when the termination took place?

16     A  Took place?

17     Q  Yes. Date?

18     A  I don't recall the exact date, but if you have

19 a document I can verify.

20     MR. GILREATH: Can we go off the record for a

21 minute?

22     (A discussion was held off the record.)

**131**

1     THE COURT REPORTER: We're back on.

2 BY MR. GILREATH:

3     Q  I'm going to show you what's been marked as Go

4 Pro number 23.

5     (Go Pro Exhibit 23, Termination of Contract

6 Letter, was marked for identification, and is retained

7 by counsel.)

8     Q  Please take a moment to review that document

9 and let me know when you've reviewed it.

10     A  I'm ready. I'm ready.

11     Q  Have you seen this document --

12     A  Yes.

13     Q  -- before?

14     It's my understanding that based on this

15 document, notice of termination of the Contract was

16 provided by Go Pro's attorney, Mr. Barnes, to Bret

17 Marfut, previous counsel for VNI in this matter, on

18 April 29th, 2022, correct?

19     A  Yes.

20     Q  And it states that, Termination of Contract is

21 effective as of March 23rd, 2022?

22     A  Yes.

**132**

1     Q  Do you know the significance of the March 23rd,

2 2022 effective date in this notice?

3     A  I don't understand the question.

4     Q  So in Mr. Barnes' email, which is dated April

5 29th, it states, Please treat this letter as our

6 termination of th Contract effective March 23rd, 2022.

7     Do you know why -- how March 23rd, 2022 was

8 determined to be the effective date of the termination?

9     A  I don't know.

10     Q  Other than this email from Mr. Barnes to Mr.

11 Marfut, was any other notice of termination provided to

12 VNI?

13     A  Not that I recall.

14     Q  This email is dated April 29, 2022. We had

15 previously discussed when Go Pro had ceased work on the

16 project. I believe we kind of estimated to be on or

17 before January 11th, 2022. Do you recall that

18 conversation?

19     I believe there was an email with --

20     A  Yeah --

21     Q  -- Priscilla Winters --

22     A  -- I think we said we ceased work in that

133

1    **email.**

2    Q   We said we -- let me pull that up.

3        I believe the exact conversation was, We will

4    restart work if payment number 2 is received.  Something

5    along --

6    **A   Something along these lines, yes.  But -- but**

7    **pausing the work, I wouldn't say is the same as ceasing**

8    **work.**

9    Q   So would you agree that you paused work on or

10   before January 11th?

11   **A   I would think so, yes.**

12   Q   And that communication with Priscilla Winters

13   indicates that work would resume once payment number 2

14   was received?

15   **A   Yes.**

16   Q   Was payment number 2 ever received?

17   **A   No.**

18   Q   So did Go Pro ever begin work again after

19   January 11th?

20   **A   No.**

21   Q   Okay.

22   **A   Not that I recall.**

134

1    Q   Showing you what's been marked as Go Pro number

2    24.

3        (Go Pro Exhibit 24, Email May 25th, 2022, was

4    marked for identification, and is retained by counsel.)

5    Q   Do you recognize this document?

6    **A   Yes.**

7    Q   That document includes the

8    gpc@goproconstruction.us email?

9    **A   Yes.**

10   Q   Do you recall if you received a copy of this

11   via email from VNI?

12   **A   Yes.**

13   Q   And the document purports to terminate the

14   Contract for convenience, correct?

15   **A   Yes.**

16   Q   And it's dated May 25th, 2022?

17   **A   Yes.**

18   Q   I want to turn your attention back to Exhibit

19   number 7, the Contract.  I think it's right under that

20   email right there, yeah.

21   **A   This one?**

22   Q   Yeah.  I want to turn your attention to page 4

135

1    of Exhibit 7 under Article 6.  Section 6.5 specifically,

2    states, Written notice under this agreement may be given

3    by one party to the other by email as set forth below on

4    this email address, vnivni.lv, contractor's email,

5    gpcgoproconstruction.us.

6        Do you see that?

7    **A   Yes.**

8    Q   Are you aware of whether or not Go Pro provided

9    any written notice in accordance with the electronic

10   notice provision of the Contract?

11   **A   Would that be it, the one from Rod Barnes?**

12   Q   Does Exhibit 23 indicate that an email was sent

13   to vni@vni.lv?

14   **A   Are you asking if this --**

15   Q   Based on your review of that email, does it

16   look like that email went to vni@vni.lv, or did it go to

17   another individual?

18   **A   I can't tell from the document.**

19   Q   But other than that email, no written notice of

20   termination was provided to Go Pro to the best of your

21   knowledge?

22   **A   Not that I'm aware of.**

136

1        MR. GILREATH: Can we go off the record.

2        (A discussion was held off the record.)

3    BY MR. GILREATH:

4    Q   I'd like to turn your attention to Go Pro

5    number 20.  There is an attached Word document titled,

6    Latvian Embassy Completed Work.  Do you see that

7    document?

8    **A   Yes.**

9    Q   Do you recognize these four pages?

10   **A   Yes.**

11   Q   Do you know who prepared this document?

12   **A   My father.**

13   Q   Did you have any involvement with the

14   preparation of this document?

15   **A   Not that I recall.**

16   Q   Do you know when this document was prepared?

17   **A   I don't.**

18   Q   In reviewing this document, did you identify

19   what individual or individuals completed each aspect as

20   listed?  For example, remove debris, can you tell me who

21   removed debris for the Latvian Embassy project?

22   **A   These are Go Pro employees.**

137

1    Q   Okay.  Do you know the names of the employees
2    of Go Pro?
3    A   I don't.
4    Q   Maintain site, would that be Go Pro employees?
5    A   Yes.
6    Q   Would that also include Optimum?
7    A   No, all the laborers work for.
8    Q   So Install temporary handrails, that would be
9    Go Pro?
10   A   Yes.
11   Q   Items 4 through 7 under General, would each of
12   those -- I guess items 4 through 6, would that be Go
13   Pro?
14   A   Maybe Optimum.
15   Q   In regards to the items 1 through 3, Remove
16   debris, maintain site, install temporary handrails, you
17   stated that Go Pro laborers performed that work?
18   A   Yes.
19   Q   Did Go Pro laborers that worked on those three
20   items, did they maintain their time in any way, keep
21   their time, timecards?
22   A   Yeah, they would usually clock in or report the

138

1    hours to Cindy at the office.
2    Q   How would they quote, unquote, Clock in?
3    A   TimeStation with use their phone.
4    Q   Is that an app?
5    A   Yes.  Or -- or if they are working under a crew
6    leader, he would report their hours.
7    Q   Do you know the names of any crew leaders for
8    the Latvian Embassy project?
9    A   Angel Reyes, Gabriel Flores.
10   Q   What was the last name?
11   A   Flores.  F-L-O-R-E-S.  That would be to the
12   best of my recollection right now.
13   Q   And are Angel Reyes and Gabriel Flores
14   employees?  Were they employees of Go Pro at the time of
15   this Latvian Embassy project?
16   A   Yes.
17   Q   Were they hourly or salaried employee?
18   A   Hourly.
19   Q   So they were paid in part based on the time
20   they spent on the Latvian Embassy project?
21   A   Yes.
22   Q   Do you have access to their timesheets or time

139

1    records as it relates to the Latvian Embassy project?
2    A   I would have to check, look into that.
3        MR. GILREATH: Counsel, I --
4    A   Is that --
5        MR. GILREATH: -- request copies of the --
6    A   -- yeah, I don't know if the clock-in or outs
7    differentiates where they clocked in or out.
8        MR. BARNES: Yeah,  I'll look for it.  My
9    recollection is that there is nothing but --
10       MR. GILREATH: Okay.
11       MR. BARNES: -- we will make another look at it.
12   Q   Turning to the Exterior portion 1, 2, 3 and 4,
13   were those items completed by Go Pro employees?
14   A   Yes.
15   Q   All four?
16   A   Yes.
17   Q   Did Optimum have any involvement in any of
18   those four items?
19   A   Labor?  Is that -- you're asking in terms of
20   labor or --
21   Q   In terms of power wash interior.
22   A   Okay.  In terms of the -- of the labor and the

140

1    construction, no.
2    Q   So Optimum provided no labor --
3    A   No laborers --
4    Q   -- for this project?
5    A   -- yeah, no labor for that project.
6    Q   All labor was provided by Go Pro?
7    A   By -- that's correct, yes.
8    Q   Who did Angel Reyes and Gabriel Flores report
9    to?
10   A   Go Pro.
11   Q   They didn't report in any way to anyone from
12   Optimum?
13   A   No.
14   Q   Did they report to your father?
15   A   When you say report, can you elaborate on that?
16       If he calls them, they would answer.  If he
17   gives them an order, they would, you know.
18   Q   So your father had authority to instruct Go Pro
19   employees to do some work?
20   A   He did but he never did it.  It was always
21   through someone.  Either me or someone at the office.
22   Q   Looking at the Basement, 1 through 6, was that

141

1  work that was all completed by Go Pro laborers?

2  **A  Yes.**

3  Q  Did Optimum have any involvement in any of the

4  laborers associated with 1 through 6 on the basement?

5  **A  No.**

6  Q  First floor, 1 through 15 on the second page.

7  Was this all work that was completed by Go Pro laborers?

8  **A  Yes.**

9  Q  Did Optimum have any involvement in any of the

10  laborers associated with 1 through 15?

11  **A  No.  Mark Armstrong with from Optimum would**

12  **sometime come to the project to manage, but not to -- to**

13  **do construction.**

14  Q  When you say manage, oversee the laborers as

15  they completed certain work?

16  **A  Yes.**

17  Q  The second page, First floor change order work,

18  1 through 5, was that work that was completed by Go Pro

19  laborers?

20  **A  Yes.**

21  Q  When it says, Change order work, was that a

22  change order submitted by Go Pro to VNI or from VNI to

142

1  Go Pro?

2  **A  I'm not exactly sure, but I would say that this**

3  **work was not included in our Scope of Work, but we still**

4  **did it anyways because we were in the middle of the**

5  **joist supports and it had to be done immediately.  So**

6  **just for the document, it's identified as a change**

7  **order, but I do not believe we submitted any change**

8  **orders to do work at the Latvian Embassy.**

9  Q  On the second floor, items 1 through 11, is

10  that work that was completed by Go Pro laborers?

11  **A  Yes.**

12  Q  Third floor, 1 through 8, was that work that

13  was completed by Go Pro laborers?

14  **A  Yes.**

15  Q  For the items from General on the first page,

16  through the items listed on the third floor, 1 through

17  8, it seems to include the removal and installation of

18  certain materials.  Did Go Pro maintain records relating

19  to the purchase or acquisition of any of the materials

20  installed as listed on this document?

21  **A  Yeah, we keep record of all the materials**

22  **purchased?**

143

1  Q  And were these materials purchased by Go Pro?

2  **A  Yes.**

3  Q  And these would have been purchased from using

4  the money in one of the two Capital One accounts?

5  **A  Not necessarily.**

6  Q  How else would they have been purchased?

7  **A  Some items would go on a company credit card**

8  **and --**

9  Q  Okay.

10  **A  -- after that, the credit card would be paid.**

11  Q  Do you recall the name of the credit card

12  company utilized during the Latvian Embassy?

13  **A  American Express.  I wouldn't know if that was**

14  **used for the Latvian Embassy, but typically we use**

15  **American Express for all our purchases and paid then.**

16  Q  So if a credit were -- would have been used, it

17  would have been the American Express credit card?

18  **A  Yes.**

19  Q  And then, the balance of the American Express

20  card would have been paid off from the Capital One --

21  the two Capital One accounts?

22  **A  Correct.**

144

1  Q  Under General, number 7 on the first page, it

2  says, No work contracted for the fabrication of wooden

3  elements.

4  MR. BARNES: Where is that, Counsel?

5  MR. GILREATH: The first page under General

6  number 7.  It says, No work contracted for fabrication

7  of wooden elements.

8  Q  Do you see that?

9  MR. BARNES: Okay.  Yeah.  Bates labeled 253?

10  MR. GILREATH: Yes.

11  Q  Who was the millwork contracted to?

12  **A  I don't recall that off the top of my head.**

13  Q  Would it have been to Optimum or another third

14  party?

15  **A  This one, probably, yes, third party.**

16  **Millwork is wood, lumber.**

17  Q  Was there a physical written contract relating

18  to the millwork?

19  **A  Not that I recall.**

20  Q  Did Go Pro ever make any payments related to

21  the millwork that it contracted with third party?

22  **A  I wouldn't know that either.**

---

145

1    Q   On the second page, Plaintiff's Document
2  Production 254, the very bottom under Mechanical.  It
3  says, number 1, Hired mechanical subcontractor.  Who was
4  the subcontractor for this?
5      **A   That was managed through Optimum Construction,**
6  **so I wouldn't per se know exactly who the subcontractor**
7  **for this was.**
8    Q  Do you know whether Optimum entered a contract
9  with this mechanical subcontractor?
10   **A  I don't.**
11   Q  Do you know whether Optimum ever paid the
12  mechanical subcontractor?
13   **A  I don't.**
14   Q  And you previously stated that you've never
15  paid Optimum for any of the work on the project; is that
16  correct?
17   **A  I might have said I don't recall that.  I don't**
18  **think I said I didn't, but that I did not recall that.**
19   Q  But any payment to Optimum would likely be
20  reflected on one of two bank accounts through Capital
21  One?
22   **A  I believe so.**

---

146

1    Q   Number 3, under Mechanical, the very bottom
2  says, Order associated rough-end materials.
3      **A   Yes.**
4    Q   What materials does that include?
5      **A   I'm not sure.  But it would probably be HVAC**
6  **material.**
7    Q   And is that similar to the documentation that
8  you stated may exist as the other items in terms of
9  maintaining records, keeping receipts, payments for
10  those materials either through --
11   **A   No, this would be in -- in documents in**
12  **Optimum.  So Optimum's document, not Go Pro.**
13   Q  So Optimum would have ordered the rough-end
14  materials?
15   **A   No, so this would probably be through the**
16  **subcontractor.  Would be the one placing the orders?**
17   Q  Do you know if the subcontractor paid for these
18  rough-end materials?
19   **A  I'm not sure.**
20   Q  And you never paid the subcontractor for any
21  purchases of these materials?
22   **A  Not that I recall.**

---

147

1    Q   Turn to the third page, Plaintiff's Document
2  Production 255.  Under Electrical, it says, Hired
3  electrical subcontractor.  Do you know the name of the
4  electrical subcontractor hired?
5      **A   So that was again managed by Optimum**
6  **Construction.  I don't know.**
7    Q   So you're not aware of whether or not there was
8  a contract between the electrical subcontractor and
9  Optimum?
10   **A   Not -- I'm not aware, no.**
11   Q   You're not aware of whether or not any payments
12  were made to the electrical subcontractor?
13   **A   Correct.**
14   Q   Do your answers from the mechanical portion
15  number 3 related to the rough-end materials apply to the
16  electrical materials as well?
17   **A   Yes.**
18   Q   So a subcontractor would have ordered any of
19  those materials, paid for those materials themselves?
20   **A   Correct.**
21   Q   And you're not aware of whether or not Optimum
22  recouped those costs by paying the subcontractor?

---

148

1      **A   I'm not aware.**
2    Q   For plumbing, I'm assuming it's the same
3  answers, but I'll go through it.
4        Hired pluming subcontractor, would that have
5  been the subcontractor hired by Optimum?
6      **A   Correct.**
7    Q   Are you aware of any contract between Optimum
8  and the pluming subcontractor?
9      **A   I'm not.**
10   Q   Ordered associated rough-end materials, those
11  materials would have been purchased and ordered by the
12  plumbing subcontractor ?
13   **A   Correct.**
14   Q   And you're unaware of whether or not Optimum
15  paid the subcontractor for those materials?
16   **A   Correct.**
17   Q   Landscaping, hired landscaping contractor
18  number 1, same thing; Optimum would have hired the
19  landscaping contractor?
20   **A   Yes.**
21   Q   Are you aware of any Contract between Optimum
22  and the landscaping contractor?

149

1    A  No.
2    Q  Are you aware of whether Optimum paid the
3  landscaping contractor for any work?
4    A  No.
5    Q  Under item number 2, it says, Prepared to cut
6  down tree.  Do you know what prepared encompasses, what
7  that includes?
8    A  No.
9    Q  Number 3, Prepared green area for power washing
10  and cleaning.  Do you know what prepared means in that?
11    A  Prepared here just means get the area ready to
12  have the ladders and the power wash and the machines.
13    Q  Do you know who would have completed that work?
14    A  This work was done Go Pro employees.
15    Q  You said Go Pro employees?
16    A  Yes.
17    Q  And final cleaning, provided dumpster services
18  that exceeded 54 dump truck loads.
19    Did Go Pro hire a dumpster service to remove
20  material and debris from the project site or did they --
21    A  No.
22    Q  -- handle that work themselves?

150

1    A  We handled that work ourselves.
2    Q  Was that work handled using Go Pro vehicles?
3    A  Yes.
4    Q  Do you recall where these dump truck loads
5  dumped the trash, debris, and things that it was
6  removing from the site?
7    A  Could be through D.C. Materials or Shady Grove
8  dumping facility.  There's also another facility in
9  Frederick, Maryland that we use.  I do not recall the
10  name right now.
11    Q  Is there any costs associated with dumping
12  materials in any of those three sites?
13    A  Yes.
14    Q  What is the cost?
15    A  It varies by the weight.
16    Q  Does Go Pro receive receipts when it dumps at
17  any of these three facilities?
18    A  Typically, yes.
19    Q  Does Go Pro have the receipts from the 54 dump
20  truck loads that it alleges was involved in this
21  project?
22    A  I don't recall, but I would have to review my

151

1  records to see if we have them.
2    MR. GILREATH:  Rod, that's something else I
3  would request.
4    MR. BARNES:  Yeah.  I've put an asterisk next to
5  each of these.
6    MR. GILREATH:  Okay.
7    MR. BARNES:  Just to double check, I've gone
8  through this with --
9    MR. GILREATH:  That's fine.
10    MR. BARNES:  -- people already, and nothing
11  turned up, but I will do it again.
12    MR. GILREATH:  That's fine.  It doesn't exist,
13  it doesn't exist.
14    Q  Does Go Pro ever destroy any records that it
15  typically keeps in its possession?  For example, in this
16  case, these receipts maybe instead of the time the work
17  was done, is it possible they could have been disposed
18  of in the interim?
19    A  We typically don't dispose of receipts.  Or
20  they may have gotten lost, or we just don't have records
21  of.  The drivers, the didn't turn them in.  That's one
22  of the common mistakes that we have.  The driver just

152

1  did not turn the receipts in and they lose them.
2    Q  Are documents such as receipts, invoices,
3  things relating to subcontractors in any of these
4  expenses that we discussed, are those documents
5  maintained at Go Pro's offices?
6    A  They may be on the emails.
7    Q  Okay.
8    A  We --
9    Q  And do you use Outlook as your email service or
10  --
11    A  It's .gopro.
12    I'm so sorry, I have to use the bathroom again.
13    Q  Go for it.
14    MR. GILREATH:  Go off the record.
15    (A brief recess was taken.)
16  BY MR. GILREATH:
17    Q  I'm showing you what's been marked as Go Pro
18  number 25.
19    (Go Pro Exhibit 25, List of Materials, was
20  marked for identification, and is retained by counsel.)
21    Q  Do you recognize this document?
22    A  Yes.

153

1    Q   Do you know who prepared this document?
2    A   Might have been Mark Armstrong, but I'm not
3   exactly sure.
4    Q   And Mark was an employee of Optimum?
5    A   Yes.
6    Q   Do you know when this document was prepared?
7    A   I don't.
8    Q   And what does this document show?
9    A   It appears to be a list of lumber material and
10  concrete materials, millwork, tools, pulsators, electric
11  materials.
12   Q   You said Mark Armstrong prepared this?
13   A   I said maybe, but I'm not sure. These are Mark
14  or (inaudible) or maybe Priscilla.
15   Q   Were the materials listed on this document
16  actually purchased for the Latvian Embassy project?
17   A   I believe so, yes.
18   Q   And were they purchased by Go Pro or by
19  Optimum?
20   A   That I do not recall.
21      MR. BARNES: You want to go off the record?
22      MR. GILREATH: Sure. We'll go off the record.

154

1      (A discussion was held off the record.)
2   BY MR. GILREATH:
3    Q   And these were costs actually incurred for the
4   project, you said?
5    A   Yes.
6    Q   I want to turn your attention to the very last
7   line item on the last page. It says, LePage Millwork
8   special order windows for a total of $80,253. Do you
9   see that?
10   A   Yes.
11   Q   Were these special order windows from LePage
12  Millwork actually purchased?
13   A   I'm not sure.
14   Q   I'm going to show you what's been marked as Go
15  Pro number 26.
16      (Go Pro Exhibit 26, Quotation, was marked for
17  identification, and is retained by counsel.)
18   Q   This was produced by Go Pro in its document
19  production. It's a quotation from LePage Millwork, and
20  if you look at the final page, it notes a net total of
21  $82,053.60.
22      Do you see that?

155

1    A   Yes.
2    Q   Can you explain the difference in the 80,253 as
3   provided on Exhibit 25 and the 82,053.60 provided on the
4   LePage Millwork quote?
5    A   No, I can't.
6    Q   I also want to turn to the first page. It
7   says, Creation date 12/5/2021. Do you see that?
8    A   Yes.
9    Q   And then, it says, The last revision,
10  12/10/2021.
11   A   Yes.
12   Q   And then, it says, Order date, not ordered. Do
13  you see that?
14   A   Yes.
15   Q   So you stated you're not sure whether or not
16  these windows from LePage Millwork were actually
17  purchased?
18   A   Correct, yes.
19   Q   Did Go Pro request this quote from LePage
20  Millwork, or did Optimum?
21   A   Optimum. This would be TW Perry, yes.
22   Q   Are you aware of whether or not any special

156

1   windows from LePage Millwork were ever delivered to the
2   project site?
3    A   No.
4    Q   Turning your attention back to Exhibit 25. Did
5   Go Pro maintain any receipts related to the purchase of
6   any of these materials listed on these two pages?
7    A   I'm unsure right now.
8    Q   You stated you were unaware of whether these
9   materials were purchased by Go Pro or Optimum?
10   A   Correct.
11   Q   I'm going to show you who what's been marked as
12  Go Pro number 27.
13      (Go Pro Exhibit 27, Value of Work Completed,
14  was marked for identification, and is retained by
15  counsel.)
16   Q   Have you seen this document before?
17   A   Yes.
18   Q   Who prepared this document?
19   A   Say my father was the office.
20   Q   It states, Completed work value per reports 1
21  through 4, and then, underneath it says, 55 percent
22  equaling $632,500. Do you see that?

