# Exhibit 1

| | |
|---|---|
| **From:** | Gilreath, Zachary |
| **To:** | Rod Barnes |
| **Cc:** | Schollaert, Michael |
| **Subject:** | 1:22-cv-01643-RCL GO PRO CONSTRUCTION, LLC v. VALSTS NEKUSTAMIE IPASUMI |
| **Date:** | Tuesday, May 7, 2024 12:12:00 PM |
| **Attachments:** | image001.png |

Rod –

Below please find wiring instructions for the payment to VNI as set forth in the Court's April 24th Order:

Bank Name: ███████
Bank Address: ████████████████████████████████████████████
Bank Account No: ████████████████████████████████████████
Bank SWIFT code: ██████

Sincerely,

**Zachary S. Gilreath\***
Associate

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
100 Light Street
19th Floor
Baltimore, MD 21202
Direct:  410-862-1119
Cell:  443-269-2103
Email:  zgilreath@bakerdonelson.com
www.bakerdonelson.com

\*Licensed in Maryland and Washington, D.C.

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, North Carolina, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.



 Please consider the environment before printing this e-mail.