Exhibit 2

**GO PRO CONSTRUCTION, LLC V. VALSTS NEKUSTAMIE IPASUMI**
**CASE NO. 1:22-CV-01643-RCL**

**RENOVATIONS TO EMBASSY OF LATVIA,**

**SHERIDAN CIRCLE, WASHINGTON DC**

**INDEPENDENT ESTIMATE OF WORK EXECUTED**

---

**REPORT OF**
**D. NEIL SINCLAIR FCIArb**
**Prepared**
**for**
**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**

---

**June 15, 2023**



## CONTENTS

1.0    BASIS OF PRICING.................................................................................................. 3

2.0    THE PROJECT ...................................................................................................... 5

3.0    CONTRACT AWARDED TO GO PRO CONSTRUCTION LLC............................................. 8

4.0    WHAT WORK HAS BEEN EXECUTED? ...................................................................... 12

5.0    WHAT IS THE ESTIMATED VALUE OF THE WORK THAT HAS BEEN EXECUTED? ...........................20

6.0    CONCLUSION....................................................................................................25

## Appendices

Appendix 1 – Site Visit Notes

Appendix 2 – Latvian Embassy Detailed Scope of Work

Appendix 3 – Latvian Embassy Comparison of Scope of Work Claimed Completed by Go Pro

## Figures

Figure 1 - Drawing Index List of Construction Drawings ................................................. 3
Figure 2 - Front Elevation of Existing Building ............................................................. 5
Figure 3 - Site Layout of Proposed Work.................................................................... 6
Figure 4 - Contract Drawing Sheet 004 Showing Willow Oak Tree to be removed............. 10
Figure 5 - Contract Drawing A-105 Showing New Stairs and Work required to Handrail
System.............................................................................................................. 11
Figure 6 - Photos of Existing Stair Details ................................................................. 16

## Tables

Table 1 - Estimate of Work Executed by Go Pro ......................................................... 21
Table 2 - Loose Materials Currently Stored on Site ...................................................... 22
Table 3 - Cross Check Estimate............................................................................... 24



## 1.0    BASIS OF PRICING

1.    Diales has reviewed the drawings and associated specification provided to the bidders. The drawings have been prepared by two Architectural firms. One being JaunRiga and the other Atelier MiK. JaunRiga is based in Latvia and Atelier Mik is based in Washington DC.

2.    The contractor, Go Pro Construction LLC, who was awarded the contract for the proposed construction project, left the project site without completing the full scope of work shown on the contract documents. Work is in an incomplete state and is partially executed.

3.    Diales has been asked to provide an independent estimate of the work executed by Go Pro Construction LLC at the Embassy of Latvia. This estimate is based on the partial work executed in accordance with the drawings and specifications and a site visit review to establish the extent of work executed by Go Pro.

4.    The list of drawings is as shown below:

*Figure 1 - Drawing Index List of Construction Drawings*



---



5.      Drawings are dated July 28th, 2020, however there are some revisions (revision 1) dated February 16th, 2021. [1] Other drawing revisions (revision 2) are dated March 24th, 2021, [2] and the Finish Floor Schedule (A-601) was revised October 30th, 2020.

6.      Much of the documentation has been prepared to suit the home Country such as terminology and language. This is not unusual for Embassy projects. One of the functions of hiring a local Architect is to convert this data into documentation that suits the local market in terms of construction and for permits with the local jurisdiction.

7.      For a project such as this, the bid documentation was detailed and appears to be comprehensive in nature. Over 180 pages of drawings and specifications were prepared. In terms of being suitable for estimating and bidding purposes the data appears satisfactory.[3]   Out of the 180 pages however, the first 104 pages are not translated to "English."

8.      Diales has also reviewed a document known as "Latvian Embassy Detailed Scope of Work". This document which Diales understands was prepared by Go Pro identifies a "limited scope of work" and describes what Go Pro contends as the scope of work included in the contract amount. [4]

9.      Diales has also received and reviewed supplementary information[5] from the plaintiff outlining the description of work identified by Go Pro as its understanding of the scope of work executed. Diales comments on this information later in this report and in **Appendix 3.**

---

[1] As noted for A-202, A-501, A-507, A-508 and A-509
[2] As noted for A-004
[3] If there were any questions or concerns at time of bidding the usual process is for the bidders to ask questions prior to bidding and then qualify any bids that may be submitted where the scope needs clarification.
[4] Please see later in this report for additional commentary on this "limited scope of work".
[5] Plaintiff's Document Production 222-261

---



**2.0    THE PROJECT**

10.    The project comprised renovating an existing historic building located in Washington DC close to "Embassy Row". [6] The building, located on Sheridan Circle, is four stories high with three above grade and one basement level. There is a small garden entrance area to the front and a larger courtyard type garden and patio area to the rear. The following is a picture of the front of the building:

*Figure 2 - Front Elevation of Existing Building[7]*



---

[6] Massachusetts Avenue is known as Embassy Row.
[7] Photo taken from WFP sales literature.



11.     The following shows a layout of the overall site.

*Figure 3 - Site Layout of Proposed Work*





12.    The proposed work is a complete "gut" and rebuild of the interiors including extensive structural work as well as complete new mechanical and electrical systems. The interior work includes the complete renewal of all finishes. Some limited components such as kitchen cabinets are to be reinstated rather than replaced. Overall, proposed interior work is comprehensive on all floors. Substantial structural work is required throughout the building.[8]

13.    The proposed work on the exterior of the building is also extensive. New windows, new roof coverings and general exterior wall repairs, repointing and patching are proposed. New gutters and downspouts are proposed as well.

14.    Exterior sitework improvements to the rear courtyard are also proposed including removal of a major Willow Oak tree.

---

[8] Structural drawings dated 28/7/20 show structural work to all floors and roof structure as well as substantial wall framing work and crack repairs.



