IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GO PRO CONSTRUCTION, LLC,<br><br>        Plaintiff/Counter-Defendant,<br><br>v.<br><br>VALSTS NEKUSTAMIE IPASUMI,<br><br>        Defendant/Counter-Plaintiff. | Civil Action No. 1:22-cv-01643-RCL |

## ORDER

Upon consideration of Defendant/Counter-Plaintiff Valsts Nekustamie Ipasumi's Motion for Sanctions, any response thereto, and due to Go Pro Construction, LLC's failure to abide by this Court's April 24, 2024 Order, it is this ____ day of _____, 2024, hereby

**ORDERED** that Valsts Nekustamie Ipasumi's Motion for Sanctions is **GRANTED**; and it is further

**ORDERED** that, due to Go Pro Construction, LLC's continued failure to adhere to the orders of this Court and its disregard for lesser sanctions previously issued against it by this Court, Go Pro's affirmative claims against Valsts Nekustamie Ipasumi are hereby dismissed with prejudice; and it is further

**ORDERED** that, for those same reasons, judgement be and hereby is entered against Go Pro Construction, LLC as to Valsts Nekustamie Ipasumi's counterclaims against it in the amount of $146,470.00, as well as Valsts Nekustamie Ipasumi's reasonable expenses, including attorney's fees, associated with the filing of this Motion for Sanctions; and it is further

**ORDERED** that Valsts Nekustamie Ipasumi shall submit an additional petition for attorneys' fees within ten (10) days of the date of this Order.

_____
Hon. Royce C. Lamberth
United States District Judge