**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GO PRO CONSTRUCTION, LLC** <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> **VALSTS NEKUSTAMIE IPASUMI** <br><br> Defendant/Counter-Plaintiff. | **Civil Action No. 1:22-cv-01643-RCL** |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned attorney, Allison G. Geewax, Esq. (DC Bar No. 1014861) of Smith, Currie & Hancock LLP, hereby enters her appearance in the above-captioned case as counsel for Plaintiff/Counter-Defendant Go Pro Construction, LLC.

DATED: June 14, 2024        Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Allison G. Geewax
　　　　　　　　　　　　　　　　　　　　Allison G. Geewax, Esq.
　　　　　　　　　　　　　　　　　　　　DC Bar No. 1014861
　　　　　　　　　　　　　　　　　　　　**SMITH, CURRIE & HANCOCK LLP**
　　　　　　　　　　　　　　　　　　　　1921 Gallows Road, Suite 850
　　　　　　　　　　　　　　　　　　　　Tysons, Virginia 22182
　　　　　　　　　　　　　　　　　　　　Telephone: (703) 506-1990
　　　　　　　　　　　　　　　　　　　　Facsimile:  (703) 506-1140
　　　　　　　　　　　　　　　　　　　　aggeewax@smithcurrie.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Go Pro Construction, LLC*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 14, 2024, I will cause a copy of the foregoing to be filed with the Court's e-filing system which will send notice to all counsel of record.

                                    */s/ Allison G. Geewax*
                                    Allison G. Geewax, Esq