UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GO PRO CONSTRUCTION, LLC,<br><br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>VALSTS NEKUSTAMIE IPASUMI,<br><br>*Defendant/Counter-Plaintiff.* | Case No. 1:22-cv-1643-RCL |

## ORDER

Upon review of Defendant/Counter-Plaintiff, Valsts Nekustamie Ipasumi's Motion to Modify Scheduling Order, ECF No. 39, and Plaintiff/Counter-Defendant Go Pro Construction, LLC's Motion to Modify Scheduling Order, ECF No. 40, it is hereby **ORDERED** that VNI's Motion to Modify Scheduling Order is **DENIED**; and it is further **ORDERED** that Go Pro's Motion to Modify Scheduling Order is **GRANTED IN PART AND DENIED IN PART**; and it is further **ORDERED** that the parties shall adhere to the following deadlines:

| | |
|---|---|
| End of fact discovery (limited to depositions of Raouf Elrahimy, the Rule 30(b)(6) corporate designee for Optimum Construction, LLC, the Rule 30(b)(6) corporate designee for VNI, and Rihards Nikiforovs) | August 28, 2024 |
| Joint Status Report discussing the progress of the aforementioned depositions and the prospects for settlement | September 11, 2024 |
| Dispositive motions pursuant to Fed. R. Civ. P. 56 | September 30, 2024 |

The Court will set a status conference at a later date if needed.

**IT IS SO ORDERED.**

Date: 6/19/24

Royce C. Lamberth
United States District Judge

1