UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GO PRO CONSTRUCTION, LLC,<br><br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>VALSTS NEKUSTAMIE IPASUMI,<br><br>*Defendant/Counter-Plaintiff.* | Case No. 1:22-cv-1643-RCL |

# ORDER

On April 24, 2024 the Court issued a Memorandum and Order granting defendant/counter-plaintiff Valsts Nekustamie Ipasumi's motion for sanctions against plaintiff/counter-defendant Go Pro Construction, LLC. ECF No. 38. The Court declined to enter default judgment. Instead, pursuant to Fed. R. Civ. P. 37(b)(2)(C) and the Court's inherent authority, the Court ordered that within 30 days Go Pro must pay VNI $35,153.27, reflecting VNI's reasonable expenses, including attorney's fees.

On May 28, VNI filed a further motion for sanctions, alleging that Go Pro had violated the Court's April 24, 2024 Order by missing the deadline to issue payment to VNI. ECF No. 41. Go Pro failed to file a timely opposition. Based on VNI's unopposed motion for sanctions, it appears that Go Pro has violated the Court's April 24 Order. Although the Court could simply treat VNI's motion for sanctions as conceded, LCvR 7(b), the Court wishes to give Go Pro one last chance to weigh in.

Accordingly, it is hereby **ORDERED** that, within ten (10) days, Go Pro shall

1. Respond to VNI's Motion for Sanctions; and

1

2. Show cause in writing as to why it should not be held in civil contempt of court and why sanctions should not be granted for its failure to comply with the Court's April 24, 2024 Order.

**IT IS SO ORDERED.**

Date: 6/19/24

Royce C. Lamberth
United States District Judge