IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GO PRO CONSTRUCTION, LLC, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) Civil Action No. 1:22-cv-1643-RCL |
| | ) |
| VALSTS NEKUSTAMIE IPASUMI | ) |
| | ) |
| Defendant/Counterclaimant. | ) |

## ~~PROPOSED~~ ORDER

This matter came to be heard upon the August 30, 2024, Joint Motion of the Parties to Vacate the Show Cause Order. Upon consideration of the Joint Motion and the entire record, it is hereby, this 23rd day of October 2024,

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that this Court's Order, ECF No. 47, is hereby **VACATED**; and it is further

**ORDERED** that judgement shall be entered in favor of the Defendant/Counter Plaintiff Valsts Nekustamie Ipasumi and against Plaintiff/Counter Defendant Go Pro Construction, LLC in the amount of $181,723.27, and it is further,

**ORDERED** that this case is **DISMISSED** and the Clerk of the Court shall remove it from the docket of the Court.

**SO ORDERED.**

Date: 10/23/24

Royce C. Lamberth
United States District Judge