157

1    A  Yes.

2    Q  Do you know how the calculation of 55 percent
3  was determined?

4    A  My father knows this calculation.  I don't.

5    Q  So any information pertaining to the values in
6  this document should be directed to Raouf Elrahimy?

7    A  Yes.

8    Q  Where it says, Materials and tools/equipment
9  confiscated by the Embassy totaling $140,294.84, do you
10  know whether that reflects the amount as stated in
11  Exhibit 25?

12    A  Looks to be as the same, same amount.

13    Q  Other than this document, are you aware of any
14  other documentation created by Go Pro regarding the
15  value of the work completed on the Latvian Embassy
16  project?

17    A  I'm not.

18    Q  I'm going to turn your attention to Go Pro's
19  Answer to the Counterclaim filed by VNI in this matter.
20  It's been marked as Go Pro number 28.

21       (Go Pro Exhibit 28, Answer to Counterclaim, was
22  marked for identification, and is retained by counsel.)

158

1    Q  I want to turn your attention to page 3 at te
2  very bottom.  It states, In accordance with the
3  expressed provisions within this -- the agreement,
4  Plaintiff replaced the handrails with handrails of like
5  kind.

6       Do you see that?

7    A  Yes.

8    Q  You previously testified that the handrails
9  were not, in fact, replaced; is that correct?

10    A  Correct, yes.

11    Q  I'm now showing you what's been marked as Go
12  Pro number 29.

13       (Go Pro Exhibit 29, Answers to Interrogatories,
14  was marked for identification, and is retained by
15  counsel.)

16    Q  These are Go Pro's Answers to Interrogatories
17  propounded by VNI.  Have you seen this document before?

18    A  Yes.

19    Q  Turning to the second-to-last page, page number
20  10.  Is this your signature verifying the Answers to
21  Interrogatories?

22    A  Yes.

159

1    Q  I want to turn to page 4 of Answer to
2  Interrogatory Number 3.  Take some time just to review
3  your answer and let me know when you've reviewed it.

4    A  Yes.

5    Q  So this Answer to Interrogatory Number 3
6  states, quote, Plaintiff states that this project was
7  verbally discussed months prior to the bidding process
8  start.  Embassy officials contacted Go Pro and one of
9  its partners/affiliate companies, AC&C, to discuss their
10  project.

11       Do you recall who participated in these verbal
12  discussions?

13    A  I don't.

14    Q  Were you involved in these verbal discussions?

15    A  I don't recall being involved.

16    Q  Do you recall whether your father was involved
17  in these discussions?

18    A  Yeah, most likely he was involved.

19    Q  Do you have any knowledge of who participated
20  in any of these conversations on behalf of VNI?

21    A  On behalf of VNI, it was -- I think it was
22  Reinhart and -- is that his name, Reinhart (phonetic)?

160

1    Q  Rihards.

2    A  Rihards.  And Marcus.

3    Q  Later in your Answer, it says, Go Pro priced
4  the revised scope of work the Embassy provided per
5  Embassy officials' request.

6       Do you recall how Go Pro priced the revised
7  scope of work?

8    A  We did a site visit, me and my father, and met
9  with the Embassy representative, and we saw all the
10  scope of work, and we were able to price the work needed
11  based on that site visit.

12    Q  And you stated you have not located any
13  documentation regarding this pricing of the revised
14  scope of work?

15    A  Pricing, sometime we can come up with the
16  pricing without calculating.

17    Q  Do you recall whether that took place here or
18  are you referring from calculating a cost?

19    A  I don't believe we did calculation.

20    Q  Turning to page 8 of the Answers to
21  Interrogatories.  It says, The following subcontractors
22  were staged to perform work on the project: J.H. Silcox

161

1  Engineering and Drafting, Dayton Electrical Contracting,
2  Inc., 416 Mechanical Plumbing, and Powerlift Dumbwaiters
3  Corporation.
4      Did you provide this information for the
5  Answers to Interrogatories?
6      **A  Yes.**
7      Q  It states, however, that only Optimum
8  Construction performed work on the project; is that
9  correct?
10     **A  Where is that?**
11     Q  The second sentence of Answer to Interrogatory
12  number 18.
13     **A  Yes.**
14     Q  It also states that the following suppliers are
15  expected to supply equipment materials for the project:
16  TW Perry/LePage Millwork, Home Depot, Lowe's, and
17  equipment from Rental -- Rentals Unlimited. Do you see
18  that?
19     **A  Yes.**
20     Q  Were there any supplies, equipment, and
21  materials that were ultimately purchased and/or rented
22  from any of those suppliers as listed in the Answer to

162

1  Interrogatory number 18?
2      **A  Yes.**
3      Q  And from which of those suppliers it was?
4      **A  TW Perry, Home Depot, Lowe's, Rental Unlimited.**
5      Q  So what was supplied by TW Perry/LePage
6  Millwork?
7      **A  I don't recall that.**
8      Q  Do you recall what supplied by Home Depot?
9      **A  No, I don't.**
10     Q  Do you recall what was supplied by Lowe's?
11     **A  I don't.**
12     Q  Do you recall what equipment was supplied by
13  Rentals Unlimited?
14     **A  I don't, but I believe it was pertaining to the**
15  **exterior power washing and --**
16     **TW Perry, most likely lumber and materials.**
17     Q  For TW Perry/LePage Millwork, was that lumber
18  material purchased by Go Pro?
19     **A  Yes.**
20     Q  And the materials --
21     **A  Actually, I take that back. It was either by**
22  **Go Pro or Optimum. I don't recall.**

163

1      Q  As for the materials supplied by Home Depot,
2  was that purchased by Go Pro or Optimum?
3      **A  I -- it's hard to tell also. Either Go Pro or**
4  **Optimum.**
5      Q  What about the equipment and materials supplied
6  by Lowe's?
7      **A  Same answer, I don't know.**
8      Q  Okay. And the exterior power wash and
9  materials from Rentals Unlimited, was that --
10     **A  Yeah, same answer, I don't recall.**
11     Q  As it relates to Go Pro, you have not been able
12  to locate any receipts relating to any equipment or
13  materials supplied by any four of those --
14     **A  That is correct --**
15     Q  -- entities?
16     **A  -- yeah.**
17     Q  Were there ever any payments issued to the
18  subcontractors listed in number 2, by Go Pro?
19     **A  I know J Silcox was paid, but I'm not sure if**
20  **the others.**
21     Q  What was J.H. Silcox paid for?
22     **A  Engineering evaluation services.**

164

1      Q  Do you recall how much they were paid?
2      **A  I don't.**
3      Q  Do you recall who paid them?
4      **A  I want to say Go Pro. Yeah, I'd have to double**
5  **check my records.**
6      Q  I believe I previously marked as Exhibit -- Go
7  Pro Exhibit number 10 Go Pro's Responses to Production
8  of Documents.
9      **A  Yes.**
10     Q  I'm going to turn your attention to Request
11  number 25 on page 6. It states, All documents that
12  constitute referral relate or pertains to the number of
13  man hours extended by you in the calculations of the
14  average monthly man hours necessary for the construction
15  of the project.
16     You previously stated that Go Pro laborers
17  maintain their time through TimeStation or provided it
18  to one of the crew leaders; is that correct?
19     **A  Yes.**
20     Q  In scheduling Go Pro laborers to participate in
21  the project, were there any work schedules prepared by
22  Go Pro as it relates to assigning laborers certain days,

165

1    certain hours on the project?
2       **A   Can you rephrase that question.**
3       Q   Did Go Pro prepare work schedules for their
4    laborers so they knew when to show up to the site, how
5    long they were --
6       **A   Yes.**
7       Q   -- expected to work?
8          And how were those prepared?  Were they
9    monthly, weekly?
10      **A   Weekly.**
11      Q   And who were they prepared by?
12      **A   For that specific project, it would be a**
13   **combination.  Me, Mr. Raouf, my father, and Paul Duenas.**
14      Q   Are you aware if Go Pro has retained the Work
15   Schedule prepared as it relates to the Latvian Embassy
16   project?
17      **A   Sorry?**
18      Q   Are you aware of whether or not Go Pro has
19   retained copies of the work schedules that were prepared
20   for the Latvian Embassy project?
21      **A   I don't think we have records of that.**
22      Q   You previously stated that the actual timecards

166

1    or time entries for laborers, you're unaware if you have
2    access to that information as well, correct?
3       **A   I don't think I said that.  I said when you**
4    **asked me if I have access to TimeStation, I said yes, I**
5    **have.**
6       Q   So you have the ability to go back into
7    TimeStation to see if you can --
8       **A   I don't know how far back it goes.  I don't**
9    **think it goes back that.**
10         MR. BARNES: I think he also said he wasn't sure
11   if it would have been allocated by the project.
12         MR. GILREATH: By the project.
13         THE WITNESS: Yeah.
14      Q   Did laborers vary from project to project
15   during a project?  For example, while the Latvian
16   Embassy project was going on, would a laborer one day be
17   at the Latvian Embassy and the next day go to another
18   project before coming back to the Latvian Embassy
19   project?
20      **A   Typically, the same crew would be working.  We**
21   **may increase the labor as needed, or decrease it**
22   **depending on that day specific amount of work.**

167

1       Q   Do you have any idea how many laborers per day
2    were typically at the Latvian Embassy project?
3       **A   I wasn't involved in the day-to-day operation,**
4    **but say maybe ten.**
5       Q   Ten?
6          In request number 26, it says, All documents
7    that constitute, refer, relate or pertain to your
8    payroll journals for the project.
9          Does Go Pro maintain payroll information for
10   its employees?
11      **A   Yes.**
12      Q   Did Go Pro maintain payroll information the
13   time of the Latvian Embassy project?
14      **A   I'm not sure.**
15      Q   How does Go Pro maintain its payroll
16   information?
17      **A   With the accountant.**
18      Q   Through the accountant?
19      **A   Yes.**
20      Q   Have you requested any information sought in
21   these document requests from the accountant --
22      **A   No.**

168

1       Q   -- to date?
2          Has Go Pro ever paid Optimum Construction to
3    assist on any of its construction-related projects?
4       **A   Not that I recall.**
5       Q   Are you aware that Optimum Construction
6    recently has filed for bankruptcy?
7       **A   Yes.**
8       Q   Is Go Pro listed as either a creditor or debtor
9    in Optimum Construction's bankruptcy filing?
10      **A   I believe so, yes.**
11      Q   Is it listed as a creditor?
12      **A   Yes.  Creditor means I'm asking them for money?**
13      Q   Correct.
14      **A   Yeah.**
15      Q   What does Optimum Construction owe to Go Pro?
16      **A   Sorry?**
17      Q   What amount of money does Optimum owe to Go
18   Pro?
19      **A   I'd have to look through my records.**
20      Q   Does Optimum owe Go Pro any money as it relates
21   to the Latvian Embassy project?
22      **A   I'd have to -- probably, yes, but I would have**

169

1  to check.
2      Q  And do you know what Optimum would owe Go Pro
3  as it relates to pertaining to what services Optimum
4  would owe money to Go Pro as it relates to the Latvian
5  Embassy project?
6      A  Probably a lot of money, but I'm not sure exact
7  amount.
8      Q  Did Go Pro provide Optimum any services as it
9  relates to the Latvian Embassy project?
10     A  What do you mean?
11     Q  Well, you stated that they may -- you may be a
12  creditor to Optimum, meaning Optimum owes you money.
13  Typically, money is paid for services provided, so if
14  they owe you money, what do they owe you money for?
15     A  For the Latvian Embassy?
16     Q  Yes.
17     A  Did I say they owe me money for the Latvian
18  Embassy or for was -- because your question was about
19  the bankruptcy, and then, if I'm listed as a creditor.
20     Q  Correct.
21     A  And but I don't think I said --
22     Q  And then, I asked specifically for the Latvian

170

1  Embassy --
2      A  For the Latvian Embassy?
3      Q  -- if they owe you money, you said yes.  But if
4  that's incorrect, please.
5      A  Yeah, I don't think they owe me money for the
6  Latvian Embassy, but in general, yes.
7      Q  Does Go Pro owe Optimum money as it relates to
8  the Latvian Embassy project?
9      A  I would have to review my records, but I think
10  so, yes.
11         We work off of a ledger between Optimum and Go
12  Pro, and sometimes it could also go for Optimum as Omar
13  is my brother, so sometime we would pay back by doing
14  other jobs.  Like I would help him with a job, he would
15  help me with mine.
16     Q  Is Go Pro listed as a debtor in the bankruptcy
17  filing, which indicates that Optimum is owed money by Go
18  Pro?
19     A  I'm not sure about that.
20         MR. GILREATH: Just give me one minute.  I'm
21  going to review my notes, but that may be everything
22  that I have today.

171

1         THE COURT REPORTER: Off the record?
2         MR. GILREATH: Yes.
3         (A brief recess was taken.)
4  BY MR. GILREATH:
5      Q  Couple questions for you, Mr. Elrahimy.
6         Earlier today, a response was filed to a motion
7  to compel that was filed by VNI couple weeks ago.  And
8  in that response, it indicates that there was labor
9  provided by Go Pro or borrowed labor.
10     A  Or?
11     Q  Or borrow -- quote, unquote, Borrowed labor
12  provided to Go Pro.
13         Earlier in your deposition, you stated that all
14  the laborers were Go Pro employees.  Is that correct, or
15  were laborers provided by a third party including
16  Optimum?
17     A  Most of the labor was provided by Go Pro, I
18  believe.  If there was labor provided by a third party,
19  I don't recall that.
20     Q  Am I correct in the conclusion that the only
21  services provided by Optimum related to project manager
22  services overseeing the laborers' work?

172

1      A  To some extent, yes.
2      Q  But as far as actual work completed on the
3  project itself, that labor was completed by Go Pro?
4      A  I believe so, yes.
5      Q  Following termination of the agreement, did Go
6  Pro make any attempts to retrieve any of the equipment
7  and tools that it had left on the job site?
8      A  I believe we requested from the Embassy to
9  retrieve our tools and equipment, yes.
10     Q  Do you know when ultimately Go Pro made the
11  decision to leave the job site?  Was it at the same time
12  that they stopped working in January of 2022?
13     A  I don't recall exact dates.
14     Q  Has Go Pro estimated the value of the materials
15  or tools left at the job site?
16     A  Yes.
17     Q  And would that be the document that we
18  previously discussed which was approximately $140,000?
19     A  Yes.
20     Q  Of those materials or tools, were any of those
21  materials or tools utilized in the demolition stage of
22  the project?

173

1      A   Probably.
2      Q   Would specifics on that be better directed
3  towards your father, Raouf?
4      A   **Say that question again, the first question.**
5      Q   So in reviewing -- I believe it was Exhibit 25,
6  the two-page valuation request materials and equipment
7  from the site.
8      A   **Yeah.**
9      Q   Would it make more sense for us to go through
10 this list line-by-line to determine what was utilized in
11 the demolition stage?
12         Would you be able to provide that information
13 or should I direct that information to Raouf?
14     A   **I would say the framing material was used on**
15 **the site, all the synthesizer, all the tools that were**
16 **on the list, all that was used on site.**
17     Q   So all of the lumber here was utilized in front
18 of me?
19     A   **I wouldn't say all of it, but some of it.**
20     Q   Some of the materials were for future work to
21 be completed on the project; is that correct?
22     A   **I don't recall that.**

174

1      Q   For example, I believe there were LVL boards
2  that were not installed.  Were those boards eventually
3  going to be utilized in installing the flooring on the
4  second and third floors?
5      A   **I'd have to review my record because I believe**
6  **the LDLs were already installed.**
7          **But yes, the lumber material that is on site**
8  **would be used for that project.**
9      Q   I understand you haven't seen this report
10 before, so I'll give you a little bit of time to look
11 through it.  But there are photographs in here from a
12 site inspection that was conducted during the course of
13 this litigation.
14         This is marked as Go Pro number 30.  It is the
15 expert report drafted by Neil Sinclair, and designated
16 as an expert on behalf of VNI.
17         (Go Pro Exhibit 30, Expert Report, was marked
18 for identification, and is retained by counsel.)
19     Q   Beginning on page 30 of this report, I don't
20 know if you want to flip through --
21     MR. BARNES: Do you have an extra copy?
22     MR. GILREATH: I do.  I wasn't planning on

175

1  introducing it as an exhibit, but --
2      MR. BARNES: Okay.
3      MR. GILREATH: -- this is a report that was
4  produced with our expert disclosure.
5      MR. BARNES: Okay.  Your question about --
6      MR. GILREATH: I was going to ask Mr. Elrahimy
7  to look through the photographs there.
8      MR. BARNES: Oh.  Okay.
9      Q   My question was this the state of the
10 project site when Go Pro left the site?
11     A   **It appears to be, yes.**
12     Q   Would you agree in reviewing the photographs
13 that the LVL boards on the second and third floors have
14 not yet been installed?
15     A   **Might be.  I'm not sure.**
16     Q   I believe that is all I have for you today, Mr.
17 Elrahimy.  I appreciate your time.
18         I will note there's been discussion of
19 possibility that some documents exist.  I understand
20 there was a thorough review process.  Likely, no
21 additional documents exist.  But if additional documents
22 do exist and are produced, I'm going to reserve the

176

1  right to reopen the deposition.  Which may mean we're
2  back together to discuss any additional documentation,
3  but if not, I appreciate your time.
4      A   **Thank you.  Appreciate it.**
5      MR. BARNES: We will read and sign.
6      Thank you.
7      THE COURT REPORTER: And just to make sure,
8  ordering and ordering?
9      MR. GILREATH: Yeah, I'll do a electronic mini.
10     THE COURT REPORTER: Mini.
11     MR. BARNES: The same.
12     THE COURT REPORTER: Okay.
13     (Off the record at 2:44 p.m.)
14
15
16
17
18
19
20
21
22

177

1        CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

2      I, Bri Slack, the officer before whom the

3 foregoing deposition was taken, do hereby certify that

4 said proceedings were electronically recorded by me; and

5 that I am neither counsel for, related to, nor employed

6 by any of the parties to this case and have no interest,

7 financial or otherwise, in its outcome.

8

9      IN WITNESS WHEREOF, I have hereunto set my hand

10 and affixed my notarial seal this 6th day of July, 2023.

11

12 _____

13 Bri Slack, Notary Public

14 for the State of Maryland

15

16

17

18

19

20

21

22

178

1        CERTIFICATE OF TRANSCRIBER

2      I, Jerome E. Harris, do hereby certify that

3 the foregoing transcript is a true and correct record

4 of the recorded deposition; that said proceedings were

5 transcribed to the best of my ability from the audio

6 recording and supporting information; and that I am

7 neither counsel for, related to, nor employed by any

8 of the parties to this case and have no interest,

9 financial or otherwise, in its outcome.

10

11

12

13

14 _____

15 Jerome E. Harris

16 July 10, 2023

17

18

19

20

21

22

## A

**ability**
166:6, 178:5
**able**
76:10, 79:18,
82:10, 82:17,
99:18, 104:9,
119:18, 125:4,
160:10, 163:11,
173:12
**about**
13:9, 26:22,
28:22, 57:3,
59:15, 80:11,
82:18, 126:14,
163:5, 169:18,
170:19, 175:5
**above**
75:1, 116:18
**absolutely**
19:5
**ac&c**
33:17, 33:19,
33:22, 61:5,
116:4, 159:9
**accept**
130:1
**access**
23:4, 23:7,
32:19, 68:16,
106:3, 106:14,
106:17, 106:20,
107:4, 107:20,
112:11, 138:22,
166:2, 166:4
**accidentally**
124:2
**accordance**
58:20, 135:9,
158:2
**according**
17:12, 17:13,
44:9, 51:12,
51:18, 52:4
**accordingly**
64:21, 127:14
**account**
22:7, 22:12,

22:13, 22:16,
22:19, 22:20,
22:21, 22:22,
23:7, 28:15,
29:2, 32:12,
32:13, 32:19,
33:6, 33:9,
121:22
**accountant**
31:8, 31:10,
31:17, 31:19,
32:1, 32:4,
68:16, 167:17,
167:18, 167:21
**accountant's**
68:15
**accounting**
15:4, 32:6,
103:21, 104:2
**accounts**
28:19, 33:2,
143:4, 143:21,
145:20
**acquisition**
142:19
**action**
1:3
**active**
33:12, 38:7
**activities**
14:21, 15:12,
16:9, 27:4,
27:7, 79:3
**activity**
17:5
**actual**
65:4, 78:1,
92:4, 93:1,
94:5, 95:6,
109:15, 127:18,
165:22, 172:2
**actually**
24:19, 51:2,
99:11, 153:16,
154:3, 154:12,
155:16, 162:21
**add**
103:9

**addition**
8:21, 37:6,
38:12, 40:12,
49:16
**additional**
9:5, 55:20,
56:4, 59:20,
64:5, 128:1,
175:21, 176:2
**additions**
64:19, 127:12
**address**
10:17, 112:21,
135:4
**adjusted**
64:21, 127:14
**adjustment**
66:22
**admin**
106:1
**administration**
106:1
**adobe**
73:9
**advised**
20:7
**affiliate**
159:9
**affirmed**
6:4
**affixed**
177:10
**after**
27:11, 29:10,
34:15, 35:3,
35:13, 36:1,
88:3, 93:5,
94:8, 97:13,
99:18, 112:14,
113:19, 114:5,
114:6, 114:10,
119:3, 120:3,
120:8, 122:9,
133:18, 143:10
**again**
53:19, 56:16,
72:4, 75:12,
91:16, 102:14,

114:14, 116:21,
117:14, 133:18,
147:5, 151:11,
152:12, 173:4
**ago**
12:8, 13:9,
119:21, 171:7
**agree**
44:5, 44:16,
57:19, 60:22,
61:6, 65:3,
118:10, 118:16,
125:14, 127:17,
128:5, 128:6,
128:22, 129:4,
129:5, 129:6,
129:9, 133:9,
175:12
**agreed**
58:20
**agreement**
2:12, 26:18,
48:22, 53:7,
64:6, 65:9,
69:16, 135:2,
158:3, 172:5
**agrees**
122:7
**ahead**
56:21
**air**
46:4
**albeit**
13:17
**alcohol**
13:17
**all**
14:17, 26:16,
37:12, 39:14,
45:10, 51:10,
51:17, 52:2,
52:6, 53:16,
54:6, 58:21,
59:3, 59:6,
61:8, 63:9,
63:10, 63:22,
64:4, 66:21,
67:1, 67:8,