## 3.0    CONTRACT AWARDED TO GO PRO CONSTRUCTION LLC

15.    After a competitive bidding process, a contract was awarded to Go Pro Construction, LLC. This contract is dated July 29th, 2021, and the contract amount was $1,150,000. The contract was "bespoke".[9]

16.    The Contract Documents were as follows:

| **THE CONTRACT DOCUMENTS** |
| --- |
| The Contractor shall complete the Work described in the Contract Documents for the Project. The Contract Documents consist of:<br>    **1**    This Agreement containing 13 pages signed by the Owner and Contractor.<br>    **2**    Letter of invitation to tender dated April 1st , 2021<br>    **3**    The Contractor bid proposal (revised) dated May 18th, 2021<br>    **4**    The drawings and specifications prepared by the Embassy (attached to invitation to tender letter) |

17.    A schedule of milestone payments was included in the contract. The purpose of the milestone payments was to establish a draw schedule for interim payment and cash flow purposes.[10] The milestone payments were to be as follows:

---

[9] Was not based on any of the typical contract forms such as provided by the American Institute of Architects.
[10] The draw schedule does not represent the value of work executed but rather a progress payment schedule.



**CONTRACT SUM**
**§ 3.1** The Contract Sum shall include all items and services necessary for the proper execution and completion of the Work. Subject to additions in accordance with Article 10, the Contract Sum is: $ 1,150,000.00 (One million One hundred Fifty thousand U.S. Dollars and Zero Cents)

**§ 3.2 The contract's amount shall be paid according to the following Draw-Schedule:**

| Portion of the Work | Value/Amount |
|---|---|
| Progress payment: | |
| No Down Payment | $ 0 |
| 30% Demolition stage | $ 345,000 |
| 35% Framing and interior structure repair work Starts | $ 402,500 |
| 20% Plumbing rough-in Starts | $ 230,000 |
| 10% Bath and Kitchen work Starts | $ 115,000 |
| 5% Upon Completion | $ 57,500 |

18. Payments to Go Pro would flow once an established milestone was achieved. Go Pro submitted invoices for the first two milestones amounting to a total of $747,500. One for the demolition work milestone for $345,000 and one for the structural/framing work milestone for $402,500.[11]

19. The Owner was responsible for the cost of the building permit and the project was to be exclusive of sales tax.[12]

20. Go Pro contend that the contract scope was limited to the description of work outlined in the document titled "Latvian Embassy Detailed Scope of Work". This scope of work was developed after a meeting was apparently held between representatives of the Owner and Go Pro.[13] This "limited" scope was prepared after the contract was signed and does not reflect the entire scope shown on the contract drawings referenced in the actual contract under "Contract Documents".

21. The contract drawings included the removal of a large Willow Oak tree:

---

[11] Retention at 5% was to be withheld from each invoice.
[12] Article 8.6 Taxes and Article 13 Permits-Contract dated July 29th, 2021.
[13] Mr. Marcis Grivins and Mr. Viktors Zarskis from the Owner attended a meeting on November 11th, 2021.



*Figure 4 - Contract Drawing Sheet 004 Showing Willow Oak Tree to be Removed*



22.  The Willow Oak Tree was ultimately removed and paid for by the Owner after Go Pro had left the project.

23.  The contract drawings also included work to the existing monumental stair. The stairs were to be rebuilt from the first floor up to and including the third floor. The handrail/baluster system was to be reinstalled or replaced in kind:[14]

---

[14] See also Sheet A-504 for detailed stair work.



*Figure 5 - Contract Drawing A-105 Showing New Stairs and Work Required to Handrail System*



**4.0    WHAT WORK HAS BEEN EXECUTED?**

24.    On April 26th, 2023, D. Neil Sinclair, and Karim Nagui from Diales visited the project site and observed what work had been executed. A further site visit was conducted by D. Neil Sinclair on May 24th, 2023, after receiving supplementary information on what work was claimed to be executed by Go Pro.[15] Reference to the project documents was made in relation to work executed on site.

25.    Go Pro commenced work in late August 2021 and after mobilizing, completed most of the demolition work.[16] Some structural work was started but work appears to have been abandoned with structural work substantially incomplete when compared to the project drawings and specifications. Demolition to the basement area was only partially completed.

26.    Only limited structural work had commenced. From the site visit conducted by D. Neil Sinclair most of the floor joist work to the first floor had been executed. This work was executed even though some of the ceilings to the basement level remained in place. Given the ceilings remained in place it was not clear if the contractor executed the entire work in accordance with the contract drawings, for example at the ledger detail.[17] No new mechanical or electrical rough in, or new interior wall framing had commenced.[18]

27.    In supplementary documents provided by the Plaintiff and titled "Latvian Embassy Completed Work" [19] the work alleged by Go Pro as completed is described. Diales has

---

[15] Plaintiff's Document Production 253, 254, 255 and 256

[16] According to Go Pro, work commenced August 27th, 2021. (From Go Pro Work Progress Report #1 Dated August 27th, 2021)

[17] Structural drawings dated 28/7/20 keynote 4

[18] For the Diales Estimate of Work Executed it is assumed all the structural work to the first-floor structure was completed as per Structural drawings dated 28/7/20

[19] Plaintiff's Document Production 253, 254, 255 and 256



replicated the line items and provided a comparison with what Diales considers as the "executed work". This comparison is shown in **Appendix 3** to this report.

28.    Some notable differences are:

   a.  Exterior pointing-Diales saw no evidence of this work being executed.

   b.  Exterior gutters/downspouts-apart from a loose gutter lying on the site Diales saw no evidence of this work being executed.

   c.  Removal of basement plumbing fixtures-partially removed only.

   d.  Basement framing-apart from minor blocking Diales saw no evidence of this work being executed.

   e.  Removed kitchen cabinets and appliances-refrigerator remains on site and not disposed of.

   f.  First floor framing-apart from minor blocking Diales saw no evidence of this work being executed.

   g.  First floor change order work-this work was partially executed at best. It is not clear what the proposed change order work includes.

   h.  Second floor framing-apart from minor blocking Diales saw no evidence of this work being executed.

   i.  Third floor framing-apart from minor blocking Diales saw no evidence of this work being executed.