68:14, 69:6,
78:13, 81:6,
83:11, 97:7,
98:15, 99:19,
101:1, 101:2,
102:9, 102:13,
113:9, 113:12,
115:22, 125:11,
126:9, 128:20,
130:8, 137:7,
139:15, 140:6,
141:1, 141:7,
142:21, 143:15,
160:9, 164:11,
167:6, 171:13,
173:15, 173:16,
173:17, 173:19,
175:16
**allege**
47:7
**alleges**
150:20
**allocated**
166:11
**allow**
7:16, 96:17
**along**
100:8, 133:5,
133:6
**already**
59:10, 60:10,
119:11, 151:10,
174:6
**also**
3:20, 16:7,
26:13, 40:9,
40:13, 49:17,
55:2, 74:21,
91:13, 99:10,
106:5, 106:8,
111:14, 111:15,
112:17, 128:4,
137:6, 150:8,
155:6, 161:14,
163:3, 166:10,
170:12
**always**
46:7, 96:14,

101:3, 113:7,
140:20
**amended**
8:11, 8:13
**american**
143:13, 143:15,
143:17, 143:19
**amount**
26:15, 45:14,
157:10, 157:12,
166:22, 168:17,
169:7
**angel**
138:9, 138:13,
140:8
**annually**
30:20
**another**
7:2, 22:13,
110:18, 111:1,
111:14, 123:12,
135:17, 139:11,
144:13, 150:8,
166:17
**answer**
5:13, 7:18,
7:22, 8:8,
10:11, 18:15,
30:18, 42:18,
46:13, 54:14,
56:14, 56:15,
76:8, 76:10,
85:11, 119:9,
119:18, 140:16,
157:19, 157:21,
159:1, 159:3,
159:5, 160:3,
161:11, 161:22,
163:7, 163:10
**answered**
103:3, 106:9
**answering**
7:17
**answers**
5:14, 7:15,
38:19, 71:22,
72:6, 147:14,
148:3, 158:13,

158:16, 158:20,
160:20, 161:5
**anyone**
9:7, 9:17,
10:6, 68:7,
90:12, 106:21,
129:13, 140:11
**anything**
10:9, 64:2,
99:13, 126:21
**anyways**
142:4
**anywhere**
58:12
**apart**
48:8
**app**
138:4
**appear**
58:12
**appears**
42:22, 58:15,
63:17, 74:11,
95:11, 117:3,
153:9, 175:11
**appendices**
68:14
**apply**
147:15
**appreciate**
62:6, 175:17,
176:3, 176:4
**approval**
107:18
**approve**
128:12, 128:13
**approved**
106:9
**approximately**
172:18
**april**
53:9, 131:18,
132:4, 132:14
**architect**
5:4, 110:7,
110:9, 112:10
**area**
149:9, 149:11

**areas**
103:4
**aren't**
63:10
**argue**
47:7
**arised**
109:14, 109:15
**armstrong**
141:11, 153:2,
153:12
**around**
16:19, 91:6,
109:17, 121:4
**article**
53:1, 53:15,
56:1, 56:12,
56:18, 56:19,
57:1, 58:3,
58:13, 64:8,
64:9, 64:14,
69:22, 70:1,
70:4, 73:11,
73:13, 73:14,
127:9, 135:1
**articulate**
7:14
**aside**
77:1, 77:7,
77:19
**asked**
7:21, 99:12,
104:16, 166:4,
169:22
**asking**
24:6, 32:11,
45:2, 57:17,
59:8, 77:11,
104:18, 120:8,
127:4, 135:14,
139:19, 168:12
**aspect**
44:12, 136:19
**aspects**
77:20, 85:17,
110:16, 113:12,
115:22
**assert**
47:7

assessment
46:7, 46:15
assigned
95:10
assigning
164:22
assist
6:12, 24:8,
24:11, 32:5,
168:3
assisted
23:21, 24:3
assisting
24:22, 77:10
associated
103:12, 141:4,
141:10, 146:2,
148:10, 150:11
assume
43:20, 115:3,
115:18
assumed
8:1
assuming
26:11, 26:14,
44:18, 73:5,
76:3, 83:14,
96:22, 112:10,
122:11, 148:2
assumption
44:22, 45:1,
120:11
asterisk
151:4
attached
53:12, 111:3,
136:5
attempt
67:12
attempts
172:6
attend
34:14, 35:3
attending
20:10, 20:11
attention
20:4, 48:20,
51:1, 55:14,

64:4, 66:20,
67:7, 68:10,
69:5, 69:14,
97:15, 115:16,
116:7, 117:6,
123:14, 134:18,
134:22, 136:4,
154:6, 156:4,
157:18, 158:1,
164:10
attorney
68:4, 131:16
attributed
26:4, 104:2
audio
178:5
audited
31:5, 68:13
august
79:13, 83:18,
84:20, 85:10,
85:11, 87:3,
95:22
authenticity
40:7
authority
31:7, 140:18
avail
117:9
average
164:14
avoid
7:14
aware
30:14, 30:15,
31:4, 32:20,
33:22, 135:8,
135:22, 147:7,
147:10, 147:11,
147:21, 148:1,
148:7, 148:21,
149:2, 155:22,
157:13, 165:14,
165:18, 168:5
away
99:17

**B**

b) (6
8:12

b-u-i-l-d-e-r-t--
r-e-n-d
108:8
back
10:12, 19:7,
35:7, 51:2,
64:4, 69:14,
73:11, 82:14,
85:2, 88:5,
116:9, 127:7,
130:10, 131:1,
134:18, 156:4,
162:21, 166:6,
166:8, 166:9,
166:18, 170:13,
176:2
background
10:16, 34:4
baker
3:13, 6:11
balance
143:19
baltimore
1:13, 2:7, 3:7,
3:16
bank
22:7, 22:16,
22:19, 22:20,
22:21, 22:22,
23:7, 28:14,
28:19, 29:2,
32:12, 32:13,
32:15, 32:18,
32:19, 33:4,
145:20
banked
33:13
banking
22:14, 23:4,
23:12
bankruptcy
168:6, 168:9,
169:19, 170:16
banks
33:1
barnes
3:3, 9:10,
9:16, 24:2,

35:11, 56:13,
56:15, 56:22,
57:5, 57:12,
57:15, 57:18,
57:20, 57:22,
58:10, 58:12,
58:15, 58:18,
59:9, 60:9,
60:18, 60:20,
61:6, 61:10,
61:13, 61:16,
68:8, 76:8,
85:18, 105:8,
107:7, 107:20,
108:7, 113:3,
119:2, 119:11,
119:14, 119:17,
123:16, 123:20,
124:5, 124:8,
124:11, 124:14,
125:1, 125:6,
125:18, 125:20,
126:1, 126:5,
129:20, 131:16,
132:4, 132:10,
135:11, 139:8,
139:11, 144:4,
144:9, 151:4,
151:7, 151:10,
153:21, 166:10,
174:21, 175:2,
175:5, 175:8,
176:5, 176:11
base
45:11
based
24:5, 53:15,
54:4, 63:15,
85:18, 87:16,
106:2, 109:20,
131:14, 135:15,
138:19, 160:11
basement
98:16, 98:18,
99:1, 99:6,
99:21, 140:22,
141:4
basis
61:7

**bates**
55:2, 124:3,
124:5, 124:6,
124:15, 124:22,
144:9
**bathroom**
8:7, 130:7,
152:12
**beam**
97:9, 97:10,
97:12
**bearman**
3:13
**because**
40:2, 43:18,
43:20, 44:2,
44:18, 56:22,
57:6, 59:1,
59:15, 61:17,
62:5, 87:14,
97:4, 101:19,
102:14, 104:5,
109:11, 112:11,
114:19, 119:2,
123:19, 124:20,
126:22, 129:17,
142:4, 169:18,
174:5
**been**
6:20, 8:10,
11:9, 11:18,
12:2, 12:15,
14:5, 18:22,
19:16, 19:19,
25:4, 31:1,
31:5, 35:16,
38:16, 39:14,
41:3, 41:18,
42:16, 42:21,
45:21, 48:12,
49:13, 50:17,
52:14, 55:1,
59:11, 61:22,
62:5, 62:7,
65:17, 66:10,
73:22, 74:1,
78:18, 82:21,
87:1, 88:2,

89:17, 90:5,
90:22, 94:9,
94:17, 97:14,
97:16, 99:20,
99:21, 100:17,
101:20, 105:10,
108:14, 109:3,
109:17, 110:5,
115:8, 121:13,
123:4, 123:7,
124:21, 131:3,
134:1, 143:3,
143:6, 143:16,
143:17, 143:20,
144:13, 148:5,
148:11, 151:17,
152:17, 153:2,
154:14, 156:11,
157:20, 158:11,
163:11, 166:11,
175:14, 175:18
**before**
2:12, 6:17,
6:21, 7:8, 7:16,
7:19, 8:9, 8:15,
27:11, 27:13,
44:14, 82:16,
83:8, 88:3,
112:13, 113:5,
131:13, 132:17,
133:10, 156:16,
158:17, 166:18,
174:10, 177:2
**began**
79:13
**begin**
70:15, 88:17,
133:18
**beginning**
85:7, 85:22,
86:9, 87:21,
89:2, 95:13,
174:19
**begins**
93:5
**behalf**
3:2, 3:11,
8:19, 18:14,

24:7, 32:21,
33:21, 39:8,
59:15, 67:19,
72:10, 72:15,
81:1, 116:4,
119:15, 127:21,
159:20, 159:21,
174:16
**being**
6:4, 11:11,
19:2, 20:15,
54:17, 54:21,
78:11, 95:12,
159:15
**believe**
19:15, 46:13,
56:17, 57:21,
88:7, 89:6,
89:12, 98:19,
99:8, 100:1,
111:15, 112:1,
123:22, 127:6,
132:16, 132:19,
133:3, 142:7,
145:22, 153:17,
160:19, 162:14,
164:6, 168:10,
171:18, 172:4,
172:8, 173:5,
174:1, 174:5,
175:16
**believed**
47:15
**below**
135:3
**berkowitz**
3:13
**best**
7:22, 98:20,
99:7, 108:15,
121:1, 121:9,
122:16, 127:21,
135:20, 138:12,
178:5
**better**
173:2
**between**
15:15, 21:9,

49:7, 52:20,
60:13, 62:13,
63:14, 77:14,
90:5, 92:1,
95:12, 98:5,
98:13, 109:11,
112:21, 114:20,
121:18, 123:12,
130:13, 147:8,
148:7, 148:21,
170:11
**beyond**
125:12, 128:21
**bid**
4:10, 23:22,
24:14, 25:1,
25:4, 25:11,
25:12, 25:18,
25:21, 25:22,
26:4, 26:9,
26:10, 26:15,
27:13, 39:11,
39:22, 40:13,
40:18, 40:21,
41:1, 41:4,
41:5, 41:9,
41:16, 42:1,
42:3, 42:12,
43:1, 45:11,
45:15, 46:1,
46:5, 46:8,
46:12, 46:16,
49:17, 51:12,
51:18, 52:3,
52:7, 53:10,
54:7, 54:15,
54:18, 54:21,
61:19, 63:5,
63:19, 67:9,
67:13, 67:14,
77:1, 77:8,
77:9, 77:10,
77:15, 108:17,
108:18, 108:19,
113:9, 116:5
**bidded**
33:22
**bidding**
25:12, 159:7

bigger
104:7
birth
10:20
bit
82:18, 126:4,
174:10
biweekly
20:11
boards
174:1, 174:2,
175:13
bookkeeping
15:4
borrow
171:11
borrowed
171:9, 171:11
both
16:12, 31:12,
37:14, 42:19,
42:20, 69:3,
124:19
bottom
64:16, 79:22,
80:2, 124:22,
125:10, 126:1,
145:2, 146:1,
158:2
box
74:20, 75:1,
94:13
breach
72:2
break
8:6, 8:7, 8:9,
82:16, 130:7
bret
131:16
bri
2:12, 177:2,
177:13
brian
20:9, 20:10
brief
82:13, 130:9,
152:15, 171:3
briefly
33:16, 40:8

broader
47:14
broken
124:19
brother
18:13, 79:2,
79:4, 90:13,
98:13, 100:18,
170:13
builder
108:3, 108:4
buildertrend
106:4, 106:14,
106:18, 106:22,
107:5, 107:11,
107:21, 108:5
building
96:18
business
14:8, 14:14,
18:16, 23:2,
25:4, 31:11,
36:8

**C**

cabinets
99:10
cad
112:11
calculate
27:14
calculated
26:12
calculating
160:16, 160:18
calculation
46:5, 69:7,
157:2, 157:4,
160:19
calculations
164:13
caldwell
3:13
calls
140:16
came
112:2, 130:12
can't
24:19, 33:21,

60:12, 135:18,
155:5
cannot
44:22, 47:16,
63:7, 65:3,
97:9, 127:16
capacity
11:16, 61:19,
77:3
capital
33:3, 33:7,
33:13, 143:4,
143:20, 143:21,
145:20
card
29:2, 143:7,
143:10, 143:11,
143:17, 143:20
careful
57:3
case
7:2, 7:3, 12:5,
13:1, 13:8,
13:13, 19:1,
23:12, 29:20,
38:22, 39:8,
61:20, 66:8,
72:6, 97:13,
151:16, 177:6,
178:8
cc'd
50:20, 105:16,
121:19, 123:13,
125:10
cease
114:4
ceased
114:18, 115:1,
121:5, 121:6,
121:8, 122:12,
132:15, 132:22
ceasing
133:7
ceilings
98:19
certain
17:8, 32:10,
38:22, 50:9,

50:13, 54:16,
79:18, 141:15,
142:18, 164:22,
165:1
certificate
106:11, 177:1,
178:1
certification
37:8
certifications
38:13
certified
37:10
certify
177:3, 178:2
change
36:22, 65:3,
65:10, 65:14,
65:17, 65:20,
66:1, 66:21,
67:1, 121:1,
123:1, 123:3,
125:11, 125:14,
126:7, 126:14,
126:18, 126:22,
127:2, 127:5,
127:17, 127:22,
128:2, 128:3,
128:5, 128:6,
128:8, 128:9,
128:19, 129:1,
129:7, 129:14,
141:17, 141:21,
141:22, 142:6,
142:7
changed
23:1, 37:1,
110:20, 110:21
changes
42:21, 64:18,
127:11
charges
69:8
check
22:11, 91:7,
139:2, 151:7,
164:5, 169:1
checking
22:12, 33:8,

33:9
**checks**
22:3, 28:12,
28:14
**cindy**
50:19, 70:20,
70:21, 70:22,
71:6, 138:1
**circle**
10:12
**circumstances**
7:1
**cited**
51:11, 51:18,
52:3, 52:7
**civil**
1:3
**claim**
66:22
**claimed**
92:6
**clarification**
123:17
**clarity**
61:4, 129:14
**cleaning**
149:10, 149:17
**clear**
55:22, 59:9,
62:2, 125:13,
128:22
**cleared**
93:2, 95:19,
122:9
**clearing**
99:15
**client**
125:3
**clock**
137:22, 138:2
**clock-in**
139:6
**clocked**
139:7
**closed**
36:19
**closure**
36:21

**college**
34:18, 35:3,
35:13, 37:7
**columbia**
1:2, 48:15
**com**
62:13, 62:14
**combination**
16:13, 165:13
**combined**
124:21
**come**
39:10, 40:17,
116:9, 117:9,
120:15, 141:12,
160:15
**comes**
15:12, 46:3
**coming**
166:18
**common**
151:22
**communicate**
63:21
**communication**
133:12
**communications**
48:9, 62:13,
78:4
**companies**
30:4, 30:13,
159:9
**company**
19:3, 31:13,
31:14, 36:2,
36:3, 37:2,
38:2, 47:21,
61:7, 105:8,
107:8, 107:9,
143:7, 143:12
**compare**
73:21, 116:13
**comparing**
42:14, 92:17
**compel**
171:7
**complaint**
4:11, 46:18,

47:2, 48:13,
48:16, 52:19,
72:1, 72:5
**complete**
7:18, 16:9,
26:13, 27:4,
47:21, 50:7,
51:17, 52:6,
53:5, 53:20,
56:7, 57:8,
58:9, 58:16,
59:16, 60:4,
76:6, 87:18,
92:7, 98:16,
99:5, 101:6,
101:8, 101:15,
102:16, 102:22,
103:1, 103:5,
107:2, 115:2
**completed**
5:12, 44:12,
45:8, 50:10,
52:12, 60:3,
75:14, 75:18,
81:7, 81:9,
81:14, 86:17,
87:15, 90:5,
90:18, 90:22,
92:22, 93:4,
93:11, 93:21,
94:9, 94:17,
95:9, 95:12,
96:3, 96:11,
96:13, 97:3,
98:5, 99:1,
99:3, 99:20,
99:22, 100:3,
100:14, 100:20,
101:3, 102:9,
103:4, 104:4,
126:9, 136:6,
136:19, 139:13,
141:1, 141:7,
141:15, 141:18,
142:10, 142:13,
149:13, 156:13,
156:20, 157:15,
172:2, 172:3,

173:21
**completely**
61:9, 61:12
**completing**
53:16, 54:6,
54:13, 103:14
**completion**
43:19, 44:21,
92:1, 92:8
**con**
70:17
**concern**
67:3
**concerning**
67:10
**concluding**
42:15, 54:5
**conclusion**
44:2, 105:3,
171:20
**concrete**
153:10
**conducted**
23:19, 45:22,
174:12
**conference**
20:6
**confirm**
40:2, 40:4
**confiscated**
157:9
**conflating**
57:2
**confuse**
58:5, 59:11,
59:13
**confused**
56:22, 119:1,
119:18
**confusing**
58:3
**conley**
50:19, 70:22
**connection**
67:2
**consider**
60:19
**consideration**
46:8

**consist**
53:7, 54:2,
59:18, 69:6
**consisting**
64:19, 127:12
**constitute**
164:12, 167:7
**construction**
1:4, 1:11, 2:1,
7:4, 7:5, 8:19,
10:7, 11:6,
13:1, 13:21,
14:1, 14:9,
14:10, 17:22,
18:12, 19:1,
20:6, 21:6,
21:12, 23:6,
23:14, 29:22,
30:1, 35:2,
36:4, 36:13,
36:15, 36:17,
36:19, 37:1,
37:3, 37:6,
37:9, 42:8,
47:22, 48:14,
52:20, 65:16,
66:16, 70:15,
74:15, 76:21,
78:2, 78:5,
78:19, 79:17,
90:14, 91:18,
96:15, 97:6,
103:11, 105:21,
106:5, 140:1,
141:13, 145:5,
147:6, 161:8,
164:14, 168:2,
168:5, 168:15
**construction's**
18:16, 36:8,
168:9
**construction-man-
agement**
38:14
**construction-rel-
ated**
12:9, 15:12,
16:9, 17:5,

**22:1, 25:5,**
26:19, 79:3,
168:3
**consultant**
23:22, 24:4
**contacted**
159:8
**containing**
53:7
**contend**
47:4, 47:6
**contends**
47:2, 49:12,
50:6, 50:14,
72:7, 81:6
**contention**
54:9, 57:7,
64:10, 75:18,
88:20, 99:19,
101:7, 102:9
**continue**
103:7, 122:7,
122:10
**continued**
4:22, 115:4
**continuous**
123:21, 124:1,
124:14
**contract**
4:13, 5:8, 9:4,
9:5, 15:6, 15:8,
21:5, 39:5,
46:20, 47:14,
49:3, 49:8,
49:13, 50:7,
50:16, 52:15,
52:20, 53:2,
53:3, 53:6,
53:7, 53:16,
53:21, 54:1,
54:4, 55:21,
56:5, 56:7,
56:19, 57:1,
57:8, 57:9,
57:13, 59:2,
59:17, 59:21,
60:12, 61:8,
62:4, 64:5,

**64:11, 64:15,**
64:18, 64:19,
64:20, 64:21,
65:3, 69:15,
69:19, 69:22,
70:8, 70:10,
70:13, 70:16,
70:17, 70:19,
71:2, 72:2,
72:7, 72:8,
72:11, 72:18,
73:2, 73:12,
75:11, 75:19,
76:7, 81:7,
81:10, 81:14,
82:1, 82:4,
88:5, 102:11,
105:6, 125:12,
127:7, 127:8,
127:11, 127:12,
127:13, 127:14,
127:17, 128:20,
130:13, 131:5,
131:15, 131:20,
132:6, 134:14,
134:19, 135:10,
144:17, 145:8,
147:8, 148:7,
148:21
**contracted**
60:3, 144:2,
144:6, 144:11,
144:21
**contracting**
161:1
**contractor**
14:11, 14:12,
14:16, 36:9,
53:5, 53:8,
53:10, 53:17,
53:20, 56:6,
57:7, 58:8,
59:16, 65:2,
65:4, 70:5,
73:3, 98:15,
99:4, 127:16,
127:18, 148:17,
148:19, 148:22,

**149:3**
**contractor's**
135:4
**contracts**
25:10
**contractual**
125:13
**convenience**
82:1, 134:14
**conversation**
9:10, 9:12,
82:18, 132:18,
133:3
**conversations**
9:7, 9:9, 9:17,
9:20, 10:3,
10:6, 24:21,
40:22, 47:18,
78:7, 129:13,
159:20
**copies**
113:6, 139:5,
165:19
**copy**
8:11, 19:19,
39:21, 40:4,
41:9, 48:13,
52:19, 79:16,
110:19, 111:2,
111:14, 126:4,
134:10, 174:21
**corporate**
72:14
**corporation**
161:3
**correct**
11:12, 12:16,
13:21, 18:20,
19:3, 20:13,
20:14, 22:14,
24:1, 24:2,
24:3, 25:15,
26:11, 30:9,
30:10, 42:15,
43:5, 44:12,
44:18, 46:21,
46:22, 47:10,
49:19, 50:12,

52:9, 53:21,
54:5, 61:20,
63:3, 63:6,
63:15, 63:17,
67:19, 72:17,
72:19, 72:22,
73:3, 73:18,
75:2, 75:16,
76:3, 77:10,
79:13, 79:19,
80:19, 83:14,
85:21, 86:20,
88:13, 90:15,
91:3, 94:14,
95:10, 102:17,
106:6, 109:22,
110:1, 111:11,
112:7, 113:10,
113:11, 113:17,
117:2, 117:10,
118:7, 119:13,
121:11, 122:11,
123:6, 124:10,
130:13, 131:18,
134:14, 140:7,
143:22, 145:16,
147:13, 147:20,
148:6, 148:13,
148:16, 155:18,
156:10, 158:9,
158:10, 161:9,
163:14, 164:18,
166:2, 168:13,
169:20, 171:14,
171:20, 173:21,
178:3
**corrected**
4:19, 87:2,
87:4
**corrective**
87:2
**correspondence**
116:4, 121:19
**cost**
24:17, 26:3,
26:7, 26:12,
27:9, 27:15,
27:18, 45:18,