29. The supplementary documents[20] provided contain certain other documents:

    a. Building permit reference for $5,890.50. Diales understands this permit was paid for direct by Owner.

    b. Letter undated from Jay Silcox, P.E. regarding conducting a structural inspection of the visible foundation. Diales understands this was paid for by Go Pro and has allowed an estimate of the fee that might be involved in the Diales estimate of work executed.

    c. Quotation from Lepage Millwork for doors and windows. Based on the quotation order date noted below,[21] Diales understands that these windows and doors were not purchased and therefore no costs other than project management costs in procurement activities have been incurred by Go Pro.



    d. A lumber listing on Go Pro letterhead itemizing lumber components and associated costs.[22] Diales has allowed for the cost of lumber in the estimate of "work executed". It should be noted that the Go Pro total of $140,294.84 includes $80,253 for Lepage Millwork, $4,200 for AJ Millwork, $6,800 for Dumbwaiter and $28,058 for small tools. After removing these amounts from

---

[20] Plaintiffs Document Production 221-261
[21] Plaintiff's Document Production 225
[22] Plaintiff's Document Production 257 and 258



the $140,294.84 a balance of $20,983.84 is left to account for the cost of lumber, rough carpentry hardware and sheet goods.

e.  A permit[23] for the removal of the Willow Oak tree. Diales understands that this tree was removed by others and not Go Pro.

30.   As noted before Diales compared the Go Pro description of executed work and a direct comparison is included in **Appendix 3**. Diales concludes that the work described as being completed by Go Pro in the supplementary documents provided by the Plaintiff and titled "Latvian Embassy Completed Work" [24] is not accurate.

31.   After Go Pro had left the project the Owner had to clear up debris and remove a large tree (tree was scheduled to be removed by Go Pro and included in the contract amount) at a cost of $13,150.[25]

32.   As noted previously the existing monumental stairs had a decorative railing and balustrade system. This system had been removed from the stairs by Go Pro. The entire railing was approximately 33lf and there was only approximately 6lf of railing on the site.[26] 27lf of railing will need to be replicated and reinstalled by another contractor at some future point in time. It is estimated that the railing system has an approximate value of at least $27,000.[27] There was also some associated wall paneling that had been removed by Go Pro during demolition. See the following photographs showing the existing stair details:

---

[23] Plaintiff's Document Production 259-261
[24] Plaintiff's Document Production 253, 254, 255 and 256
[25] Invoice from LM Lawn Garden LLC, number 4219 dated 11/1/2022 in the amount $13,150.
[26] It is assumed by Diales that the 27 feet of railing was removed off site by Go Pro
[27] 27lf times $1000/lf



*Figure 6 - Photos of Existing Stair Details*







33.     The first floor had plywood installed to most of the floor area. Go Pro installed ¾" thick
        OSB plywood, not 7/8" plywood, and there did not appear to be evidence of the "hush
        felt resilient joist strip". The detail from the drawings[28] indicates the following:



---

[28] Architectural drawing A 501 dated 2/16/21 detail 7



34.     The OSB plywood installed by Go Pro is ¾" thick[29] and is not compliant with the specified requirements. The material cost is $1,226.[30]

35.     As noted above Go Pro contend that the scope of work to be included in the contract was limited to the document noted as "Latvian Embassy Detailed Scope of Work", as included under **Appendix 2** to this report. This scope of work is categorized into sections for Sitework, Structural, Architectural, Plumbing, Mechanical and Electrical.[31]

36.     The Sitework section had 6-line items of scope. Diales concludes that Go Pro did not complete any of the 6-line items before leaving the project.

37.     The Structural section had 22-line items of scope. Diales concludes that Go Pro did not complete any of the 22-line items before leaving the project. In fact, Diales concludes that no more than $36k of structural work was completed.[32]

38.     The Architectural section had 22-line items of scope. Diales concludes that Go Pro did not complete any of the 22-line items before leaving the project. In fact, Diales concludes that no more than $132k of demolition work was completed.[33] Demolition work such as removal of the stairs, basement demolition, and removal of the windows was incomplete. Demolition covered 2-line items in the entire Architectural scope. The remaining 20-line items were still to be commenced. For example, no new wall framing had commenced.[34]

39.     The Plumbing section had 9-line items of scope. Diales concludes that Go Pro completed only 1 of the 9-line items before leaving the project, for example the

---

[29] As per supplemental information received Plaintiffs Document 257
[30] 25 sheets at $49.06 per sheet as Plaintiffs Document 257
[31] See Appendix 2 to this report.
[32] This is calculated from $30,946 of work executed with a 15% markup.
[33] This is calculated from $115,325 of work executed with a 15% markup.
[34] A minor amount of 2x4 blocking was seen executed however this may have been completed in a prior renovation. No new wall framing was executed on any floor.



removal of existing plumbing fixtures and associated piping. The remaining 8-line items were still to be commenced.

40.     The Mechanical section had 15-line items of scope. Diales concludes that Go Pro did not complete any of the 15-line items before leaving the project except for some demolition of the existing HVAC system. At least 13-line items were still to be commenced.

41.     The Electrical section had 9-line items of scope. Diales concludes that Go Pro only partially completed the 3 demolition line items before leaving the project. The remaining 6-line items were still to be commenced.

42.     Site notes documenting the site observations with photographs are included in **Appendix 1** to this report.



**5.0    WHAT IS THE ESTIMATED VALUE OF THE WORK THAT HAS BEEN EXECUTED?**

43.     Clause 16 of the contract provided for Termination Provisions. Clause 16.1 would allow for Go Pro to recover from the Owner payment for Work executed including a reasonable overhead and profit, and costs incurred by reason of such default. Clause 16.3 provides for Go Pro to be paid by the Owner for the works actually performed until the termination of the Contract.[35]

44.     We estimate the work executed including a reasonable overhead and profit to be $243,428.[36] This allows for a reasonable estimate of resources required to perform the demolition work and prepare the building during the mobilization stage of the project. Details and a breakdown of the Diales estimate is included below:

---

[35] Article 16 of the Contract between the Owner and Go Pro dated July 29th 2021
[36] Prior to making deductions for the tree removal, clearing and replacement of the stair railings and reduction for the cost of OSB plywood installed