45:22, 46:15,
104:10, 104:17,
150:14, 160:18
**costs**
65:4, 67:8,
67:13, 69:8,
81:12, 81:16,
103:12, 104:2,
104:11, 105:9,
127:18, 147:22,
150:11, 154:3
**could**
10:9, 38:7,
41:20, 41:22,
42:2, 43:9,
49:2, 51:20,
55:12, 58:7,
79:20, 80:18,
88:2, 88:19,
88:20, 89:10,
89:12, 91:7,
93:7, 109:21,
123:16, 150:7,
151:17, 170:12
**counsel**
6:7, 6:13,
8:14, 20:1,
39:18, 41:6,
48:17, 50:22,
52:16, 55:5,
56:22, 62:10,
66:13, 74:5,
83:4, 87:5,
89:22, 97:20,
102:2, 105:14,
109:2, 110:8,
115:13, 121:16,
123:11, 123:16,
131:7, 131:17,
134:4, 139:3,
144:4, 152:20,
154:17, 156:15,
157:22, 158:15,
174:18, 177:5,
178:7
**counted**
16:12
**counter-defendant**
1:5, 3:2

**counter-plaintiff**
1:8, 3:11, 6:8,
6:14
**counterclaim**
5:13, 157:19,
157:21
**countries**
18:4, 18:6
**couple**
171:5, 171:7
**course**
22:15, 23:20,
26:21, 67:21,
83:12, 103:11,
107:5, 174:12
**court**
1:1, 13:11,
13:14, 48:14,
57:17, 60:17,
82:14, 108:2,
108:6, 108:9,
130:10, 131:1,
171:1, 176:7,
176:10, 176:12,
177:1
**cover**
100:12
**created**
85:10, 157:14
**creation**
155:7
**credit**
29:2, 143:7,
143:10, 143:11,
143:16, 143:17
**creditor**
168:8, 168:11,
168:12, 169:12,
169:19
**crew**
17:15, 103:7,
138:5, 138:7,
164:18, 166:20
**current**
10:22, 11:2
**currently**
15:14, 33:1
**cut**
149:5

| D |
|---|

**daily**
100:10
**database**
27:20
**date**
10:20, 14:2,
75:2, 85:9,
89:9, 89:10,
89:11, 91:6,
92:5, 92:7,
92:8, 93:1,
93:5, 94:5,
94:13, 94:20,
95:6, 95:9,
95:13, 95:15,
98:5, 114:14,
120:6, 122:14,
122:17, 130:17,
130:18, 132:2,
132:8, 155:7,
155:12, 168:1
**dated**
53:9, 53:10,
87:3, 89:18,
91:17, 97:17,
101:21, 113:19,
115:10, 117:4,
117:15, 118:4,
119:3, 122:5,
125:8, 132:4,
132:14, 134:16
**dates**
120:6, 172:13
**day**
166:16, 166:17,
166:22, 167:1,
177:10
**day-to-day**
14:21, 167:3
**days**
92:7, 94:8,
119:2, 119:3,
120:5, 164:22
**dayton**
161:1
**dd**
27:13

dear
122:6
debris
136:20, 136:21,
137:16, 149:20,
150:5
debtor
168:8, 170:16
december
5:5, 115:10,
115:11, 117:4,
117:8, 117:12,
117:15, 117:18,
117:19, 118:4,
118:7, 118:13,
118:17, 120:1,
120:3, 120:5,
120:8, 120:9,
120:15, 120:16
decided
40:17
decision
172:11
decisionmaking
30:11
decisions
15:2, 71:7
decrease
166:21
defendant
1:8, 3:11, 6:7,
6:14, 11:9,
11:11, 11:19,
12:2, 67:1
degree
34:21, 37:7
deletions
64:20, 127:13
delivered
156:1
delivery
75:9
demo
43:12, 43:16,
43:19, 44:2,
44:20, 44:21,
45:5, 45:6,
45:8, 87:9,

87:12, 87:14,
87:16, 87:18,
87:19, 94:8,
96:16, 96:19,
96:21, 97:7,
97:9, 104:11
demoed
99:16, 99:17
demolition
44:6, 44:11,
74:19, 74:20,
75:8, 75:13,
75:14, 75:19,
75:22, 76:1,
76:4, 76:6,
84:17, 84:20,
85:7, 85:15,
85:22, 86:2,
86:8, 86:11,
86:16, 87:17,
87:20, 87:22,
88:3, 88:11,
88:15, 88:19,
88:22, 89:1,
89:2, 89:3,
90:18, 90:21,
91:2, 92:22,
93:4, 93:10,
93:21, 94:9,
94:14, 94:17,
95:9, 95:12,
96:2, 96:5,
96:11, 96:13,
96:14, 97:2,
97:5, 97:7,
97:13, 98:16,
98:17, 98:22,
99:5, 99:18,
99:20, 103:15,
172:21, 173:11
department
35:22
depend
17:15
depending
166:22
depends
22:2, 26:1,

27:22, 29:3,
37:19
depicted
61:10, 125:11,
128:20
deposed
6:20, 7:1,
12:16, 12:18,
12:21, 13:4
deposit
28:10
deposition
1:11, 2:1, 4:7,
6:13, 6:16,
7:10, 8:12,
8:16, 8:21, 9:1,
9:8, 9:14, 10:1,
10:10, 13:12,
23:19, 23:21,
79:16, 80:14,
83:9, 84:5,
171:13, 176:1,
177:3, 178:4
depot
35:17, 35:18,
35:20, 36:1,
161:16, 162:4,
162:8, 163:1
described
53:6, 53:21,
57:8, 58:11,
59:17, 60:5
designated
174:15
designee
72:14
desk
106:11
despite
96:1, 127:22
destroy
151:14
determinate
71:7
determination
26:6, 26:15
determine
23:13, 26:3,

28:3, 173:10
determined
132:8, 157:3
determining
30:12
difference
62:5, 130:3,
155:2
different
26:5, 56:11,
71:18, 111:16,
113:6, 116:18
differentiates
139:7
differs
111:10
direct
28:9, 173:13
directed
157:6, 173:2
directing
79:17
disagree
57:15, 58:6,
60:15, 61:9,
61:12
disclaimer
60:6
disclosure
175:4
discovery
23:11, 40:11,
107:12, 124:2
discrepancy
60:12, 60:16,
112:21
discuss
120:20, 159:9,
176:2
discussed
28:15, 33:16,
73:12, 75:11,
80:14, 123:1,
127:9, 132:15,
152:4, 159:7,
172:18
discussion
65:8, 65:10,

130:22, 136:2,
154:1, 175:18
**discussions**
159:12, 159:14,
159:17
**dispose**
30:5, 98:15,
99:4, 151:19
**disposed**
151:17
**dispute**
46:19, 47:4,
47:8, 49:7,
49:10, 65:8,
109:11, 109:14,
109:16, 128:11
**district**
1:1, 1:2,
48:14, 48:15
**districts**
14:13, 14:19
**disturbing**
51:6
**document**
5:3, 8:15,
19:4, 20:2,
29:4, 29:6,
39:19, 40:7,
40:10, 40:11,
41:7, 41:13,
42:8, 45:2,
48:18, 52:17,
55:2, 55:3,
55:6, 55:8,
55:15, 59:19,
62:12, 63:16,
66:18, 74:2,
74:6, 74:8,
74:12, 80:1,
80:7, 80:9,
80:13, 80:17,
83:6, 83:8,
83:11, 83:15,
85:4, 87:6,
90:2, 97:22,
98:2, 98:4,
102:3, 104:13,
104:15, 104:17,

105:15, 105:18,
108:22, 109:4,
109:6, 111:3,
115:14, 116:8,
117:19, 118:12,
118:21, 120:9,
120:12, 121:7,
122:14, 126:20,
128:11, 128:13,
129:16, 130:19,
131:8, 131:11,
131:15, 134:5,
134:7, 134:13,
135:18, 136:5,
136:7, 136:11,
136:14, 136:16,
136:18, 142:6,
142:20, 145:1,
146:12, 147:1,
152:21, 153:1,
153:6, 153:8,
153:15, 154:18,
156:16, 156:18,
157:6, 157:13,
158:17, 167:21,
172:17
**documentation**
8:22, 9:5,
18:22, 27:19,
28:4, 32:8,
46:14, 65:19,
106:21, 107:5,
120:7, 146:7,
157:14, 160:13,
176:2
**documents**
19:7, 24:14,
25:21, 27:21,
29:20, 30:1,
30:5, 30:7,
40:13, 46:11,
49:18, 53:2,
53:6, 53:7,
53:21, 54:1,
54:15, 54:18,
54:21, 56:7,
57:1, 57:8,
57:9, 59:2,

59:10, 59:17,
59:18, 60:1,
60:5, 63:5,
65:22, 66:5,
66:6, 66:9,
66:12, 66:15,
66:17, 67:4,
67:5, 67:10,
67:14, 68:1,
68:2, 68:4,
68:8, 69:6,
69:11, 77:9,
81:19, 82:10,
82:17, 107:10,
107:12, 107:13,
108:17, 108:19,
113:10, 122:10,
124:21, 125:12,
128:21, 130:5,
146:11, 152:2,
152:4, 164:8,
164:11, 167:6,
175:19, 175:21
**doing**
23:2, 46:4,
109:15, 170:13
**done**
10:9, 25:10,
51:12, 52:3,
63:10, 63:22,
70:6, 83:18,
85:20, 96:21,
97:13, 97:14,
103:6, 104:3,
104:6, 128:1,
142:5, 149:14,
151:17
**donelson**
3:13, 6:11
**double**
151:7, 164:4
**doubt**
40:6
**down**
43:3, 43:11,
43:21, 44:2,
44:7, 44:15,
44:17, 44:19,

124:19, 149:6
**draft**
119:12
**drafted**
41:13, 84:5,
115:16, 117:13,
120:7, 174:15
**drafting**
161:1
**drawing**
5:3, 5:4,
108:22, 110:7,
110:9, 110:16
**drawings**
40:14, 49:18,
50:5, 50:9,
50:13, 51:8,
53:11, 53:18,
54:3, 54:6,
54:12, 54:17,
54:20, 55:20,
56:5, 56:8,
59:2, 59:4,
59:18, 59:20,
60:7, 61:11,
63:5, 109:21,
110:2, 111:17,
111:22, 112:11,
112:21, 113:2
**drawn**
28:14, 29:2
**draws**
22:12
**drive**
10:18
**driver**
151:22
**drivers**
151:21
**drywall**
103:6, 103:7,
103:8
**drywalls**
98:19, 101:19
**due**
43:18, 44:2,
44:3, 44:6,
44:14, 44:19,

44:21
**duenas**
50:20, 165:13
**duly**
6:4
**dumbwaiters**
161:2
**dump**
149:18, 150:4,
150:19
**dumped**
150:5
**dumping**
150:8, 150:11
**dumps**
150:16
**dumpster**
149:17, 149:19
**duration**
91:8, 92:6
**during**
23:20, 27:12,
35:20, 38:9,
66:8, 67:21,
78:5, 80:14,
83:11, 88:3,
88:17, 88:21,
89:1, 89:3,
103:6, 103:11,
104:3, 104:4,
104:8, 104:11,
107:5, 109:14,
116:2, 116:5,
117:8, 117:11,
117:17, 118:13,
118:20, 119:9,
119:20, 119:22,
120:14, 143:12,
166:15, 174:12
**duties**
14:21

**E**

**each**
29:11, 80:15,
85:14, 136:19,
137:11, 151:5
**earlier**
127:10, 171:6,

**east**
2:5, 3:5
**education**
34:14, 35:7,
35:8
**educational**
34:4, 35:4
**effect**
44:7, 44:15
**effective**
131:21, 132:2,
132:6, 132:8
**eight**
14:6, 14:7,
23:1, 25:3,
30:22
**either**
11:14, 12:18,
104:11, 109:21,
140:21, 144:22,
146:10, 162:21,
163:3, 168:8
**elaborate**
22:9, 29:6,
30:3, 51:20,
54:11, 71:5,
76:18, 77:4,
140:15
**electric**
73:2, 73:5,
153:10
**electrical**
147:2, 147:3,
147:4, 147:8,
147:12, 147:16,
161:1
**electronic**
135:9, 176:9
**electronically**
177:4
**elements**
110:13, 144:3,
144:7
**elevators**
108:15
**elrahimy**
1:12, 2:2, 4:2,

6:3, 6:19, 6:20,
9:21, 10:4,
23:17, 23:21,
24:3, 24:8,
34:3, 40:22,
50:19, 62:15,
63:14, 77:2,
78:21, 79:5,
79:15, 82:16,
90:13, 105:16,
107:1, 157:6,
171:5, 175:6,
175:17
**else**
9:17, 10:6,
50:2, 68:7,
90:12, 143:6,
151:2
**email**
4:12, 4:15,
5:2, 5:6, 5:9,
40:3, 48:10,
50:18, 50:21,
51:14, 51:22,
52:8, 62:9,
62:12, 62:17,
62:18, 63:14,
84:1, 84:2,
92:12, 105:12,
105:17, 106:2,
116:4, 121:15,
121:17, 122:4,
122:19, 123:12,
124:9, 125:5,
125:8, 125:17,
126:12, 126:17,
128:4, 129:14,
129:16, 129:19,
129:22, 132:4,
132:10, 132:14,
132:19, 133:1,
134:3, 134:8,
134:11, 134:20,
135:3, 135:4,
135:12, 135:15,
135:16, 135:19,
152:9
**emailed**
51:5, 124:5

**emails**
5:7, 99:14,
123:9, 152:6
**embassies**
18:4
**embassy**
15:17, 17:6,
17:20, 17:21,
18:20, 19:14,
21:1, 21:6,
21:13, 24:1,
24:9, 24:15,
27:5, 28:5,
29:12, 29:17,
31:20, 34:1,
38:9, 39:12,
40:1, 40:14,
46:12, 46:20,
50:10, 51:6,
51:13, 52:21,
53:11, 53:18,
54:3, 54:7,
66:2, 71:20,
74:9, 76:12,
76:17, 77:3,
77:20, 79:9,
82:19, 83:19,
91:21, 106:3,
108:12, 123:5,
136:6, 136:21,
138:8, 138:15,
138:20, 139:1,
142:8, 143:12,
143:14, 153:16,
157:9, 157:15,
159:8, 160:4,
160:5, 160:9,
165:15, 165:20,
166:16, 166:17,
166:18, 167:2,
167:13, 168:21,
169:5, 169:9,
169:15, 169:18,
170:1, 170:2,
170:6, 170:8,
172:8
**embassy's**
20:5

employ
16:8
employed
11:4, 19:11,
19:13, 19:16,
76:16, 177:5,
178:7
employee
20:12, 20:18,
138:17, 153:4
employees
15:14, 15:16,
15:19, 15:20,
16:1, 16:3,
21:16, 28:7,
28:9, 28:12,
136:22, 137:1,
137:4, 138:14,
139:13, 140:19,
149:14, 149:15,
167:10, 171:14
employment
10:22, 11:2
employs
16:11
encompasses
149:6
end
104:6
ended
99:15
ends
123:21
engineering
161:1, 163:22
english
58:2, 120:13
ensure
26:22
entails
25:19
enter
21:5, 35:14
entered
145:8
entering
26:18
entirety
42:7, 108:19,

110:3, 113:10
entities
163:15
entries
166:1
equaling
156:22
equipment
27:15, 28:22,
29:5, 29:16,
78:11, 79:8,
157:8, 161:15,
161:17, 161:20,
162:12, 163:5,
163:12, 172:6,
172:9, 173:6
equitable
66:22
esigning
73:7, 73:8
especially
96:15
esquire
3:3, 3:12
essential
97:7
established
36:13
estimate
16:11
estimated
14:4, 25:7,
30:22, 31:22,
67:22, 89:10,
91:5, 132:16,
172:14
estimates
67:8, 67:13
estimating
27:3, 27:4,
27:7
estimation
27:18, 45:18,
45:22
estimations
24:17
estimators
26:1

evaluate
125:16, 126:22,
129:11
evaluation
45:22, 46:8,
163:22
even
59:4, 120:22
eventually
174:2
ever
6:20, 11:9,
12:2, 19:16,
21:9, 23:12,
31:1, 31:4,
32:4, 37:3,
37:21, 38:13,
38:16, 47:18,
48:9, 63:21,
65:9, 65:13,
78:21, 112:20,
116:3, 123:4,
126:17, 127:4,
129:12, 133:16,
133:18, 144:20,
145:11, 151:14,
156:1, 163:17,
168:2
every
26:5, 27:22,
42:7, 71:18
everything
7:12, 116:18,
116:22, 170:21
exact
42:16, 89:9,
89:11, 91:6,
91:7, 96:17,
130:18, 133:3,
169:6, 172:13
exactly
88:1, 114:9,
142:2, 145:6,
153:3
examination
4:2, 6:7
examined
6:6

example
54:15, 58:18,
81:3, 97:8,
103:6, 136:20,
151:15, 166:15,
174:1
exceeded
149:18
excel
27:19
except
60:6
exception
117:1
exchange
21:9
exclude
63:11
excluded
64:2
executed
52:20
executing
70:16
execution
15:8
exhibits
4:5, 68:15
exist
36:15, 66:1,
67:5, 104:18,
146:8, 151:12,
151:13, 175:19,
175:21, 175:22
existed
28:4
existence
14:5, 25:9,
31:1
existing
110:13
exists
30:12
expected
100:3, 161:15,
165:7
expenses
152:4

experience
17:21, 18:2
expert
5:15, 38:16,
38:21, 39:7,
174:15, 174:16,
174:17, 175:4
explain
56:4, 96:10,
119:8, 155:2
explanation
119:7, 119:16
exposed
100:13, 101:5,
101:14, 101:18
express
143:13, 143:15,
143:17, 143:19
expressed
158:3
extended
164:13
extension
68:22
extent
172:1
exterior
96:5, 96:16,
139:12, 162:15,
163:8
extra
174:21

**F**

f-a-d-i
31:13
f-l-o-r-e-s
138:11
fabrication
144:2, 144:6
face
59:9
facilities
150:17
facility
35:6, 150:8
fact
38:21, 75:12,

119:3, 126:2,
158:9
fadi
31:13
fall
85:6, 85:14,
92:20, 93:3
far
35:7, 84:1,
85:9, 92:12,
112:15, 166:8,
172:2
father
23:18, 24:21,
33:16, 84:15,
90:11, 92:16,
98:13, 100:8,
100:18, 107:1,
115:18, 115:19,
120:12, 120:20,
136:12, 140:14,
140:18, 156:19,
157:4, 159:16,
160:8, 165:13,
173:3
father's
116:2
february
117:13, 120:7,
123:15, 125:8,
125:17, 128:15
federal
69:3
few
62:5, 62:21
fifth
43:14
file
68:19, 68:21,
69:1, 106:15,
106:18, 106:22,
107:11, 112:11
filed
46:19, 48:13,
157:19, 168:6,
171:6, 171:7
filing
168:9, 170:17

filled
94:13
final
149:17, 154:20
finances
104:8
financial
30:19, 31:2,
32:5, 32:10,
32:21, 68:13,
68:17, 177:7,
178:9
find
23:10, 106:10,
107:15
fine
8:6, 57:16,
60:16, 61:2,
61:3, 80:3,
129:21, 151:9,
151:12
finish
7:16, 10:12,
99:18, 113:3
firm
6:11
first
6:4, 44:9,
44:11, 44:14,
51:2, 51:21,
53:1, 77:4,
80:1, 85:16,
92:6, 93:2,
93:10, 93:16,
95:19, 97:6,
97:12, 112:2,
112:4, 120:13,
123:14, 123:17,
124:11, 126:11,
130:2, 141:6,
141:17, 142:15,
144:1, 144:5,
155:6, 173:4
five
16:18, 43:4,
130:8
fixed
99:13

flip
174:20
flipping
85:2
floor
100:12, 101:14,
141:6, 141:17,
142:9, 142:12,
142:16
flooring
35:22, 98:20,
174:3
floors
101:5, 101:8,
101:18, 174:4,
175:13
flores
138:9, 138:11,
138:13, 140:8
focus
53:1, 118:19
folders
106:11
follow-up
126:11
followed
127:1
following
88:13, 105:5,
122:8, 129:13,
160:21, 161:14,
172:5
follows
6:6
followup
125:17
food
8:7
force
35:14
foregoing
177:3, 178:3
formed
14:1
forth
135:3
forwarded
124:18

**four**
32:3, 119:20, 119:21, 136:9, 139:15, 139:18, 163:13
**four-year**
34:21, 34:22
**fourth**
43:14, 48:21
**frame**
100:13, 101:15, 101:16
**framing**
75:8, 75:9, 75:15, 93:5, 100:3, 100:11, 100:20, 101:3, 101:6, 101:7, 102:6, 102:10, 102:18, 102:21, 103:1, 103:5, 103:7, 103:9, 104:12, 115:4, 173:14
**frederick**
150:9
**friday**
92:8
**front**
40:3, 57:4, 79:22, 173:17
**fundamental**
61:7
**further**
19:7, 88:4
**future**
87:15, 173:20

**G**

**gabriel**
138:9, 138:13, 140:8
**gaithersburg**
11:3
**gathering**
68:1
**gave**
80:1, 84:10,

114:12
**general**
10:16, 13:1, 14:12, 14:16, 36:9, 64:19, 127:12, 137:11, 142:15, 144:1, 144:5, 170:6
**generally**
119:6
**generated**
38:22
**germantown**
10:18, 34:13
**getting**
80:3
**gilreath**
3:12, 4:3, 6:9, 6:10, 57:3, 57:6, 57:13, 57:16, 57:19, 57:21, 58:6, 58:11, 58:14, 58:16, 59:8, 59:13, 60:10, 60:15, 60:19, 61:3, 61:9, 61:12, 61:17, 82:12, 82:15, 85:21, 107:22, 108:5, 108:8, 119:13, 123:19, 123:22, 124:7, 124:10, 124:13, 124:15, 125:3, 125:7, 125:21, 126:4, 129:21, 130:11, 130:20, 131:2, 136:1, 136:3, 139:3, 139:5, 139:10, 144:5, 144:10, 151:2, 151:6, 151:9, 151:12, 152:14, 152:16, 153:22, 154:2, 166:12, 170:20, 171:2, 171:4,

174:22, 175:3, 175:6, 176:9
**gilreath:i**
61:14
**give**
61:4, 119:9, 130:5, 170:20, 174:10
**given**
84:9, 98:10, 135:2
**gives**
140:17
**goes**
166:8, 166:9
**going**
7:12, 7:13, 8:10, 19:18, 40:18, 52:5, 58:4, 59:3, 60:21, 60:22, 61:18, 61:22, 64:15, 70:2, 73:21, 82:21, 82:22, 87:15, 91:13, 96:15, 108:21, 128:5, 128:6, 129:4, 129:8, 130:1, 131:3, 154:14, 156:11, 157:18, 164:10, 166:16, 170:21, 174:3, 175:6, 175:22
**golden**
10:18
**gone**
59:5, 151:7
**gonna**
96:14, 96:18, 96:19, 97:5, 97:8, 120:11, 128:12, 128:13
**good**
6:10
**gopro**
152:11
**gotten**
124:2, 151:20