*Table 1 - Estimate of Work Executed by Go Pro*

| ITEM | QUANTITY | UNIT | RATE | COST | TOTALS |
|---|---|---|---|---|---|
| **EMBASSY OF LATVIA** | | | | | |
| **ESTIMATE OF WORK EXECUTED** | | | | | |
| **ESTIMATE DETAIL** | | | | | |
| **Work Completed by Go Pro** | | | | | |
| Building Demolition | | | | | |
| demo existing walls | 2,697 | sf | $6.00 | $16,182 | |
| demo floor finishes | 2,214 | sf | $1.75 | $3,875 | |
| demo wood flooring | 2,214 | sf | $3.00 | $6,642 | |
| demo ceilings | 2,455 | sf | $4.00 | $9,820 | |
| demo ceiling insulation from top floor | 744 | sf | $3.00 | $2,232 | |
| demo wall plaster | 9,700 | sf | $3.00 | $29,100 | |
| demo cabinets/built ins | 60 | hrs | $38.50 | $2,310 | |
| remove appliances | 16 | hrs | $85.00 | $1,360 | |
| remove stair railings | 4 | flights | $750.00 | $3,000 | |
| demo doors | 29 | lvs | $20.00 | $580 | |
| MEP demo | 2,940 | sf | $6.50 | $19,110 | |
| make safe | 32 | hrs | $85.00 | $2,720 | |
| dumpsters | 25 | pulls | $600.00 | $15,000 | |
| clean up | 2,940 | sf | $0.50 | $1,470 | |
| temp balustrades at stair openings 2x4 | 200 | bf | $5.00 | $1,000 | |
| wash down rear elevation | 24 | hrs | $38.50 | $924 | |
| | | | | | $115,325 |
| Structural Work | | | | | |
| plywood to floor-fixed | 900 | sf | $5.00 | $4,500 | |
| plywood to floor-loose | 300 | sf | $4.00 | $1,200 | |
| cut new openings | 2 | ea | $500.00 | $1,000 | |
| remove existing floor joists | 184 | lf | $8.00 | $1,472 | |
| rebuild first floor risers | 5 | ea | $150.00 | $750 | |
| cut and frame dumbwaiter opening | 1 | ea | $400.00 | $400 | |
| insert floor supports at existing hearth | 1 | ls | $750.00 | $750 | |
| new 1 3/4" x 11 1/4" LVL | 982 | lf | $12.00 | $11,784 | |
| new 2" x 12" ledger board | 78 | lf | $10.00 | $780 | |
| ledger board bolted | 65 | ea | $24.00 | $1,560 | |
| misc blocking/framing | 200 | bf | $5.00 | $1,000 | |
| pocket details | 28 | ea | $140.00 | $3,920 | |
| joist hangers/hardware | 90 | ea | $12.00 | $1,080 | |
| cut and frame at roof hatch | 1 | ea | $750.00 | $750 | |
| | | | | | $30,946 |
| Misc Items | | | | | |
| engineer report on cracks-allow | 24 | hrs | $200.00 | $4,800 | |
| roof patch and gutter material-allow | 1 | ls | $1,500.00 | $1,500 | |
| loose materials on jobsite | 1 | ls | $12,626.00 | $12,626 | |
| project management-33% | 4 | months | $5,420.00 | $21,680 | |
| transportation | 4 | months | $1,500.00 | $6,000 | |
| temp utilities/power/lighting | 4 | months | $600.00 | $2,400 | |
| small tools | 4 | months | $2,500.00 | $10,000 | |
| misc site consumables/first aid /prints/cell phones | 4 | months | $1,600.00 | $6,400 | |
| | | | | | $65,406 |
| Subtotal | | | | | $211,677 |
| Add overhead and profit @ | | | | 15% | $31,751 |
| **Total Work Completed** | | | | | **$243,428** |

45.    The estimate is based upon a site survey, quantity take-off from the contract drawings and development of unit prices to reflect the work involved and the characteristics of the actual project in terms of size, location, and complexity. The unit prices include labor, equipment, and where applicable material costs.



46.     The costs for demolition, structural work and miscellaneous costs have been categorized and an allowance for reasonable profit and overhead has been included to arrive at the overall total. 15% for overhead and profit has been allowed for. This allowance provides reimbursement for head office overhead as well as a contribution for job profit.

47.     The estimate unit prices allow for a fulltime foreman as well as a specific line item to allow for project management. An allowance of 33% of a project manager time has been included.[37]

48.     No sales tax has been included as the project is sales tax exempt.

49.     During the site visit it was noted that various loose materials were stored on the project. These materials were primarily structural beams and lumber for floor and wall framing. Some plywood sheets were also stored as well as some carpentry hardware items. Diales has included an estimate of the cost of the loose materials in the overall value of work executed.

50.     The loose materials currently stored in the existing building are as follows:

*Table 2 - Loose Materials Currently Stored on Site*

| Loose Materials on Site | | | | | |
|---|---|---|---|---|---|
| ITEM | QUANTITY | UNIT | RATE | COST | TOTAL |
| LVL 11" | 644 | lf | $12.00 | $7,728 | |
| LVL 8" | 152 | lf | $10.00 | $1,520 | |
| lumber | 939 | bf | $2.00 | $1,878 | |
| plywood 4x8 | 15 | sheets | $50.00 | $750 | |
| misc joist hangers | 3 | boxes | $250.00 | $750 | |
| Total Loose Materials | | | | | $12,626 |

---

[37] For this type of project, it would not be unusual for a project manager to be assigned 3 or more projects to be managed.



51.     The $12,626 amount is included in the overall total of $243,428.

52.     As noted earlier in this report Go Pro in its supplementary document production included a lumber listing.[38] Diales concluded that $20,983.84 was itemized by Go Pro to account for the cost of lumber, rough carpentry hardware and sheet goods. Based on the Diales estimate of "work executed" Diales included approximately $21,000 for the cost of lumber, rough carpentry hardware and sheet goods, so relatively close to the Go Pro claimed costs.