**gpc@goproconstruc-tion**
121:20, 121:21, 122:2, 134:8
**gpcgoproconstruc-tion**
135:5
**graduate**
34:6, 34:19
**graduated**
35:13
**green**
36:4, 36:5, 36:7, 36:12, 36:15, 36:17, 36:19, 37:1, 37:3, 149:9
**grindes**
20:8, 20:10
**grivins**
48:4, 121:18, 123:13, 125:9, 126:12
**ground**
7:9
**grove**
150:7
**guaranteeing**
129:4, 129:5, 130:1
**guess**
32:2, 97:1, 137:12
**gurriser**
105:19

**H**

**hand**
61:22, 177:9
**handing**
39:14, 41:3, 50:17, 52:14, 55:1, 66:10, 74:1, 87:1, 89:17, 97:15, 105:10, 115:8
**handle**
149:22

**handled**
150:1, 150:2
**handrail**
5:3, 108:22,
109:7, 109:9
**handrails**
109:13, 109:21,
112:14, 112:18,
113:12, 137:8,
137:16, 158:4,
158:8
**hard**
111:5, 163:3
**harris**
1:23, 178:2,
178:15
**hauled**
99:17
**head**
7:14, 12:6,
13:7, 14:3,
15:22, 81:11,
81:18, 103:19,
144:12
**held**
2:2, 130:22,
136:2, 154:1
**hello**
51:5, 126:13
**help**
120:12, 170:14,
170:15
**here**
6:12, 7:10,
8:18, 59:15,
61:4, 61:15,
67:18, 72:14,
95:1, 121:7,
149:11, 160:17,
173:17, 174:11
**hereby**
177:3, 178:2
**hereunto**
177:9
**hey**
130:5
**high**
34:6, 34:8,

34:10, 34:11,
34:15
**hire**
149:19
**hired**
47:21, 76:19,
145:3, 145:4,
147:2, 147:4,
148:4, 148:5,
148:17, 148:18
**history**
82:19
**home**
35:17, 35:18,
35:20, 36:1,
161:16, 162:4,
162:8, 163:1
**honestly**
108:15, 112:1
**honesty**
26:16
**hourly**
15:20, 16:1,
16:3, 16:17,
16:20, 138:17,
138:18
**hours**
13:18, 27:14,
138:1, 138:6,
164:13, 164:14,
165:1
**however**
161:7
**hundred**
103:5
**hvac**
146:5
**hybrid**
38:21
**hypothetical**
26:11

**I**

**idea**
82:9, 167:1
**identification**
8:14, 19:22,
39:17, 41:6,

48:17, 50:22,
52:16, 55:4,
62:10, 66:12,
74:5, 83:3,
87:5, 89:21,
97:19, 102:2,
105:13, 109:1,
110:8, 115:12,
121:16, 123:10,
131:6, 134:4,
152:20, 154:17,
156:14, 157:22,
158:14, 174:18
**identified**
19:2, 20:15,
38:20, 80:10,
142:6
**identify**
29:16, 66:1,
67:5, 67:13,
69:11, 79:18,
80:18, 136:18
**identifying**
66:5
**immediately**
38:1, 96:21,
108:1, 122:9,
142:5
**impaired**
13:17
**implies**
57:10, 118:16
**in-person**
48:8
**inc**
161:2
**include**
16:6, 32:15,
59:2, 60:6,
71:10, 71:13,
71:15, 88:12,
110:15, 117:20,
120:10, 137:6,
142:17, 146:4
**included**
26:14, 41:20,
44:20, 47:14,
47:15, 48:3,

49:13, 49:14,
50:6, 50:9,
53:17, 54:15,
54:17, 54:21,
55:22, 56:5,
58:16, 59:21,
60:1, 63:4,
63:6, 64:11,
76:4, 88:12,
90:10, 116:22,
142:3
**includes**
16:12, 43:15,
80:13, 98:4,
134:7, 149:7
**including**
40:13, 45:10,
49:18, 56:7,
68:14, 113:4,
171:15
**incorrect**
170:4
**increase**
166:21
**incurred**
104:11, 154:3
**indicate**
23:5, 75:7,
90:21, 95:18,
109:21, 116:3,
117:10, 135:12
**indicates**
44:11, 96:11,
96:12, 106:3,
120:2, 133:13,
170:17, 171:8
**indicating**
121:7
**individual**
19:8, 70:12,
135:17, 136:19
**individually**
37:12
**individuals**
48:3, 71:1,
76:14, 76:19,
79:18, 80:18,
84:10, 84:13,

106:4, 136:19

**information**
10:16, 15:21,
32:5, 32:11,
32:13, 51:6,
51:7, 61:1,
71:6, 80:11,
80:22, 81:15,
81:20, 83:21,
84:8, 84:9,
84:11, 84:14,
90:10, 92:11,
92:15, 98:4,
98:9, 98:11,
100:7, 100:17,
103:18, 103:22,
106:10, 116:16,
116:19, 126:14,
126:15, 157:5,
161:4, 166:2,
167:9, 167:12,
167:16, 167:20,
173:12, 173:13,
178:6

**informed**
51:6

**initial**
112:2

**inspect**
69:10

**inspected**
29:15

**inspection**
28:3, 29:19,
101:16, 174:12

**inspections**
100:13, 101:6,
101:15

**install**
97:11, 137:8,
137:16

**installation**
142:17

**installed**
142:20, 174:2,
174:6, 175:14

**installing**
174:3

**instances**
45:21

**instead**
112:19, 151:16

**institution**
22:14

**instruct**
61:1, 140:18

**intended**
63:22

**intends**
63:4

**interest**
177:6, 178:8

**interim**
151:18

**interior**
43:13, 75:15,
102:6, 102:10,
103:1, 139:21

**internal**
45:18, 67:8,
67:13

**interpret**
60:21, 129:19,
129:22

**interpretation**
57:14, 128:14

**interpretive**
58:8

**interrogatories**
5:14, 38:20,
72:1, 72:6,
158:13, 158:16,
158:21, 160:21,
161:5

**interrogatory**
159:2, 159:5,
161:11, 162:1

**intimately**
115:20

**introducing**
175:1

**invalidating**
64:17, 127:10

**investigate**
88:4

**invitation**
4:9, 25:12,

25:22, 39:11,
39:15, 39:16,
39:22, 40:12,
40:19, 41:1,
41:11, 42:17,
49:17, 51:12,
51:18, 52:3,
52:7, 53:9,
53:12, 54:7,
77:14, 108:18

**invoice**
4:19, 5:1,
87:2, 87:4,
87:8, 87:14,
87:18, 87:20,
87:21, 88:21,
89:4, 89:8,
89:13, 95:14,
101:21, 102:1,
102:5, 102:18,
114:17

**invoiced**
114:11

**invoices**
152:2

**involved**
13:1, 13:5,
41:18, 45:18,
61:19, 63:18,
65:17, 68:8,
76:11, 76:17,
77:2, 77:9,
77:16, 77:19,
78:1, 78:4,
78:7, 78:18,
79:2, 100:9,
115:20, 150:20,
159:14, 159:15,
159:16, 159:18,
167:3

**involvement**
77:19, 116:2,
136:13, 139:17,
141:3, 141:9

**involving**
12:19, 78:15,
78:19

**ipasumi**
1:7, 6:15

**issue**
22:7

**issued**
23:5, 23:13,
87:14, 87:16,
87:17, 87:19,
87:21, 102:5,
163:17

**issues**
12:11, 12:13,
38:22, 39:1,
61:15, 86:6

**item**
56:1, 74:19,
75:9, 81:3,
81:12, 81:22,
84:16, 86:11,
90:16, 149:5,
154:7

**itemization**
81:6

**items**
51:11, 51:17,
52:2, 52:6,
64:11, 80:10,
80:15, 80:21,
98:15, 99:5,
99:8, 137:11,
137:12, 137:15,
137:20, 139:13,
139:18, 142:9,
142:15, 142:16,
143:7, 146:8

**itself**
172:3

## J

**january**
122:5, 122:12,
122:15, 122:17,
122:20, 122:21,
122:22, 132:17,
133:10, 133:19,
172:12

**jason**
19:9, 19:11,
19:13, 19:16,
20:7, 20:12,

20:16

**jerome**
1:23, 178:2,
178:15

**job**
1:21, 26:5,
44:12, 69:8,
81:12, 81:16,
104:17, 170:14,
172:7, 172:11,
172:15

**jobs**
26:20, 170:14

**john**
20:8

**joist**
100:2, 100:12,
142:5

**journals**
167:8

**july**
1:14, 81:14,
88:1, 177:10,
178:16

**june**
48:15, 50:20,
51:4, 51:9

**jurisdiction**
13:10

**jurisdictions**
37:13, 37:21

**K**

**keep**
17:7, 29:7,
29:10, 99:10,
99:11, 137:20,
142:21

**keeping**
146:9

**keeps**
151:15

**kind**
57:2, 109:9,
109:10, 109:22,
110:19, 111:2,
111:5, 111:15,
112:3, 112:4,

112:9, 112:12,
112:16, 112:19,
113:4, 113:8,
132:16, 158:5

**kirk**
19:9, 19:11,
19:13, 19:16,
20:7, 20:12,
20:16

**knew**
165:4

**know**
7:21, 8:6,
9:11, 13:13,
17:7, 18:15,
18:16, 19:8,
25:16, 42:20,
47:17, 54:14,
60:8, 60:11,
62:3, 62:21,
63:7, 64:1,
68:7, 68:18,
74:8, 74:12,
79:7, 81:9,
82:3, 82:8,
82:9, 83:21,
84:4, 84:13,
88:3, 89:3,
90:9, 97:11,
98:10, 98:17,
98:22, 99:10,
99:13, 100:7,
103:14, 103:18,
103:21, 104:7,
104:8, 104:10,
105:19, 105:22,
106:19, 107:19,
108:10, 110:22,
111:4, 112:15,
115:3, 115:17,
119:9, 120:18,
125:2, 125:15,
129:10, 131:9,
132:1, 132:7,
132:9, 136:11,
136:16, 137:1,
138:7, 139:6,
140:17, 143:13,

144:22, 145:6,
145:8, 145:11,
146:17, 147:3,
147:6, 149:6,
149:10, 149:13,
153:1, 153:6,
157:2, 157:10,
159:3, 163:7,
163:19, 166:8,
169:2, 172:10,
174:20

**knowledge**
80:10, 80:22,
81:15, 122:16,
127:21, 135:21,
159:19

**knows**
157:4

**L**

**labeled**
40:10, 127:7,
144:9

**labor**
45:10, 76:20,
139:19, 139:20,
139:22, 140:2,
140:5, 140:6,
166:21, 171:8,
171:9, 171:11,
171:17, 171:18,
172:3

**laborer**
16:16, 166:16

**laborers**
16:8, 16:14,
16:15, 16:17,
16:18, 16:20,
17:1, 17:4,
21:12, 21:15,
76:11, 76:16,
78:7, 137:7,
137:17, 137:19,
140:3, 141:1,
141:4, 141:7,
141:10, 141:14,
141:19, 142:10,
142:13, 164:16,

164:20, 164:22,
165:4, 166:1,
166:14, 167:1,
171:14, 171:15,
171:22

**ladders**
149:12

**landscaping**
148:17, 148:19,
148:22, 149:3

**language**
42:12, 42:15,
58:2, 58:17,
59:10, 120:13

**lapse**
37:22, 38:1,
38:3, 38:4, 38:9

**lapsed**
37:21

**large**
80:4

**last**
23:1, 23:19,
25:8, 25:14,
73:1, 114:1,
114:15, 116:17,
116:18, 116:21,
117:1, 117:6,
117:17, 117:20,
118:12, 118:19,
120:14, 120:21,
138:10, 154:6,
154:7, 155:9

**later**
96:4, 109:14,
117:20, 120:9,
160:3

**latvian**
4:13, 15:17,
17:5, 17:17,
17:20, 18:5,
18:19, 19:14,
21:1, 21:6,
21:13, 21:19,
24:1, 24:9,
27:5, 28:5,
29:12, 29:17,
31:20, 33:22,

38:9, 39:12,
40:1, 40:14,
46:12, 46:20,
47:5, 50:10,
52:21, 66:2,
71:20, 74:9,
76:12, 76:17,
77:3, 77:20,
79:9, 82:19,
83:19, 91:20,
106:3, 108:11,
123:5, 136:6,
136:21, 138:8,
138:15, 138:20,
139:1, 142:8,
143:12, 143:14,
153:16, 157:15,
165:15, 165:20,
166:15, 166:17,
166:18, 167:2,
167:13, 168:21,
169:4, 169:9,
169:15, 169:17,
169:22, 170:2,
170:6, 170:8
**laura**
105:19
**law**
3:21, 6:11
**laws**
67:1
**lawsuit**
7:6, 11:10,
11:19, 11:22,
12:3, 13:6,
37:4, 38:17,
39:2
**lawsuits**
12:9, 12:19
**lawyer**
130:6
**ldls**
174:6
**lead**
37:10
**leader**
138:6
**leaders**
138:7, 164:18

**least**
94:8, 95:18,
118:7
**leave**
97:10, 172:11
**ledger**
170:11
**left**
101:17, 172:7,
172:15, 175:10
**lepage**
154:7, 154:11,
154:19, 155:4,
155:16, 155:19,
156:1, 161:16,
162:5, 162:17
**let's**
26:9, 30:6
**letter**
4:9, 5:5, 5:8,
25:12, 25:22,
39:11, 39:15,
39:16, 39:21,
40:12, 40:19,
41:10, 42:16,
49:17, 52:7,
53:8, 53:12,
59:5, 77:14,
108:18, 111:4,
112:22, 115:9,
115:11, 117:15,
131:6, 132:5
**letterhead**
42:8
**letters**
68:15
**licensed**
14:16, 37:12
**licenses**
37:15, 37:18,
37:20, 38:12
**licensing**
37:10
**licensures**
37:8
**light**
3:14
**likely**
92:16, 98:12,

**located**
31:15, 34:12,
46:11, 160:12
**locked**
107:22
**lombard**
2:5, 3:5
**long**
14:5, 31:17,
31:22, 33:13,
35:18, 36:15,
165:5
**look**
103:19, 104:14,
107:12, 110:22,
111:3, 113:22,
116:8, 124:18,
126:20, 129:16,
130:5, 135:16,
139:2, 139:8,
139:11, 154:20,
168:19, 174:10,
175:7
**looked**
46:14, 51:7,
59:10, 106:17,
107:4
**looking**
40:8, 42:10,
51:9, 51:21,
54:2, 63:8,
74:18, 75:11,
80:5, 84:16,
93:12, 93:15,
120:21, 122:4,
122:17, 125:8,
140:22
**looks**
121:19, 125:2,
157:12
**lose**
152:1
**lost**
151:20
**lot**
169:6
**lowe's**
161:16, 162:4,

**100**:8, 100:19,
145:19, 159:18,
162:16, 175:20
**limitation**
56:9
**limited**
49:1
**line**
64:11, 75:9,
84:16, 85:6,
85:14, 90:16,
92:20, 93:3,
95:6, 154:7
**line-by-line**
173:10
**lines**
133:6
**list**
5:10, 152:19,
153:9, 173:10,
173:16
**listed**
41:16, 42:8,
42:16, 75:9,
80:15, 112:21,
136:20, 142:16,
142:20, 153:15,
156:6, 161:22,
163:18, 168:8,
168:11, 169:19,
170:16
**litigation**
66:8, 67:21,
83:12, 107:6,
107:11, 174:13
**little**
61:4, 82:18,
111:4, 125:21,
126:4, 174:10
**llc**
1:4, 1:11, 2:1,
8:19, 13:21,
14:1, 36:17
**loads**
149:18, 150:4,
150:20
**locate**
163:12

162:10, 163:6
**lumber**
144:16, 153:9,
162:16, 162:17,
173:17, 174:7
**lv**
135:4, 135:13,
135:16
**lvl**
174:1, 175:13

**M**

**machines**
149:12
**mackie**
2:4, 3:4
**made**
28:16, 29:4,
147:12, 172:10
**maintain**
17:1, 17:2,
17:6, 22:7,
33:1, 33:6,
104:1, 137:4,
137:16, 137:20,
142:18, 156:5,
164:17, 167:9,
167:12, 167:15
**maintained**
17:11, 17:18,
22:13, 27:19,
29:9, 29:13,
65:19, 67:2,
152:5
**maintaining**
30:7, 146:9
**maintains**
28:18, 121:21
**major**
35:1
**make**
8:3, 21:22,
26:6, 26:19,
27:1, 60:8,
71:7, 114:12,
114:13, 120:6,
120:11, 139:11,
144:20, 172:6,

173:9, 176:7
**makes**
128:7, 128:12
**making**
22:17, 125:13,
128:22
**man**
27:14, 164:13,
164:14
**manage**
141:12, 141:14
**managed**
145:5, 147:5
**management**
15:11, 18:19,
19:3, 35:2,
37:6, 37:9
**manager**
20:7, 20:16,
20:19, 21:1,
171:21
**many**
15:14, 15:20,
16:11, 18:6,
25:3, 25:10,
167:1
**march**
131:21, 132:1,
132:6, 132:7
**marcis**
5:6, 5:7, 48:4,
121:15, 121:18,
122:6, 123:10,
123:13, 125:9,
126:12, 128:4,
128:14
**marcus**
48:5, 99:12,
160:2
**marfut**
131:17, 132:11
**mark**
141:11, 153:2,
153:4, 153:12,
153:13
**marked**
8:13, 19:19,
19:22, 39:14,

39:17, 41:3,
41:5, 48:12,
48:16, 50:17,
50:21, 52:14,
52:15, 55:1,
55:4, 61:22,
62:9, 66:10,
66:12, 69:15,
73:22, 74:1,
74:4, 82:21,
83:3, 87:1,
87:5, 89:17,
89:21, 91:9,
91:10, 97:16,
97:19, 101:20,
102:2, 105:10,
105:13, 109:1,
109:3, 110:5,
110:8, 115:9,
115:12, 121:13,
121:15, 123:7,
123:10, 123:18,
131:3, 131:6,
134:1, 134:4,
152:17, 152:20,
154:14, 154:16,
156:11, 156:14,
157:20, 157:22,
158:11, 158:14,
164:6, 174:14,
174:17
**maryland**
1:13, 2:7,
2:13, 3:7, 3:16,
10:18, 11:3,
13:12, 13:14,
14:15, 34:13,
37:11, 150:9,
177:14
**match**
40:4
**material**
69:8, 75:8,
146:6, 149:20,
153:9, 162:18,
173:14, 174:7
**materials**
5:10, 27:15,

28:22, 29:5,
29:17, 45:10,
78:10, 79:8,
96:20, 142:18,
142:19, 142:21,
143:1, 146:2,
146:4, 146:10,
146:14, 146:18,
146:21, 147:15,
147:16, 147:19,
148:10, 148:11,
148:15, 150:7,
150:12, 152:19,
153:10, 153:11,
153:15, 156:6,
156:9, 157:8,
161:15, 161:21,
162:16, 162:20,
163:1, 163:5,
163:9, 163:13,
172:14, 172:20,
172:21, 173:6,
173:20
**matter**
7:3, 10:14,
11:10, 11:20,
12:3, 12:5,
12:21, 13:4,
105:6, 131:17,
157:19
**matters**
12:7, 74:15
**matty**
3:21, 6:11
**maybe**
16:18, 90:13,
98:20, 100:9,
103:4, 104:13,
115:6, 119:2,
119:3, 120:20,
137:14, 151:16,
153:13, 153:14,
167:4
**meadow**
10:18
**mean**
11:17, 45:4,
45:7, 47:6,

57:15, 58:21,
60:10, 60:18,
60:21, 61:6,
73:5, 75:20,
88:14, 107:7,
111:3, 114:6,
117:12, 125:2,
169:10, 176:1
**meaning**
169:12
**means**
27:2, 82:9,
107:8, 122:11,
129:3, 149:10,
149:11, 168:12
**meant**
120:14
**mechanical**
145:2, 145:3,
145:9, 145:12,
146:1, 147:14,
161:2
**medications**
13:17
**meet**
103:8
**meeting**
20:6, 20:11,
77:13
**meetings**
48:8
**megee**
3:21, 6:12
**members**
84:9
**memory**
13:16, 49:6,
104:14
**met**
48:5, 160:8
**method**
27:2
**methodology**
69:7
**middle**
142:4
**might**
85:3, 103:9,

108:14, 145:17,
153:2, 175:15
**million**
26:11, 26:13
**millwork**
144:11, 144:16,
144:18, 144:21,
153:10, 154:7,
154:12, 154:19,
155:4, 155:16,
155:20, 156:1,
161:16, 162:6,
162:17
**mine**
125:21, 170:15
**mini**
176:9, 176:10
**minute**
130:21, 170:20
**minutes**
82:12, 130:8
**mislead**
58:1
**mistakes**
151:22
**mobilization**
74:21, 84:17,
84:19, 85:7,
85:16, 88:19,
89:3, 94:14
**moment**
131:8
**money**
112:18, 143:4,
168:12, 168:17,
168:20, 169:4,
169:6, 169:12,
169:13, 169:14,
169:17, 170:3,
170:5, 170:7,
170:17
**monitor**
17:6, 103:12
**montgomery**
34:18, 35:3,
35:13, 37:7
**monthly**
164:14, 165:9

**months**
35:19, 35:21,
89:13, 96:19,
117:8, 117:11,
117:18, 117:20,
118:13, 118:16,
118:21, 118:22,
119:10, 119:20,
119:21, 119:22,
120:2, 120:8,
120:9, 120:14,
159:7
**more**
10:10, 14:22,
18:3, 25:16,
25:17, 25:20,
27:11, 28:8,
32:9, 34:5,
39:3, 43:11,
46:2, 47:14,
49:1, 59:4,
61:4, 66:7,
80:12, 82:18,
119:8, 173:9
**morning**
6:10
**most**
92:16, 98:12,
100:8, 100:19,
101:7, 120:1,
159:18, 162:16,
171:17
**mostly**
86:17
**motion**
171:6
**move**
7:19
**much**
26:6, 26:7,
103:14, 104:7,
164:1