53.     A cross-check of our estimate was carried out. This alternative method of estimating the value of the work executed is calculated by using the start date of the construction activity and allowing for 13 weeks of activity by Go Pro. (From end of August until December).[39] This cross-check estimate shows a value of work completed to be $237,133 and is based upon the likely resources used by Go Pro to complete the demolition and limited structural work. [40] See Table below:

---

[38] Plaintiff's Document Production 257 and 258
[39] Start date of August 27th, 2021, from Go Pro Work Progress Report #1 Dated August 27th, 2021, and the last Go Pro Work Progress Report #4 was dated November 20th, 2021.
[40] 13 weeks of fulltime crew of three laborer's and one foreman as a conservative time frame assuming each day had activity and the crew showed up at the project site. From Go Pro Report (#3 ¶ 12) Dated October 1st 2021 framing/joist sistering was to commence October 4th 2021 and from Go Pro Report(#4 ¶ 8) Dated November 20th 2021 sistering work was to be complete by November 30th 2021. Diales has therefore allowed 8 weeks of carpentry time in addition to the crew of three laborers. Time sheets would show actual labor attendance.



*Table 3 - Cross Check Estimate*

| EMBASSY OF LATVIA | | | | | |
|---|---|---|---|---|---|
| CROSS CHECK ESTIMATE | | | | | |
| ESTIMATE DETAIL | | | | | |
| ITEM | QUANTITY | UNIT | RATE | COST | TOTALS |
| Cross check | | | | | |
| laborers-3 for 13 weeks 40 hours each week | 1,560 | hrs | $38.50 | $60,060 | |
| superintendant-1 for 13 weeks 40 hours each week | 520 | hrs | $50.00 | $26,000 | |
| carpenter hours 2 for 8 weeks 40 hours each week | 640 | hrs | $50.00 | $32,000 | |
| dumpsters | 25 | pulls | $600.00 | $15,000 | |
| structural work-materials-25% of structural work est. | 1 | ls | $7,736.50 | $7,737 | |
| misc items | 1 | ls | $65,406.00 | $65,406 | |
| | | | | | |
| Subtotal | | | | | $206,203 |
| | | | | | |
| Add overhead and profit @ | | | | 15% | $30,930 |
| | | | | | |
| Total Work Completed-cross check | | | | | $237,133 |

54.   The cross-check estimate compares favorably with the unit price estimate ($237,133 v $243,428). The total of $237,133 includes loose materials and limited structural work as well as the other items included under misc. items as detailed under Table 1 of this report.

55.   As before an allowance for reasonable profit and overhead has been included to arrive at the overall total. 15% for overhead and profit has been allowed for. This allowance provides reimbursement for head office overhead as well as a contribution for job profit.



## 6.0    CONCLUSION

56.    Diales understands that Go Pro has invoiced a total of $747,500 and has been paid a total of $327,750[41] for Invoice No. 1 representing primarily demolition work.

57.    In accordance with Clause 16.1 Go Pro can recover from the Owner payment for Work executed including a reasonable overhead and profit, and costs incurred by reason of such default. Clause 16.3 provides for Go Pro to be paid by the Owner for the works actually performed until the termination of the Contract.[42]

58.    Diales is of the opinion, to a reasonable degree of certainty in the field of cost estimating and quantity surveying, that the likely cost of work actually executed by Go Pro Construction LLC, including a reasonable overhead and profit is $237,000.[43] This amount is $510,500 less than the invoiced amount submitted by Go Pro Construction LLC of $747,500.

59.    Given that the estimate of $237,000 is at today's cost based on a bid received and work undertaken in 2021 the actual cost to Go Pro could be at least 5% less revising the estimate of work executed (including a reasonable overhead and profit) to $225,150. This amount is $522,350 less than the invoiced amount submitted by Go Pro Construction LLC of $747,500.

60.    Diales understands that out of the $747,500 invoiced the Owner has paid $327,750.[44] The Owner has therefore overpaid Go Pro based on the Diales estimate of work executed by approximately $102,600.[45]

---

[41] $345,000 less 5% retention paid. Answer and Counterclaims Doc 5 7/18/22 ¶ 20
[42] Article 16 of the Contract between the Owner and Go Pro dated July 29th 2021
[43] Prior to making the reductions noted below.
[44] $345,000 less 5% retention paid. Answer and Counterclaims Doc 5 7/18/22 ¶ 20
[45] $327k less $225k



61.     In addition to overpayment the Owner incurred costs in the amount of $13,150 to clean up the site and remove the existing large Willow Oak tree. This cost should be added to the overpayment of $102,600 resulting in an overpayment of $115,750.

62.     The stair railings would need to be reproduced at a cost of at least $27,000.[46] This cost should be added to the overpayment of $115,750 resulting in an adjusted overpayment of $142,750.

63.     The OSB plywood that does not meet specifications will need to be removed. The material cost as noted earlier in the report is $1,226. This cost should be added to the overpayment of $142,750 resulting in an adjusted overpayment of $143,976.

64.     The labor cost that was incurred installing the non-conforming OSB plywood is estimated to be $2,494.[47] This cost should also be added to the overpayment of $143,976 resulting in an adjusted overpayment of $146,470.

65.     **The estimated cost of work executed including a reasonable allowance for overhead and profit is $225,150. After the adjustments noted above the Owner has overpaid Go Pro by $146,470.**

---

[46] 27 linear feet times $1000/lf
[47] As estimated in work executed, $5/sf at 744sf less $1,226 for material equals $2,494.



GO PRO CONSTRUCTION, LLC V. VALSTS NEKUSTAMIE IPASUMI Case No. 1:22-CV-01643-RCL
Independent Estimate of Work Executed

# APPENDIX 1

## Site Visit Notes



GO PRO CONSTRUCTION, LLC V. VALSTS NEKUSTAMIE IPASUMI Case No. 1:22-CV-01643-RCL
Independent Estimate of Work Executed – Appendix 1 – Site Visit Notes

**APPENDIX 1 – Site Visit Notes**

Attended site April 26th at 1pm, DNS, KN, MS, ZG and KB and DNS revisited site on May 24th 10am.

General notes:

Permits by Owner

Work started late August

Work stopped early Dec

<u>Front Garden</u>

>   No work

<u>Exterior at Rear</u>

>   Owner had to clean up at site

>   Go pro washed down elevation

>   Large tree cut down by Owner ($10k approx.)

<u>Basement</u>

>   All finishes still in place with some ceilings removed in kitchen and main room.

>   All floor finishes remain in place

>   No wall removal

>   Kitchen still in place appliances removed

>   Toilet still has fixtures installed though partially removed.