**N**

**name**
6:10, 6:17,
13:2, 18:7,
19:8, 22:16,

31:11, 31:14,
36:22, 38:2,
76:14, 138:10,
143:11, 147:3,
150:10, 159:22
**named**
37:3
**names**
137:1, 138:7
**nature**
14:8, 18:16,
27:16, 36:7
**near**
87:15
**necessarily**
28:17, 71:16,
104:4, 143:5
**necessary**
86:6, 98:17,
103:9, 164:14
**need**
27:14, 63:9,
63:10, 82:10,
101:3, 103:19,
104:7, 106:9,
125:15, 129:10,
130:7
**needed**
97:8, 99:8,
106:9, 160:10,
166:21
**needs**
7:13
**negotiation**
15:6
**neil**
39:8, 174:15
**neither**
177:5, 178:7
**nekustamie**
1:7, 6:15
**net**
154:20
**never**
21:18, 128:2,
140:20, 145:14,
146:20
**new**
37:2, 97:12,

120:10

**next**
4:22, 7:19,
43:16, 45:7,
75:13, 94:13,
151:4, 166:17

**nikiforovs**
48:4, 50:19,
51:5, 62:19

**nine**
35:19, 35:21

**nods**
7:14

**notarial**
177:10

**notary**
2:13, 177:1,
177:13

**notation**
56:1

**note**
40:9, 105:16,
111:7, 175:18

**notes**
68:15, 154:20,
170:21

**nothing**
6:5, 105:5,
139:9, 151:10

**notice**
4:7, 8:12,
8:13, 8:21,
79:16, 131:15,
132:2, 132:11,
135:2, 135:9,
135:10, 135:19

**noticed**
113:5

**november**
5:2, 97:17,
98:6, 99:1,
99:21, 100:4,
101:21, 105:12,
105:17, 109:17,
109:18, 112:22,
113:19, 114:8,
114:11, 114:15,
114:17

**numbered**
55:2, 124:3,
124:16

**numbers**
124:6

### O

**oath**
10:14

**object**
60:22

**objection**
56:13, 76:8,
85:18, 129:20

**obligated**
61:7

**obviously**
85:19

**occur**
38:9, 75:8,
85:7, 85:16

**occurred**
38:4, 86:2

**october**
91:17, 92:2,
94:4, 95:18,
96:4, 98:5

**offer**
38:21, 120:22

**office**
6:12, 16:4,
16:5, 16:7,
16:12, 16:15,
16:16, 16:18,
17:12, 17:13,
138:1, 140:21,
156:19

**officer**
177:2

**offices**
2:2, 152:5

**officials**
159:8, 160:5

**often**
32:17, 37:17

**oh**
99:7, 125:20,
127:3, 175:8

**okay**
8:5, 8:9, 12:2,
14:4, 14:7,
16:8, 20:17,
20:22, 45:9,
48:6, 57:5,
57:18, 57:20,
60:18, 60:21,
61:13, 61:16,
70:3, 83:5,
83:14, 84:16,
86:11, 86:15,
91:12, 93:9,
93:13, 101:13,
103:20, 104:19,
111:2, 118:15,
119:14, 119:17,
120:17, 125:6,
125:20, 126:5,
133:21, 137:1,
139:10, 139:22,
143:9, 144:9,
151:6, 152:7,
163:8, 175:2,
175:5, 175:8,
176:12

**old**
97:12, 99:10

**omar**
10:3, 79:5,
90:13, 98:13,
100:9, 123:13,
170:12

**once**
37:22, 45:7,
104:3, 133:13

**one**
18:9, 28:19,
30:15, 30:17,
33:3, 33:7,
33:9, 33:14,
43:13, 56:14,
61:14, 74:16,
95:1, 102:15,
108:5, 110:18,
111:3, 112:2,
116:21, 122:3,
123:21, 134:21,

135:3, 135:11,
143:4, 143:20,
143:21, 144:15,
145:20, 145:21,
146:16, 151:21,
159:8, 164:18,
166:16, 170:20

**ones**
33:12

**ongoing**
97:5, 100:3

**online**
17:14, 27:20

**only**
8:7, 18:9,
33:4, 48:5,
58:19, 64:11,
106:4, 161:7,
171:20

**onsite**
17:8

**operation**
167:3

**opinion**
130:4

**opinions**
38:21, 39:1,
39:4

**opposed**
85:16

**optimum**
10:7, 18:11,
18:13, 18:16,
18:18, 19:1,
19:11, 19:13,
20:20, 20:21,
21:5, 21:10,
21:12, 21:18,
23:6, 23:14,
90:14, 105:20,
108:11, 137:6,
137:14, 139:17,
140:2, 140:12,
141:3, 141:9,
141:11, 144:13,
145:5, 145:8,
145:11, 145:15,
145:19, 146:12,

146:13, 147:5,
147:9, 147:21,
148:5, 148:7,
148:14, 148:18,
148:21, 149:2,
153:4, 153:19,
155:20, 155:21,
156:9, 161:7,
162:22, 163:2,
163:4, 168:2,
168:5, 168:9,
168:15, 168:17,
168:20, 169:2,
169:3, 169:8,
169:12, 170:7,
170:11, 170:12,
170:17, 171:16,
171:21

**optimum's**
146:12

**options**
125:16, 127:1,
129:11

**order**
64:18, 98:16,
99:4, 99:5,
121:1, 123:4,
124:16, 125:11,
125:14, 126:7,
126:14, 126:18,
126:22, 127:4,
127:5, 127:11,
127:22, 128:2,
128:4, 128:5,
128:6, 128:8,
128:9, 128:20,
129:1, 129:7,
129:8, 129:14,
140:17, 141:17,
141:21, 141:22,
142:7, 146:2,
154:8, 154:11,
155:12

**ordered**
146:13, 147:18,
148:10, 148:11,
155:12

**ordering**
176:8

**orders**
65:10, 65:14,
65:17, 65:20,
66:1, 123:1,
142:8, 146:16

**organized**
80:3

**original**
45:11, 49:2

**originally**
49:2

**other**
8:22, 11:20,
12:3, 13:1,
17:21, 18:4,
35:4, 37:8,
64:20, 65:16,
69:6, 71:1,
77:2, 77:20,
78:18, 84:9,
85:15, 85:17,
94:22, 110:16,
113:18, 124:6,
124:8, 127:13,
132:10, 132:11,
135:3, 135:19,
146:8, 157:13,
157:14, 170:14

**others**
98:10, 163:20

**otherwise**
177:7, 178:9

**ourselves**
150:1

**out**
23:10, 46:4,
48:22, 85:20,
97:12, 107:10,
107:22, 112:12,
112:13, 112:15,
139:7

**outcome**
177:7, 178:9

**outlook**
152:9

**outs**
139:6

**over**
7:8, 7:17,

23:1, 46:19,
47:5, 65:8, 86:4

**overhead**
26:14, 65:5,
69:8, 81:13,
81:16, 127:19

**oversee**
15:1, 15:4,
15:6, 15:8,
15:11, 141:14

**overseeing**
78:1, 171:22

**owe**
168:15, 168:17,
168:20, 169:2,
169:4, 169:14,
169:17, 170:3,
170:5, 170:7

**owed**
170:17

**owes**
169:12

**own**
36:2

**owner**
11:8, 13:20,
14:20, 14:21,
15:1, 15:10,
18:13, 30:9,
33:17, 53:8,
64:17, 65:2,
65:3, 70:18,
90:14, 127:10,
127:16, 127:17

---

**P**

**page**
4:2, 4:22,
20:5, 43:1,
48:21, 51:1,
51:2, 51:3,
53:1, 62:17,
63:4, 63:8,
64:7, 64:8,
64:15, 66:21,
67:8, 68:12,
68:13, 69:21,
73:1, 73:11,

73:13, 73:14,
75:12, 88:9,
117:7, 122:4,
122:19, 123:14,
123:20, 123:21,
124:9, 124:11,
124:22, 125:10,
126:2, 126:11,
127:8, 128:17,
134:22, 141:6,
141:17, 142:15,
144:1, 144:5,
145:1, 147:1,
154:7, 154:20,
155:6, 158:1,
158:19, 159:1,
160:20, 164:11,
174:19

**pages**
1:22, 53:8,
67:22, 123:17,
136:9, 156:6

**paid**
21:18, 26:7,
76:20, 78:13,
78:16, 138:19,
143:10, 143:15,
143:20, 145:11,
145:15, 146:17,
146:20, 147:19,
148:15, 149:2,
163:19, 163:21,
164:1, 164:3,
168:2, 169:13

**paper**
40:4

**papers**
67:9, 67:14

**paragraph**
48:20, 51:10,
51:21, 55:14,
55:16, 116:17,
116:18, 117:1,
117:7, 117:13,
117:17, 117:20,
118:12, 118:18,
118:19, 120:10

**part**
20:22, 57:10,

58:8, 60:2,
77:4, 124:3,
138:19
**participate**
38:13, 41:15,
68:1, 71:2,
71:4, 71:7,
78:10, 164:20
**participated**
41:22, 79:7,
159:11, 159:19
**participating**
77:1
**particularly**
16:3
**parties**
13:2, 13:5,
69:16, 130:13,
177:6, 178:8
**partners**
159:9
**party**
7:6, 37:3,
135:3, 144:14,
144:15, 144:21,
171:15, 171:18
**past**
13:18, 22:18,
117:8, 117:11,
117:17, 118:13,
118:17, 118:20,
119:9, 119:20,
119:22
**paul**
50:20, 165:13
**pause**
19:6
**paused**
133:9
**pausing**
133:7
**pay**
28:7, 28:9,
28:12, 65:4,
125:14, 127:18,
129:1, 129:6,
170:13
**paying**
28:19, 78:21,

147:22
**payment**
12:11, 21:9,
23:5, 43:2,
43:3, 43:4,
43:7, 43:9,
43:11, 43:12,
43:18, 43:21,
44:1, 44:3,
44:5, 44:7,
44:10, 44:14,
44:15, 44:17,
44:19, 44:20,
45:4, 45:8,
71:13, 73:17,
73:21, 75:21,
87:8, 88:7,
88:9, 89:4,
89:7, 91:2,
92:6, 93:2,
95:13, 95:16,
95:19, 114:10,
114:12, 122:9,
133:4, 133:13,
133:16, 145:19
**payments**
21:22, 22:8,
22:17, 23:13,
28:16, 88:13,
144:20, 146:9,
147:11, 163:17
**payroll**
28:19, 167:8,
167:9, 167:12,
167:15
**pc**
3:13
**pending**
8:8
**penetrate**
96:17
**people**
107:20, 120:1,
151:10
**percent**
43:12, 43:13,
43:16, 44:5,
44:20, 75:21,

87:12, 88:11,
88:15, 102:6,
103:5, 156:21,
157:2
**perform**
61:8, 160:22
**performance**
12:13
**performed**
49:3, 55:22,
59:22, 67:3,
96:5, 137:17,
161:8
**period**
75:5
**perry**
155:21, 161:16,
162:4, 162:5,
162:16, 162:17
**person**
48:1, 48:5
**personal**
99:8
**personally**
106:19, 106:20,
107:8
**pertain**
69:7, 91:20,
167:7
**pertaining**
87:18, 157:5,
162:14, 169:3
**pertains**
164:12
**petition**
71:22
**phase**
77:13, 103:6
**phone**
138:3
**phonetic**
159:22
**photographs**
174:11, 175:7,
175:12
**physical**
144:17
**pile**
80:2, 80:4

**place**
10:22, 11:2,
12:7, 13:8,
29:1, 48:10,
85:22, 86:8,
97:10, 109:9,
130:15, 130:16,
160:17
**placing**
146:16
**plaintiff**
1:5, 3:2, 11:9,
11:18, 11:19,
158:4, 159:6
**plaintiff's**
4:14, 40:10,
55:2, 55:3,
145:1, 147:1
**plan**
126:15
**planning**
63:10, 174:22
**plans**
51:12, 51:18,
52:4, 58:20,
58:22, 59:2,
59:4, 59:7,
61:10, 63:4,
90:19, 92:22,
93:11, 93:22,
96:3, 112:17,
122:10
**please**
6:17, 7:21,
10:17, 20:6,
35:10, 56:20,
62:20, 125:10,
126:6, 128:19,
131:8, 132:5,
170:4
**plumbing**
148:2, 148:12,
161:2
**pluming**
148:4, 148:8
**plus**
65:4, 127:18
**point**
7:20, 8:5,

60:7, 62:19,
62:20, 88:21,
111:19, 116:2,
120:22
**pointed**
48:22
**pointing**
110:12
**policies**
30:4
**policy**
30:1, 30:6,
30:12, 30:14
**portion**
53:3, 87:11,
139:12, 147:14
**position**
11:6, 47:7,
47:13, 47:16,
51:16, 52:5,
52:11, 59:14,
60:16, 64:6,
109:20
**positions**
16:5
**possession**
121:2, 121:10,
151:15
**possibility**
175:19
**possible**
28:18, 55:13,
73:19, 73:20,
106:10, 125:3,
128:9, 151:17
**possibly**
89:6, 124:15
**potential**
38:20
**power**
139:21, 149:9,
149:12, 162:15,
163:8
**powerlift**
161:2
**powers**
30:11
**pre-construction**
75:4

**precedence**
86:4
**premarked**
8:10, 62:7
**preparation**
8:22, 9:8,
9:14, 10:1,
100:9, 136:14
**prepare**
10:10, 24:17,
27:9, 30:19,
70:10, 70:18,
125:11, 126:6,
128:19, 165:3
**prepared**
25:4, 31:1,
32:20, 39:7,
42:11, 43:7,
43:9, 45:18,
53:11, 53:18,
54:3, 55:8,
55:12, 60:11,
62:3, 65:14,
65:17, 67:10,
70:7, 71:19,
73:16, 73:19,
74:13, 83:14,
90:4, 91:18,
92:12, 95:17,
96:2, 98:2,
104:10, 104:22,
105:5, 113:18,
118:6, 123:4,
126:13, 128:2,
128:10, 136:11,
136:16, 149:5,
149:6, 149:9,
149:10, 149:11,
153:1, 153:6,
153:12, 156:18,
164:21, 165:8,
165:11, 165:15,
165:19
**prepares**
70:13, 71:17
**preparing**
23:22, 24:4,
24:8, 24:11,

25:1, 25:18,
27:13, 40:21,
41:15, 41:22,
45:6, 45:22,
46:5, 46:8,
46:16, 70:17,
71:2, 74:16,
77:10, 128:9
**present**
3:20, 81:15,
84:4
**previous**
7:10, 11:19,
12:18, 18:2,
131:17
**previously**
12:15, 12:16,
13:20, 28:15,
49:16, 62:12,
66:18, 73:12,
75:11, 80:6,
82:3, 85:3,
90:8, 91:9,
91:10, 98:8,
116:11, 123:1,
126:13, 132:15,
145:14, 158:8,
164:6, 164:16,
165:22, 172:18
**price**
45:9, 45:10,
120:22, 160:10
**priced**
160:3, 160:6
**pricing**
67:9, 67:14,
160:13, 160:15,
160:16
**prior**
9:14, 11:10,
17:20, 18:5,
40:21, 75:1,
75:8, 75:14,
93:4, 94:13,
99:1, 118:22,
159:7
**priscilla**
5:7, 23:20,

24:5, 50:18,
51:5, 51:10,
52:8, 90:8,
92:14, 98:8,
106:19, 115:18,
121:18, 122:5,
122:19, 123:9,
123:12, 125:9,
126:12, 126:13,
132:21, 133:12,
153:14
**priscilla's**
51:22
**pro's**
4:6, 14:8,
18:11, 23:16,
31:17, 38:19,
45:2, 51:16,
52:5, 52:11,
54:9, 59:14,
64:6, 64:10,
65:22, 66:4,
71:22, 72:5,
72:6, 74:2,
75:18, 81:12,
81:16, 81:22,
88:20, 99:19,
101:7, 102:9,
131:16, 152:5,
157:18, 158:16,
164:7
**probably**
15:18, 80:2,
84:15, 90:11,
114:12, 120:12,
144:15, 146:5,
146:15, 168:22,
169:6, 173:1
**proceedings**
177:4, 178:4
**process**
25:19, 66:4,
77:2, 77:8,
78:5, 103:11,
116:5, 159:7,
175:20
**produced**
19:1, 40:11,

49:18, 67:22,
74:2, 85:3,
108:17, 116:11,
124:2, 154:18,
175:4, 175:22
**producing**
107:12
**product**
89:18, 89:20,
90:1
**production**
4:14, 4:16,
40:10, 55:2,
55:4, 66:9,
66:12, 66:15,
66:17, 68:2,
74:3, 104:18,
145:2, 147:2,
154:19, 164:7
**profit**
26:14, 26:20,
27:1, 69:8,
127:19
**profits**
65:5, 81:13,
81:16
**progress**
4:8, 4:18,
4:20, 4:21,
19:20, 19:21,
82:22, 83:2,
83:17, 84:6,
84:8, 85:11,
85:14, 85:19,
86:16, 90:4,
90:6, 90:9,
90:10, 91:10,
91:16, 91:20,
92:1, 92:21,
93:8, 93:15,
93:16, 94:4,
94:10, 94:16,
94:21, 94:22,
95:17, 96:1,
96:3, 96:10,
96:12, 97:2,
97:16, 97:18,
98:6, 98:9,

98:11, 99:3,
100:10, 104:8,
113:18, 113:19,
114:1, 114:5,
114:7, 114:15,
114:20
**progresses**
101:4
**projects**
16:9, 17:22,
22:1, 25:5,
29:5, 30:2,
65:16, 78:18,
105:2, 168:3
**property**
50:10, 70:18,
121:1, 121:10,
121:11, 121:12
**proposal**
4:10, 24:8,
24:12, 25:1,
25:18, 26:4,
26:10, 26:15,
27:13, 40:18,
40:21, 41:4,
41:5, 41:9,
41:16, 42:1,
42:3, 42:12,
43:2, 45:15,
46:1, 46:5,
46:9, 46:12,
46:19, 53:10,
61:20, 63:19,
71:8, 71:9,
71:10, 73:22,
77:1, 77:8,
77:10, 77:15,
122:6
**proposals**
25:5, 25:11,
66:22
**propose**
125:15
**proposed**
129:1, 129:7
**proposing**
129:8
**propounded**
158:17

**provide**
8:19, 10:17,
21:12, 32:10,
32:11, 32:17,
33:19, 67:10,
71:6, 83:18,
88:21, 161:4,
169:8, 173:12
**provided**
21:19, 24:15,
25:21, 32:5,
32:8, 42:3,
49:1, 51:13,
54:7, 56:12,
56:17, 56:18,
66:16, 76:20,
78:22, 79:21,
83:21, 84:1,
84:2, 84:13,
90:9, 91:3,
92:11, 92:14,
98:10, 100:7,
100:17, 106:4,
116:19, 131:16,
132:11, 135:8,
135:20, 140:2,
140:6, 149:17,
155:3, 160:4,
164:17, 169:13,
171:9, 171:12,
171:15, 171:17,
171:18, 171:21
**provides**
43:3
**providing**
68:8
**provision**
135:10
**provisions**
158:3
**public**
2:13, 177:1,
177:13
**pull**
133:2
**pulsators**
153:10
**purchase**
29:10, 142:19,

156:5
**purchased**
142:22, 143:1,
143:3, 143:6,
148:11, 153:16,
153:18, 154:12,
155:17, 156:9,
161:21, 162:18,
163:2
**purchases**
29:1, 29:4,
29:16, 143:15,
146:21
**purchasing**
28:22, 78:10,
79:8
**purport**
83:18, 87:8,
90:21, 109:6
**purported**
81:22
**purports**
50:18, 62:18,
74:9, 115:9,
118:6, 121:17,
134:13
**purposes**
7:11, 22:17,
107:11
**pursuant**
2:12
**put**
7:12, 27:18,
84:2, 92:13,
151:4

---

Q
**question**
7:16, 7:19,
7:21, 8:1, 8:2,
8:8, 8:9, 10:11,
13:3, 18:21,
22:9, 25:2,
26:8, 26:17,
30:3, 30:8,
30:18, 39:6,
42:2, 44:8,
46:2, 47:3,

47:11, 50:8,
51:20, 53:19,
54:11, 54:14,
56:16, 57:17,
60:17, 71:5,
72:4, 72:13,
76:18, 77:5,
79:20, 81:2,
85:12, 85:13,
93:7, 97:1,
102:14, 102:21,
107:2, 114:16,
117:18, 119:1,
132:3, 165:2,
169:18, 173:4,
175:5, 175:9
**questions**
55:17, 62:22,
90:1, 91:14,
171:5
**quick**
130:7
**quotation**
5:11, 154:16,
154:19
**quote**
20:15, 99:17,
138:2, 155:4,
155:19, 159:6,
171:11

**R**

**railing**
110:12, 110:13
**raouf**
9:20, 23:16,
23:21, 24:3,
24:7, 33:16,
40:22, 61:19,
62:14, 62:18,
63:3, 63:7,
63:14, 63:18,
63:21, 77:2,
77:8, 77:16,
78:13, 78:16,
78:18, 78:21,
106:5, 107:1,
157:6, 165:13,

173:3, 173:13
**raouf@aol**
62:13, 62:14
**rates**
69:7
**rd**
101:22, 114:12,
125:17, 131:21,
132:1, 132:6,
132:7
**reached**
45:14
**read**
42:19, 63:2,
176:5
**reading**
53:15, 54:4,
125:18, 125:19
**ready**
131:10, 149:11
**really**
130:7
**reason**
13:16, 36:21,
37:21, 40:6,
72:20, 97:4,
104:16, 124:17,
126:21
**reasonable**
65:5, 127:18
**receipt**
29:7, 129:13
**receipts**
29:7, 29:9,
29:10, 29:13,
29:16, 146:9,
150:16, 150:19,
151:16, 151:19,
152:1, 152:2,
156:5, 163:12
**receive**
40:13, 45:8,
89:4, 111:21,
150:16
**received**
37:7, 39:10,
39:22, 40:2,
49:21, 89:7,

95:13, 95:15,
95:22, 104:16,
111:16, 126:21,
133:4, 133:14,
133:16, 134:10
**receiving**
25:11, 51:14,
77:14, 114:10
**recently**
168:6
**recess**
82:13, 130:9,
152:15, 171:3
**recognize**
20:2, 39:19,
41:7, 48:18,
52:17, 55:6,
56:11, 74:6,
83:6, 87:6,
90:2, 97:22,
102:3, 105:15,
105:18, 109:4,
115:14, 134:5,
136:9, 152:21
**recognized**
59:6
**recollection**
72:11, 98:20,
99:7, 108:16,
138:12, 139:9
**record**
6:18, 23:10,
40:9, 62:2,
104:2, 130:10,
130:20, 130:22,
136:1, 136:2,
142:21, 152:14,
153:21, 153:22,
154:1, 171:1,
174:5, 176:13,
178:3
**recorded**
177:4, 178:4
**recording**
178:6
**records**
23:4, 23:12,
28:3, 29:15,