<u>First Floor</u>

>   Entire area has OSB plywood installed

>   Joist and structural work appear to have been substantially completed (even without removing all basement ceilings?)

>   Windows not removed

>   Electrical stripped out and made safe

>   Heating/plumbing stripped out and made safe

>   Entire ceiling removed

>   Stair at lower set removed and rebuilt(5 risers)

>   Floor hole for dumbwaiter framed

>   Partial wall plaster removed

Finials (apparently 12 removed only 2 remain on site)

Minor ceiling framing at existing fire

Loose materials stored on plywood floor decking

Second Floor

Entire main stair has balustrade removed and temp 2 by 4 framing forming temp railing.

Ceiling removed.

No floor framing/LVL work executed.

6 sheets of ply on floor

Materials staged on floor joists.

MEP gutted

Top Floor

Entire main stair has balustrade removed and temp 2 by 4 framing forming temp railing

Ceiling removed.

Insulation removed from ceiling void.

Partial framing at roof hatch

10 sheets of ply on floor

No new roof work installed.

Engineer report for cracks-who paid for this?

MEP gutted

Materials

See Loose material quantities in report for materials stored on site

Materials from photos

Exterior at Rear

Owner had to clean up at site

Go pro washed down elevation

Gutter material lying on ground

Large tree cut down by Owner ($10k approx.)

Permits by Owner

GO PRO CONSTRUCTION, LLC V. VALSTS NEKUSTAMIE IPASUMI Case No. 1:22-CV-01643-RCL
Independent Estimate of Work Executed – Appendix 1 – Site Visit Notes

The following photos show the extent of demolition completed by Go Pro.

Basement








The basement floor finishes not removed, not all partitions demolished and no new wall framing. Not fully stripped of MEP. Plumbing fixtures not fully removed.

GO PRO CONSTRUCTION, LLC V. VALSTS NEKUSTAMIE IPASUMI Case No. 1:22-CV-01643-RCL
Independent Estimate of Work Executed – Appendix 1 – Site Visit Notes

Evidence of joist sistering and some end blocking installed even though ceilings only partially removed.



First Floor



New lower stair risers built, only framing to second floor structure at fire place, no joist sistering.




No joist sistering at second floor structure, some wall blocking at wall partition but could be from prior renovations. Stored materials on first floor.






GO PRO CONSTRUCTION, LLC V. VALSTS NEKUSTAMIE IPASUMI Case No. 1:22-CV-01643-RCL
Independent Estimate of Work Executed – Appendix 1 – Site Visit Notes







GO PRO CONSTRUCTION, LLC V. VALSTS NEKUSTAMIE IPASUMI Case No. 1:22-CV-01643-RCL
Independent Estimate of Work Executed – Appendix 1 – Site Visit Notes






First floor has plywood installed but no wall framing except for some minor possible blocking.

Second Floor







GO PRO CONSTRUCTION, LLC V. VALSTS NEKUSTAMIE IPASUMI Case No. 1:22-CV-01643-RCL
Independent Estimate of Work Executed – Appendix 1 – Site Visit Notes






GO PRO CONSTRUCTION, LLC V. VALSTS NEKUSTAMIE IPASUMI Case No. 1:22-CV-01643-RCL
Independent Estimate of Work Executed – Appendix 1 – Site Visit Notes





GO PRO CONSTRUCTION, LLC V. VALSTS NEKUSTAMIE IPASUMI Case No. 1:22-CV-01643-RCL
Independent Estimate of Work Executed – Appendix 1 – Site Visit Notes





GO PRO CONSTRUCTION, LLC V. VALSTS NEKUSTAMIE IPASUMI Case No. 1:22-CV-01643-RCL
Independent Estimate of Work Executed – Appendix 1 – Site Visit Notes





Second floor has no new wall framing with possible minor wall blocking. No new floor framing and some stored materials. No evidence of any joist sistering to third floor structure.

GO PRO CONSTRUCTION, LLC V. VALSTS NEKUSTAMIE IPASUMI Case No. 1:22-CV-01643-RCL
Independent Estimate of Work Executed – Appendix 1 – Site Visit Notes

Third Floor






No new wall framing at third floor and no evidence of floor or attic floor structural work being executed. Minor framing at roof hatch area.

GO PRO CONSTRUCTION, LLC V. VALSTS NEKUSTAMIE IPASUMI Case No. 1:22-CV-01643-RCL
Independent Estimate of Work Executed – Appendix 1 – Site Visit Notes

Incomplete and supported framing (Change Order Work?)






GO PRO CONSTRUCTION, LLC V. VALSTS NEKUSTAMIE IPASUMI Case No. 1:22-CV-01643-RCL
Independent Estimate of Work Executed – Appendix 1 – Site Visit Notes

Exterior Rear Courtyard

New downspouts not evident or pointing work






GO PRO CONSTRUCTION, LLC V. VALSTS NEKUSTAMIE IPASUMI Case No. 1:22-CV-01643-RCL
Independent Estimate of Work Executed – Appendix 1 – Site Visit Notes

Exterior Front

Work to front elevation appears not to have been executed. Stone repair areas still not touched.

 



GO PRO CONSTRUCTION, LLC V. VALSTS NEKUSTAMIE IPASUMI Case No. 1:22-CV-01643-RCL
Independent Estimate of Work Executed

# APPENDIX 2

## Latvian Embassy Detailed Scope of Work



To: Latvian Embassy of Washington, DC

Dears Sirs,

In reference to our meeting with the representatives of the Owner Mr. Marcis Grivins and Mr. Viktors Zarskis on Thursday, November 11, 2021, you requested clarification of the scope of work for this project.  According to the contract dated July 29, 2021, and the description of the limited scope of work that was listed by the Owner via the bid documents.  We are providing below the requested detailed scope of work.

We also are clarifying that the contracted scope of work for this project is to renovate the interior in an existing single family residential building and to repair the exterior.   Meaning the scope of work includes any related items to complete and finalize this project to the level of standards of our company and complying with codes and regulations of the authorities of where this project is located.

It is also important to mention that in order to complete the project according to the contracted scope of work, the contractor will perform and incur additional work that is not stated in the contract.