67:12, 69:11,
103:19, 103:21,
105:7, 105:9,
139:1, 142:18,
146:9, 151:1,
151:14, 151:20,
164:5, 165:21,
168:19, 170:9
**recouped**
147:22
**refer**
6:15, 69:6,
167:7
**referencing**
91:13, 92:21
**referral**
164:12
**referring**
42:5, 58:3,
68:12, 96:22,
104:14, 160:18
**reflected**
145:20
**reflects**
157:10
**refresh**
49:6, 104:13
**regarding**
24:22, 47:9,
48:9, 65:10,
80:22, 81:19,
108:14, 126:17,
128:1, 129:14,
157:14, 160:13
**regards**
116:4, 137:15
**reinhart**
159:22
**reinstated**
38:1
**relate**
69:6, 164:12,
167:7
**related**
21:6, 21:10,
23:22, 24:18,
37:8, 39:22,
40:18, 47:5,

54:16, 65:14,
65:20, 67:3,
81:15, 104:11,
144:20, 147:15,
156:5, 171:21,
177:5, 178:7
**relates**
18:19, 21:19,
23:14, 27:5,
28:4, 39:1,
39:4, 39:11,
46:12, 47:19,
49:7, 52:21,
54:9, 66:2,
83:19, 90:5,
108:11, 123:4,
139:1, 163:11,
164:22, 165:15,
168:20, 169:3,
169:4, 169:9,
170:7
**relating**
28:15, 30:1,
30:6, 38:14,
40:14, 41:1,
68:5, 81:13,
81:17, 109:12,
142:18, 144:17,
152:3, 163:12
**relationship**
18:11, 23:16
**remaining**
96:12, 98:15,
99:5
**remember**
14:2, 45:17,
108:13
**removal**
37:10, 142:17
**remove**
112:16, 136:20,
137:15, 149:19
**removed**
99:9, 112:9,
112:10, 112:14,
113:13, 113:15,
136:21
**removing**
150:6

**renew**
37:15, 37:17
**rental**
161:17, 162:4
**rentals**
161:17, 162:13,
163:9
**rented**
161:21
**reopen**
176:1
**repair**
43:14, 75:15,
86:3, 96:16,
96:18, 96:21,
97:13, 102:7,
102:10, 102:19,
103:2
**repaired**
109:22
**repairs**
96:5, 96:20
**repeat**
13:3, 18:21,
47:3, 47:12,
50:8, 56:16,
72:4, 72:13,
102:14
**rephrase**
7:22, 42:2,
44:8, 50:8,
53:19, 72:13,
79:20, 93:7,
165:2
**replace**
97:9, 109:9,
109:10, 109:12,
110:17, 110:19,
111:2, 111:5,
111:15, 112:3,
112:4, 112:9,
112:12, 112:16,
113:4, 113:7
**replaced**
109:22, 113:13,
113:16, 158:4,
158:9
**replacement**
54:20

**replacing**
112:19
**report**
4:8, 4:18,
4:20, 4:21,
5:15, 19:20,
19:21, 39:7,
82:22, 83:2,
83:17, 83:22,
84:6, 84:8,
85:11, 85:14,
85:19, 88:2,
89:18, 89:20,
90:1, 90:4,
90:6, 90:9,
90:10, 91:11,
91:17, 92:1,
92:21, 93:8,
93:15, 93:16,
94:5, 94:10,
94:16, 94:21,
94:22, 95:17,
96:1, 96:3,
96:10, 96:12,
97:17, 97:18,
98:9, 98:11,
99:3, 100:10,
113:19, 114:1,
114:5, 114:7,
114:16, 114:20,
137:22, 138:6,
140:8, 140:11,
140:14, 140:15,
174:9, 174:15,
174:17, 174:19,
175:3
**reporter**
82:14, 108:2,
108:6, 108:9,
130:10, 131:1,
171:1, 176:7,
176:10, 176:12,
177:1
**reports**
27:10, 104:11,
104:17, 113:18,
156:20
**representative**
160:9

**representatives**
78:5
**representing**
6:13
**request**
4:16, 20:5,
66:5, 66:9,
66:11, 66:14,
66:17, 66:20,
66:21, 66:22,
67:7, 68:10,
69:5, 69:12,
125:14, 127:1,
128:22, 139:5,
151:3, 155:19,
160:5, 164:10,
167:6, 173:6
**requested**
126:14, 167:20,
172:8
**requesting**
126:22, 127:22
**requests**
23:11, 167:21
**require**
37:11
**required**
37:15, 37:17,
50:14, 75:19,
76:7, 102:11
**reserve**
175:22
**residential**
10:17
**resolution**
117:9, 120:15,
120:16
**respectfully**
60:22
**respond**
126:17
**response**
4:16, 41:10,
51:9, 63:8,
66:5, 66:11,
66:14, 66:16,
107:12, 122:6,
171:6, 171:8

**responses**
66:15, 164:7
**responsibilities**
15:11
**responsible**
50:7, 53:16,
54:5, 54:13,
74:16
**responsive**
67:22, 69:11
**restart**
122:8, 133:4
**restate**
43:22
**resume**
133:13
**retained**
4:5, 8:14,
19:2, 19:22,
20:20, 38:16,
39:17, 41:6,
48:17, 50:22,
52:16, 55:5,
62:10, 66:13,
74:5, 83:3,
87:5, 89:21,
97:19, 102:2,
105:13, 109:1,
110:8, 115:12,
121:16, 123:10,
131:6, 134:4,
152:20, 154:17,
156:14, 157:22,
158:14, 165:14,
165:19, 174:18
**retention**
30:1, 30:4,
30:12, 30:13
**retrieve**
172:6, 172:9
**return**
121:1, 121:9
**returned**
121:12
**returning**
121:10
**reuse**
99:12, 109:12,

110:13, 110:17,
112:6, 112:19
**revenues**
81:13, 81:16
**review**
8:22, 9:3,
23:9, 23:12,
24:14, 25:21,
28:2, 38:19,
42:20, 46:5,
54:22, 55:16,
56:20, 62:20,
67:12, 69:21,
70:4, 80:14,
82:10, 83:8,
83:11, 105:7,
108:18, 113:9,
113:22, 131:8,
135:15, 150:22,
159:2, 170:9,
170:21, 174:5,
175:20
**reviewed**
8:15, 31:5,
39:7, 46:11,
49:17, 49:20,
49:22, 50:3,
62:11, 62:21,
65:22, 66:17,
80:6, 81:19,
110:2, 124:16,
131:9, 159:3
**reviewing**
8:21, 23:11,
46:18, 67:4,
70:6, 72:5,
74:18, 77:9,
80:9, 108:17,
136:18, 173:5,
175:12
**revised**
117:19, 117:22,
120:9, 160:4,
160:6, 160:13
**revision**
155:9
**revisions**
64:20, 127:13

**reyes**
138:9, 138:13,
140:8
**rfi**
108:14, 109:7,
112:20
**rfis**
106:9, 106:11,
107:15, 107:17,
108:10
**richards**
2:4, 3:4
**rid**
99:13
**right**
12:1, 18:9,
31:18, 39:14,
64:4, 89:16,
98:20, 119:12,
119:21, 128:18,
130:8, 134:19,
134:20, 138:12,
150:10, 156:7,
176:1
**rihards**
48:3, 50:19,
51:4, 62:18,
63:8, 63:15,
160:1, 160:2
**rihardsnikiforov-
s@vni**
62:14
**rockville**
13:12
**rod**
135:11, 151:2
**roderick**
3:3
**role**
14:10, 15:10,
23:22, 35:20
**rollins**
2:4, 3:4
**roof**
54:20, 86:3,
96:18, 96:19
**room**
120:2

**rough-end**
146:2, 146:13,
146:18, 147:15,
148:10
**roughly**
12:8, 35:19,
36:16
**rule**
8:12
**rules**
7:9

---
**S**
---

**safe**
97:11
**said**
7:13, 11:18,
18:5, 21:20,
24:5, 25:8,
30:13, 30:14,
31:2, 33:10,
45:5, 59:6,
62:3, 62:4,
70:1, 73:16,
77:7, 77:11,
82:5, 82:6,
99:9, 112:4,
112:6, 113:9,
119:5, 119:11,
123:3, 126:1,
128:14, 129:10,
132:22, 133:2,
145:17, 145:18,
149:15, 153:12,
153:13, 154:4,
166:3, 166:4,
166:10, 169:21,
170:3, 177:4,
178:4
**salah**
31:13
**salaried**
15:20, 16:5,
16:20, 138:17
**same**
7:18, 28:14,
40:5, 42:16,
42:22, 43:14,

56:18, 84:18,
96:17, 96:21,
97:4, 116:16,
116:19, 124:4,
125:2, 125:4,
128:4, 133:7,
148:2, 148:18,
157:12, 163:7,
163:10, 166:20,
172:11, 176:11

**sameh**
1:12, 2:2, 4:2,
6:3, 6:19,
50:19, 105:16,
122:1

**sameh@**
122:3

**save**
112:18

**savings**
22:12

**saw**
112:17, 160:9

**say**
7:5, 9:9, 9:10,
12:8, 14:10,
16:14, 17:13,
21:20, 26:9,
30:4, 30:6,
36:16, 60:14,
73:5, 80:6,
88:16, 89:1,
91:2, 97:4,
99:12, 101:2,
106:1, 111:2,
111:5, 116:21,
117:14, 119:20,
120:5, 120:13,
122:16, 122:18,
124:9, 133:7,
140:15, 141:14,
142:2, 156:19,
164:4, 167:4,
169:17, 173:4,
173:14, 173:19

**saying**
49:20, 49:21,
51:5, 59:22,

60:1, 102:16,
108:2, 117:22,
118:2, 119:22,
121:9, 129:4,
129:5, 129:6,
129:8, 129:22

**says**
26:10, 43:3,
43:11, 45:9,
49:13, 52:2,
52:8, 53:2,
53:5, 53:20,
54:1, 55:20,
57:7, 58:8,
59:16, 60:4,
64:17, 65:2,
67:8, 68:11,
75:4, 75:21,
83:20, 84:16,
84:19, 85:19,
86:3, 86:11,
86:16, 88:15,
92:4, 92:6,
93:1, 93:10,
93:21, 94:5,
94:12, 94:16,
94:20, 95:9,
96:2, 98:15,
99:4, 100:2,
100:11, 101:5,
101:14, 102:15,
107:7, 110:13,
110:16, 110:17,
111:15, 117:7,
117:17, 118:13,
120:21, 122:6,
122:21, 125:10,
126:6, 126:13,
127:10, 127:16,
128:4, 128:11,
128:19, 141:21,
144:2, 144:6,
145:3, 146:2,
147:2, 149:5,
154:7, 155:7,
155:9, 155:12,
156:21, 157:8,
160:3, 160:21,

167:6

**schedule**
4:17, 44:10,
71:13, 71:15,
71:17, 71:19,
73:17, 73:21,
74:4, 74:9,
74:16, 74:18,
75:7, 75:21,
85:2, 85:6,
85:10, 85:14,
85:17, 88:7,
88:9, 91:14,
92:18, 93:3,
94:12, 165:15

**scheduled**
86:17

**schedules**
164:21, 165:3,
165:19

**scheduling**
164:20

**school**
34:6, 34:8,
34:10, 34:11,
34:15, 35:7

**scope**
39:5, 42:10,
42:11, 42:12,
42:15, 45:11,
46:19, 47:5,
47:9, 47:13,
47:19, 48:9,
49:1, 49:2,
49:8, 51:11,
51:17, 52:2,
52:6, 55:21,
56:1, 56:9,
56:12, 56:17,
56:18, 57:1,
57:10, 58:4,
58:7, 58:12,
59:1, 59:4,
59:6, 59:21,
60:1, 64:10,
64:19, 65:8,
65:11, 65:14,
71:10, 125:13,

127:12, 128:1,
142:3, 160:4,
160:7, 160:10,
160:14

**se**
145:6

**seal**
177:10

**second**
20:5, 51:1,
51:10, 58:2,
98:14, 102:5,
111:21, 112:6,
117:7, 122:9,
126:2, 141:6,
141:17, 142:9,
145:1, 161:11,
174:4, 175:13

**second-to-last**
158:19

**secondary**
34:14

**section**
64:8, 64:9,
64:12, 64:14,
64:15, 69:21,
70:7, 72:2,
72:7, 73:17,
127:9, 135:1

**security**
54:16, 54:17

**see**
7:10, 7:11,
45:12, 49:4,
53:2, 53:13,
56:2, 63:12,
64:22, 65:6,
74:21, 81:3,
84:22, 92:9,
96:6, 99:2,
100:5, 100:15,
106:12, 106:17,
107:4, 110:12,
111:6, 111:7,
114:1, 115:8,
119:16, 124:19,
126:6, 127:3,
127:9, 130:2,

135:6, 136:6,
144:8, 151:1,
154:9, 154:22,
155:7, 155:13,
156:22, 158:6,
161:17, 166:7
**seem**
117:12
**seems**
62:12, 95:18,
117:10, 142:17
**seen**
131:11, 156:16,
158:17, 174:9
**send**
92:12, 128:6,
128:10, 128:11,
128:12
**sending**
68:4, 89:13,
128:3, 128:7
**seneca**
34:11
**sense**
8:3, 85:15,
120:6, 128:7,
128:12, 173:9
**sent**
84:1, 111:4,
112:2, 114:11,
114:17, 118:7,
135:12
**sentence**
51:21, 55:19,
57:10, 93:10,
93:16, 98:14,
120:21, 161:11
**separate**
28:18, 48:8
**separated**
124:17, 124:20
**september**
10:21, 86:17,
89:14, 89:18,
90:6, 90:22,
91:3, 92:5,
92:8, 93:2,
94:2, 94:6,

94:17, 94:20,
95:7, 96:2
**sequence**
85:20
**serve**
19:2
**served**
18:18, 31:17,
32:1, 66:9,
79:16, 80:17
**service**
17:14, 18:19,
149:19, 152:9
**services**
20:22, 21:18,
32:6, 33:19,
38:14, 78:22,
149:17, 163:22,
169:3, 169:8,
169:13, 171:21,
171:22
**serving**
21:1, 32:4
**set**
111:21, 112:4,
112:6, 135:3,
177:9
**seven**
12:8, 14:6,
14:7, 23:1,
25:3, 25:8,
25:14, 30:22,
33:15, 123:17
**shaded**
74:20, 75:1
**shady**
150:7
**shall**
53:5, 53:20,
56:6, 57:7,
58:8, 58:14,
59:16, 60:4,
64:21, 65:4,
127:14, 127:17
**sheet**
27:20, 111:8,
111:10
**sheets**
103:8

**shortly**
44:11, 114:4,
114:6
**should**
49:12, 79:21,
120:22, 157:6,
173:13
**show**
19:4, 19:18,
61:18, 82:21,
108:21, 109:3,
130:6, 131:3,
153:8, 154:14,
156:11, 165:4
**showed**
82:17
**showing**
48:12, 62:7,
91:9, 101:20,
110:5, 121:13,
123:7, 134:1,
152:17, 158:11
**shows**
110:19
**sign**
176:5
**signature**
73:2, 158:20
**signed**
53:8
**significance**
132:1
**silcox**
160:22, 163:19,
163:21
**similar**
15:16, 30:6,
33:19, 36:10,
90:1, 146:7
**simply**
46:3, 59:14,
125:15, 129:10
**since**
99:21, 117:11,
118:17
**sinclair**
39:8, 174:15
**sir**
108:2, 114:14,

128:16
**sistering**
100:2
**site**
17:14, 17:16,
20:8, 20:19,
48:5, 78:2,
78:8, 78:11,
79:3, 137:4,
137:16, 149:20,
150:6, 156:2,
160:8, 160:11,
165:4, 172:7,
172:11, 172:15,
173:7, 173:15,
173:16, 174:7,
174:12, 175:10
**sites**
150:12
**sitting**
6:12
**six**
12:8, 33:15,
35:19, 35:21,
43:3
**slack**
2:12, 177:2,
177:13
**smalkin**
2:4, 3:4
**small**
104:6, 105:2,
111:1, 130:7
**smaller**
125:21, 126:4
**software**
108:7
**solicited**
49:2
**some**
7:9, 10:16,
16:1, 18:22,
27:21, 30:4,
30:11, 30:13,
35:10, 46:7,
61:19, 85:19,
86:4, 99:8,
99:9, 99:15,

103:4, 103:7,
103:8, 104:1,
111:19, 115:6,
121:19, 140:19,
143:7, 159:2,
172:1, 173:19,
173:20, 175:19
**someone**
11:13, 50:2,
140:21
**something**
62:2, 63:11,
73:8, 73:9,
104:22, 113:21,
128:10, 133:4,
133:6, 151:2
**sometime**
89:14, 104:5,
141:12, 160:15,
170:13
**sometimes**
22:3, 22:5,
104:3, 105:2,
170:12
**somewhere**
16:19, 91:6
**soon**
106:10
**sorry**
11:1, 17:3,
41:21, 107:3,
117:14, 152:12,
165:17, 168:16
**sort**
27:9, 28:2,
29:22, 34:14,
38:13, 45:18,
46:4, 46:7,
46:15, 104:1,
104:10, 104:17
**sought**
106:21, 107:10,
167:20
**sounds**
89:14, 89:16
**spain**
18:8, 18:9
**speak**
7:17, 24:19,

33:21, 44:22,
47:16, 63:7
**special**
154:8, 154:11,
155:22
**specific**
14:22, 18:3,
22:19, 25:2,
25:20, 27:11,
27:22, 28:8,
29:11, 32:9,
34:5, 39:3,
46:2, 47:20,
48:1, 54:12,
58:6, 59:1,
66:7, 77:21,
80:12, 104:14,
116:8, 126:19,
129:15, 165:12,
166:22
**specifically**
25:11, 42:10,
54:2, 55:19,
58:4, 58:7,
62:19, 64:15,
74:19, 109:8,
135:1, 169:22
**specifications**
53:11, 53:18,
54:3, 54:12,
56:8, 58:21,
58:22, 59:18
**specifics**
49:10, 173:2
**specs**
40:14, 49:19,
50:6, 50:9,
50:13, 51:13,
51:19, 52:4,
54:7, 54:17,
54:21, 122:10
**spell**
108:6
**spent**
103:14, 138:20
**spoke**
48:1
**stack**
79:22

**staff**
16:15
**staffing**
15:1
**stage**
43:12, 43:16,
43:19, 44:2,
44:9, 44:14,
44:20, 44:21,
45:5, 45:6,
75:13, 75:14,
75:22, 76:3,
87:9, 87:13,
87:14, 87:16,
87:17, 87:19,
87:20, 87:22,
88:11, 88:15,
88:17, 88:22,
89:1, 91:3,
103:15, 104:12,
172:21, 173:11
**staged**
160:22
**stages**
43:3, 43:4
**start**
6:17, 7:17,
8:10, 43:15,
43:16, 44:19,
45:7, 70:2,
75:2, 87:19,
88:12, 88:16,
92:4, 92:7,
93:1, 93:4,
93:5, 94:5,
94:20, 95:6,
95:9, 95:13,
102:14, 159:8
**started**
7:8, 36:2,
44:6, 84:20,
109:16, 113:14
**starting**
75:15, 117:8,
117:11, 117:18,
118:13, 119:21,
119:22, 120:5
**starts**
43:14, 43:15,

75:13, 102:7,
102:15, 102:19,
123:20, 124:9
**stat**
94:13
**state**
2:13, 6:17,
13:14, 37:19,
69:3, 109:6,
175:9, 177:14
**stated**
12:15, 13:20,
20:12, 23:21,
24:2, 32:10,
49:16, 55:21,
56:5, 59:20,
61:18, 63:18,
64:12, 77:8,
82:3, 82:17,
84:5, 92:17,
92:22, 94:9,
97:1, 98:11,
105:2, 110:2,
137:17, 145:14,
146:8, 155:15,
156:8, 157:10,
160:12, 164:16,
165:22, 169:11,
171:13
**statement**
31:2, 68:14
**statements**
30:19, 32:15,
32:18, 32:21,
68:17
**states**
1:1, 14:13,
20:5, 48:14,
48:22, 51:10,
56:6, 60:6,
63:3, 63:9,
66:21, 75:1,
90:18, 96:4,
97:2, 106:8,
131:20, 132:5,
135:2, 156:20,
158:2, 159:6,
161:7, 161:14,

164:11
**stating**
57:4
**step**
19:7
**still**
38:7, 93:14,
101:18, 106:14,
106:17, 107:20,
114:19, 142:3
**stocking**
74:19, 74:21,
85:15, 93:4,
94:14
**stop**
121:11
**stopped**
114:9, 172:12
**street**
2:5, 3:5, 3:14
**structural**
97:9, 97:10,
102:6, 102:10,
102:18
**structurally**
97:11
**structure**
43:13, 75:15,
103:2
**student**
3:21
**study**
37:11
**stuff**
99:9
**subcontractor**
14:11, 20:20,
58:19, 145:3,
145:4, 145:6,
145:9, 145:12,
146:16, 146:17,
146:20, 147:3,
147:4, 147:8,
147:12, 147:18,
147:22, 148:4,
148:5, 148:8,
148:12, 148:15
**subcontractors**
22:1, 22:8,

22:17, 28:16,
28:20, 152:3,
160:21, 163:18
**subfloor**
100:11
**subject**
7:3, 11:22,
12:5
**submit**
40:18, 112:20,
126:15
**submittal**
114:20
**submittals**
106:8, 106:11,
107:15
**submitted**
41:10, 67:1,
107:17, 108:11,
127:5, 141:22,
142:7
**submitting**
77:15
**subsection**
43:2, 75:12
**substance**
9:11
**substantially**
101:2, 103:4
**substantive**
82:18
**successful**
59:12
**sued**
11:11
**suggesting**
59:1
**suing**
11:11, 11:13
**suit**
6:14
**suite**
2:6, 3:6, 3:15
**sum**
49:3, 64:20,
65:3, 127:13,
127:17
**summaries**
67:9

**summer**
6:12
**supervisor**
20:8
**supplied**
162:5, 162:8,
162:10, 162:12,
163:1, 163:5,
163:13
**suppliers**
161:14, 161:22,
162:3
**supplies**
161:20
**supply**
161:15
**supplying**
58:19
**supporting**
178:6
**supports**
142:5
**supposed**
60:2, 99:16
**sure**
7:9, 10:11,
19:12, 21:2,
22:4, 22:6,
22:10, 24:6,
24:19, 26:16,
30:8, 31:16,
43:17, 43:20,
44:4, 47:11,
75:10, 75:17,
78:6, 78:9,
78:12, 78:14,
78:17, 79:6,
79:11, 84:7,
84:12, 86:7,
90:13, 98:12,
106:16, 113:21,
114:10, 115:3,
115:5, 116:10,
117:21, 120:11,
120:18, 120:22,
129:15, 142:2,
146:5, 146:19,
153:3, 153:13,