Clarification of the Scope of Work

**Sitework**

1. Remove willow oak tree down to ground level.
2. Remove/salvage bricks displaced by willow oak tree.
3. Remove/salvage approximately 8' 6" of property separation wall.
4. Construct new brick pilaster at new opening in property separation wall from salvaged bricks.
5. Remove one flowerbed near new property wall opening.
6. Constrict two new steps from salvaged bricks.

**Structural**

1. Provide and install/sister LVL floor joists as defined in new load bearing wood floors detail.
2. Level floors to the extent possible and still maintain minimum sistering tolerances.
3. Remove existing wood floor joists and replace with LVL floor joists, modify existing joist pockets, as defined on Drawings S-03.1 and S-04.1.
4. Install two layers of roofing felt around ends of LVL's prior to inserting into modified joist pockets.
5. Install non-shrink grout to fill remaining space in modified joist pockets.
6. Install solid wood blocking between existing joists at interior bearing wall.
7. Install 2"x12" pressure treated lumber below existing 1st floor sistered wood joists.
8. Install/sister 2"x8" dimensional lumber as defined on Drawings S-03.1, S-04.1 and S-05.
9. Install/sister LVL rafters as defined on Drawing S-05.
10. Install LVL posts as defined on Drawing S-05.
11. Install/sister LVL beams as defined on Drawing S-05.
12. Install LVL supports for stairs and landings as defined on S-06.
13. Remove/salvage brick knee wall section as defined on Drawing S-07.
14. Remove/salvage precast pavers to accommodate structural wall support.

15. Saw cut and remove concrete patio sections as defined on Drawing S-07.
16. Excavate for and construct concrete grade beam as defined on Drawing S-07.
17. Install galvanized all thread and accessories to stabilize brick wall as defined on S-07.
18. Encase all thread with concrete as defined on Drawing S-07.
19. Reconstruct knee wall on new grade beam.
20. Patch saw cut sections of concrete patio.
21. Grade and reinstall precast pavers.
22. Install ¾" tongue and groove OSB and 3/8" OSB subfloor.

**Architectural**

1. Demolish 1st, 2nd and 3rd floor ceilings, partitions, floors, and subfloors.
2. Perform selective demolition in Basement for installation of structural, HVAC, plumbing and electrical components.
3. Install new wood framed partitions on 1st, 2nd, and 3rd floors.
4. Install/sister 2"x6" dimensional lumber to existing wood framed bearing partitions as defined on Drawing S-03.
5. Install ½" OSB sheathing to new and existing load bearing wood framed partitions.
6. Install mineral wool insulation as defined on Drawings A-501 and S-03.
7. Install 1/2" Gypsum Wall Board to new and existing wood framed partitions.
8. Install wood battens to underside of existing joists.
9. Install ½" Gypsum Wall Board to 1st, 2nd and 3rd floor ceilings.
10. Install suspended Gypsum Wall Board ceilings where shown.
11. Patch existing to remain partitions and ceilings.
12. Provide level 4 finish.
13. Reconstruct stairs.
14. Reconstruct architectural features.
15. Install new folding attic stairs.
16. Install dumbwaiter to service 1st floor kitchen from basement kitchen.
17. Refurbish Basement Kitchen cabinets and counters.
18. Install new wood and ceramic tile flooring on 1st, 2nd, and 3rd floor floors.
19. Replace existing vinyl windows with wood windows.
20. Repair/reinstall salvaged wood doors where possible.
21. Install new doors, frames, and hardware where salvaged door cannot be reused.
22. Paint walls and ceiling as defined on finish schedule.

**Plumbing**

1. Remove existing bathroom fixtures and associated piping.
2. Reuse existing basement sanitary to the extent possible.
3. Install new supply and sanitary piping to new bathroom and kitchenette fixtures.
4. Install new water heater and associated piping and related equipment.
5. Install vent piping.
6. Install hose bibbs.
7. Set flanges and connections for bathroom and kitchenette fixtures.
8. Install plumbing fixtures and make final connections.
9. Patch roof at plumbing penetrations.

**Mechanical**
1. Create openings for new duct penetrations.
2. Install trunk and branch lines for low pressure duct systems.
3. Install required volume dampers.
4. Seal all duct connections.
5. Remove the existing air-cooled condensing unit from the roof.
6. Install two new rooftop air cooled condensing units.
7. Install outside air, exhaust air and T.E ducts on the roof.
8. Install refrigerant and associated piping.
9. Patch roof at mechanical penetrations.
10. Pressure test low pressure duct system per drawing notes.
11. Install flex ducts to registers, grilles and diffusers.
12. Install registers, grilles, and diffusers.
13. Install a temperature control system.
14. Balance HVAC system.
15. Provide system training demonstrations to designated personnel.

**Electrical**
1. Remove circuits and fixtures from 1st, 2nd, and 3rd floors.
2. Remove circuits from rooftop condensing unit.
3. Provide temporary electricity to all floors.
4. Install circuits to new receptacles, switches, lights, and emergency lights.
5. Install circuits to new water heater, pumps and associated plumbing equipment.
6. Install circuits to two new rooftop air cooled condensing units.
7. Install new receptacles, switches, light fixtures, and emergency lights.
8. Patch roof at electrical penetrations.
9. Provide empty conduit and junction boxes for security system.