153:22, 154:13,
155:15, 163:19,
166:10, 167:14,
169:6, 170:19,
175:15, 176:7
**sworn**
6:4
**synthesizer**
173:15
**system**
54:16, 54:17

---

**T**

**take**
8:6, 8:9, 29:1,
32:2, 35:7,
42:20, 56:20,
62:20, 82:12,
86:3, 97:12,
130:8, 131:8,
159:2, 162:21
**take-offs**
67:8, 67:13
**taken**
46:8, 82:13,
112:12, 112:13,
130:9, 152:15,
171:3, 177:3
**taking**
86:8
**tax**
31:7
**taxes**
68:19, 68:21,
69:1
**te**
158:1
**team**
84:10
**tell**
42:5, 135:18,
136:20, 163:3
**temporary**
137:8, 137:16
**ten**
82:12, 167:4,
167:5
**tender**
4:9, 39:15,

39:17, 40:19,
41:11, 42:17,
53:9, 53:12
**term**
75:13, 113:4
**terminate**
69:16, 134:13
**terminated**
69:18, 72:1,
72:7, 72:12,
72:18, 82:4,
130:13
**termination**
5:8, 70:4,
72:21, 81:22,
82:1, 105:5,
130:15, 131:5,
131:15, 131:20,
132:6, 132:8,
132:11, 135:20,
172:5
**terminology**
110:15
**terms**
41:15, 42:1,
42:3, 42:4,
42:5, 42:7,
43:2, 43:7,
43:9, 43:11,
44:10, 45:4,
64:5, 139:19,
139:21, 139:22,
146:8
**test**
12:22
**testified**
6:6, 59:19,
60:11, 72:17,
90:8, 98:8,
158:8
**testify**
6:4, 59:15,
60:12, 67:18,
72:15, 79:18,
80:18, 80:22,
125:4
**testifying**
18:14, 24:7,

72:10, 119:15
**testimony**
8:19, 10:13
**th**
5:5, 5:9,
10:21, 53:10,
83:19, 84:20,
88:2, 90:22,
92:5, 92:8,
93:2, 94:2,
94:6, 94:17,
94:20, 95:7,
96:2, 97:17,
98:6, 99:1,
100:4, 113:19,
114:15, 114:17,
115:10, 115:11,
117:4, 117:8,
117:12, 117:15,
117:18, 117:19,
118:7, 118:8,
118:14, 118:17,
120:1, 120:3,
120:5, 120:8,
120:9, 120:15,
120:16, 122:5,
122:13, 122:15,
122:17, 122:21,
123:15, 125:8,
128:15, 131:18,
132:5, 132:6,
132:17, 133:10,
133:19, 134:3,
134:16
**thank**
35:12, 62:6,
108:9, 176:4,
176:6
**themselves**
147:19, 149:22
**therefore**
63:10
**thin**
46:4
**thing**
8:7, 99:11,
148:18
**things**
27:15, 50:9,

99:16, 150:5,
152:3
**think**
37:19, 44:1,
57:16, 58:7,
59:11, 60:16,
60:20, 61:14,
85:3, 103:3,
104:21, 113:1,
113:5, 114:18,
119:5, 119:11,
120:1, 123:20,
124:1, 124:3,
124:17, 124:20,
129:3, 132:22,
133:11, 134:19,
145:18, 159:21,
165:21, 166:3,
166:9, 166:10,
169:21, 170:5,
170:9
**third**
43:13, 48:21,
142:12, 142:16,
144:13, 144:15,
144:21, 147:1,
171:15, 171:18,
174:4, 175:13
**thorough**
175:20
**thread**
4:15, 62:9,
62:17, 123:12,
123:21, 124:1,
124:4, 125:5
**three**
14:17, 30:5,
32:2, 36:16,
37:12, 37:20,
113:6, 117:8,
117:11, 117:17,
117:20, 118:13,
118:16, 118:20,
118:21, 119:2,
119:3, 119:9,
119:22, 120:2,
120:5, 120:8,
120:9, 120:14,

137:19, 150:12,
150:17
**through**
1:12, 2:2,
14:20, 17:12,
25:19, 27:19,
28:9, 28:12,
34:3, 51:7,
59:5, 64:5,
66:4, 137:11,
137:12, 137:15,
140:21, 140:22,
141:4, 141:6,
141:10, 141:18,
142:9, 142:12,
142:16, 145:5,
145:20, 146:10,
146:15, 148:3,
150:7, 151:8,
156:21, 164:17,
167:18, 168:19,
173:9, 174:11,
174:20, 175:7
**throughout**
6:16, 97:5,
115:19, 121:17
**thursday**
1:14, 84:20,
86:17, 123:14
**time**
7:20, 8:5,
15:17, 17:2,
17:6, 17:11,
17:17, 19:13,
31:19, 39:10,
40:17, 42:20,
56:20, 62:20,
64:21, 78:13,
85:16, 88:21,
91:7, 96:17,
96:21, 101:17,
114:12, 114:19,
121:4, 127:14,
130:12, 137:20,
137:21, 138:14,
138:19, 138:22,
151:16, 159:22,
164:17, 166:1,

167:13, 172:11, 174:10, 175:17, 176:3

**timecards**
17:7, 137:21, 165:22

**timeline**
14:4, 31:22, 91:5

**times**
25:3, 25:7, 46:3

**timesheets**
138:22

**timestation**
138:3, 164:17, 166:4, 166:7

**title**
105:22

**titled**
39:15, 41:4, 43:2, 57:9, 66:14, 70:4, 87:2, 89:18, 91:16, 97:16, 106:11, 136:5

**today**
7:10, 8:5, 8:16, 8:18, 9:8, 9:13, 9:15, 10:10, 13:17, 67:19, 72:14, 79:16, 80:14, 83:9, 119:21, 170:22, 171:6, 175:16

**together**
7:12, 27:18, 84:2, 92:13, 103:8, 176:2

**toilet**
99:11

**told**
63:22

**tom**
126:15

**tomorrow**
70:16

**took**
12:7, 13:8, 48:10, 82:16, 85:22, 112:15, 130:15, 130:16, 160:17

**tools**
153:10, 157:8, 172:7, 172:9, 172:15, 172:20, 172:21, 173:15

**top**
12:6, 13:7, 14:2, 15:21, 81:11, 81:18, 100:12, 103:18, 124:18, 124:19, 126:2, 128:17, 144:12

**topics**
79:19, 80:13, 80:19

**total**
45:10, 154:8, 154:20

**totaling**
157:9

**touched**
7:9

**towards**
173:3

**training**
35:8, 38:14

**transcribed**
1:23, 178:5

**transcriber**
178:1

**transcript**
7:11, 178:3

**transfers**
22:5

**trash**
150:5

**treat**
132:5

**tree**
149:6

**trial**
10:14

**tried**
117:9, 120:15

**truck**
149:18, 150:4, 150:20

**true**
51:8, 79:11, 178:3

**truth**
6:5

**try**
7:13, 7:14, 7:16, 7:17, 7:21, 26:19, 29:15

**trying**
26:22, 59:11, 59:13, 59:14, 60:7, 108:13, 119:16

**tuesday**
50:20, 51:4, 122:5

**turn**
48:20, 51:2, 62:17, 62:19, 64:14, 66:20, 69:14, 115:16, 116:7, 117:6, 134:18, 134:22, 136:4, 147:1, 151:21, 152:1, 154:6, 155:6, 157:18, 158:1, 159:1, 164:10

**turned**
151:11

**turning**
20:4, 43:1, 45:9, 51:1, 55:14, 55:19, 64:4, 67:7, 68:10, 69:5, 73:1, 73:11, 88:5, 92:4, 94:12, 97:15, 98:14, 123:14, 127:7, 127:8,

139:12, 156:4, 158:19, 160:20

**tw**
155:21, 161:16, 162:4, 162:5, 162:16, 162:17

**two**
16:13, 28:18, 33:10, 33:11, 57:2, 60:13, 96:4, 103:8, 111:16, 124:21, 143:4, 143:21, 145:20, 156:6

**two-page**
173:6

**two-year**
34:21

**type**
16:3, 22:13, 33:6, 120:18

**typed**
90:9, 98:9

**typical**
74:15

**typically**
21:22, 22:12, 27:20, 28:7, 29:1, 65:19, 70:12, 71:17, 143:14, 150:18, 151:15, 151:19, 166:20, 167:2, 169:13

**typo**
119:4, 120:3

**U**

**ultimately**
26:3, 36:19, 60:19, 69:16, 72:11, 77:15, 113:13, 130:12, 161:21, 172:10

**um**
129:19

**um-hum**
35:11

unaware
148:14, 156:8,
166:1
under
7:1, 10:14,
38:2, 43:2,
43:11, 46:20,
47:13, 50:7,
50:16, 56:9,
61:8, 64:6,
72:2, 72:7,
73:2, 75:19,
76:7, 81:7,
81:9, 81:14,
102:11, 128:1,
134:19, 135:1,
135:2, 137:11,
138:5, 144:1,
144:5, 145:2,
146:1, 147:2,
149:5
undergo
28:2
underlying
39:1, 49:8,
60:2, 61:15
underneath
75:4, 100:13,
101:6, 101:14,
101:18, 156:21
understand
7:20, 8:18,
10:13, 24:6,
26:8, 26:16,
39:6, 47:11,
62:11, 63:16,
67:18, 76:9,
79:15, 80:17,
81:2, 86:3,
102:20, 116:17,
117:21, 119:5,
119:6, 120:4,
130:3, 132:3,
174:9, 175:19
understanding
18:18, 46:18,
47:1, 58:1,
63:15, 72:3,

79:12, 105:8,
106:2, 112:16,
113:7, 131:14
understood
8:1
underwent
29:19
unique
28:1
united
1:1, 48:14
unlimited
161:17, 162:4,
162:13, 163:9
unquote
20:15, 99:17,
138:2, 171:11
unsure
156:7
until
99:13, 100:13,
101:6, 101:15,
101:16
updated
113:2
uploaded
106:8
uscc
121:20
use
17:14, 138:3,
143:14, 150:9,
152:9, 152:12
using
17:15, 57:22,
58:1, 143:3,
150:2
usually
137:22
utilized
143:12, 172:21,
173:10, 173:17,
174:3

**V**

valley
34:11
valsts
1:7, 6:14

valuation
27:9, 46:15,
173:6
value
5:12, 125:15,
129:10, 156:13,
156:20, 157:15,
172:14
values
157:5
varies
14:11, 16:22,
22:2, 71:18,
150:15
vary
16:21, 82:8,
166:14
vehicles
150:2
ver
25:22
verbal
159:11, 159:14
verbally
7:13, 159:7
verify
130:19
verifying
158:20
versions
111:16
versus
15:20, 26:7
via
20:6, 48:10,
124:2, 134:11
video
20:6, 20:11
view
125:12, 128:21
virginia
14:15, 37:11
visit
160:8, 160:11
vni
6:15, 39:8,
39:11, 47:18,
47:20, 48:3,

48:22, 49:7,
49:12, 49:18,
50:7, 52:20,
63:4, 63:21,
65:10, 89:4,
89:8, 95:14,
95:21, 106:5,
108:17, 109:12,
126:22, 127:22,
129:13, 131:17,
132:12, 134:11,
141:22, 157:19,
158:17, 159:20,
159:21, 171:7,
174:16
vni's
41:10, 47:13,
47:16, 66:16,
78:4, 82:1
vni@vni
135:13, 135:16
vnivni
135:4

**W**

wait
96:19
walk
14:20, 25:18,
34:3, 66:4
walls
98:19
want
7:8, 8:5, 9:11,
26:7, 26:9,
40:9, 42:18,
48:20, 53:1,
56:20, 57:3,
61:1, 62:17,
62:19, 64:14,
66:20, 69:14,
99:12, 115:16,
116:7, 117:6,
119:8, 134:18,
134:22, 153:21,
154:6, 155:6,
158:1, 159:1,
164:4, 174:20

**wanted**
99:10, 99:11
**wash**
139:21, 149:12,
163:8
**washing**
149:9, 162:15
**washington**
14:15
**water**
35:10, 96:17
**way**
17:2, 17:7,
57:22, 60:20,
124:1, 124:18,
130:5, 137:20,
140:11
**we'll**
26:10, 27:14,
82:17, 120:20,
153:22
**we're**
7:10, 17:15,
82:14, 93:14,
128:10, 128:11,
129:4, 129:8,
130:1, 130:10,
131:1, 176:1
**we've**
113:5, 117:9
**week**
23:19
**weekly**
165:9, 165:10
**weeks**
96:4, 171:7
**weight**
150:15
**went**
135:16
**weren't**
84:4
**whatever**
8:7, 61:1,
129:7
**whereof**
177:9
**whereupon**
6:2

**whether**
23:5, 23:13,
28:3, 30:12,
31:4, 32:20,
45:17, 49:6,
50:5, 65:13,
66:1, 67:5,
74:8, 74:12,
79:7, 109:12,
125:4, 135:8,
145:8, 145:11,
147:7, 147:11,
147:21, 148:14,
149:2, 155:15,
155:22, 156:8,
157:10, 159:16,
160:17, 165:18
**whole**
6:5
**willing**
122:8
**windows**
58:19, 58:20,
154:8, 154:11,
155:16, 156:1
**winters**
23:20, 50:18,
51:10, 84:4,
90:8, 98:8,
121:18, 122:5,
122:19, 123:13,
125:9, 126:12,
132:21, 133:12
**wire**
22:5
**wish**
10:9
**within**
58:13, 64:18,
84:8, 89:12,
121:10, 127:11,
158:3
**without**
46:4, 64:17,
127:10, 160:16
**witness**
7:2, 7:5,
12:16, 12:22,

13:5, 35:10,
35:12, 38:17,
38:21, 56:14,
57:6, 58:2,
61:2, 108:4,
125:19, 125:22,
166:13, 177:9
**wood**
144:16
**wooden**
144:2, 144:7
**word**
27:21, 42:7,
44:19, 45:7,
58:10, 58:14,
88:12, 108:5,
112:12, 136:5
**word-for-word**
42:19
**words**
43:15, 57:22,
112:13, 124:6,
124:8
**worked**
18:5, 137:19
**working**
17:4, 17:8,
35:16, 92:7,
114:19, 138:5,
166:20, 172:12
**works**
20:21, 59:3
**worksheets**
67:9, 67:14
**wouldn't**
44:1, 44:6,
112:15, 114:18,
133:7, 143:13,
144:22, 145:6,
173:19
**write**
22:3
**writes**
22:11
**writing**
64:21, 118:17,
127:14
**written**
120:2, 135:2,

135:9, 135:19,
144:17
**wrong**
76:4, 89:12,
91:7, 117:11

## Y

**yeah**
10:11, 23:8,
33:12, 37:11,
42:18, 56:15,
58:18, 73:9,
86:2, 86:5,
87:12, 88:2,
88:16, 89:16,
93:19, 95:2,
95:15, 101:10,
103:3, 105:4,
105:18, 105:20,
110:18, 110:22,
111:3, 111:18,
111:20, 114:22,
115:4, 115:6,
116:13, 122:3,
124:15, 126:3,
128:3, 128:7,
129:2, 129:6,
132:20, 134:20,
134:22, 137:22,
139:6, 139:8,
140:5, 142:21,
144:9, 151:4,
159:18, 163:10,
163:16, 164:4,
166:13, 168:14,
170:5, 173:8,
176:9
**year**
13:9, 36:12
**yearly**
68:13
**years**
12:8, 14:6,
14:7, 23:2,
25:3, 25:8,
25:14, 30:5,
30:22, 32:3,
33:15, 36:16,

62:5
**yep**
95:22
**yourself**
123:13

**z**

**zach**
6:10
**zachary**
3:12

**$**

**$1,150,000**
45:12, 49:3
**$1.5**
26:10, 26:13
**$140,000**
172:18
**$140,294.84**
157:9
**$632,500**
156:22
**$80,253**
154:8
**$82,053.60**
154:21

**.**

**.1**
56:1
**.2**
70:1

**0**

**01643**
1:3

**1**

**10**
4:16, 16:14,
16:15, 16:16,
51:9, 64:14,
66:10, 66:11,
66:14, 66:21,
68:13, 84:21,
117:8, 117:12,
117:18, 118:14,

118:17, 120:1,
120:3, 120:5,
120:8, 120:15,
120:16, 123:15,
125:8, 127:9,
128:15, 155:10,
158:20, 164:7,
178:16
**10.1**
64:16, 127:9
**100**
3:14
**101**
5:1
**105**
5:2
**106**
63:4
**108**
5:3
**11**
4:17, 64:11,
69:21, 74:2,
74:4, 85:4,
109:18, 122:5,
122:13, 122:20,
122:21, 122:22,
132:17, 133:10,
133:19, 142:9
**110**
5:4
**1120**
3:17
**115**
5:5
**12**
4:18, 82:22,
83:2, 84:18,
86:13, 86:14,
94:8, 109:18,
112:22, 155:10
**121**
5:6
**123**
5:7
**13**
4:19, 5:5,
53:8, 73:1,

87:2, 87:4,
90:16, 115:10,
115:11, 117:4,
117:15, 117:19,
118:4, 118:7,
118:8, 120:9,
122:4, 122:19
**131**
5:8
**134**
5:9
**14**
4:20, 20:4,
48:21, 89:18,
89:20, 93:19,
94:18
**15**
4:21, 81:12,
97:16, 97:18,
141:6, 141:10
**152**
5:10
**154**
5:11
**156**
5:12
**157**
5:13
**158**
5:14
**16**
5:1, 69:22,
70:1, 92:8,
101:21, 102:1
**16.1**
69:21, 70:1,
70:2, 70:4,
70:7, 72:2, 72:8
**17**
5:2, 89:19,
90:6, 90:22,
94:2, 94:17,
96:2, 105:11,
105:12, 122:15,
122:17
**174**
5:15
**178**
1:22

**18**
5:3, 53:10,
67:7, 108:22,
109:3, 161:12,
162:1
**180**
55:2, 55:4
**1811**
62:13, 62:14
**188**
63:5
**19**
4:8, 5:4,
110:6, 110:7,
111:10
**1900**
3:15
**19309**
10:18
**1986**
10:21
**1:-cv--rcl**
1:3
**1st**
53:9, 91:17,
92:2, 94:4,
95:18, 96:4,
98:5

**2**

**2**
176:13
**2/5/2021**
155:7
**20**
5:5, 15:15,
15:19, 16:12,
16:14, 16:15,
16:16, 97:17,
98:6, 99:1,
99:21, 113:19,
114:8, 114:15,
114:17, 115:9,
115:11, 116:14,
116:19, 117:1,
117:4, 117:7,
118:1, 118:2,
136:5

**2018**
125:8
**2020**
69:1, 85:10
**2021**
5:2, 5:5,
50:20, 51:4,
53:9, 53:10,
68:14, 68:17,
68:19, 79:13,
81:14, 83:19,
84:20, 85:11,
86:18, 87:3,
89:14, 89:19,
90:6, 90:22,
91:3, 91:17,
92:2, 92:5,
94:2, 94:4,
95:19, 97:17,
98:5, 98:6,
99:1, 99:21,
100:4, 101:22,
105:12, 105:17,
109:18, 112:22,
113:20, 114:8,
114:15, 115:10,
115:11, 117:4,
117:9, 117:15,
117:18, 117:19,
118:4, 118:17,
120:3, 155:10
**2022**
5:9, 48:15,
68:14, 68:17,
68:21, 69:16,
92:8, 117:13,
122:5, 122:13,
123:15, 131:18,
131:21, 132:2,
132:6, 132:7,
132:14, 132:17,
134:3, 134:16,
172:12
**2023**
1:14, 177:10,
178:16
**20876**
10:19

**21**
5:5, 5:6, 51:4,
97:17, 98:6,
99:1, 99:21,
114:8, 114:15,
115:11, 117:4,
121:14, 121:15,
123:18, 123:20,
124:8
**21202**
2:7, 3:7, 3:16
**22**
1:3, 5:7, 81:3,
81:4, 123:8,
123:9
**23**
5:8, 101:22,
114:12, 125:17,
131:4, 131:5,
131:21, 132:1,
132:6, 132:7,
135:12
**24**
5:9, 13:18,
68:10, 85:10,
134:2, 134:3
**240**
67:22, 92:6
**2443**
2:8, 3:8
**25**
5:9, 5:10,
10:21, 16:18,
134:3, 134:16,
152:18, 152:19,
155:3, 156:4,
157:11, 164:11,
173:5
**253**
144:9
**254**
145:2
**255**
147:2
**26**
5:11, 84:20,
154:15, 154:16,
167:6

**27**
5:12, 69:5,
69:12, 83:19,
85:11, 87:3,
156:12, 156:13
**28**
5:13, 157:20,
157:21
**29**
5:14, 81:14,
88:2, 92:5,
93:2, 94:6,
94:20, 95:7,
131:18, 132:5,
132:14, 158:12,
158:13
**2nd**
5:2, 86:18,
105:12, 105:17

**3**
**3.2**
73:17, 75:12
**3.4**
64:8, 64:9,
64:12
**3.5**
56:1
**30**
5:15, 8:12,
15:15, 15:19,
16:12, 43:12,
43:16, 44:5,
44:20, 75:21,
81:22, 87:9,
87:12, 88:11,
88:15, 100:4,
174:14, 174:17,
174:19
**300**
2:5, 3:5,
25:16, 25:17
**32**
80:13, 80:15,
80:19, 80:21
**35**
43:13, 102:6
**351**
56:10

**39**
4:9

**4**
**4**
51:4
**41**
4:10
**410**
2:8, 3:8, 3:17
**416**
161:2
**44**
176:13
**48**
4:11
**498513**
1:21

**5**
**50**
4:12
**504**
5:4, 110:7,
110:9, 111:15
**52**
4:13
**54**
149:18, 150:19
**55**
4:14, 156:21,
157:2
**57**
1:15, 51:9

**6**
**6.5**
135:1
**62**
4:15
**66**
4:16
**685**
3:17
**6th**
177:10

**7**
**727**
2:8, 3:8



**74**
4:17

---
**8**
---

**80,253**
155:2
**82,053.60**
155:3
**83**
4:18
**8302**
111:8
**8504**
111:10
**87**
4:19
**89**
4:20
**8th**
48:15, 50:20,
51:9

---
**9**
---

**9**
1:15
**900**
2:6, 3:6
**97**
4:21