# APPENDIX 3

Latvian Embassy Comparison of Scope of
Work Claimed Completed by Go Pro



| APPENDIX 3 - Latvian Embassy Comparison of Scope of Work Claimed Completed by Go Pro | | | | |
|---|---|---|---|---|
| **Location** | **Item Description** | **Verified by site visit** | **Comment** | **In Diales estimate** |
| **General** | | | | |
| 1 | Removed debris | Yes | Some debris removed by Owner | Yes |
| 2 | Maintained site | | | Yes |
| 3 | Installed temporary handrails | Yes | 2 x 4 wood | Yes |
| 4 | Prepared contracts for Mechanical Electrical and Plumbing | | Project management | Yes |
| 5 | Windows and doors supplied and installation contracted | | Project management | PM is |
| 6 | Dumbwaiter equipment contracted | | Project management | PM is |
| 7 | Millwork contracted for fabrication of wooden elements (art work, built ins etc.) | | Project management | PM is |
| **Exterior** | | | | |
| 1 | Power wash exterior façade | Yes | Looked clean | Yes |
| 2 | Front and rear façades point up | | No evidence-none at rear and none at front | No |
| 3 | Gutters and downspouts replacement and installation | | New gutter lying on site | No |
| 4 | Inspected roof, repaired roof in selective areas and sealed for water tightening | | Did not go on roof | No |
| **Basement** | | | | |
| 1 | Removed restroom fixtures | Yes | Partial only | Yes |
| 2 | Removed selective ceiling sections for ledger board installation | Yes | | Yes |
| 3 | Removed selective ceiling sections for plumbing piping and electrical circuit installation | Yes | | Yes |
| 4 | Removed abandoned stair sections | Yes | | Yes |
| 5 | Installed framing as per plans | | No framing-minor blocking at best | Yes for some blocking |
| 6 | Prepared for mechanical plumbing and electrical installations | Yes | | Yes |
| **1st Floor** | | | | |
| 1 | Remove selective plaster wall and ceiling finishes | Yes | | Yes |
| 2 | Remove selective partition framing | Yes | | Yes |
| 3 | Remove selective architectural features | Yes | | Yes |
| 4 | Removed bathroom fixtures | Yes | | Yes |
| 5 | Removed kitchen cabinets and appliances | Yes | Refrigerator still on site | Yes |
| 6 | Removed abandoned stair sections | Yes | | Yes |

| Location | Item Description | Verified by site visit | Comment | In Diales estimate |
|---|---|---|---|---|
| 7 | Removed plumbing piping and electrical circuits and fixtures | Yes | Not completely | Yes |
| 8 | Removed existing floors and subfloors | Yes | | Yes |
| 9 | Removed one section of stairs | Yes | | Yes |
| 10 | Installed levelling LVLs | Yes | Full install could not be verified | Yes as per Structural Dwgs |
| 11 | Installed solid wood blocking and Simpson corner brackets | Yes | Full install could not be verified | Yes as per Structural Dwgs |
| 12 | Repaired x bracing | | Full install could not be verified | Yes as per Structural Dwgs |
| 13 | Installed OSB plywood subflooring | Yes | | Yes |
| 14 | Installed framing as per plans | | No framing-minor blocking at best | Yes for some blocking |
| 15 | Prepared for mechanical plumbing and electrical installations | Yes | | Yes |
| **1st Floor Change Order Work** | | | | |
| 1 | Cut pockets into brick in kitchen 104 and porch 107 | NA | CO work could not be fully verified | Yes as per Structural Dwgs |
| 2 | Provide 8 feet of additional LVL 1 3/4" x 11 1/4" joist material | NA | CO work could not be fully verified | Yes as per Structural Dwgs |
| 3 | Installed framing as per plans | NA | CO work could not be fully verified | Yes as per Structural Dwgs |
| 4 | Prepared for mechanical plumbing and electrical installations | Yes | | Yes |
| 5 | Removed poorly constructed wood framed and drywall opening infill in brick partition between kitchens 104/204 and auxiliary room 201. Needs structural infill to support Second Floor LVL. | Yes | | Yes |
| **2nd Floor** | | | | |
| 1 | Remove selective plaster wall and ceiling finishes | Yes | | Yes |
| 2 | Remove selective partition framing | Yes | | Yes |
| 3 | Remove selective architectural features | Yes | | Yes |
| 4 | Removed kitchen cabinets and appliances | Yes | | Yes |
| 5 | Removed plumbing piping and electrical circuits and fixtures | Yes | | Yes |
| 6 | Removed plumbing piping and electrical circuits and fixtures | Yes | Duplication with 5 | Yes |
| 7 | Installed temporary support for joists at Kitchen 204 at removed abandoned stairs | Yes | Rope? | Yes |

| Location | Item Description | Verified by site visit | Comment | In Diales estimate |
|---|---|---|---|---|
| 8 | Installed temporary walkways on existing floor joists | Yes | Some loose plywood | Yes |
| 9 | Staged 2nd and 3rd floor LVL and dimensional lumber for joist sistering | Yes | | Yes |
| 10 | Installed framing as per plans | | No framing-minor blocking at best | Yes for some blocking |
| 11 | Prepared for mechanical plumbing and electrical installations | Yes | | Yes |
| **3rd Floor** | | | | |
| 1 | Remove selective plaster wall finishes | Yes | | Yes |
| 2 | Remove selective partition framing | Yes | | Yes |
| 3 | Remove selective architectural features | Yes | | Yes |
| 4 | Removed bathroom fixtures | Yes | | Yes |
| 5 | Removed plumbing piping and electrical circuits and fixtures | Yes | | Yes |
| 6 | Removed plumbing piping and electrical circuits and fixtures | Yes | Duplication with 5 | Yes |
| 7 | Installed framing as per plans | | No framing-minor blocking at best | Yes for some blocking |
| 8 | Prepared for mechanical plumbing and electrical installations | Yes | | Yes |
| **Mechanical** | | | | |
| 1 | Hired mechanical subcontractor | | Project management | Yes |
| 2 | Removed selective Mechanical system to prepare for new installation | Yes | | Yes |
| 3 | Ordered associated rough in materials | | | No |
| **Electrical** | | | | |
| 1 | Hired electrical subcontractor | | Project management | Yes |
| 2 | Removed selective Electrical system to prepare for new installation | Yes | | Yes |
| 3 | Ordered associated rough in materials | | | No |
| **Plumbing** | | | | |
| 1 | Hired plumbing subcontractor | | Project management | Yes |
| 2 | Removed selective Plumbing system to prepare for new installation | Yes | | Yes |
| 3 | Ordered associated rough in materials | | | No |
| **Landscaping** | | | | |
| 1 | Hired landscaping subcontractor | | Project management | Yes |

| Location | Item Description | Verified by site visit | Comment | In Diales estimate |
|---|---|---|---|---|
| 2 | Prepared to cut down tree | Yes | Owner paid for tree removal | No was removed by Owner |
| 3 | Prepared rear area for power washing and cleaning | | | Yes |
| **Cleaning** | | | | |
| 1 | Provided dumpster services | Yes | Material off site, some removed by Owner | Yes |